**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TPD Design House, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2113695** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **108 W. Wayne Avenue** <br> **Wayne, PA 19087** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Delaware** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.tpddesignhouse.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **TPD Design House, LLC**                                      Case number (*if known*) _____
          Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **TPD Design House, LLC**        Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

Debtor _____          Relationship _____
District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor   **TPD Design House, LLC**                                                        Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 16, 2026**
                 MM / DD / YYYY

**X** **/s/ Vanessa Kreckel**                                    **Vanessa Kreckel**
Signature of authorized representative of debtor                 Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ David B. Smith**                         Date   **March 16, 2026**
Signature of attorney for debtor                            MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone   **610-407-7215**        Email address   **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **TPD Design House, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan Lobo 6 Winterberry Terrace Hamilton, NJ 08690 | | commercial loans | Disputed | | | $400,000.00 |
| Beacon Bank & Trust 131 Clarendon Street Boston, MA 02116 | | commercial line of credit | | $1,000,000.00 | $0.00 | $1,000,000.00 |
| Beacon Bank & Trust 131 Clarendon Street Boston, MA 02116 | | commercial loan | | $3,218,553.04 | $0.00 | $718,553.04 |
| Dalsukh Madia 925 Toulon Avenue Marion, OH 43302 | | commercial loan | Disputed | $500,000.00 | $0.00 | $500,000.00 |
| Dexed, LLC 4660 Elizabeth Street Coraopolis, PA 15108 | | commercial loan; judgment entered 11/10/25 | Disputed | | | $374,411.56 |
| Jaguar Investments and Research, LLC 13316 Horsepen Woods Lane Herndon, VA 20171 | | commercial loan | Disputed | | | $480,000.00 |
| Jatainder Singh and Harkiran Kaur 67480 Olde Ridge Lane Saint Clairsville, OH 43950 | | commercial loan; judgment entered | Disputed | | | $385,000.00 |
| Marc Pan 7 South Morton Avenue Morton, PA 19070 | | commercial loan | Disputed | | | $400,000.00 |

Debtor   **TPD Design House, LLC**                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Marion 9, LLC 925 Touylon Avenue Marion, OH 43302** | | **commercial loan** | **Disputed** | **$500,000.00** | **$0.00** | **$500,000.00** |
| **National Dental LLC 560 South Broadway Hicksville, NY 11801** | | **commercial loan** | **Disputed** | | | **$1,900,000.00** |
| **Pemm Capital 14 Kitson Drive Barrington, IL 60010** | | **commercial loan** | **Disputed** | | | **$450,000.00** |
| **Peter D'Sa 97 Silver Marple Drive North Inlet Rosemary Beach, FL 32461** | | **commercial loan; judgment entered 12/17/24** | **Disputed** | | | **$810,000.00** |
| **Priya Ayer 924 Noel Court Westmont, IL 60559** | | **commercial loan** | **Disputed** | | | **$400,000.00** |
| **Samson Capital 17 State Street New York, NY 10004** | | **present and future accounts** | **Disputed** | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |
| **Shagul, LLC 5380 Aldie Mill Drive New Albany, OH 43054** | | **commercial loan; judgment entered 12/2/25** | **Disputed** | | | **$850,000.00** |
| **South Florida Friends Investments LLC 222 Fairmont Way Fort Lauderdale, FL 33329** | | **commercial loan** | **Disputed** | **$1,500,000.00** | **$0.00** | **$1,500,000.00** |
| **Sunil Babu 7832 INverness Lakes Trl Fort Wayne, IN 46804** | | **commercial loan; judgment entered 8/8/25** | **Disputed** | | | **$400,000.00** |
| **Sunny Isles Beach Investments LLC 5901 Collins Avenue Unit 3306 North Miami Beach, FL 33160** | | **commercial loan** | **Disputed** | **$750,000.00** | **$0.00** | **$750,000.00** |
| **U.S. Small Business Association 2 North Street, Suite 320 Birmingham, AL 35203** | | **EIDL Loan** | | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |
| **V-Capital LLC 6585 Lockhart Lane Dublin, OH 43017** | | **commercial loan** | **Disputed** | **$400,000.00** | **$0.00** | **$400,000.00** |

