**TPD Design House, LLC**
**(A Pennsylvania Limited Liability Company)**

## WRITTEN CONSENT OF SOLE MEMBER

The undersigned, being the sole member of TPD Design House, LLC, a Pennsylvania

limited liability company (the "Company"), hereby adopts the following resolutions and

consents to the taking of all prior actions referred to in such resolutions:

RESOLVED, that, in the judgment of the sole member, it is desirable and in the best interests of the Company that the Company commence a bankruptcy case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

FURTHER RESOLVED, that the sole member on behalf of the Company be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") at such time as said member executing the same shall determine; and

FURTHER RESOLVED, that the sole member of the Company be, and they hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that are deemed necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

FURTHER RESOLVED, that the law firm of Smith Kane Holman, LLC be, and it hereby is, employed as bankruptcy counsel for the Company under a general retainer; and

FURTHER RESOLVED, that the sole member of the Company is hereby authorized to instruct the Company's bankruptcy counsel to take all necessary steps in connection with the Company's Chapter 11 case; and

FURTHER RESOLVED, that this Written Consent of Sole Member be filed in the minute book of the Company.

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by the sole member of the Company in connection

with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Written Consent of Sole Member shall be effective as of the 16th day of March, 2026, upon the signing of a copy hereof by the sole member of the Company.

WITNESS our hands as of the date written above.

_____
Vanessa Kreckel