**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TPD Design House, LLC | : | Case No. 25-11073 |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**STATEMENT OF QUALIFICATION AS COMPLEX CHAPTER 11 CASE**

TPD Design House, LLC (the "Debtor") filed the instant chapter 11 case on March 16, 2026.  The undersigned, as proposed counsel for the Debtor, believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because the total debt in the case is more than $10,272,000—i.e., three times the dollar amount stated in Bankruptcy Code Section 101(51(D)).

SMITH KANE HOLMAN, LLC

Date: March 16, 2026

By:*/s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Proposed Counsel to Debtor*