**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 11 |
| | : | |
| TPD DESIGN HOUSE, LLC | : | CASE NO. 26-11073-DJB |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| ------------------------------------------------------------ | : | CREDITORS |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.          Peter D'Sa, an individual creditor, Email: peterdsa@aol.com

2.          Shon Michael, an individual creditor, Email: shongm@gmail.com

3.          Amit Patel, an individual creditor, Email: avp215@gmail.com

ANDREW R. VARA
United States Trustee, Region 3

*/s/ John Schanne* for
Frederic J. Baker
ASSISTANT UNITED STATES TRUSTEE

DATED: April 7, 2026

Attorney assigned to this Case: John Schanne, Esq., Cell: (856) 392-2553,
Debtors' Counsel: Nicholas M. Engel, Esq., Phone: (610) 407-7216, Fax: (610) 407-7218