| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TPD Design House, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **26-11073** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2026**          *X* **/s/ Vanessa Kreckel**
                                          Signature of individual signing on behalf of debtor

                                          **Vanessa Kreckel**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **TPD Design House, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-11073**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................  $ **375,492.36**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $ **375,492.36**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **13,690,365.72**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **26,692,245.38**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b                                                          $ **40,382,611.10**

**Fill in this information to identify the case:**

Debtor name  **TPD Design House, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **26-11073**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **7518** | **$27,023.15** |
| 3.2. | **Bank of America** | **Checking** | **9360** | **$50.00** |
| 3.3. | **Beacon Bank** | **Checking** | **0456** | **$0.00** |
| 3.4. | **Beacon Bank** | **Checking** | **4837** | **$21.09** |

4. **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | **$27,094.24** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Debtor   **TPD Design House, LLC**                          Case number *(If known)* **26-11073**
         Name

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.   **Security deposit on leased Laser Engraver**                          **$1,695.00**

   7.2.   **deposit under commercial lease**                          **$27,766.67**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                           **$29,461.67**

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:   **314,936.45**  -   **0.00**  = ....   **$314,936.45**
                          face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                           **$314,936.45**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

| Debtor | **TPD Design House, LLC** | | Case number *(If known)* **26-11073** |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **26 Rolling Chairs; 7 Rolling High Chairs; 14 Kitchen Chairs; 4 Bar Chairs; 6 Kitchen Tables; 4 Production Tables; 4 Quad Desk Spaces; 19 Studio Desk Spaces; 3 Production Spaces; 2 L Shaped Leather Couches; 4 Single Seat Cloth Couches; 3 Wood/Leather Benches; 2 Marble Coffee Tables (value is estimated)** | **$0.00** | | **$4,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **OFFICE EQUIPMENT:** **Owned:  Xerox Iridesse; ; OKI C942; BOFA AD1000; Fusion Pro48 Laser Cutter; FiltraBox Expandx X-3; Drill Press; Grommet Machine; Vandercook Press; Canon image PROGRAF PRO-4600 44"** **Leased: Xerox C60; ColdestUV 300H3F; Fusion M2 Laser Cutter; Ideal 7260 Chopper** | **$0.00** | | **Unknown** |
| | **COMPUTER/TECH (some items owned and others leased):  Apple Studio-Standard Glass - Tilt Adjustable Stand; 16 inch MacBrook Pro: Apple M3Max cip with 16-core CPU and 40-core GPU, 1 TB SSD - Space Black.; 14-inch MacBook Pro; 24-inch iMac with Retina 4.5K disiplay; Mac Studio: Apple M2 Max chip with 12-core CPU, 30-core GPU, 512 GB SSD; Mac Mini; Magic Keyboard with Touch ID and Numeric Keypad for Mac computers with Apple silicon US English; Magic Mouse - 71; PowerSpec PC G517** | **$0.00** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$4,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

| Debtor | **TPD Design House, LLC** | Case number *(If known)* **26-11073** |
|---|---|---|
| | Name | |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **108 West Wayne Avenue, Wayne, PA 19087** | **leasehold interest** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.tpddesignhouse.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Debtor maintains list of customers and clients (believed to have no third party sale value)** | **$0.00** | | **$0.00** |

Debtor    **TPD Design House, LLC**                                Case number *(If known)* **26-11073**
_____
Name

64.  **Other intangibles, or intellectual property
     various leasehold improvements
     (believed to have no value)**                    $0.00                                $0.00

65.  **Goodwill
     Debtor is a service business, which is believed
     to have no goodwill or third party value
     without key employees**                          $0.00                                $0.00

66.  **Total of Part 10.**                                                       $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **TPD Design House, LLC**                                    Case number *(If known)*  **26-11073**
_____                           _____
Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,094.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $29,461.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $314,936.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $375,492.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $375,492.36 |

**Fill in this information to identify the case:**

Debtor name     **TPD Design House, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-11073**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1   ACH Capital UT**
Creditor's Name

**375 W. 200 S**
**Suite 225**
**Salt Lake City, UT 84101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/5/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**security interst (6th priority)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| Amount of claim | Value of collateral |
| --- | --- |
| $11,190.00 | $0.00 |

**2.2   Beacon Bank & Trust**
Creditor's Name

**131 Clarendon Street**
**Boston, MA 02116**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/5/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**security interest (1st priority)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Amount of claim | Value of collateral |
| --- | --- |
| $3,218,553.04 | $0.00 |

Debtor   **TPD Design House, LLC**                                      Case number (if known)    **26-11073**
_____Name_____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Beacon Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$1,000,000.00** | **$0.00** |

Creditor's Name

**all personal property**

**131 Clarendon Street
Boston, MA 02116**
Creditor's mailing address

**Describe the lien**
**security interest (2nd)**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/5/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Birch Event Design LLC** | **Describe debtor's property that is subject to a lien** | **$300,000.00** | **$0.00** |

Creditor's Name

**all personal property**

**336 W. 37th Street
Suite 1200
New York, NY 10018**
Creditor's mailing address

**Describe the lien**
**security interst (9th priority)**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/21/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Dalsukh Madia** | **Describe debtor's property that is subject to a lien** | **$500,000.00** | **$0.00** |

Creditor's Name

**all personal property**

**925 Toulon Avenue
Marion, OH 43302**
Creditor's mailing address

**Describe the lien**
**security interest (15th priority)**

**Is the creditor an insider or related party?**
- ■ No

---

Debtor  **TPD Design House, LLC**
_____
Name

Case number (if known)  **26-11073**

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**11/21/25**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.6**  **Department of Labor & Industry**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**$8,496.56**  **$0.00**

**651 Boas Street, 10th Floor Harrisburg, PA 17121**
Creditor's mailing address

**Describe the lien**

**tax lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.7**  **Emmy Capital Group LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**accounts receivable, contract rights and other rights to receive payment, general intanbibles**

**$27,000.00**  **$0.00**

**629 46th Street Brooklyn, NY 11220**
Creditor's mailing address

**Describe the lien**

**security interest (8th priority)**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**8/19/25**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.8**  **Encore Enterprises, Inc.**

**Describe debtor's property that is subject to a lien**

**$0.00**  **$0.00**

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 3 of 11

Debtor **TPD Design House, LLC**
Name

Case number (if known) **26-11073**

Creditor's Name
**16980 Dallas Parkway
Suite 200
Dallas, TX 75248**

**all personal property**

Creditor's mailing address

**Describe the lien**
**security interest (10th priority)**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**11/20/25**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Financial Agent Services** | **Describe debtor's property that is subject to a lien** | $19,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**IMAC; Studio Display; MAC Studio; MAC Mini**

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**protective lease filing**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.10 | **Geneva Capital, LLC** | **Describe debtor's property that is subject to a lien** | $10,626.12 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Laser Engraver**

**1311 Broadway Street
Alexandria, MN 56308**

Creditor's mailing address

**Describe the lien**
**security interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**7/25/23**

**Last 4 digits of account number**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 11

| Debtor | **TPD Design House, LLC** | | Case number (if known) | **26-11073** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **HMFCG Inc.** | | | $250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**368 New Hempstead Road Suite #217 New City, NY 10956**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 3/4/25**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**security interest (7th priority)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.12 | **Loud Capital, LLC** | | | $300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**25 North Street Dublin, OH 43017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 11/21/25**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**security interest (14th priority)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.13 | **Loud Equities, LLC** | | | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**25 North Street Dublin, OH 43017**

**Describe debtor's property that is subject to a lien**
**all personal property**

---

Debtor  **TPD Design House, LLC**
_____
Name

Case number (if known)  **26-11073**

---

Creditor's mailing address

**Describe the lien**
**security interest (12th priority)**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**11/21/25**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.14**  **Marion 9, LLC**
Creditor's Name

**925 Touylon Avenue**
**Marion, OH 43302**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**all personal property**

$500,000.00     $0.00

**Describe the lien**
**security interest (17th priority)**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**11/21/25**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.15**  **North Star Leasing**
Creditor's Name

**PO Box 4505**
**Burlington, VT 05406**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**paper cutter**

$15,000.00     $0.00

**Describe the lien**
**security interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**4/17/24**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **TPD Design House, LLC** | | Case number (if known) | **26-11073** |
|---|---|---|---|---|
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.16** | **Pinkdome Corp.** | Describe debtor's property that is subject to a lien | **$300,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**all personal property**

**20 N. Wacker Drive
Suite 1000
Chicago, IL 60606**

Creditor's mailing address

**Describe the lien**

**security interest (11th priority)**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**11/21/25**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Disputed

---

| **2.17** | **Samson Capital** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**present and future accounts**

**17 State Street
New York, NY 10004**

Creditor's mailing address

**Describe the lien**

**security interest (4th priority)**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**4/11/24**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Disputed

---

| **2.18** | **Secured Lender Solutions, LLC** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Coldesi 300H3F Flatbed 3 Heard UV Printer**

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

**security interest**

Debtor    **TPD Design House, LLC**                                    Case number (if known)    **26-11073**
_____Name_____

