**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No. 26-11073-DJB |
| TPD DESIGN HOUSE, LLC, | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(B) and Local Rule 2002-1, please take notice that Attorney Turner N. Falk notes his appearance on behalf of creditors Dexed, LLC and D2 Finance. Please serve a copy of all further pleadings (including motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned attorney at the address below.

**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia PA 19103
(215) 972-8415
turner.falk@saul.com

Respectfully submitted,

Dated:  April 30, 2026

By: */s/ Turner N. Falk*
**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia PA 19103
(215) 972-8415
turner.falk@saul.com
*Counsel for Dexed, LLC and D2 Finance*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | : |
|  | :   Bankruptcy No. 26-11073-DJB |
| TPD DESIGN HOUSE, LLC, | : |
|  | :   Chapter 11 |
| Debtor. | : |
|  | : |

**CERTIFICATION OF SERVICE**

I, Turner N. Falk, certify that on April 30, 2026, I did cause a true and correct copy of the document described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Entry of Appearance of Turner N. Falk on behalf of creditors Dexed, LLC and D2 Finance.

Dated:  April 30, 2026          By: */s/ Turner N. Falk*
                                       **SAUL EWING LLP**
                                       Turner N. Falk, Esq.
                                       1735 Market Street, 34th Floor
                                       Centre Square West
                                         Philadelphia PA 19103
                                       (215) 972-8415
                                       turner.falk@saul.com
                                     *Counsel for Dexed, LLC and D2 Finance*