## Exhibit A – Budget/Projections

## TPD Design House 9 Week Budget (REVISED)
*4/27/2026*

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | 4/5/2026 | 4/12/2026 | 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | **TOTAL** |
| Ending | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| *Accounts Receivable Conversion* | | | | | | | | | | |
| **Cash Income** | - | 29,500 | 252,526 | 159,750 | 130,770 | 366,300 | 141,750 | 256,770 | 193,500 | 1,530,866 |

*Explaination for Changes:* Cash receivables have been revised based on the latest accounts receivable data. Cash conversation was below budget in weeks 2 and 3 (shortfalls of $28.5k and $42.5k, respectively). Despite this shortfall due to payment timing considerations, aggregate Cash Income for the Budget period increased $338k because TPD has better visibility into the timing of installment payments as work is completed and deliverable dates get closer. To a lesser extent, TPD won some new business and a few smaller projects were overlooked in the previous analysis.

| *Payroll Expenses* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll PEO (Includes Processing Fee, Taxes) | (81,182) | - | (81,182) | - | (81,182) | - | (81,182) | - | (81,182) | (405,910) |
| Benefits Invoice | (14,711) | - | - | - | (14,711) | - | - | - | (14,711) | (44,133) |
| Retention Bonus for Late Payroll | - | (13,000) | - | - | - | - | - | - | - | (13,000) |
| Vanessa Compensation | - | - | (5,000) | - | (5,000) | - | (5,000) | - | (5,000) | |
| **Cash Payroll Expenses** | (95,893) | (13,000) | (86,182) | - | (100,893) | - | (86,182) | - | (100,893) | (483,043) |
| *Other Operating Expenses* | | | | | | | | | | |
| Rent or Lease + CAM Charges Combined | - | (34,159) | (34,159) | - | - | - | - | - | (34,159) | (102,477) |
| Cost of Goods for Active Projects | - | (21,000) | (70,000) | (38,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (304,000) |
| Cost of Goods for Specialty Project | - | - | - | - | - | - | - | - | (100,000) | (100,000) |
| Equipment Lease Vendor 1 | - | - | (1,771) | - | - | - | (1,771) | - | - | (3,542) |
| Equipment Lease Vendor 2 | - | - | - | (976) | - | - | - | - | (976) | (1,951) |
| Insurance Expense - Business Insurance | - | (3,382) | - | - | - | (3,382) | - | - | - | (6,763) |
| Software / Subscriptions Total | - | (1,653) | (1,653) | (9,933) | (1,653) | (1,653) | (1,653) | (1,653) | (9,933) | (29,785) |
| Bookkeeping Fees | - | (1,759) | - | (1,700) | - | - | - | - | - | (3,459) |
| Accounting Fees (New Accounting) | - | - | - | (10,000) | - | - | - | - | (5,000) | (15,000) |
| Utilities, Telephone, & Office | - | (26,835) | (1,328) | (8,820) | (450) | (5,450) | (1,328) | (450) | (8,820) | (53,481) |
| Shipping Expense | - | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (80,000) |
| Printing + Reproduction | - | (23,000) | (27,000) | (39,978) | (26,798) | (26,798) | (26,798) | (26,798) | (26,798) | (223,968) |
| Airfare | - | (9,000) | - | - | - | - | - | - | - | (9,000) |
| Speciality Vendors | - | (46,900) | - | (24,000) | - | (50,000) | (35,000) | - | - | (155,900) |
| Other | - | (36,594) | (6,549) | (36,996) | (27,547) | (27,547) | (27,547) | (27,547) | (27,547) | (217,876) |
| **Total Cash Operating Expenses** | - | (180,123) | (152,460) | (214,562) | (101,448) | (159,830) | (139,097) | (101,448) | (258,233) | (1,307,202) |

*Explaination for Changes:* Expense forecasting has also been revised based on the latest data. In weeks 2 and 3, expenses exceeded prior budget by $44k and $61k, respectively. The largest sources of variance were greater project-related costs, including costs related to newly won projects (~$40k), line-items not previously accounted for (~40k), and faster time frames for certain vendor payments (~$20k). Total Cash Operating expenses increased by $394,000 over prior budget due to new assumptions to account for the upfront costs associated with newly won mandates and previously missed delivery-related line-items. COGS for Active Projects was also revised upward. This line item was underestimated previously and can vary radically week-to-week depending upon the nature of the projects in pipeline.

