**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**CERTIFICATE OF SERVICE REGARDING APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
OF FOX ROTHSCHILD LLP AS COUNSEL, EFFECTIVE AS OF APRIL 8, 2026**

I, Jesse M. Harris, certify that on April 29, 2026, I caused a true and correct copy of (i) the

*Application of the Official Committee of Unsecured Creditors for an Order Authorizing and*

*Approving the Employment and Retention of Fox Rothschild LLP as Counsel, Effective as of April*

*8, 2026*; (ii) *Notice of Application*; and (iii) *proposed form of Order*, to be served on the parties

listed on the attached **Service List** via U.S. mail, first class and postage prepaid.

I hereby certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

By:   */s/ Jesse M. Harris*
    Jesse M. Harris
    Matthew A. Skolnick
    Two Commerce Square
    2001 Market Street, Suite 1700
    Philadelphia, PA 19103
    (215) 299-2000/Fax (215) 299-2150
    jesseharris@foxrothschild.com
    mskolnick@foxrothschild.com

Dated: May 6, 2026                                          *Proposed Attorneys for the Official Committee
of Unsecured Creditors*

ServiceList

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA  19087

Nicholas M. Engel, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA  19355

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA  19355

John Henry Schanne
DOJ-UST
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Daniel R. Utain, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
401 Plymouth Road, Suite 120
Plymouth Meeting, PA  19462

Stephen G. Bresset, Esquire
Bresset & Santora, LLC
812 Court Street
Honesdale, PA  18431

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ  08690

Euguenia Moisseenko
6040 Boulevard East, 16J
West New York, NJ  07093

Mark S. Haltzman, Esquire
Silverang, Rosenzweig & Haltzman, LLC
900 E. 8th Avenue, Suite 300
King of Prussia, PA  19406

Steamboat Family Holdings LLC
741 Woodleave Road
Bryn Mawr, PA  19010

Andrew R. Fuchs, Assistant United States Attorney
U.S. Attorney's Office
Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106

Schafkopf Law LLC
Attn: Gary Schafkopf, Esquire
11 Bala Avenue
Bala Cynwyd, PA  19004

Pamela Elchert Thurmond, Senior Attorney
City of Philadelphia
Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA  19109

Matthew Weisberg, Esquire
Weisberg Law
1500 Walnut Street, 21st Floor
Philadelphia, PA  19102

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

Simon E. Fraser, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

Joel M. Flink, Esquire
The Law Offices of Fred Weinberg and Associates, P.C.
375 E. Elm Street, Suite 210
Conshohocken, PA  19428

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX  77479

Michael B. Dubin, Esquire
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA  19006

Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA  19103

Christina M. Philipp, Esquire
McGivney, Kluger, Clark & Intoccia, P.C.
1001 Conshohocken State Road, Suite 2-107
West Conshohocken, PA  19428

Vaishali Gor
910 Carlow Drive
Des Plaines, IL  60016