**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | **Related to D.I. 87** |

**SUPPLEMENTAL DECLARATION OF JESSE M. HARRIS
IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND
APPROVING THE EMPLOYMENT AND RETENTION OF FOX
ROTHSCHILD LLP AS COUNSEL, EFFECTIVE AS OF APRIL 8, 2026**

Jesse M. Harris hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a partner of the law firm Fox Rothschild LLP ("Fox Rothschild"), with offices located at Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103, and I am admitted to practice law in the Commonwealth of Pennsylvania and in the State of New Jersey. Unless otherwise stated in this Declaration (the "Declaration"), I have personal knowledge of the facts set forth herein, or knowledge of such facts based upon the information contained in the books and records of Fox Rothschild.

2.     This Declaration is being submitted as a supplement to my prior Declaration, dated April 28, 2026 (the "Original Declaration"), filed in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") for an Order authorizing and approving the employment and retention of Fox Rothschild as counsel, effective as of April 8, 2026 [D.I. 87].

3.     In the Original Declaration, it was disclosed that Fox Rothschild may either currently be, or in the future may be, adverse to entities and individuals which may consider themselves to be creditors or parties in interest in this Chapter 11 case.  Fox Rothschild also likely represents, and may in the future represent, creditors of TPD Design House, LLC (the "Debtor")

who have not yet been disclosed by the Debtor in matters unrelated to the Debtor, or this Chapter 11 case. Furthermore, Fox Rothschild, from time to time, may work with, represent, engage, and receive referrals from the attorneys and financial advisors or consultants retained by the Debtor, the various lenders to the Debtor, the Committee, or creditors of the Debtor. Fox Rothschild may currently work with, and may have in the past worked with, professionals engaged by the Debtor and the other professionals retained by the Committee on matters unrelated to the Debtor and this Chapter 11 case. Notwithstanding the foregoing, Fox Rothschild has not and will not represent any entity other than the Committee in matters related to this Chapter 11 case. A list of creditors or parties in interest of the Debtor that Fox Rothschild knew it has represented, may currently represent, has been adverse to, or currently is adverse to on wholly unrelated matters, was attached to the Original Declaration as Schedule 2.

4.      As anticipated in the Original Declaration, and in accordance with Local Bankruptcy Rule 2014-1, I now wish to file this Declaration setting forth additional material information relating to Fox Rothschild's employment promptly after learning of any such material information.

5.      In light of the Debtor's recent filing of its Schedules of Assets and Liabilities, Statement of Financial Affairs, and Creditor Matrix (collectively, the "Schedules and Statements") [D.I. 80], I promptly caused Fox Rothschild's comprehensive database of (i) present and former clients, (ii) parties who are or were related or adverse to such clients, and (iii) Fox Rothschild personnel who are or were responsible for the matters involving such clients or related parties to be searched and compared against the names of the persons and entities disclosed in the Debtor's Schedules and Statements.

6.      Based on the results of Fox Rothschild's diligent search of its database, I have become aware of additional connections and/or relationships that may be relevant to Fox Rothschild's representation of the Committee.  These additional connections are set forth on **Schedule 1** attached hereto.

7.      Fox Rothschild does not believe that it has a conflict of interest with any of the parties listed on **Schedule 1**, and Fox Rothschild submits that its connections to any such parties are wholly unrelated to this Chapter 11 case.  To the best of my knowledge, none of the parties on **Schedule 1** have generated revenue for Fox Rothschild in an amount of one percent (1%) or more of Fox Rothschild's gross revenue in any calendar year.

8.      Additionally, as disclosed on Schedule 2 to the Original Declaration, Fox Rothschild previously had a litigation adversity with the Debtor.  At the request of the Office of the United States Trustee (the "US Trustee"), I am disclosing additional details regarding the prior litigation adversity.

9.      On May 23, 2024 and February 11, 2025, Mr. Peter D'Sa ("Mr. D'Sa") and Ms. Sheila D'Sa ("Ms. D'Sa"), respectively, engaged Fox Rothschild in connection with the Debtor's pre-petition payment default under promissory notes (the "Notes") executed by the Debtor in favor of Mr. D'Sa and Ms. D'Sa.  Mr. D'Sa is a member of the Committee and a creditor in this Chapter 11 case.  Schedule 2 to the Original Declaration disclosed that Mr. D'Sa was a former client. **Schedule 1** to this Declaration discloses that Ms. D'Sa was a former client. Fox Rothschild's representation of Mr. D'Sa and Ms. D'Sa was limited to enforcement efforts and proceedings regarding the Debtor's obligations under the Notes.  Fox Rothschild's representation of Mr. D'Sa and Ms. D'Sa concluded upon the Debtor's bankruptcy filing.

10.     The information contained herein will be further revised or supplemented if Fox Rothschild discovers additional relationships or matters that require disclosures in this Chapter 11 case.

11.     I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 6, 2026                                      */s/ Jesse M. Harris*
                                                        Jesse M. Harris, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Declaration was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on May 6, 2026.

/s/ *Jesse M. Harris*
Jesse M. Harris, Esq.

**SCHEDULE 1**

| Entity | Relationship |
|---|---|
| ADP TotalSource FL XVII Inc. | Former client and former litigation adversity with ADP TotalSource Inc. (not specifically ADP Total Source FL XVII Inc.) |
| Amit Patel | Former clients of the same name; former litigation and transaction adversities to individuals of the same name |
| DeLage Landen Financial Services | Current client; current transaction adversity |
| esp Delivers | Fomer litigation adversity |
| First Citizens Bank & Trust | Current client; current transactional adversity |
| JPMorgan Chase | Former client; current litigation and transactional adversity |
| Neil Patel | Former transaction adversity to individual of the same nae |
| Sejal Patel | Former litigation adversity to individual of the same name |
| Sheila D'Sa | Former client |
| Stripe Inc. | Current transactional adversity |
| Uline | Former client; current litigation adversity |
| Venu Reddy | Former client of the same name |