**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *IN RE:* | : | **Chapter 11** |
| **TPD DESIGN HOUSE, LLC** | : | **Case No. 26-11073-DJB** |
| *Debtor.* | : | |

### NOTICE OF APPEARANCE & REQUEST FOR NOTICE

The undersigned counsel, on behalf of creditors, Harkiran Kaur and Jatinder Singh, in the above-captioned case, hereby enters this Notice of Appearance and requests to be added to the electronic service matrix for all pleadings and documents filed in this case.

**REIDENBACH & ASSOCIATES, LLC**

Dated: <u>May 7, 2026</u>          By: _____
                William E. Viss, Esq.
                Devon Square 1
                724 W. Lancaster Ave., Ste. 215
                Wayne, PA 19087
                (t) 610.572.7075
                (f) 268.257.1350
                (e) wviss@reidenbachlaw.com
                ***Counsel for Harkiran Kaur & Jatinder Singh***