**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| TPD DESIGN HOUSE, LLC | : | No. 26-11073-djb |
| | : | |
| *Debtor* | : | |

---

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

---

TO THE CLERK:

Kindly withdraw the appearance of Bresset & Santora LLC by Stephen G. Bresset, Esquire

on behalf of the Creditor, Alan Lobo, in the above captioned matter.

Respectfully submitted by,

 /s/ STEPHEN G. BRESSET

May 7, 2026

Stephen G. Bresset, Esq.
BRESSET & SANTORA LLC
I.D. #22624
812 Court Street
Honesdale, PA 18431
(570) 253-5953