**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| TPD DESIGN HOUSE, LLC | : | No. 26-11073-djb |
| | : | |
| *Debtor* | : | |

---

### CERTIFICATE OF SERVICE

---

I, STEPHEN G. BRESSET, hereby certify that a true and correct copy of the Praecipe for Withdrawal of Appearance has been served by First Class Mail, Email, or by ECF upon the following parties of interest on May 7, 2026:


TPD Design House, LLC
c/o Nicholas M. Engel, Esq.
   David B. Smith, Esq.
112 Moores Road, Suite 200
Malvern, PA 19355

Office of the United States Trustee
c/o John Henry Schanne, Esq.
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Alan Lobo
6 Winterberry Ter.
Hamilton, NJ 08690


*/s/ Stephen G. Bresset*
Stephen G. Bresset