**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**CERTIFICATE OF NO RESPONSE**

JESSE M. HARRIS, of Fox Rothschild LLP ("Fox"), proposed attorneys for the Official Committee of Unsecured Creditors (the "Committee"), in the above referenced case, certifies as follows:

1.      On April 28, 2025, the Committee filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Fox Rothschild LLP as Counsel, Effective as of April 8, 2026* (the "Application") [D.I. 87].

2.      On April 29, 2024, proposed counsel for the Committee served the *Application, Notice of Application* and *Proposed Form of Order*, by United States Mail, postage pre-paid, on the Office of the United States Trustee, the Debtor and its Counsel, the Clerk's Service List, and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002.

3.      The Notice of the Application required that any objection be filed with the Clerk, United States Bankruptcy Court and served on Fox no later than May 6, 2026.

4.      Fox received informal comments from the Office of the United States Trustee, which were incorporated into the revised form of Order authorizing the Committee's retention of Fox filed on May 7, 2026 at Docket No. 103.

4.      As of the date of this Certificate, no formal answer, objection, or other responsive pleading has been received by the undersigned or filed on the Court's docket in this case.

*[Remainder of page left intentionally blank]*

WHEREFORE, Fox Rothschild LLP respectfully requests that this Court grant the Application, enter the revised Order filed with the Court, and such other relief as is just.

Respectfully submitted,

By: */s/ Jesse M. Harris*
　　Jesse M. Harris, Esquire
　　Matthew A. Skolnick, Esquire
　　Fox Rothschild LLP
　　2001 Market Street, Suite 1700
　　Philadelphia, PA 19103
　　Telephone (215) 299-2000/Facsimile (215) 299-2150
　　jesseharris@foxrothschild.com
　　mskolnick@foxrothschild.com

Dated:  May 7, 2026　　　　　　　　*Proposed Attorneys for the Official Committee of*
　　　　　　　　　　　　　　　　　*Unsecured Creditors*