# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

**Task 2: Asset Disposition**

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to potential sale of estate assets, reviewing and revised an asset purchase agreement, drafted an extensive sale motion package and communicated with potential acquiring parties and creditors regarding same.

Aggregate Hours Billed: 13.8

Amount of Fees Billed: $7,020.00

**Task 7: Case Administration**

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor with respect to the DIP account, reorganization options, officer compensation, and the general advancement of the case.

Aggregate Hours Billed: 8.00

Amount of Fees Billed: $3,552.50

**Task 11: Fee/Employment Applications**

Summary of Services Performed in This Task Category:  Applicant prepared and filed its first payment request under Local Rule 2016-5 and addressed its application to employ.

Aggregate Hours Billed: 2.6

Amount of Fees Billed: $1,102.50

**Task 13: Financing and Cash Collateral**

Summary of Services Performed in This Task Category:  Applicant addressed cash collateral usage versus projections, prepared for and attended a second hearing on cash collateral, drafted and filed an extensive emergency motion to obtain post-petition financing, prepared for an emergency hearing thereon, attended an emergency hearing thereon to prosecute the motion, and effected proper service on all creditors.

Aggregate Hours Billed: 31.30

Amount of Fees Billed: $16,415.00

**Task 15: Meetings and Communications with Creditors**

Summary of Services Performed in This Task Category:  Applicant communicated with various creditors, and prepared the Debtor for and attended an initial and continued meeting of creditors.

Aggregate Hours Billed: 6.1

Amount of Fees Billed: $3,202.50

**Task 20: Reporting**

Summary of Services Performed in This Task Category:  Applicant addressed the completion of the Debtor's schedules and statement of financial affairs, and prepared for and attended the initial debtor interview with the Debtor.

Aggregate Hours Billed: 6.9

Amount of Fees Billed: $3,360.00