# EXHIBIT B

Detail of Hours Expended

| Task 2: Asset Disposition | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 3/27/2026 | Reviewing updated communications from prospective purchaser re: cash flow and timing questions | DS | 0.1 | $52.50 | 2 |
| 4/2/2026 | Telephone conversation with counsel to prospective purchaser | DS | 0.4 | $210.00 | 2 |
| 4/7/2026 | virtual meeting with bank's counsel and prospective purchaser of business | DS | 0.6 | $315.00 | 2 |
| 4/7/2026 | Telephone conversation with counsel to prospective purchaser of business | DS | 0.4 | $210.00 | 2 |
| 4/7/2026 | virtual meeting with prospective purchaser re: purchase terms and possible facility pending sale | DS | 0.7 | $367.50 | 2 |
| 4/8/2026 | reviewing proposal to purchase assets and to provide DIP funding; communications with seller's counsel and client to finalize proposal and correspondence to Bank's counsel re: same | DS | 0.9 | $472.50 | 2 |
| 4/24/2026 | reviewing possible sale forms to advance approval of sale proposal | DS | 0.5 | $262.50 | 2 |
| 4/24/2026 | reviewing and revising draft sale agreement | DS | 1.1 | $577.50 | 2 |
| 4/24/2026 | begin drafting sale motion | DS | 1.6 | $840.00 | 2 |
| 4/27/2026 | preparing extensive sale motion package, including finalizing sale agreement and drafting proposed order | DS | 5.9 | $3,097.50 | 2 |
| 4/28/2026 | lengthy correspondence to Purchaser regarding APA requirements and things to address prior to sale hearing | DS | 0.6 | $315.00 | 2 |
| 4/27/2026 | Legal research and update citations for inclusion in the Sale Motion. | LZ | 1 | $300.00 | 2 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/1/2026 | Telephone call with client re: status of DIP accounts, completing schedules and possible paths to reorganize | DS | 0.5 | $262.50 | 7 |
| 4/1/2026 | Telephone call with client to discuss status of case | DS | 0.3 | $157.50 | 7 |
| 4/2/2026 | follow up with client on prepetition issues with operating account and payments therefrom | DS | 0.2 | $105.00 | 7 |
| 4/3/2026 | zoom meeting with client to address possible reorg paths | DS | 0.4 | $210.00 | 7 |
| 4/6/2026 | reviewing and revising notice of officer comp, including reviewing loan documents to confirm designation of officer title for principal | DS | 0.5 | $262.50 | 7 |
| 4/6/2026 | Telephone call with client re: general status discussion of overall case | DS | 0.2 | $105.00 | 7 |
| 4/7/2026 | reviewing financial materials for Debtor in advance of call to discuss possible reorg path with Bank | DS | 0.4 | $210.00 | 7 |
| 4/7/2026 | Telephone call with client re: possible reorg options | DS | 0.2 | $105.00 | 7 |
| 4/13/2026 | drafting and filing second request to extend time to file schedules and other missing documents | DS | 0.3 | $157.50 | 7 |
| 4/15/2026 | reviewing issues involving attempted draws against prepetition account | DS | 0.2 | $105.00 | 7 |
| 4/17/2026 | reviewing status of post-petition rent payments | DS | 0.1 | $52.50 | 7 |
| 4/20/2026 | Telephone conversation with client re: schedule of 90-day payments and overall reorg strategy | DS | 0.3 | $157.50 | 7 |
| 4/28/2026 | preparing and filing CNO to entry of final order to pay critical vendors and preparing and filing proposed final order re: same | DS | 0.7 | $367.50 | 7 |
| 4/1/2026 | Begin preparation of notice of officer compensation; email with client regarding same. | NME | 0.5 | $175.00 | 7 |
| 4/6/2026 | Emails and call with client regarding notice of officer compensation and IDI disclosures. | NME | 0.3 | $105.00 | 7 |
| 4/6/2026 | Finalize and file notice of officer compensation; emails with client regarding same; effect service. | NME | 1 | $350.00 | 7 |
| 4/7/2026 | Ensure proper service of notice of officer compensation. | NME | 0.1 | $35.00 | 7 |
| 4/7/2026 | Review notice of unsecured creditor committee appointment; email client regarding same. | NME | 0.2 | $70.00 | 7 |
