# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/31/2026 | Online Research - Lexis Nexis 3/17/26-3/18/26 | $74.17 |
| 03/31/2026 | Online Research - Pacer Service Center Q1- 2026 | $18.65 |
| 04/27/2026 | Filing Fee - PA Eastern Bankruptcy Court, tracking #A32338047 | $199.00 |
| 04/30/2026 | Postage | $318.00 |
| 04/30/2026 | Photocopies | $180.00 |

**$789.82**