**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, David B. Smith, hereby certify that a true and correct copy or notice of the Local Rule 2016-5 Second Request for Payment on Account for Services Rendered and Reimbursement of Expenses of Smith Kane Holman, LLC, Proposed Counsel to the Debtor, for the Period April 1, 2026 through April 30, 2026 (the "Request") was served via first-class mail, postage prepaid or electronically through the Court's ECF system, upon the Debtor, the United States Trustee, and those on the Clerk's Service List.

SMITH KANE HOLMAN, LLC

Date: May 8, 2026

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for the Debtor*

## SERVICE LIST
(CM/ECF – list as of 05.7.26)

- **STEPHEN G. BRESSET**   sbresset@bressetsantora.com, nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com
- **JOHN T. CARROLL**   jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com
- **ERIK L. COCCIA**   ecoccia@dilworthlaw.com, shenry@dilworthlaw.com
- **Albert Anthony Ciardi**   aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
- **MICHAEL B. DUBIN**   mdubin@sogtlaw.com, jfiganiak@sogtlaw.com
- **NICHOLAS M. ENGEL**   nengel@skhlaw.com
- **TURNER N. FALK**   turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com
- **JOEL MARC FLINK**   joel.flink@fiwlaw.com
- **Andrew Robert Fuchs**   andrew.fuchs@usdoj.gov, beth.fuhrhop@usdoj.gov
- **MARK S. HALTZMAN**   mhaltzman@sanddlawyers.com, mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com
- **JESSE M. HARRIS**   jesseharris@foxrothschild.com
- **CHRISTINA M. PHILIPP**   cphilipp@mkcilaw.us.com
- **DANA S. PLON**   dplon@sirlinlaw.com
- **LYNDSAY ELIZABETH ROWLAND**   lrowland@starfieldsmith.com, arosen@starfieldsmith.com
- **GARY SCHAFKOPF**   GARY@SCHAFLAW.COM, tudorescue@gmail.com;tudorescue2@gmail.com
- **JOHN HENRY SCHANNE**   John.Schanne@usdoj.gov
- **DANIEL S. SIEDMAN**   dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com
- **DAVID B. SMITH**   dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- **CHRISTIAN P. SUPRENUK**   csuprenuk@murlandlaw.com
- **PAMELA ELCHERT THURMOND**   pamela.thurmond@phila.gov
- **DANIEL R. UTAIN**   dutain@kaplaw.com, llapenna@kaplaw.com
- **United States Trustee**   USTPRegion03.PH.ECF@usdoj.gov
- **MATTHEW B WEISBERG**   mweisberg@weisberglawoffices.com

## Service List
(first-class mail)

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA 19087

**Karalis PC**
1900 Spruce Street
Philadelphia, Pa 19103