ACH Capital UT
375 W. 200 S
Suite 225
Salt Lake City, UT 84101


Alan Lobo
6 Winterberry Terrace
Hamilton, NJ 08690


Aleksey and Christine Prok
8691 Filiz Lane
Powell, OH 43065


American Express National Bank
115 W. Towne Ridge Parkway
Sandy, UT 84070


Andrew Berg
473 Sweetgum Lane
Lafayette Hill, PA 19444


Announcement Converters
13200 NW 45th Avenue
Opa Locka, FL 33054


Atash
1212 Turtle Creek Blvd.
Dallas, TX 75207


Beacon Bank & Trust
131 Clarendon Street
Boston, MA 02116

Berkovitch and Boussaka
1545 Route 202
Suite 101
Pomona, NY 10970


Birch Event Design LLC
336 W. 37th Street
Suite 1200
New York, NY 10018


Cake Rules Everything Around Me LLC
19411 West McNichols Road
Pacific Palisades, CA 90272


Chris Steinhauer
117 Laurier Place
Bryn Mawr, PA 19010


Commonwealth of PA
Department of Revenue
PO Box 280948
Harrisburg, PA 17128


Conlin's
1011 West Eighth Avenue
King of Prussia, PA 19406


Dalsukh Madia
925 Toulon Avenue
Marion, OH 43302


Daniel R. Utain, Esquire
Kaplin Stewart Meloff Reiter & Stein
910 Harvest Drive
PO Box 3037
Blue Bell, PA 19422-0765

Dennis L. Abramson, Esquire
Abramson & Abramson, LLC
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004


Department of Labor & Industry
651 Boas Street, 10th Floor
Harrisburg, PA 17121


Dexed, LLC
4660 Elizabeth Street
Coraopolis, PA 15108


Drew Salaman, Esquire
100 South Broad Street
Suite 2126
Philadelphia, PA 19110


E. William Hevenor, Esquire
2 HOrseshoe Lane
Paoli, PA 19301


Emmy Capital Group LLC
629 46th Street
Brooklyn, NY 11220


Encore Enterprises, Inc.
16980 Dallas Parkway
Suite 200
Dallas, TX 75248


Euguenia Moisseenko
6040 Blvd. East, 16J
West New York, NJ 07093

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Financial Agent Services
PO Box 2576
Springfield, IL 62708


Frederic I. Weinberg, Esquire
Law Offices of Frederic I. Weinberg & As
375 E. Elm Street, Suite 210
Conshohocken, PA 19428


Geneva Capital, LLC
1311 Broadway Street
Alexandria, MN 56308


Guy N. Paolino, Esquire
Forbes Bender & Paolino, PC
205 N Monroe Street
Media, PA 19063


HMFCG Inc.
368 New Hempstead Road
Suite #217
New City, NY 10956


Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611


Jaguar Investments and Research, LLC
13316 Horsepen Woods Lane
Herndon, VA 20171

Jason B. Martin, Esquire
The Martin Law Firm
725 W. Skippack Pike
#337
PA 19422


Jatainder Singh and Harkiran Kaur
67480 Olde Ridge Lane
Saint Clairsville, OH 43950


Jeffrey P. Resnick, Esquire
Sherman, Silverstein, Kohl, Rose & Podol
308 Harper Drive
East Gate Corporate Center, Suite 200
Moorestown, NJ 08057


Joshua Emanuel
100 E. Las Olas
Unit 3801
Fort Lauderdale, FL 33301


Kamal Joseph Dupati
4680 Luke Drive
Cumming, GA 30040


Lightyear Business Services
473 Sweetgum Lane
Lafayette Hill, PA 19444


Loud Capital, LLC
25 North Street
Dublin, OH 43017


Loud Equities, LLC
25 North Street
Dublin, OH 43017

Louella Press, LLC
108 West Wayne Avenue
Wayne, PA 19087


Lyndsay Rowland, Esquire
Starfield & Smith, PC
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462