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**10/15/24**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.19**

| **South Florida Friends Investments LLC**<br>Creditor's Name<br><br>**222 Fairmont Way**<br>**Fort Lauderdale, FL 33329**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**all personal property** | **$1,500,000.00** | **$0.00** |
|---|---|---|---|
| Creditor's email address, if known | **Describe the lien**<br>**security interest (16th priority)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**11/21/25**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

---

**2.20**

| **Sunny Isles Beach Investments LLC**<br>Creditor's Name<br>**5901 Collins Avenue Unit 3306**<br>**North Miami Beach, FL 33160**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**all personal property** | **$750,000.00** | **$0.00** |
|---|---|---|---|
| Creditor's email address, if known | **Describe the lien**<br>**security interest (18th priority)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**11/21/25**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor **TPD Design House, LLC**
Name

Case number (if known) **26-11073**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 1**

**Trail Ventures, LLC**
Creditor's Name

**20 N. Wacker Drive
Suite 1000
Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/21/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**security interest (13th priority)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$300,000.00** | **$0.00**

---

**2.2 2**

**U.S. Small Business Association**
Creditor's Name

**2 North Street, Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/28/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all personal property**

**Describe the lien**
**security interest (3rd priority)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000,000.00** | **$0.00**

---

**2.2 3**

**V-Capital LLC**
Creditor's Name

**6585 Lockhart Lane
Dublin, OH 43017**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**accounts receivable**

**Describe the lien**
**security interest (5th priority)**

**$400,000.00** | **$0.00**

---

Debtor **TPD Design House, LLC**

Name

Case number (if known)   **26-11073**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/10/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.24 | **Vault 26 Capital LLC** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**19790 W. Dixie Hwy
Suite 801
Miami, FL 33180**

Creditor's mailing address

**all personal property**

**Describe the lien**

**security interest (19th priority)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/5/26**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$13,690,365.72

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch and Boussaka
1545 Route 202
Suite 101
Pomona, NY 10970** | Line __2.17__ | |
| **Joshua Emanuel
100 E. Las Olas
Unit 3801
Fort Lauderdale, FL 33301** | Line __2.4__ | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 11

Debtor **TPD Design House, LLC**
Name

Case number (if known) **26-11073**

| | |
|---|---|
| **Lyndsay Rowland, Esquire**<br>**Starfield & Smith, PC**<br>**401 Plymouth Road, Suite 120**<br>**Plymouth Meeting, PA 19462** | Line **2.2** |
| **Lyndsay Rowland, Esquire**<br>**Starfield & Smith, PC**<br>**401 Plymouth Road, Suite 120**<br>**Plymouth Meeting, PA 19462** | Line **2.3** |
| **Weinstein Law**<br>**420 Central Avenue**<br>**Cedarhurst, NY 11516** | Line **2.11** |

**Fill in this information to identify the case:**

Debtor name    **TPD Design House, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **26-11073**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**
**600 Arch Street**
**Philadelphia, PA 19106-1611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**PA Department of Labor and Industry**
**651 Boas Street**
**Harrisburg, PA 17120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

35522

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Dept. of Revenue**
**Bankruptcy Division**
**Dept. 280946**
**Harrisburg, PA 17128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

**Action Capital**
**619 Lullo Drive**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/1/18**

Basis for the claim:  **commercial loan**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADP TotalSource FL XVII, Inc.**
**10200 Sunset Drive**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **notice purposes only**

Basis for the claim:  **Certified Professional Employer Organization/Customer Reporting Agreement**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

**Alan Lobo**
**6 Winterberry Terrace**
**Hamilton, NJ 08690**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **commercial loans**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258,542.47 |
|---|---|---|---|

**Aleksey and Christine Prok**
**8691 Filiz Lane**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **commercial loan; judgment entered 3/5/26**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**Alok Sharma**
**105 Pinnacle Ridge Ct.**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/16/18**

Basis for the claim:  **commercial loan**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page  2 of 20

Debtor   **TPD Design House, LLC**
Name

Case number (if known)   **26-11073**

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,532.43** |
|---|---|---|---|

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2005**

Basis for the claim:  **credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,757.10** |
|---|---|---|---|

**American Express**
**P.O. Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

Basis for the claim:  **credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,142.42** |
|---|---|---|---|

**American Express National Bank**
**115 W. Towne Ridge Parkway**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

Basis for the claim:  **Credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Amit Patel**
**1035 McIngvale Road**
**Hernando, MS 38632**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/23**

Last 4 digits of account number _

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Amit Patel and Sejal Patel**
**5213 Barton View Court**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **July 2024**

Last 4 digits of account number _

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Amit Patel and Sejal Patel**
**5213 Barton View Court**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **September 2024**

Last 4 digits of account number _

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Andrew Berg**
**473 Sweetgum Lane**
**Lafayette Hill, PA 19444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **corporate buyout**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00**

**Anish Patel**
**852 Loop 573 South**
**Cleveland, TX 77327**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anita DeCosta**
**11045 Queens Blvd.**
**Apt. 518**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,000.00**

**Announcement Converters**
**13200 NW 45th Avenue**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business vendor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Ashish Patel**
**9 Springbrook Rd E**
**Montville, NJ 07045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,282.00**

**Atash**
**1212 Turtle Creek Blvd.**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,490.63**

**Baccarat, Inc.**
**545 Madison Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods sold**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253,000.00**

**Cake Rules Everything Around Me LLC**
**19411 West McNichols Road**
**Pacific Palisades, CA 90272**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan; judgment entered 10/6/25**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,085.94** |
|---|---|---|---|

**Chase Visa**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number  **2621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,868.35** |
|---|---|---|---|

**Chase Visa**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number  **3178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,092.10** |
|---|---|---|---|

**Chase Visa**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number  **8608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**Chris Steinhauer**
**117 Laurier Place**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78,000.00** |
|---|---|---|---|

**Conlin's**
**1011 West Eighth Avenue**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **printing services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**D2 Finance**
**4660 Elizabeth Street**
**Coraopolis, PA 15108**

Date(s) debt was incurred  **12/1/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,614.87** |
|---|---|---|---|

**DeLage Landen  Financial Services, Inc.**
**PO Box 825736**
**Philadelphia, PA 19182-5736**

Date(s) debt was incurred _

Last 4 digits of account number  **2528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement of computer-related equipment in which Debtor is lessee**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
| | Name | | |

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$374,411.56** |

**Dexed, LLC**
**4660 Elizabeth Street**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan; judgment entered 11/10/25**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |

**Dexed, LLC**
**4660 Elizabeth Street**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/18**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**Dilip Patel**
**2916 Leanne Court**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/23**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**esp Delivers LLC**
**111 Bala Avenue**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telephone Equipment Lease**

Last 4 digits of account number  **45R4**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Euguenia Moisseenko**
**6040 Blvd. East, 16J**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |

**Fal Patel**
**1019 Jasons Bend**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284,000.00** |

**Falguni V. Patel**
**1019 Jasons Bend Drive**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

**3.34** | **Nonpriority creditor's name and mailing address**

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$190,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **courier services**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

**First Citizens Bank & Trust Company**
**239 Fayetteville Street**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number  **8481**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement of computer-related equipment in which Debtor is lessee**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

**First Citizens Bank & Trust Company**
**239 Fayetteville Street**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number  **6060**

As of the petition filing date, the claim is: *Check all that apply.*     **$35,035.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement of computer-related equipment in which Debtor is lessee**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Gadin Aggarwal**
**35-36 76th Street**
**Apartment 103**
**Jackson Heights, NY 11372**

Date(s) debt was incurred  **2/3/23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$113,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

**Gadin Aggarwal**
**35-36 76th Street**
**Apartment 103**
**Jackson Heights, NY 11372**

Date(s) debt was incurred  **9/8/23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$212,500.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

**Gadin Aggarwal**
**35-36 76th Street**
**Apartment 103**
**Jackson Heights, NY 11372**

Date(s) debt was incurred  **12/4/24**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$478,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

**Ganesh Gor**
**6726 Wessex Downs Drive**
**Alpharetta, GA 30005**

Date(s) debt was incurred  **9/1/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$50,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,150,058.28** |
|---|---|---|---|

**Guardsman Capital Partners**
**2100 Park Avenue, #683633**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/31/25**

**Basis for the claim:  commercial loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Ha Tran**
**237 E 34th Street**
**New York, NY**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  commercial loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$480,000.00** |
|---|---|---|---|

**Jaguar Investments and Research, LLC**
**13316 Horsepen Woods Lane**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  commercial loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$385,000.00** |
|---|---|---|---|

**Jatainder Singh and Harkiran Kaur**
**67480 Olde Ridge Lane**
**Saint Clairsville, OH 43950**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  commercial loan; judgment entered**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jovita Crasta**
**6001 N. Ocean Drive**
**Hollywood, FL 33019**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  9/22/22**

**Basis for the claim:  commercial loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,659.63** |
|---|---|---|---|

**JPMorgan Chase, N.A.**
**s/b/m/t Chase Bank USA, N.A.**
**PO Box 9013**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  credit card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,092.10** |
|---|---|---|---|

**JPMorgan Chase, N.A.**
**s/b/m/t Chase Bank USA, N.A.**
**PO Box 9013**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  credit card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TPD Design House, LLC | Case number (if known) | 26-11073 |
|---|---|---|---|
| | Name | | |