## TPD Design House 9 Week Budget (REVISED)

*4/27/2026*

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | 4/5/2026 | 4/12/2026 | 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | |
| Ending | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| **Critical Vendor Payments** | | | | | | | | | | |
| Critical Vendor 1 | (11,500) | (11,500) | - | (23,000) | (11,500) | (11,500) | (11,500) | (11,500) | (11,500) | (103,500) |
| Critical Vendor 2 | (36,000) | (21,000) | - | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (117,000) |
| Critical Vendor 3 | - | (20,000) | - | (10,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (55,000) |
| Critical Vendor 4 | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor 5 | - | (71,120) | - | - | - | - | - | (71,120) | - | (142,240) |
| Critical Vendor 6 | - | (97,819) | - | - | - | - | - | (97,819) | - | (195,637) |
| **Total Critical Vendor Payments** | (47,500) | (221,439) | - | (43,000) | (26,500) | (26,500) | (26,500) | (195,439) | (26,500) | (613,377) |

*Explaination for Changes:* Due to a cash shortfall in week 3, the Company had to push installment payments for Critical Vendors 1 and 2 to this week (once further DIP financing is approved). Vendors 2 and 3 have been aggressive about arrears and require the above payment schedule to continue work. With respect to Critical Vendor 2, TPD reached a deal requiring further installment payments to reduce the balance. With respect to Critical Vendor 3, those installment payments were previously reflected within ordinary operating expenses and thus bucketed incorrectly. That categorization issue has been fixed. Despite the noted increase, TPD has been aggressive about minimizing payments for pre-petition vendor arrears.

| *Reorganization Expenses* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| US Trustee QUARTERLY FEES | | - | - | (10,500) | - | - | - | - | - | (10,500) |
| SKH Law Professional Fees | | - | - | (10,500) | - | - | - | - | (24,000) | (34,500) |
| Creditor Committee Professional Fees | | - | - | - | - | - | - | - | (20,000) | (20,000) |
| **Total Cash Reorganization Expenses** | | - | - | (21,000) | - | - | - | - | (44,000) | (65,000) |
| | | | | | | | | | | |
| **Cash Income** | | 29,500 | 252,526 | 159,750 | 130,770 | 366,300 | 141,750 | 256,770 | 193,500 | 1,530,866 |
| **Cash Expenses** | | (414,561) | (238,642) | (278,562) | (228,841) | (186,330) | (251,779) | (296,887) | (429,626) | (2,325,229) |
| **Change in Cash** | | (385,061) | 13,884 | (118,812) | (98,071) | 179,970 | (110,029) | (40,117) | (236,126) | (794,363) |

| *Cash Balance* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 10,000 | 30,000 | 40,536 | 54,420 | 30,000 | 30,000 | 209,970 | 99,941 | 59,824 | 10,000 |
| Change in Cash(1)(2) | (111,893) | (385,061) | 13,884 | (118,812) | (98,071) | 179,970 | (110,029) | (40,117) | (236,126) | (906,256) |
| DIP Facility | 131,893 | 395,597 | - | 94,392 | 98,071 | - | - | - | 206,303 | 926,256 |
| **Ending Balance** | 30,000 | 40,536 | 54,420 | 30,000 | 30,000 | 209,970 | 99,941 | 59,824 | 30,000 | 30,000 |

| *DIP Facility* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | - | 131,893 | 527,490 | 527,490 | 621,882 | 719,953 | 719,953 | 719,953 | 719,953 | - |
| Draw | 131,893 | 395,597 | - | 94,392 | 98,071 | - | - | - | 206,303 | 926,256 |
| **Ending Balance** | 131,893 | 527,490 | 527,490 | 621,882 | 719,953 | 719,953 | 719,953 | 719,953 | 926,256 | 926,256 |

(1) Installment in week 1 made primarily to ensure payroll

(2) Overage of $17.5k ($527.5k drawn vs. $510.0k approved) due to lower cash collections and higher expenses during budget period. Explainations for variance noted above.