| 4/10/2026 | Attend IDI with client; follow-up call regarding same. | NME | 1.1 | $385.00 | 7 |
| 4/10/2026 | Call with client for IDI preparation. | NME | 0.4 | $140.00 | 7 |
| 4/15/2026 | Review notices of appearances filed for multiple creditors. | NME | 0.1 | $35.00 | 7 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/1/2026 | reviewing time entries for submission of first request for payment of professional fees | DS | 0.2 | $105.00 | 11 |
| 4/2/2026 | reviewing first request for payment and associated documents submitted under applicable local rule 2016-5 | DS | 0.5 | $262.50 | 11 |
| 4/23/2026 | drafting and filing CNO for March fee app | DS | 0.2 | $105.00 | 11 |
| 4/24/2026 | correspondence to Debtor re: approval of first fee request and payment thereof | DS | 0.2 | $105.00 | 11 |
| 4/1/2026 | Work on first request for payment on account. | NME | 0.9 | $315.00 | 11 |
| 4/1/2026 | Draft and file certificate of no response to application to employ bankruptcy counsel. | NME | 0.2 | $70.00 | 11 |
| 4/2/2026 | Final review and edits of March request for payment on account. | NME | 0.4 | $140.00 | 11 |

### Task 13: Financing and Cash Collateral

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/6/2026 | reviewing anticipated cash needs of business during month of April and communications with client re: same | DS | 0.4 | $210.00 | 13 |
| 4/8/2026 | reviewing comparison of actual collections compared to projected collections | DS | 0.3 | $157.50 | 13 |
| 4/8/2026 | zoom meeting with client and prospective purchaser/DIP lender | DS | 0.6 | $315.00 | 13 |
| 4/8/2026 | begin drafting motion for DIP financing | DS | 1.9 | $997.50 | 13 |
| 4/9/2026 | performing analysis of use of proposed DIP funding, including evaluation of sale and non-sale scenarios | DS | 0.5 | $262.50 | 13 |
| 4/9/2026 | communications and telephone conversation with John Carroll re: possible sale and DIP financing terms | DS | 0.3 | $157.50 | 13 |
| 4/10/2026 | reviewing updated budgets on anticipated cash flow through May and begin making adjustments and updates to DIP financing motion | DS | 1.1 | $577.50 | 13 |
| 4/11/2026 | extensive drafting and revisions to DIP financing motion | DS | 2.9 | $1,522.50 | 13 |
| 4/12/2026 | reviewing and revising postpetition financing motion; drafting order granting expedited relief; drafting interim order approving motion; drafting declaration in support of motion | DS | 2.9 | $1,522.50 | 13 |
| 4/13/2026 | Correspondence to UST re: emergency motion for post-petition financing | DS | 0.2 | $105.00 | 13 |
| 4/13/2026 | reviewing and updating service list for notice of emergency motion; drafting correspondence to parties entitled to notice of intent to file emergency motion | DS | 0.6 | $315.00 | 13 |
| 4/13/2026 | Telephone conversation with John Carroll re: comments to DIP financing motion | DS | 0.4 | $210.00 | 13 |
| 4/13/2026 | finalizing and filing motion package for post-petition financing, including reviewing and finalizing budget; service correspondence to parties re: same | DS | 2.4 | $1,260.00 | 13 |
| 4/14/2026 | communications with court re: filing and scheduling of DIP financing motion | DS | 0.2 | $105.00 | 13 |
| 4/14/2026 | communications with Bank's counsel re: comments to DIP financing motion | DS | 0.3 | $157.50 | 13 |
| 4/14/2026 | communications with DIP lender's counsel re: prosecuting DIP motion | DS | 0.2 | $105.00 | 13 |
| 4/14/2026 | virtual meeting with client and lender (with counsel) to discuss DIP financing | DS | 0.6 | $315.00 | 13 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 4/14/2026 | reviewing order approving expedited hearing, and overseeing and coordinating service thereof; drafting certificate of service | DS | 0.5 | $262.50 |