Marc Pan
7 South Morton Avenue
Morton, PA 19070


Marion 9, LLC
925 Touylon Avenue
Marion, OH 43302


Mark S. Haltzman, Esquire
900 East Eighth Avenue, Suite 300
King of Prussia, PA 19406


Martin E. Odstrchel, Esquire
Rausch Sturm LLP
300 N. Executive Drive, Suite 200
Brookfield, WI 53005


Michael J. Dougherty, Esquire
Weltman, Weinberg & Reis Co., LPA
520 Walnut Street, Suite 1355
Philadelphia, PA 19106-3334


Misbah Shah
20207 Cedar Court
Lawrence Township, NJ 08648

National Dental LLC
560 South Broadway
Hicksville, NY 11801


Nicholas S. Salter, Esquire
Fox Rothschild LLP
2800 Kelly Road
Suite 200
Pineville, PA 18946


North Star Leasing
PO Box 4505
Burlington, VT 05406


Ofilio Arguello and
Calhio Investments LLC
7447 New Albany Links Drive
New Albany, OH 43054


PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120


Paul M. MIdzak, Esquire
40 W. Evergreen Avenue
Suite 101
Philadelphia, PA 19118


PDQ Courier Express
6850 Oxford Avenue
Philadelphia, PA 19111


Pemm Capital
14 Kitson Drive
Barrington, IL 60010

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

Peter A. Lesser, Esquire/Dana S. Plon
Sirlin Lesser & Benson, PC
123 S. Brfoad Street
Suite 2100
Philadelphia, PA 19109

Peter D'Sa
97 Silver Marple Drive
North Inlet
Rosemary Beach, FL 32461

Pinkdome Corp.
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606

Priya Ayer
924 Noel Court
Westmont, IL 60559

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX 77479

Robert H. Nemeroff, Esquire
Friedman Schuman PC
275 Commerce Drive, Suite 210
Fort Washington, PA 19034

Ronald V. Santora, Esquire
Bresset & Santora, LLC
1188 Wyoming Avenue
Kingston, PA 18704

Salil Zaveri
52 Foxweood Drive
Hicksville, NY 11801


Samson Capital
17 State Street
New York, NY 10004


Scott Gensler
506 Lee Road
Royersford, PA 19468


Secured Lender Solutions, LLC
PO Box 2576
Springfield, IL 62708


Shagul, LLC
5380 Aldie Mill Drive
New Albany, OH 43054


South Florida Friends Investments LLC
222 Fairmont Way
Fort Lauderdale, FL 33329


Steamboat Family Holdings, LLC
741 Woodleave Road
Bryn Mawr, PA 19010


Stephen G. Bresset, Esquire
Bresset & Santora, LLC
812 Court Street
Honesdale, PA 18431


Sunil Babu
7832 INverness Lakes Trl
Fort Wayne, IN 46804

Sunny Isles Beach Investments LLC
5901 Collins Avenue
Unit 3306
North Miami Beach, FL 33160


Surefold, Inc.
600 E. Erie Avenue
Philadelphia, PA 19134


Trail Ventures, LLC
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606


Tucker Albin Associates
1702 Collins Blvd.
Suite 100
Richardson, TX 75080


Two Paper Dolls LLC
108 West Wayne Avenue
Wayne, PA 19087


U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203


V-Capital LLC
6585 Lockhart Lane
Dublin, OH 43017


Vanessa D. Kreckel
108 West Wayne Avenue
Wayne, PA 19087

Vault 26 Capital LLC
19790 W. Dixie Hwy
Suite 801
Miami, FL 33180


Wayne Toytown
PO Box 30092
Elkins Park, PA 19027


Weinstein Law
420 Central Avenue
Cedarhurst, NY 11516


West Wayne Avenue Ventures LLC
120 Pennsylvania Avenue
Malvern, PA 19355


Yogesh Patel
11 Wharton Place
Garden City, NY 11530

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **TPD Design House, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TPD Design House, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 16, 2026**

Date

**/s/ David B. Smith**

**David B. Smith 59098**

Signature of Attorney or Litigant

Counsel for   **TPD Design House, LLC**

**Smith Kane Holman, LLC**

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**