**3.48** | **Nonpriority creditor's name and mailing address**
**JPMorgan Chase, N.A.**
**s/b/m/t Chase Bank USA, N.A.**
**PO Box 9013**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$16,007.83**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**
**Kamal Joseph Dupati**
**4680 Luke Drive**
**Cumming, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$78,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan; judgment entered 10/8/24**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**
**Kamal Jospeh Dupati**
**4680 Luke Drive**
**Cumming, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$87,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**
**Kamlesh Patel**
**1302 Heritage Lake Drive**
**Hernando, MS 38632**

Date(s) debt was incurred  **9/22/23**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**
**KNM Development**
**PO Box 1060**
**Coldwater, MS 38618**

Date(s) debt was incurred  **9/22/23**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$200,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**
**Konark Logistics LLC**
**Attn:  Bibhu Prasad Panda**
**13316 Horsepen Woods Ln.**
**Herndon, VA 20171**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$115,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
**Lazarus Jyothi Tari**
**4680 Luke Drive**
**Cumming, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$16,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | | Case number (if known) | **26-11073** |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,000.00** |
|---|---|---|---|
| | **Lightyear Business Services**<br>**473 Sweetgum Lane**<br>**Lafayette Hill, PA 19444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  corporate buyout** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|
| | **Lygia Dsa**<br>**110-11 Queens Blvd., Apt. 26 K**<br>**Forest Hills, NY 11375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/26/22** | **Basis for the claim:  commercial loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |
|---|---|---|---|
| | **Marc Pan**<br>**7 South Morton Avenue**<br>**Morton, PA 19070** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  commercial loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Megan Caroway**<br>**1038 Banklick Street**<br>**Congton, KY** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/22/22** | **Basis for the claim:  commercial loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|
| | **Milan Vyas**<br>**6058 Manshire Ct.**<br>**Galloway, OH 43119** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **2/1/18** | **Basis for the claim:  commercial loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158,677.86** |
|---|---|---|---|
| | **Misbah Shah**<br>**20207 Cedar Court**<br>**Lawrence Township, NJ 08648** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  commercial loan; judgment entered 12/12/25** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,900,000.00** |
|---|---|---|---|
| | **National Dental LLC**<br>**560 South Broadway**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  commercial loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Navaneet Aguru**
**1960 Manor VW**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Neil Patel**
**11 Warton Place**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/26/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Nilesh Desai**
**835 Harbour Drive**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Niranjan Aguru**
**11405 Donnington Drive**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Nitin Aeri**
**456 9th Street, #13**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/9/18**

Basis for the claim:  **commercial loan**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

**Ofilio Arguello and**
**Calhio Investments LLC**
**7447 New Albany Links Drive**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **commercial loan; judgment entered 10/6/25**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**PDQ Courier Express**
**6850 Oxford Avenue**
**Philadelphia, PA 19111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **courier services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**
**Pemm Capital**
**14 Kitson Drive**
**Barrington, IL 60010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$450,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**
**Peter D'Sa**
**97 Silver Marple Drive**
**North Inlet**
**Rosemary Beach, FL 32461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$810,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan; judgment entered 12/17/24**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**
**Pravinchandra Patel**
**144 Green T West**
**Hernando, MS 38632**

Date(s) debt was incurred  **9/22/23**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$200,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address**
**Priya Ayer**
**924 Noel Court**
**Westmont, IL 60559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$400,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**
**Priyesh Patel**
**5246 West Broad Street**
**Columbus, OH 43228**

Date(s) debt was incurred  **5/1/18**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$150,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
**Qianlin Li**
**4807 Deep Water Lane**
**Sugar Land, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$200,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan; judgment entered 11/14/25**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
**Ram Aeri**
**5 Leslie Lane**
**Campbell Hall, NY 10916**

Date(s) debt was incurred  **8/16/18**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$150,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **commercial loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Ravinder Bopari**
**3135 Talbot Drive**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$226,000.00** |
|---|---|---|---|

**Riddhi Aggarwal**
**35-36 76th Street**
**Apartment 103**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/17/23**

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$740,000.00** |
|---|---|---|---|

**Riddhi Aggarwal**
**35-36 76th Street**
**Apartment 103**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/4/24**

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Ritesh Sharma**
**7015 Laurel Oak Drive**
**Suwanee, GA 30024-5352**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Ritoo Balla**
**8221 Monte Drive**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/11/23**

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$172,000.00** |
|---|---|---|---|

**Rupinder Kaur**
**12128 Manor Walk Drive**
**Glen Allen, VA 23059**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Sagar Samrat**
**8240 Lake Bluff Ct.**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/22/19**

**Basis for the claim:**  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

**Salil Zaveri**
**52 Foxweood Drive**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Samir Sethi**
**6 Twin Brooks Court**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/16/23**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,000.00**

**Satyendra Bhatt**
**3304 93 Street**
**Apt. 2L**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/28/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285,000.00**

**Scott Gensler**
**506 Lee Road**
**Royersford, PA 19468**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan; judgment entered 9/5/25**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Seema Voorha**
**1510 Coleridge Street**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/15/23**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850,000.00**

**Shagul, LLC**
**5380 Aldie Mill Drive**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan; judgment entered 12/2/25**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Shantanu Nigam**
**5765 Thhouroughbred Way**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | | Case number (if known) | **26-11073** |
|---|---|---|---|---|
| | Name | | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350,000.00** |
|---|---|---|---|
| | **Sheila Dsa**<br>**110-11 Queens Blvd, Apt. 26K**<br>**Forest Hills, NY 11375** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/16/22** | **Basis for the claim:** __**commercial loan**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Shon Michael**<br>**8221 Monte Drive**<br>**Cincinnati, OH 45242** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **8/9/23** | **Basis for the claim:** __**commercial loan**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Sonia Dsa**<br>**110-11 Queens Blvd, Apt. 26K**<br>**Forest Hills, NY 11375** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **6/1/23** | **Basis for the claim:** __**commercial loan**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,000.00** |
|---|---|---|---|
| | **Srinvus Kottu**<br>**1932 Cabrera Drive**<br>**Leander, TX 78641** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/22/22** | **Basis for the claim:** __**commercial loan**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|
| | **Steamboat Family Holdings, LLC**<br>**741 Woodleave Road**<br>**Bryn Mawr, PA 19010** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**commercial loan; judgment entered 10/29/25**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112,609.00** |
|---|---|---|---|
| | **Stripe Inc.**<br>**354 Oyster Point Blvd.**<br>**South San Francisco, CA 94080** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**commercial obligation**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |
|---|---|---|---|
| | **Sunil Babu**<br>**7832 INverness Lakes Trl**<br>**Fort Wayne, IN 46804** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**commercial loan; judgment entered 8/8/25**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131,000.00**

**Surefold, Inc.**
**600 E. Erie Avenue**
**Philadelphia, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **printer services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,150,000.00**

**Suruhi Ventures LLC**
**1507 Sandcroft Lane**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/1/23**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

**Surya Vladami**
**2610 Castlerock Ct.**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00**

**Tara Deworsop**
**1380 Sequoia Circle**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$632,529.14**

**Taylor King and Heather King**
**304 Edgehill Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/25**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$312,497.61**

**Taylor King and Heather King**
**304 Edgehill Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/25**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,832.55**

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods sold**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,093,250.00** |
|---|---|---|---|

**Venkatraman Aiyer Priya**
**924 Noel Court**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investment**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**Venu Reddy**
**c/o Rick Ashton**
**10 W. Broad Street, Suite 2400**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/1/18**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Vinaykumar Venkataramanan**
**2486 Laura Mark Ln**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/22**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**Vipin Patel**
**57 Sherwood Heights**
**Wappingers Falls, NY 12590**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/6/23**

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$172,123.00** |
|---|---|---|---|

**Wayne Toytown**
**PO Box 30092**
**Elkins Park, PA 19027**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **obligations owing under prior commercial lease**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126,553.34** |
|---|---|---|---|

**West Wayne Avenue Ventures LLC**
**120 Pennsylvania Avenue**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **commercial lease arrearages**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$312,000.00** |
|---|---|---|---|

**Yogesh Patel**
**11 Wharton Place**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **commercial loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |

**Yogita Gidh**
**1431 Tahoe Valley Ln.**
**Sugar Land, TX 77479-5370**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **commercial loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel R. Utain, Esquire**<br>**Kaplin Stewart Meloff Reiter & Stein**<br>**910 Harvest Drive**<br>**PO Box 3037**<br>**Blue Bell, PA 19422-0765** | Line **3.109**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Dennis L. Abramson, Esquire**<br>**Abramson & Abramson, LLC**<br>**Two Bala Plaza, Suite 300**<br>**Bala Cynwyd, PA 19004** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Drew Salaman, Esquire**<br>**100 South Broad Street**<br>**Suite 2126**<br>**Philadelphia, PA 19110** | Line **3.96**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **E. William Hevenor, Esquire**<br>**2 HOrseshoe Lane**<br>**Paoli, PA 19301** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Frederic I. Weinberg, Esquire**<br>**Law Offices of Frederic I. Weinberg & As**<br>**375 E. Elm Street, Suite 210**<br>**Conshohocken, PA 19428** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Guy N. Paolino, Esquire**<br>**Forbes Bender & Paolino, PC**<br>**205 N Monroe Street**<br>**Media, PA 19063** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jason B. Martin, Esquire**<br>**The Martin Law Firm**<br>**725 W. Skippack Pike**<br>**#337**<br>**PA 19422** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jeffrey P. Resnick, Esquire**<br>**Sherman, Silverstein, Kohl, Rose & Podol**<br>**308 Harper Drive**<br>**East Gate Corporate Center, Suite 200**<br>**Moorestown, NJ 08057** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **TPD Design House, LLC** | Case number (if known) | **26-11073** |
| --- | --- | --- | --- |
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- | --- |
| 4.9 | **Mark S. Haltzman, Esquire**<br>**900 East Eighth Avenue, Suite 300**<br>**King of Prussia, PA 19406** | Line **3.94**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Martin E. Odstrchel, Esquire**<br>**Rausch Sturm LLP**<br>**300 N. Executive Drive, Suite 200**<br>**Brookfield, WI 53005** | Line **3.8**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Michael J. Dougherty, Esquire**<br>**Weltman, Weinberg & Reis Co., LPA**<br>**520 Walnut Street, Suite 1355**<br>**Philadelphia, PA 19106-3334** | Line **3.4**<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Nicholas S. Salter, Esquire**<br>**Fox Rothschild LLP**<br>**2800 Kelly Road**<br>**Suite 200**<br>**Pineville, PA 18946** | Line **3.70**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **Paul M. Mldzak, Esquire**<br>**40 W. Evergreen Avenue**<br>**Suite 101**<br>**Philadelphia, PA 19118** | Line **3.67**<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | **Peter A. Lesser, Esquire/Dana S. Plon**<br>**Sirlin Lesser & Benson, PC**<br>**123 S. Broad Street**<br>**Suite 2100**<br>**Philadelphia, PA 19109** | Line **3.86**<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | **Robert H. Nemeroff, Esquire**<br>**Friedman Schuman PC**<br>**275 Commerce Drive, Suite 210**<br>**Fort Washington, PA 19034** | Line **3.88**<br><br>☐  Not listed. Explain ____ | _ |
| 4.16 | **Ronald V. Santora, Esquire**<br>**Bresset & Santora, LLC**<br>**1188 Wyoming Avenue**<br>**Kingston, PA 18704** | Line **3.43**<br><br>☐  Not listed. Explain ____ | _ |
| 4.17 | **Stephen G. Bresset, Esquire**<br>**Bresset & Santora, LLC**<br>**812 Court Street**<br>**Honesdale, PA 18431** | Line **3.31**<br><br>☐  Not listed. Explain ____ | _ |
| 4.18 | **Stephen G. Bresset, Esquire**<br>**Bresset & Santora, LLC**<br>**812 Court Street**<br>**Honesdale, PA 18431** | Line **3.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.19 | **Tucker Albin Associates**<br>**1702 Collins Blvd.**<br>**Suite 100**<br>**Richardson, TX 75080** | Line **3.17**<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

Debtor    **TPD Design House, LLC**                                    Case number (if known)    **26-11073**
               Name

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. **+** | $ | **26,692,245.38** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **26,692,245.38** |

**Fill in this information to identify the case:**

Debtor name  **TPD Design House, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-11073**

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Certified Professional Employer Organization/Customer Reporting Agreement** | |
| | State the term remaining | | **ADP TotalSource FL XVII, Inc.** |
| | List the contract number of any government contract | | **10200 Sunset Drive** **Miami, FL 33173** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of computer-related equipment in which Debtor is lessee** | |
| | State the term remaining | | **DeLage Landen  Financial Services, Inc.** |
| | List the contract number of any government contract | **4150** | **PO Box 825736** **Philadelphia, PA 19182-5736** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of computer-related equipment in which Debtor is lessee** | |
| | State the term remaining | | **Financial Agent Services** |
| | List the contract number of any government contract | | **PO Box 2576** **Springfield, IL 62708** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement of computer-related equipment in which Debtor is lessee** | |
| | State the term remaining | | **First Citizens Bank & Trust Company** |
| | List the contract number of any government contract | **1945** | **239 Fayetteville Street** **Raleigh, NC 27601** |

| Debtor 1 | TPD Design House, LLC | | Case number (*if known*) | **26-11073** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Lease Agreement of computer-related equipment in which Debtor is lessee**

State the term remaining

List the contract number of any government contract   **6060**

**First Citizens Bank & Trust Company**
**239 Fayetteville Street**
**Raleigh, NC 27601**

---

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Equipment Lease - Laser Engraver**

State the term remaining

List the contract number of any government contract

**Geneva Capital, LLC**
**1311 Broadway Street**
**Alexandria, MN 56308**

---

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

**Office lease of commercial real property**

State the term remaining

List the contract number of any government contract

**West Wayne Avenue Ventures LLC**
**120 Pennsylvania Avenue**
**Malvern, PA 19355**

---

**Fill in this information to identify the case:**

Debtor name    **TPD Design House, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **26-11073**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Louella Press, LLC** | **108 West Wayne Avenue Wayne, PA 19087** | **ACH Capital UT** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Two Paper Dolls LLC** | **108 West Wayne Avenue Wayne, PA 19087** | **ACH Capital UT** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Two Paper Dolls LLC** | **108 West Wayne Avenue Wayne, PA 19087** | **Cake Rules Everything Around Me LLC** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.4 | **Two Paper Dolls LLC** | **108 West Wayne Avenue Wayne, PA 19087** | **Vault 26 Capital LLC** | ■ D __2.24__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Kamal Joseph Dupati** | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |

| Debtor | **TPD Design House, LLC** | Case number *(if known)* | **26-11073** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Peter D'Sa** | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.7 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Sunil Babu** | ☐ D _____ ■ E/F __3.96__ ☐ G _____ |
| 2.8 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Marc Pan** | ☐ D _____ ■ E/F __3.57__ ☐ G _____ |
| 2.9 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Scott Gensler** | ☐ D _____ ■ E/F __3.86__ ☐ G _____ |
| 2.10 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Euguenia Moisseenko** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.11 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Ofilio Arguello and** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.12 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Alan Lobo** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.13 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **American Express National Bank** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 6

| Debtor | **TPD Design House, LLC** | Case number *(if known)* | **26-11073** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Dexed, LLC** | ☐ D _____ <br> ■ E/F __3.27__ <br> ☐ G _____ |
| 2.15 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Cake Rules Everything Around Me LLC** | ☐ D _____ <br> ■ E/F __3.19__ <br> ☐ G _____ |
| 2.16 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **National Dental LLC** | ☐ D _____ <br> ■ E/F __3.61__ <br> ☐ G _____ |
| 2.17 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Qianlin Li** | ☐ D _____ <br> ■ E/F __3.74__ <br> ☐ G _____ |
| 2.18 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **West Wayne Avenue Ventures LLC** | ☐ D _____ <br> ■ E/F __3.109__ <br> ☐ G _____ |
| 2.19 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Jatainder Singh and Harkiran Kaur** | ☐ D _____ <br> ■ E/F __3.44__ <br> ☐ G _____ |
| 2.20 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Jaguar Investments and Research, LLC** | ☐ D _____ <br> ■ E/F __3.43__ <br> ☐ G _____ |
| 2.21 | **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Shagul, LLC** | ☐ D _____ <br> ■ E/F __3.88__ <br> ☐ G _____ |

| Debtor | **TPD Design House, LLC** | Case number *(if known)* | **26-11073** |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Aleksey and Christine Prok** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.23 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Misbah Shah** | ☐ D _____<br>■ E/F __3.60__<br>☐ G _____ |
| 2.24 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Beacon Bank & Trust** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Beacon Bank & Trust** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Encore Enterprises, Inc.** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Pinkdome Corp.** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Loud Equities, LLC** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 **Vanessa D. Kreckel** | 108 West Wayne Avenue Wayne, PA 19087 | **Trail Ventures, LLC** | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **TPD Design House, LLC**                                    Case number *(if known)*   **26-11073**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Loud Capital, LLC** | ■ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.31  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Dalsukh Madia** | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.32  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **South Florida Friends Investments LLC** | ■ D ___2.19___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.33  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Marion 9, LLC** | ■ D ___2.14___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.34  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Vault 26 Capital LLC** | ■ D ___2.24___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.35  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Guardsman Capital Partners** | ☐ D _____ <br> ■ E/F ___3.41___ <br> ☐ G _____ |
| 2.36  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Taylor King and Heather King** | ☐ D _____ <br> ■ E/F ___3.101___ <br> ☐ G _____ |
| 2.37  **Vanessa D. Kreckel** | **108 West Wayne Avenue Wayne, PA 19087** | **Taylor King and Heather King** | ☐ D _____ <br> ■ E/F ___3.102___ <br> ☐ G _____ |