| 4/14/2026 | attending to various closing related tasks, including reviewing documents, communications with client, counsel and other parties | DS | 1.4 | $735.00 |
| 4/15/2026 | Telephone conversation with client re: addressing DIP financing issues | DS | 0.2 | $105.00 |
| 4/15/2026 | Telephone conversation with proposed Counsel to Committee re: comments to DIP financing motion and lengthy correspondence to client re: same | DS | 0.7 | $367.50 |
| 4/15/2026 | preparing client for DIP financing hearing | DS | 0.6 | $315.00 |
| 4/15/2026 | extensive preparation for financing hearing, including drafting offer of proof, review of applicable legal standards, pleadings and applicable statutes and rules | DS | 3.3 | $1,732.50 |
| 4/15/2026 | Telephone conversation with lender's counsel re: preparation for hearing | DS | 0.2 | $105.00 |
| 4/15/2026 | Telephone conversation with counsel to committee re: results of financing hearing | DS | 0.1 | $52.50 |
| 4/15/2026 | reviewing proposed updates to financing order and communications with client re: same | DS | 0.2 | $105.00 |
| 4/15/2026 | Telephone call with client re: results of financing hearing | DS | 0.1 | $52.50 |
| 4/16/2026 | reviewing proposed revised language on reporting on actual use of funds versus budgeted use and communications with counsel re: same | DS | 0.3 | $157.50 |
| 4/16/2026 | preparing revised financing budget and communications to counsel re: same | DS | 0.4 | $210.00 |
| 4/17/2026 | communications with parties on contents of revised financing order and revising order for submission to court | DS | 0.9 | $472.50 |
| 4/19/2026 | follow up with client to ensure proposed order for DIP financing is acceptable | DS | 0.1 | $52.50 |
| 4/20/2026 | finalizing and filing proposed order with budget for post-petition financing | DS | 0.5 | $262.50 |
| 4/21/2026 | reviewing interim order entered by court for postpetition financing and overseeing service thereof; drafting and filing certificate of service | DS | 0.2 | $105.00 |
| 4/24/2026 | reviewing first variance report under DIP financing order and communications to lender as well as UST and Committee's counsel re: treatment thereof as superpriority claim | DS | 0.6 | $315.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 4/24/2026 | reviewing correspondence from Simon Fraser re: sale materials and possible need for documents filed under seal | DS | 0.2 | $105.00 |
| 4/24/2026 | reviewing revised DIP order and telephone call with Jesse Harris re: same | DS | 0.4 | $210.00 |
| 4/27/2026 | Communication with client re: updating budget for DIP financing | DS | 0.2 | $105.00 |
| 4/27/2026 | Telephone conversation with John Carroll re: staus of sale and DIP financing | DS | 0.9 | $472.50 |
| 4/27/2026 | reviewing and revising updated cash collateral and DIP financing budget | DS | 0.8 | $420.00 |
| 4/27/2026 | reviewing and revising DIP lending and cash collateral orders, and Communication with committee's counsel re: same | DS | 0.8 | $420.00 |
| 4/28/2026 | preparing Debtor's principal for hearing on financing and cash collateral by reviewing updated budget | DS | 0.5 | $262.50 |
| 4/28/2026 | attending combined hearing on post petition financing, cash collateral and critical vendor | DS | 1.3 | $682.50 |
| 4/9/2026 | Email with client regarding cash collateral budget. | NME | 0.1 | $35.00 |

### Task 15: Meetings and Communications with Creditors

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/1/2026 | Telephone conversation with Stephen Bresset (counsel to creditors) re: status of case and anticipated trajectory of reorg | DS | 0.2 | $105.00 | 15 |
| 4/1/2026 | telephone call from Ross Switkes (counsel to creditor) re: status of case and likely reorg path | DS | 0.2 | $105.00 | 15 |
| 4/2/2026 | Correspondence to Beacon's counsel re: discussion to advance a possible reorg strategy | DS | 0.1 | $52.50 | 15 |