Debtor    **TPD Design House, LLC**                                        Case number *(if known)*    **26-11073**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name     **TPD Design House, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-11073**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$2,204,125.07** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ☑ Operating a business<br>☐ Other _____ | **$11,562,614.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$11,643,951.31** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   **TPD Design House, LLC**                                    Case number (if known) **26-11073**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See SOFA Schedule 3** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **to be filed supplementally** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Beacon Bank & Trust**<br>**131 Clarendon Street**<br>**Boston, MA 02116** | **bank account set off**<br>Last 4 digits of account number: __**0456**__ | **1/15/26** | **$41,849.13** |

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Peter D'Sa vs. TPD Design House, LLC, et al.**<br>**CV-2024-005532** | **Civil-Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **TPD Design House, LLC**                                    Case number *(if known)* **26-11073**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Kamal Joseph Dupati vs. TPD Design House LLC, et al.**<br>**CV-2024-008660** | **Confession of Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Scott Gensler vs. TPD Design House LLC, et al.**<br>**CV-2025-005669** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Ofilio Arguello vs. TPD Design House LLC, et al.**<br>**CV-2025-006498** | **Civil - Contract - Debt Collection** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Sunil Babu vs. TPD Design House LLC, et al.**<br>**CV-2025-007173** | **Foreign Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Dexed, LLC vs. TPD Design House, et al.**<br>**CV-2025-008043** | **Civil - Contract - Debt Collection** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Cake Rules Everything Around Me LLC vs. TPD Design House LLC et al.**<br>**CV-2025-009029** | **Confession of Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Steamboat Family Holdings, LLC vs. TPD Design House, LLC**<br>**CV-2025-009870** | **Confession of Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **West Wayne Avenue Ventures LLC vs. TPD Design House, LLC**<br>**CV-2025-006133** | **Confession of Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **National Dental LLC vs. Kreckel, et al.**<br>**CV-2025-011191** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Qianlin Li vs. Kreckel, et al.**<br>**CV-2025-008615** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **West Wayne Avenue Ventures LLC vs. TPD Design House, LLC et al.**<br>**CV-2025-007124** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **TPD Design House, LLC**                                                    Case number *(if known)* **26-11073**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13. **Beacon Bank & Trust, successor by merger to Berkshire Bank, a Massachusetts chartered trust company vs. TPD Design House, et al.**<br>**CV-2026-000880** | **Confession of Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. **Kaur, et al. vs. Kreckel, et al.**<br>**CV-2025-009044** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Jaguar Investments and Research, LLC vs. Kreckel, et al.**<br>**CV-2025-010581** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Commonwealth of PA Department of Revenue vs. Vanessa Kreckel Responsible Party of TPD Design House LLC**<br>**CV-2025-069446** | **Lien** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. **Shagul, LLC vs. TPD Design House, LLC, et al.**<br>**CV-2025-010986** | **Confession of Judgment** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. **Aleksey Prok and Christine Prok vs. Kreckel, et al.**<br>**CV-2025-009251** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Shah vs. Kreckel, et al.**<br>**CV-2025-009263** | **Civil - Contract** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **Commonwealth of PA Department of Revenue vs. TPD Design House LLC**<br>**CV-2026-060083** | **Lien** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

---

| Debtor | **TPD Design House, LLC** | Case number *(if known)* **26-11073** |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | | | $2,500 (8/22/25); $10,000 (10/15/25); $10,000 (11/17/25); $25,000 (3/16/26) | |
| | **Smith Kane Holman, LLC**<br>**112 Moores Road**<br>**Suite 300**<br>**Malvern, PA 19355** | **Attorney Fees** | | **$47,500.00** |
| | **Email or website address**<br>**dsmith@skhlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |

| Debtor | **TPD Design House, LLC** | Case number *(if known)* **26-11073** |
|---|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **163 East Lancaster Ave Wayne, PA 19087** | **2014-2024** |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **WSFS Bank PO Box 71272 Philadelphia, PA 19176** | **XXXX-2921** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2/2025** | **$2,038.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **TPD Design House, LLC** | | Case number *(if known)* **26-11073** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Debtor   **TPD Design House, LLC**                                   Case number *(if known)* **26-11073**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

**Dates business existed** |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Debtor** | |
| 26a.2.   **Precistat** | **3/25 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Debtor** | |
| 26c.2.   **Precistat** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **TPD Design House, LLC**       Case number *(if known)*  **26-11073**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vanessa D. Kreckel | 108 West Wayne Avenue Wayne, PA 19087 | manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■  No
   ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐  No
   ■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **to be filed supplementally** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■  No
   ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■  No
   ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **TPD Design House, LLC**                                    Case number *(if known)*  **26-11073**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2026**

**/s/ Vanessa Kreckel**                              **Vanessa Kreckel**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

# SOFA Schedule 3

| Vendor Names | Date | Transaction type | Memo | Account full name | Amount |
|---|---|---|---|---|---|
| **ADP** | | | | | |
| | 12/18/2025 | Expense | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF ADP CLIENT TRUST;REF NOTPROVIDED;WIRE/OUT - PACIH3943O2 Q0G2V | 1007 Berkshire Bank/Beacon 0456 | -82,610.69 |
| | 12/18/2025 | Expense | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF ADP CLIENT TRUST;REF NOTPROVIDED;WIRE/OUT - PACII1613IF Q0JYD | 1007 Berkshire Bank/Beacon 0456 | -15,349.07 |
| | 12/31/2025 | Expense | #Wire Transfer-Out OUTGOING WIRE BNF ADP CLIENT TRUST; REF NOTPROVIDED;WIRE/OUT - PACVE1817PGR2NKD ADP PAYROLL BERKSHIRE SE | 1007 Berkshire Bank/Beacon 0456 | -85,147.28 |
| | 01/21/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260121 TIME:0434 ET TRN:2026012000857342 SERVICE REF:251362 BNF:ADP CLIENT TRUST ID:20000045859992 BN | 1030 Bank of America, Checking •••7518 | -98,281.68 |
| | 01/29/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -83,243.02 |
| | 02/11/2026 | Expense | WIRE OUT DATE:260211 TIME:1358 ET TRN:2026021100450395 SERVICE REF:515754 BNF:ADP CLIENT TRUST ID:20000045859992 BNF BK:JPMO | 1030 Bank of America, Checking •••7518 | -96,265.53 |
| | 02/27/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -81,259.89 |
| **Total for ADP** | | | | | -$542,157.16 |
| | | | | | |
| **Amazon COGS** | | | | | |
| | 12/16/2025 | Expense | DEBIT CARD MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 2M7IL S2V3 Amzn com WA XXXXXXXXXXXX9665 TRAN DATE 12-16-25 | 1005 WSFS OPERATING #2921 | -46.60 |
| | 12/16/2025 | Expense | Amazon Card spend | 1020 Square Checking #7844 | -21.15 |
| | 12/16/2025 | Expense | Amazon Card spend | 1020 Square Checking #7844 | -269.95 |
| | 12/17/2025 | Expense | DEBIT CARD MERCHANT PURCHASE TERMINAL 469216 Amazon com Z97MU0H Z3 Amzn com WA XXXXXXXXXXXX9665 TRAN DATE 12-17-25 | 1005 WSFS OPERATING #2921 | -91.68 |
| | 12/17/2025 | Expense | DEBIT CARD MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 9662N 0QQ3 Amzn com WA XXXXXXXXXXXX9665 TRAN DATE 12-17-25 | 1005 WSFS OPERATING #2921 | -14.82 |
| | 12/17/2025 | Deposit | DEBIT CARD REFUND MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX9665 TRAN DATE 12-17- | 1005 WSFS OPERATING #2921 | 27.55 |
| | 12/19/2025 | Expense | Amazon Card spend | 1020 Square Checking #7844 | -92.32 |
| | 12/19/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -46.52 |
| | 12/19/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -53.00 |
| | 12/19/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -24.37 |
| | 12/19/2025 | Deposit | Amazon Card refund | 1020 Square Checking #7844 | 269.95 |
| | 12/20/2025 | Expense | Amazon | 1020 Square Checking #7844 | -154.74 |
| | 12/20/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -472.19 |
| | 12/20/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -7.41 |
| | 12/20/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -38.66 |
| | 12/23/2025 | Expense | Card spend Amazon Mktplace Pmts | 1020 Square Checking #7844 | -8.00 |
| | 12/24/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -226.37 |
| | 12/24/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -16.95 |
| | 12/24/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -111.25 |
| | 12/26/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -31.75 |
| | 12/27/2025 | Expense | Amazon | 1020 Square Checking #7844 | -12.70 |
| | 12/27/2025 | Expense | Amazon | 1020 Square Checking #7844 | -18.29 |
| | 12/27/2025 | Expense | Amazon | 1020 Square Checking #7844 | -26.55 |
| | 12/27/2025 | Expense | Amazon | 1020 Square Checking #7844 | -9.99 |
| | 12/27/2025 | Expense | Amazon Card spend | 1020 Square Checking #7844 | -31.23 |
| | 12/27/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -49.80 |
| | 12/27/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -40.80 |
| | 12/28/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -33.77 |
| | 12/28/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -20.13 |
| | 12/28/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -9.93 |
| | 12/28/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -16.89 |
| | 12/29/2025 | Expense | Amazon Card spend | 1020 Square Checking #7844 | -75.55 |
| | 12/29/2025 | Expense | Amazon Mktplace Pmts Card spend | 1020 Square Checking #7844 | -32.80 |
| | 12/30/2025 | Expense | Amazon | 1020 Square Checking #7844 | -317.99 |
| | 12/30/2025 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -76.68 |
| | 01/02/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -27.55 |
| | 01/02/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -14.83 |
| | 01/02/2026 | Expense | Amazon | 1020 Square Checking #7844 | -20.08 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -38.15 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -30.73 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -27.55 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -25.96 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -18.01 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -18.01 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -17.11 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -16.93 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -15.88 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -10.59 |
| | 01/03/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -7.41 |
| | 01/03/2026 | Expense | Amazon | 1020 Square Checking #7844 | -24.27 |
| | 01/03/2026 | Expense | Amazon | 1020 Square Checking #7844 | -6.53 |
| | 01/04/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -42.39 |
| | 01/04/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -24.79 |
| | 01/04/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -9.53 |
| | 01/04/2026 | Expense | Amazon | 1020 Square Checking #7844 | -48.71 |