| 4/8/2026 | follow up with client re: requests by Bank for explanation involving prepetition bank account questions | DS | 0.1 | $52.50 | 15 |
| 4/9/2026 | Telephone conversation with Art Goldman (Counsel to unsecured creditor) re: status of case | DS | 0.1 | $52.50 | 15 |
| 4/10/2026 | Telephone conversation with Jesse Harris (prospective committee counsel) | DS | 0.4 | $210.00 | 15 |
| 4/13/2026 | communications with counsel to creditor, Cake Rules, re: 2004 request | DS | 0.1 | $52.50 | 15 |
| 4/13/2026 | Telephone conversation with expected counsel for creditors committee re: status of case | DS | 0.3 | $157.50 | 15 |
| 4/14/2026 | Reviewing communications from additional creditor with claim information to be included | DS | 0.1 | $52.50 | 15 |
| 4/15/2026 | Telephone conversation with Mark Haltzman (creditor's counsel) re: questions involving DIP financing motion | DS | 0.2 | $105.00 | 15 |
| 4/22/2026 | Communication with Ross Switkes re: status of requested documents | DS | 0.1 | $52.50 | 15 |
| 4/23/2026 | Communication with John Schanne re: scheduled meeting of creditors | DS | 0.2 | $105.00 | 15 |
| 4/23/2026 | preparing communications and documents requested by Committee's counsel | DS | 0.3 | $157.50 | 15 |
| 4/23/2026 | status call with Jesse Harris | DS | 0.1 | $52.50 | 15 |
| 4/24/2026 | attending initial meeting of creditors | DS | 0.2 | $105.00 | 15 |
| 4/24/2026 | communications with counsel to Guardsman re: backup to claims to ensure that they are properly scheduled | DS | 0.3 | $157.50 | 15 |
| 4/27/2026 | communications with Mike Dubin (creditor's counsel) re: notice procedures and inclusion in schedules | DS | 0.1 | $52.50 | 15 |
| 4/30/2026 | preparing client for 341 meeting | DS | 0.6 | $315.00 | 15 |
| 4/30/2026 | compiling signatures pages on file and driver's license of principal; communications with US Trustee re: documents provided in advance of 341 meeting | DS | 0.4 | $210.00 | 15 |
| 4/30/2026 | attending meeting of creditors | DS | 1.8 | $945.00 | 15 |
| 4/30/2026 | Telephone call with client post-341 meeting to discuss checklist of things needed to advance case | DS | 0.2 | $105.00 | 15 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 4/7/2026 | extensive follow up on information needed to complete schedules and SOFA, including drafting updated list of things needed | DS | 0.6 | $315.00 | 20 |
| 4/9/2026 | follow up with client on IDI materials, backup to complete schedules and status of DIP account | DS | 0.2 | $105.00 | 20 |
| 4/9/2026 | Communication with UST re: IDI and document requests | DS | 0.1 | $52.50 | 20 |
| 4/9/2026 | Correspondence to client re: request for information on 90-day payments for schedules | DS | 0.3 | $157.50 | 20 |
| 4/18/2026 | follow up with client on status of information needed to complete schedules | DS | 0.2 | $105.00 | 20 |
| 4/23/2026 | zoom meeting with client to review latest draft of schedules and statement of financial affairs | DS | 0.7 | $367.50 | 20 |
| 4/23/2026 | reviewing supplemental documents provided by client in connection with completion of schedules | DS | 0.9 | $472.50 | 20 |
| 4/23/2026 | reviewing whether additional creditors were listed in schedules | DS | 0.2 | $105.00 | 20 |
| 4/24/2026 | follow up on status of missing information for schedules and completing missing documents, including Schedule F and SOFA | DS | 1.6 | $840.00 | 20 |
| 4/26/2026 | finalizing and filing remainder of schedules and other missing documents | DS | 0.5 | $262.50 | 20 |
| 4/29/2026 | follow up with client re: missing information to schedules | DS | 0.1 | $52.50 | 20 |
| 4/1/2026 | Email client regarding IDI production request. | NME | 0.1 | $35.00 | 20 |
| 4/9/2026 | Work with client on IDI production and disclosures; email with client and UST regarding same. | NME | 1.4 | $490.00 | 20 |