| Date | Type | Payee/Description | Account | Amount |
|---|---|---|---|---|
| 01/04/2026 | Expense | Amazon | 1020 Square Checking #7844 | -25.96 |
| 01/04/2026 | Expense | Amazon | 1020 Square Checking #7844 | -16.95 |
| 01/04/2026 | Expense | Amazon | 1020 Square Checking #7844 | -15.97 |
| 01/05/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -26.49 |
| 01/05/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -19.07 |
| 01/06/2026 | Expense | Amazon web services | 1020 Square Checking #7844 | -21.33 |
| 01/10/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -35.29 |
| 01/10/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -27.97 |
| 01/10/2026 | Expense | Amazon | 1020 Square Checking #7844 | -82.13 |
| 01/12/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -37.12 |
| 01/12/2026 | Expense | Amazon | 1020 Square Checking #7844 | -99.86 |
| 01/13/2026 | Expense | Amazon | 1020 Square Checking #7844 | -194.74 |
| 01/13/2026 | Expense | Amazon | 1020 Square Checking #7844 | -17.99 |
| 01/15/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -95.35 |
| 01/15/2026 | Expense | Amazon Mktplace Pmts | 1020 Square Checking #7844 | -21.19 |
| 01/15/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -51.93 |
| 01/22/2026 | Expense | PURCHASE 0121 AMAZON MKTPL*LX1DU3513 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -90.38 |
| 01/22/2026 | Expense | PURCHASE 0121 AMAZON MKTPL*OS3RC1XV3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -16.83 |
| 01/27/2026 | Expense | CHECKCARD 0126 AMAZON MKTPL*JC7OG08H3 Amzn.com/billWA 24692166026103705918575 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -39.84 |
| 01/28/2026 | Expense | CHECKCARD 0128 AMAZON MKTPL*D86IT1U93 Amzn.com/billWA 24692166028105080396077 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -503.91 |
| 01/29/2026 | Expense | PURCHASE 0128 AMAZON MKTPL*029RK9193 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -39.48 |
| 01/29/2026 | Expense | PURCHASE 0129 AMAZON MKTPL*ARS6F00V3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -31.35 |
| 01/29/2026 | Expense | PURCHASE 0129 AMAZON MKTPL*0Y3U84X73 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -9.74 |
| 01/30/2026 | Expense | PURCHASE 0129 AMAZON MKTPL*Q44T35NV3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -14.55 |
| 02/02/2026 | Expense | PURCHASE 0201 AMAZON MKTPL*LT84M7023 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -55.27 |
| 02/02/2026 | Expense | CHECKCARD 0201 AMAZON MKTPL*T58LE7TY3 Amzn.com/billWA 24692166032108805622052 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXXX | 1030 Bank of America, Checking •••7518 | -31.79 |
| 02/02/2026 | Expense | CHECKCARD 0201 AMAZON MKTPL*G901J3BT3 Amzn.com/billWA 24692166032108560299526 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -98.39 |
| 02/02/2026 | Expense | PURCHASE 0201 AMAZON RETA* 2B9789PX3 WWW.AMAZON.COWA | 1030 Bank of America, Checking •••7518 | -24.23 |
| 02/05/2026 | Expense | CHECKCARD 0204 AMAZON MKTPL*5R5276163 Amzn.com/billWA 24692166035101278972077 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -10.59 |
| 02/05/2026 | Expense | CHECKCARD 0204 AMAZON MKTPL*NG28S6XZ3 Amzn.com/billWA 24692166035101275766183 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -29.63 |
| 02/06/2026 | Expense | CHECKCARD 0206 AMAZON MKTPL*N37S436Q3 Amzn.com/billWA 24692166037100054957144 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -10.58 |
| 02/06/2026 | Expense | CHECKCARD 0205 AMAZON MKTPL*NM4E49YS3 Amzn.com/billWA 24692166036102436538072 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -31.78 |
| 02/06/2026 | Expense | CHECKCARD 0205 Amazon web services aws.amazon.coWA 24692166036102540000209 CKCD 4816 XXXXXXXXXXXX6992 XXXX XXXX XXXX 6992 | 1030 Bank of America, Checking •••7518 | -27.89 |
| 02/09/2026 | Expense | PURCHASE 0207 AMAZON MKTPL*172ZP5AX3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -509.73 |
| 02/09/2026 | Expense | PURCHASE 0206 AMAZON MKTPL*W05UE9LX3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -270.89 |
| 02/10/2026 | Expense | CHECKCARD 0210 AMAZON MKTPL*7Y7DF3XR3 Amzn.com/billWA 24692166041103440409964 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -245.17 |
| 02/10/2026 | Expense | PURCHASE 0210 AMAZON RETA* SL14L4AR3 WWW.AMAZON.COWA | 1030 Bank of America, Checking •••7518 | -64.53 |
| 02/11/2026 | Expense | PURCHASE 0210 AMAZON MKTPL*V420C80L3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -8.00 |
| 02/11/2026 | Expense | CHECKCARD 0211 AMAZON MKTPL*T56IP3LM3 Amzn.com/billWA 24692166042104454995020 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -7.21 |
| 02/11/2026 | Expense | CHECKCARD 0210 AMAZON MKTPL*XI8O92F63 Amzn.com/billWA 24692166041103949553775 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXXX | 1030 Bank of America, Checking •••7518 | -66.17 |
| 02/12/2026 | Expense | PURCHASE 0211 AMAZON MKTPL*UB7JP8AD3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -7.83 |
| 02/12/2026 | Expense | PURCHASE 0211 AMAZON MKTPL*9H9901893 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -30.70 |
| 02/12/2026 | Expense | PURCHASE 0211 AMAZON MKTPL*875JJ5WN3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -31.32 |
| 02/13/2026 | Expense | PURCHASE 0212 AMAZON MKTPL*LR1C96MA3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -8.00 |
| 02/17/2026 | Expense | PURCHASE 0216 AMAZON MKTPL*VG2982FX3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -338.16 |
| 02/17/2026 | Expense | PURCHASE 0216 AMAZON MKTPL*9N1B164P3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -769.57 |
| 02/17/2026 | Expense | PURCHASE 0215 AMAZON MKTPL*W03BI3W73 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -25.38 |
| 02/17/2026 | Expense | PURCHASE 0214 AMAZON MKTPL*862XA6S13 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -8.05 |
| 02/17/2026 | Expense | CHECKCARD 0213 AMAZON MKTPL*GY29X5203 Amzn.com/billWA 24692166044106334917221 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -40.26 |
| 02/18/2026 | Expense | PURCHASE 0218 AMAZON MKTPL*IJ4ZQ1G33 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -8.47 |
| 02/19/2026 | Expense | PURCHASE 0219 AMAZON MKTPL*VC2HI2FI3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -42.38 |
| 02/19/2026 | Expense | PURCHASE 0218 AMAZON MKTPL*OD8PD4TW3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -298.50 |
| 02/20/2026 | Expense | PURCHASE 0219 AMAZON MKTPL*NE5UJ2WY3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -220.79 |
| 02/20/2026 | Expense | PURCHASE 0219 AMAZON MKTPL*K50T53Z13 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -881.17 |
| 02/20/2026 | Expense | PURCHASE 0219 AMAZON MKTPL*IK1HS74T3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -82.65 |
| 02/20/2026 | Expense | PURCHASE 0219 AMAZON MKTPL*B96R411W2 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -470.52 |
| 02/20/2026 | Expense | PURCHASE 0219 AMAZON RETA* 898R12072 WWW.AMAZON.COWA | 1030 Bank of America, Checking •••7518 | -40.98 |
| 02/23/2026 | Expense | PURCHASE 0220 AMAZON MKTPL*HB64H05M3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -484.38 |
| 02/23/2026 | Expense | PURCHASE 0220 AMAZON MKTPL*B998P1MQ2 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -46.54 |
| 02/24/2026 | Expense | PURCHASE 0224 AMAZON MKTPL*T46G26UT3 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -8.05 |
| 02/26/2026 | Expense | PURCHASE 0226 AMAZON MKTPL*BE7XD5EX2 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -7.04 |
| 02/26/2026 | Expense | CHECKCARD 0226 AMAZON MKTPL*B15G29IA0 Amzn.com/billWA 24692166057101477912380 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXXX | 1030 Bank of America, Checking •••7518 | -25.96 |
| 02/27/2026 | Expense | PURCHASE 0226 AMAZON MKTPL*B18518YU0 Amzn.com/billWA | 1030 Bank of America, Checking •••7518 | -100.74 |
| 02/27/2026 | Expense | CHECKCARD 0227 AMAZON MKTPL*BE6QH5VE2 Amzn.com/billWA 24692166058102462072338 CKCD 5942 XXXXXXXXXXXX6992 XXXX XXXX XXX | 1030 Bank of America, Checking •••7518 | -31.79 |
| 02/27/2026 | Expense | PURCHASE 0227 AMAZON RETA* B97V364L0 WWW.AMAZON.COWA | 1030 Bank of America, Checking •••7518 | -6.64 |

Total for Amazon — -$9,691.48

**Announcement Converters, Inc Vendor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 12/18/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -144.41 |
| 12/18/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -132.60 |
| 12/18/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -192.38 |
| 12/18/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -30.61 |
| 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -792.73 |
| 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -168.85 |
| 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -37.50 |
| 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -0.92 |
| 12/22/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -88.08 |
| 12/22/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -45.80 |
| 12/22/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -332.60 |
| 12/22/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -274.00 |
| 12/22/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -164.01 |
| 12/22/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -95.51 |
| 12/31/2025 | Bill Payment (Check) | | | 0.00 |
| 01/20/2026 | Expense | CHECKCARD 0116 ANNOUNCEMENT CONVERTERS 305-6858090 FL 24275396016900015885661 CKCD 5199 XXXXXXXXXXXX6992 XXXX XXXX XXXX | 1030 Bank of America, Checking •••7518 | -2,000.00 |
| 01/29/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -1,073.28 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -3,146.75 |
| 02/09/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -2,000.00 |
| 02/13/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -3,000.00 |
| 02/17/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -1,500.00 |
| 02/24/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -2,000.00 |
| **Total for Announcement Converters, Inc** | | | | **-$17,220.03** |

**Berkovitz and Bouskila LLC - MCA SAMSON**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 02/02/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -3,000.00 |
| 02/11/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -3,000.00 |
| 02/20/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -3,000.00 |
| 02/23/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -3,000.00 |
| **Total for Berkovitz and Bouskila LLC** | | | | **-$12,000.00** |

**Brenton Niccolo - Employee Reimbursement Expenses**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 02/06/2026 | Expense | Brenton Niccolo DES:Invoices ID:e78075240 INDN:TPD Design House, LLC CO ID:1289133000 CCD PMT INFO:Invoices Expense Reimbursement | 1030 Bank of America, Checking •••7518 | -21,446.94 |
| **Total for Brenton Niccolo** | | | | **-$21,446.94** |

**Centennial capital**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 02/09/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260209 TIME:1304 ET TRN:2026020600566827 SERVICE REF:012650 BNF:CENTENNIAL CAPITAL INVESTM ID:4817546 | 1030 Bank of America, Checking •••7518 | -15,000.00 |
| **Total for Centennial capital** | | | | **-$15,000.00** |

**Conlin's Copy Center - Vendor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/21/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -9,591.54 |
| 01/21/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -408.46 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -339.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -227.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -430.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -98.05 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -814.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -50.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -512.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -868.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -698.75 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -808.75 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -285.53 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -868.90 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -50.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -100.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -1.68 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -78.50 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -50.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -128.09 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -122.81 |

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -122.81 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -386.15 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -138.75 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -567.30 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -95.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -80.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -137.50 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -5,062.05 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -486.67 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -1,215.00 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -110.21 |
| 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -67.50 |
| 3/2/2026 | | | | 15,000.00 |
| 02/19/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -15,000.00 |
| **Total for Conlin's Copy Center** | | | | **-$25,000.00** |

**Faire - COGS**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 12/16/2025 | Expense | POS PURCHASE POS PURCHASE TERMINAL WLAJDTLD FAIRE #C7QYW7KA9X SAN FRANC CA XXXXXXXXXXXX9665 TRAN DATE 12-16-25 | 1005 WSFS OPERATING #2921 | -510.73 |
| 01/02/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -951.72 |
| 01/06/2026 | Expense | Faire Sek5c Kx | 1020 Square Checking #7844 | -343.88 |
| 01/06/2026 | Expense | Faire Sek5c Kx | 1020 Square Checking #7844 | -510.73 |
| 01/06/2026 | Expense | Faire Sek5c Kx | 1020 Square Checking #7844 | -951.72 |
| 01/06/2026 | Expense | Faire Sek5c Kx | 1020 Square Checking #7844 | -145.83 |
| 01/07/2026 | Expense | Faire Sek5c Kx | 1020 Square Checking #7844 | -145.84 |
| 01/20/2026 | Expense | CHECKCARD 0116 FAIRE #UZGM5X3RQ3 FAIRE.COM CA 24492166017100000602857 RECURRING CKCD 5399 XXXXXXXXXXXX6992 XXXX XXXX XX | 1030 Bank of America, Checking •••7518 | -145.84 |
| 01/20/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -609.70 |
| 01/21/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -315.19 |
| 01/22/2026 | Expense | PURCHASE 0121 FAIRE #92XS8FMEH8 FAIRE.COM CA | 1030 Bank of America, Checking •••7518 | -145.84 |
| 01/29/2026 | Expense | PURCHASE 0128 FAIRE #SSZ964KJQ6 FAIRE.COM CA | 1030 Bank of America, Checking •••7518 | -145.84 |
| 02/05/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -145.84 |
| 02/09/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -510.73 |
| 02/09/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -343.88 |
| 02/09/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -951.72 |
| 02/09/2026 | Deposit | | 1007 Berkshire Bank/Beacon 0456 | 951.72 |
| 02/12/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -951.72 |
| 02/17/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -510.74 |
| 02/17/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -343.88 |
| 02/18/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -510.74 |
| 02/18/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -951.72 |
| 02/18/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -343.89 |
| 02/25/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -510.74 |
| 02/25/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -951.72 |
| 02/25/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -343.89 |
| **Total for Faire** | | | | **-$11,342.35** |

**FedEx**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/27/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -16,343.95 |
| 01/27/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -354.00 |
| 02/13/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -29.38 |
| **Total for FedEx** | | | | **-$16,727.33** |

**Four Seasons Resort Mallorca - Vendor COGS**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/22/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -26,297.90 |
| **Total for Four Seasons Resort Mallorca** | | | | **-$26,297.90** |

**GALLAGHER LEADER**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/21/2026 | Expense | GALLAGHER LEADER DES:BILL.COM ID:015QWMISOCTVX04 INDN:Vanessa Kreckel CO ID:1204895317 CCD PMT INFO:Gallagher Leadership, LLC - | 1030 Bank of America, Checking •••7518 | -5,000.00 |
| 01/21/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -15,447.99 |
| **Total for GALLAGHER LEADER** | | | | **-$20,447.99** |

**High Life Tech - Vendor COGS**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 02/09/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking ***7518 | -15,220.00 |
| 02/09/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking ***7518 | -22,250.00 |
| **Total for High Life Tech** | | | | **-$37,470.00** |

**Hopkins Schafkopf - Unsecured Creditor - Marc Pan**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/30/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260130 TIME:1827 ET TRN:2026012800578431 SERVICE REF:024982 BNF:HOPKINS SCHAFKOPF IOLTA ID:6216048035 | 1030 Bank of America, Checking ***7518 | -7,500.00 |
| 02/11/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260211 TIME:1412 ET TRN:2026021100457584 SERVICE REF:013189 BNF:HOPKINS SCHAFKOPF IOLTA ID:6216048035 | 1030 Bank of America, Checking ***7518 | -5,000.00 |
| **Total for Hopkins Schafkopf** | | | | **-$12,500.00** |

**Jacob Z. Weinstein MCA HMFCG**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/06/2026 | Expense | Zelle payment to Weinstein LLP for "TPD"; Conf# vam2caab9 | 1030 Bank of America, Checking ***7518 | -4,000.00 |
| 01/22/2026 | Expense | Zelle payment to Weinstein LLP Conf# y0m1xdg14 | 1030 Bank of America, Checking ***7518 | -2,500.00 |
| 01/23/2026 | Expense | Zelle payment to Weinstein LLP Conf# s85emld1 | 1030 Bank of America, Checking ***7518 | -2,500.00 |
| 02/05/2026 | Expense | Zelle payment to Weinstein LLP Conf# w2rt13ibz | 1040 Bank of America, Checking #9360 | -2,500.00 |
| 02/11/2026 | Expense | Zelle payment to Weinstein LLP Conf# wg8n9ohvw | 1040 Bank of America, Checking #9360 | -2,500.00 |
| 02/17/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -2,500.00 |
| **Total for Jacob Z. Weinstein** | | | | **-$16,500.00** |

**JP Morgan - Car Payments**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/23/2026 | Expense | JPMorgan Chase DES:Ext Trnsfr ID:27770128913 INDN:VANESSA KRECKEL CO ID:9200502231 CCD | 1030 Bank of America, Checking ***7518 | -1,796.15 |
| 01/23/2026 | Expense | JPMorgan Chase DES:Ext Trnsfr ID:27770087806 INDN:VANESSA KRECKEL CO ID:9200502231 CCD | 1030 Bank of America, Checking ***7518 | -3,277.17 |
| 02/04/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -5,215.75 |
| **Total for JP Morgan** | | | | **-$10,289.07** |

**Kelli Haugh - Employee Reimbursement Expenses COGS**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 12/22/2025 | Expense | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF KELLI HAUGH;REF NOTPROVIDED;WIRE/OUT - PACMK1948KLQ2R3YReimbursement | 1007 Berkshire Bank/Beacon 0456 | -18,061.22 |
| **Total for Kelli Haugh** | | | | **-$18,061.22** |

**Lightyear Business Advisors - Andrew Berg**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 12/31/2025 | Expense | #Wire Transfer-Out OUTGOING WIRE BNF ANDREW BERG;REG NOTPROVIDED;WIRE/OUT - PACVE1832NAR2NY5 | 1007 Berkshire Bank/Beacon 0456 | -10,500.00 |
| 01/12/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -4,000.00 |
| 02/19/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -3,750.00 |
| **Total for Lightyear Business Advisors** | | | | **-$18,250.00** |

**Montgomery McCraken IOLTA - Steinhauer - Unsecured Creditor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/13/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -12,500.00 |
| 02/03/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260203 TIME:1203 ET TRN:2026013000628911 SERVICE REF:010092 BNF:MONTGOMERY, MCCRACKEN IOLT ID:6231 | 1030 Bank of America, Checking ***7518 | -22,500.00 |
| 02/10/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260210 TIME:1521 ET TRN:2026021000495288 SERVICE REF:013421 BNF:MONTGOMERY, MCCRACKEN IOLT ID:6231 | 1030 Bank of America, Checking ***7518 | -25,000.00 |
| 02/23/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260223 TIME:1614 ET TRN:2026022300522797 SERVICE REF:015746 BNF:MONTGOMERY, MCCRACKEN IOLT ID:6231 | 1030 Bank of America, Checking ***7518 | -25,000.00 |
| 3/5/2026 | Expense | | | -25,000.00 |
| **Total for Montgomery** | | | | **-$110,000.00** |

**Pemm Capital LLC - Unsecured Creditor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/26/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260126 TIME:0435 ET TRN:2026012300484033 SERVICE REF:311150 BNF:PEMM CAPITAL LLC ID:599295653 BNF BK:J | 1030 Bank of America, Checking ***7518 | -10,000.00 |
| **Total for Pemm Capital LLC** | | | | **-$10,000.00** |

**Portnoff Law Associates - Taxes**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/21/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -29,905.32 |
| 01/21/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -2,949.39 |
| 02/12/2026 | Expense | | 1030 Bank of America, Checking ***7518 | -2,949.39 |
| **Total for Portnoff Law Associates** | | | | **-$35,804.10** |

**Salil Zaveri - Unsecured Creditor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/23/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260123 TIME:1604 ET TRN:2026012300416708 SERVICE REF:661259 BNF:SALIL ZAVERI ID:919581535 BNF BK:JPMOR | 1030 Bank of America, Checking ***7518 | -34,172.92 |

| | | | | | |
|---|---|---|---|---|---|
| **Total for Salil Zaveri** | | | | | -$34,172.92 |
| | | | | | |
| **Surefold Company Inc** | | | | | |
| | 12/31/2025 | Expense | #Wire Transfer-Out OUTGOING WIRE BNF SUREFOLD CO. INC.;REF NOTPROVIDED;WIRE/OUT - PACVE26557TR3OPJ | 1007 Berkshire Bank/Beacon 0456 | -20,000.00 |
| | 01/23/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -20,000.00 |
| | 02/06/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -12,500.00 |
| | 3/2/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -17,000.00 |
| | 02/12/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -10,000.00 |
| **Total for Surefold Company Inc** | | | | | -$79,500.00 |
| **TLF** | | | | | |
| | 02/02/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -550.00 |
| | 02/02/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -4,626.00 |
| | 02/02/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -11,436.54 |
| **Total for TLF** | | | | | -$16,612.54 |
| | | | | | |
| **TUCKER ALBIN - MCA Atash** | | | | | |
| | 2/28/2026 | Expense | | 1030 Bank of America, Checking | -15,000.00 |
| | 02/09/2026 | Expense | | 1030 Bank of America, Checking | -15,000.00 |
| | 2/28/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -15,000.00 |
| | 02/17/2026 | Expense | | 1007 Berkshire Bank/Beacon 0456 | -7,500.00 |
| **Total for TUCKER ALBIN** | | | | | -$52,500.00 |
| **Uline** | | | | | |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -40.50 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -223.75 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -97.94 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -54.00 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -76.00 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -81.94 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -2,092.83 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -68.37 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -203.27 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -617.90 |
| | 12/19/2025 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -380.25 |
| | 01/22/2026 | Expense | | 1010 Berkshire Bank/Beacon #4837 | -14,455.58 |
| | 01/23/2026 | Deposit | | 1010 Berkshire Bank/Beacon #4837 | 14,455.58 |
| | 01/28/2026 | Expense | | 1010 Berkshire Bank/Beacon #4837 | -14,455.58 |
| | 01/29/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -212.05 |
| | 01/29/2026 | Deposit | | 1010 Berkshire Bank/Beacon #4837 | 14,455.58 |
| | 02/03/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -248.86 |
| | 02/05/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -187.36 |
| | 02/11/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -93.28 |
| | 02/11/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -74.83 |
| | 02/13/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -163.40 |
| | 02/19/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -168.22 |
| | 02/19/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -89.13 |
| | 02/20/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -223.19 |
| | 02/20/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -458.58 |
| | 02/26/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -72.00 |
| | 02/26/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -576.82 |
| | 02/26/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -156.38 |
| | 02/26/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -92.48 |
| | 02/26/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -294.25 |
| | 02/26/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -2,209.96 |
| | 02/26/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -60.38 |
| **Total for Uline** | | | | | -$9,317.92 |

**Vaishali gor - Unsecured Creditor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/12/2026 | Expense | Online transfer to CHK 8930 Confirmation# vqmScarmy; | 1030 Bank of America, Checking •••7518 | -5,037.35 |
| 12/31/2025 | Expense | | | -15,037.35 |
| 01/12/2026 | Expense | Online transfer to CHK 8930 Confirmation# wl9nfc9vw; | 1030 Bank of America, Checking •••7518 | -10,000.00 |
| 02/04/2026 | Expense | | 1030 Bank of America, Checking •••7518 | -11,037.35 |
| **Total for Vaishali gor** | | | | **-$41,112.05** |

**West Wayne Avenue Ventures - Landlor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 12/31/2025 | Expense | #Wire Transfer-Out OUTGOING WIRE BNF WEST WAYNE AVEVENTURES OPERATING;REF NOT PROVIDED;WIRE/OUT - PACVE26 | 1007 Berkshire Bank/Beacon 0456 | -25,000.00 |
| **Total for West Wayne Avenue Ventures** | | | | **-$25,000.00** |

**Xena Productions Ltd - Vendor**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 01/23/2026 | Bill Payment (Check) | | 1030 Bank of America, Checking •••7518 | -30,602.48 |
| **Total for Xena Productions Ltd** | | | | **-$30,602.48** |

**Xerox Corporation - Equiptment**

| Date | Type | Description | Account | Amount |
|---|---|---|---|---|
| 02/04/2026 | Expense | WIRE TYPE:WIRE OUT DATE:260204 TIME:1027 ET TRN:2026020200536202 SERVICE REF:460477 BNF:XEROX CORPORATION - XEROX ID:1092220 | 1030 Bank of America, Checking •••7518 | -26,390.48 |
| **Total for Xerox Corporation** | | | | **-$26,390.48** |

B2030 (Form 2030) (12/25)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **TPD Design House, LLC**                                    Case No.   **26-11073**

                                          Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ **50,000.00** |
| Prior to the filing of this statement I have received | $ **25,000.00** |
| Balance Due | $ **25,000.00** |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [List other services that counsel has agreed to provide]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 26, 2026**                              **/s/ David B. Smith**
*Date*                                          **David B. Smith 59098**
                                                *Signature of Attorney*
                                                **Smith Kane Holman, LLC**
                                                **112 Moores Road**
                                                **Suite 300**
                                                **Malvern, PA 19355**
                                                **610-407-7215  Fax: 610-407-7218**
                                                **dsmith@skhlaw.com**
                                                *Name of law firm*

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **TPD Design House, LLC**

Debtor(s)

Case No.   **26-11073**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vanessa Krekel**<br>**108 W. Wayne Avenue**<br>**Wayne, PA 19087** | | **100%** | **membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 26, 2026**

Signature   **/s/ Vanessa Kreckel**
**Vanessa Kreckel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **TPD Design House, LLC**                                      Case No.   **26-11073**
Debtor(s)                                      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 26, 2026**                    **/s/ Vanessa Kreckel**
                                              **Vanessa Kreckel**/**Managing Member**
                                              Signer/Title