Case 26-11073-djb    Doc 106    Filed 05/08/26    Entered 05/08/26 15:33:16    Desc Main
Document    Page 1 of 15

**TPD Design House, LLC (the "Debtor") – Bk. Case No. 26-11073**

**Combined Supplement To Statement of Financial Affairs Nos.  4 and 30**

The attached reflects all payments made by the Debtor to or for the benefit of its insider, Vanessa Kreckel (all reflected as negative entries), as well as any applicable offsetting entries and payments from Ms. Kreckel to the Debtor (all reflected as positive entries) within one year of the Petition Date.[1]

---

[1] Account numbers and other transaction identification information has been redacted.



| Transaction date | Name | Description | Amount |
|---|---|---|---|
| 03/18/2025 | JP Morgan | JPMorgan Chase   Ext Trnsfr | -6,614.34 |
| 03/18/2025 | Synchrony | SYNCHRONY BANK   PAYMENT | -323.00 |
| 03/19/2025 | JP Morgan | JPMorgan Chase   Ext Trnsfr | 6,614.34 |
| 03/19/2025 | JP Morgan | JPMorgan Chase   Ext Trnsfr | -1,727.07 |
| 03/19/2025 | CNA Insurance | CNA       ACH  PREM-PYMT | -415.47 |
| 03/19/2025 | Synchrony | SYNCHRONY BANK   PAYMENT | 323.00 |
| 03/20/2025 | JP Morgan | JPMorgan Chase   Ext Trnsfr | 1,727.07 |
| 03/20/2025 | CNA Insurance | CNA       ACH  PREM-PYMT | 415.47 |
| 03/24/2025 | Synchrony | SYNCHRONY BANK   RETRY PYMT | -323.00 |
| 03/25/2025 | Land Rover | Check # | -2,434.83 |
| 03/26/2025 | Land Rover | 222,,Auto Return | 2,434.83 |
| 03/31/2025 | CNA Insurance | CNA       ACH  RETRY PYMT | -415.47 |
| 04/02/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT | -4,931.51 |
| 04/02/2025 | Capital One | Vanessa Kreckel            /ROC           CAP ONE PAYMENT | -15,780.45 |
| 04/03/2025 | Land Rover | check 1585 | -2,434.83 |
| 04/03/2025 | Land Rover | NSF RETURNED ITEM Auto Return CHECK | 2,434.83 |
| 04/04/2025 | Citadel | TERMINAL E              CITADEL       EXTON    PAXXXXXXXXXXXX     TRAN DATE 04-04-25 | -291.87 |
| 04/04/2025 | Citadel | TERMINAL E              CITADEL       EXTON    PAXXXXXXXXXXXX     TRAN DATE 04-04-25 | -5,842.96 |
| 04/04/2025 |  | CC PYMT 4-4-25   XXXXXXXXXXX | -2,500.00 |
| 04/07/2025 | Discover | ACH WITHDRAWAL DISCOVER E-PAYMENT | -2,500.00 |
| 04/07/2025 | State Farm | STATE FARM RO    CPC-CLIENT | -1,609.87 |
| 04/07/2025 | State Farm | STATE FARM RO    CPC-CLIENT | -828.37 |
| 04/07/2025 |  | Vendor Payment | -42,456.10 |
| 04/08/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE CRCARDPMT | -500.00 |
| 04/09/2025 | Jaguar. | MERCHANT PURCHASE TERMINAL        JAGUAR WEST CHESTER LAND              TRAN DATE 04-08-25 | -2,434.83 |
| 04/10/2025 | Discover | ACH WITHDRAWAL DISCOVER E-PAYMENT | -2,500.00 |
| 04/11/2025 |  | Returned Payment | -1,965.00 |
| 04/11/2025 |  | Payment Thank You - Web | 1,965.00 |
| 04/14/2025 | Geico | ACH WITHDRAWAL GEICO PREM COLL | -119.38 |
| 04/14/2025 |  | TLR35203 BR | -7,500.00 |
| 04/15/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT | -1,588.88 |
| 04/15/2025 |  | WITHDRAWAL TLR    BR | -2,500.00 |
| 04/15/2025 | JP Morgan | JPMorgan Chase   Ext Trnsfr | -3,488.68 |

Case 26-11073-djb   Doc 106   Filed 05/08/26   Entered 05/08/26 15:33:16   Desc Main
Document



| Date | Payee | Description | Amount |
|---|---|---|---|
| 04/15/2025 | JP Morgan | JPMorgan Chase  Ext Trnsfr | -9,918.76 |
| 04/16/2025 | State Farm | STATE FARM RO ● CPC-CLIENT | -1,609.87 |
| 04/16/2025 | Rookie Wellness | DEBIT CARD MERCHANT PURCHASE TERMINAL ● ROOKIE WELLNESS FA IRE FAIRE COM CA XXXXXXXXXXXX● TRAN DATE 04-15-25 | -360.00 |
| 04/17/2025 | | | -10,000.00 |
| 04/17/2025 | | | -7,900.00 |
| 04/18/2025 | CNA Insurance | ACH WITHDRAWAL CNA ACH PREM-PYMT ● | -503.73 |
| 04/18/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK PAYMENT ● | -323.00 |
| 04/18/2025 | | Vanessa Kreckel ●  Citadel and NewRez | -10,132.90 |
| 04/21/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ● | -7,281.77 |
| 04/23/2025 | Evo Pool Service | POS PURCHASE  TERMINAL SRDMO3LB EVO POOL SERVICE  WARRINGTO PAXXXXXXXXXXXX● TRAN DATE 04-23-25 | -300.00 |
| 04/28/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ● | -488.98 |
| 04/28/2025 | Chase | Returned Payment | -3,457.54 |
| 04/28/2025 | | Payment Thank you Agcy-UC | 3,457.54 |
| 04/29/2025 | State Farm | STATE FARM RO ● CPC-CLIENT ● | -828.37 |
| 05/05/2025 | Foote Orthodontics | MERCHANT PURCHASE TERMINAL ●  FOOTE ORTHODONTICS  000 00000 PAXXXXXXXXXXXX● TRAN DATE 05-01-25 | -1,660.00 |
| 05/06/2025 | | Vanessa Kreckel  /ROC● | -6,460.00 |
| 05/06/2025 | | Vanessa Kreckel  /ROC● | -6,500.00 |
| 05/07/2025 | Capital One | CAPITAL ONE  CRCARDPMT ● | -500.00 |
| 05/07/2025 | | ● BR ● | -10,000.00 |
| 05/07/2025 | Vanessa Kreckel - Vendor | Vanessa Kreckel ●  /ROC● | -7,886.55 |
| 05/07/2025 | Vanessa Kreckel - Vendor | Vanessa Kreckel ●  /ROC● | -15,760.40 |
| 05/07/2025 | | ● BR ● | 40,000.00 |
| 05/08/2025 | | ● BR ● | -1,000.00 |
| 05/12/2025 | Discover | DISCOVER  E-PAYMENT ● | -2,500.00 |
| 5/12/2025 | | ● | 25,000.00 |
| 05/12/2025 | Trugreen | MERCHANT PURCHASE TERMINAL ● TRUGREEN  LOCKBOX ● TNXXXXXXXXXXXX● TRAN DATE 05-09-25 | -73.13 |
| 05/13/2025 | Geico | GEICO  PREM COLL ● | -119.38 |
| 05/13/2025 | Discover | DISCOVER  E-PAYMENT ● | 2,500.00 |
| 05/16/2025 | State Farm | STATE FARM RO ● CPC-CLIENT ● | -1,609.87 |
| 05/19/2025 | Synchrony | SYNCHRONY BANK  PAYMENT ● | -323.00 |
| 05/19/2025 | | TLR35206 BR ● | 30,000.00 |
| 05/19/2025 | | DEBIT | -10,000.00 |
| 05/19/2025 | | DEBIT | -7,000.00 |
| 05/19/2025 | Citadel | MERCHANT PURCHASE TERMINAL ●  SPI CITADEL LOAN PMT ● PAXXXXXXXXXXXX● TRAN DATE 05-17-25 | -5,583.00 |
| 05/20/2025 | CNA Insurance | CNA  ACH PREM-PYMT ● | -503.67 |
| 05/21/2025 | CNA Insurance | CNA  ACH PREM-PYMT ● | 503.67 |
| 05/22/2025 | Trugreen | MERCHANT PURCHASE TERMINAL ●  TRUGREEN  LOCKBOX ● TNXXXXXXXXXXXX7364 TRAN DATE 05-21-25 | -102.80 |
| 05/28/2025 | Citadel | TERMINAL E ●  CITADEL  EXTON  PAXXXXXXXXXXXX● TRAN DATE 05-28-25 | -4,000.00 |
| 05/29/2025 | State Farm | STATE FARM RO 27 CPC-CLIENT ● | -958.22 |
| 05/29/2025 | Citadel | TERMINAL E ●  CITADEL  EXTON  PAXXXXXXXXXXXX● TRAN DATE 05-29-25 | -5,583.00 |

Case 26-11073-djb  Doc 106  Filed 05/08/26  Entered 05/08/26 15:33:16  Desc Main



| Date | Payee | Description | Amount |
|---|---|---|---|
| 05/29/2025 | Agnes Irwin School. | MERCHANT PURCHASE TERMINAL ▮▮ Agnes Irwin School ▮▮ PAXXXXXXXXXXXX▮ TRAN DATE 05-28-25 | -3,268.90 |
| 05/30/2025 | | CC PYMT 5-30-25▮ XXXXXXXXXXX▮ | -5,000.00 |
| 05/31/2025 | | | -50,000.00 |
| 06/02/2025 | JP Morgan | JPMorgan Chase Ext Tmsfr ▮▮ | -3,488.68 |
| 06/02/2025 | CNA Insurance | CNA ACH RETRY PYMT | -503.67 |
| 06/03/2025 | Abraham Eye Associates | MERCHANT PURCHASE TERMINAL ▮ ABRAHAM EYE ASSOCIATES VILLANOVA PAXXXXXXXXXXXX▮ TRAN DATE 06-02-25 | -130.00 |
| 06/09/2025 | Vanessa Kreckel – Vendor | ▮▮ Vanessa Kreckel ▮ /ROC▮ | -12,500.00 |
| 06/09/2025 | Capital One | CAPITAL ONE CRCARDPMT ▮▮ | -500.00 |
| 06/10/2025 | Vanessa Kreckel – Vendor | Vanessa Kreckel ▮ /ROC▮ Mortgages | -13,400.00 |
| 06/13/2025 | Geico | GEICO PREM COLL ▮▮ | -119.38 |
| 06/13/2025 | Capital One | CAPITAL ONE MOBILE PMT ▮▮ | -1,548.74 |
| 06/13/2025 | Applecard | APPLECARD GSBANK PAYMENT ▮▮ | -558.60 |
| 06/16/2025 | Vanessa Kreckel – Vendor | Vanessa Kreckel /ROC▮ | -6,000.00 |
| 06/16/2025 | Vanessa Kreckel – Vendor | Vanessa Kreckel /ROC▮ | -3,500.00 |
| 06/16/2025 | Baseballism Coop | MERCHANT PURCHASE TERMINAL▮ SP BASEBALLISM COOP ▮ XXXXXXXXXX▮ TRAN DATE 06-14-25 | -296.40 |
| 06/17/2025 | State Farm | STATE FARM RO ▮ CPC-CLIENT ▮7 ▮ | -1,609.87 |
| 06/17/2025 | Foote Orthodontics | MERCHANT PURCHASE TERMINAL▮ FOOTE ORTHODONTICS ▮ PAXXXXXXXXXXXX▮ TRAN DATE 06-15-25 | -320.83 |
| 06/18/2025 | | MERCHANT PURCHASE TERMINAL ▮ VENMO *MAYA DONAGHY VISA DIRE NYXXXXXXXXXX▮ TRAN DATE 06-17-25 | -200.00 |
| 06/18/2025 | Synchrony | SYNCHRONY BANK PAYMENT ▮ | -323.00 |
| 06/18/2025 | JP Morgan | JPMorgan Chase Ext Tmsfr ▮▮ | -6,554.34 |
| 06/20/2025 | | WIRE TRANS-OUT BOB▮ Vanessa Kreckel ▮ ROC▮ | -5,000.00 |
| 06/20/2025 | | WIRE TRANS-OUT BOB ▮ Vanessa Kreckel L ▮ ROC▮ | -45,000.00 |
| 06/23/2025 | Trugreen | MERCHANT PURCHASE TERMINAL▮ TRUGREEN LOCKBOX ▮ TNXXXXXXXXXX▮ TRAN DATE 06-21-25 | -174.75 |
| 06/23/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PM▮ | -1,852.59 |
| 06/23/2025 | Vanessa Kreckel (C) | WIRE TRANSFER-IN ▮ Vanessa Kreckel ▮ / ROC▮ | 75,000.00 |
| 06/24/2025 | | DEPOSIT TLR ▮ BR : ▮ | 7,000.00 |
| 06/25/2025 | Vanessa Kreckel (C) | WIRE TRANSFER-IN ▮ Vanessa Kreckel ▮ /ROC▮ | 20,000.00 |
| 06/26/2025 | Vanessa Kreckel – Vendor | ACH WITHDRAWAL NEWRES-SHELIPOIN WEB PMTS▮ | -11,930.70 |
| 06/26/2025 | Trugreen | DEBIT CARD MERCHANT PURCHASE TERMINAL ▮ TRUGREEN LOCKB▮ XXXXXXXXXXX▮ TRAN DATE 06-25-25 | -585.02 |
| 06/29/2025 | | Payment Thank you Agcy-UC | 3,457.54 |
| 06/29/2025 | Chase | Returned Payment | -3,457.54 |
| 06/30/2025 | | DEBIT MEMO WITHDRAWAL | -12,500.00 |
| 06/30/2025 | | DEBIT MEMO WITHDRAWAL ▮ | -15,000.00 |
| 07/01/2025 | | Invoice ▮ deposited in vanessa personal account and this amount used for COGS | -19,610.00 |
| 07/01/2025 | | Invoice ▮ deposited in vanessa personal account and this amount used for COGS | 19,610.00 |
| 07/02/2025 | | DEPOSIT ▮ BR ▮ | 3,500.00 |
| 07/03/2025 | Jaguar. | DEBIT CARD MERCHANT PURCHASE TERMINAL ▮ JAGUAR WEST CHESTE R LANDB10▮ PA XXXXXXXXX▮ AN DATE 07-02-25 | -5,775.36 |
| 07/03/2025 | | WITHDRAWAL TLR ▮ | -20,000.00 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 07/03/2025 | Vanessa Kreckel (C) | WIRE TRANSFER-IN a ▓▓ Vanessa Kreckel ▓▓ ROC▓▓ | 15,000.00 |
| 07/07/2025 | American Express | ACH WITHDRAWAL AMEX EPAYMENT ACH PMT ▓▓ | -1,480.00 |
| 07/08/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE CRCARDPMT ▓▓ | -500.00 |
| 07/08/2025 | American Express | RETURN ITEM AMEX EPAYMENT ACH PMT ▓▓ | 1,480.00 |
| 07/09/2025 | American Express | ACH WITHDRAWAL AMEX EPAYMENT RETRY PMT ▓▓ | -1,480.00 |
| 07/09/2025 | Sketch | MERCHANT PURCHASE TERMINAL ▓▓ SKETCH EINDHOVEN XX | -120.00 |
| 07/10/2025 | Discover | ATM WITHDRAWAL DISCOVER PAYMENTS ▓▓ | -869.90 |
| 07/12/2025 | | Invoice ▓▓ received via Zelle to personal account | -13,329.94 |
| 07/14/2025 | Spotify | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ Spotify ▓▓ New York NY XXXXXXXXXXXX▓▓ TRAN DATE 07-13-25 | -12.71 |
| 07/14/2025 | Geico | ACH WITHDRAWAL GEICO PREM COAL▓▓ | -121.76 |
| 07/14/2025 | | WIRE TRANS-OUT BOB▓▓ Vanessa Kreckel ▓▓ ROC▓▓ | -3,000.00 |
| 07/14/2025 | Vanessa Kreckel – Vendor | WIRE TRANS-OUT BOB▓▓ Vanessa Kreckel ▓▓ ROC▓▓ | -14,760.91 |
| 07/14/2025 | Push Health | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ PUSH HEALTH ▓▓ CA XXXXXXXXXXXX▓▓ TRAN DATE 07-12-25 | -99.99 |
| 07/14/2025 | GiftHealth | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ GiftHealth LillyDi ▓▓ OH XXXXXXXXXXXX▓▓ TRAN DATE 07-12-25 | -354.00 |
| 07/14/2025 | | WITHDRAWAL ▓▓ BR▓▓ | -15,000.00 |
| 07/16/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO ▓▓ CPC-CLIENT ▓▓ | -1,609.87 |
| 07/21/2025 | Ruuby Limited | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ RUUBY LONDON XX | -79.32 |
| 07/21/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK PAYMENT ▓▓ | -323.00 |
| 07/22/2025 | Ruuby Limited | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ RUUBY LONDON XX | -13.48 |
| 07/22/2025 | Ruuby Limited | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ RUUBY LONDON XX | -79.32 |
| 07/22/2025 | Citadel | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ CITADEL FEDERAL CR EDIT ▓▓ | -4,937.44 |
| 07/23/2025 | Citadel | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ CITADEL FEDERAL CR EDIT ▓▓ | -4,937.44 |
| 07/24/2025 | Ruuby Limited | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ RUUBY LONDON XX | -146.33 |
| 07/24/2025 | Citadel | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ CITADEL FEDERAL CR EDIT ▓▓ | -4,937.44 |
| 07/25/2025 | Citadel | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ CITADEL FEDERAL CR EDIT ▓▓ | -4,937.44 |
| 07/28/2025 | | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ BOOTS ▓▓ LONDON XX | -100.83 |
| 07/29/2025 | | WIRE TRANS-OUT BOB ▓▓ Vanessa Kreckel ▓▓ ROC▓▓ | -6,000.00 |
| 07/29/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO ▓▓ CPC-CLIENT ▓▓ | -958.22 |
| 07/31/2025 | | WITHDRAWAL TL▓▓ | -6,000.00 |
| 08/01/2025 | | WIRE TRANS-OUT BOB ▓▓ Vanessa Kreckel ▓▓ ROC▓▓ | -9,000.00 |
| 08/04/2025 | Citizens Pay | ACH WITHDRAWAL CITIZENS PAY LINE OF CR ▓▓ | -1,152.84 |
| 08/04/2025 | RockStar Nails N Spa | DEBIT CARD APHMODLNINBKODMELNBDGJHKADMKLBMCAGCAMPNEOEPKDKGK MERCHANT PURCHASE TERMINAL ▓▓ ROCKSTAR NAILS N S PA OCEAN NJ XXXXXXXXXXX▓▓ TRAN DATE 08-03-25 | -310.00 |
| 08/04/2025 | Foolish Ginger | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ FOOLISH GINGER ASBURY PA NJ XXXXXXXXXXX▓▓ TRAN DATE 08-02-25 | -34.12 |
| 08/04/2025 | Vagaro | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ Vagaro_ IV Element s HOBOKEN NJ XXXXXXXXXXX▓▓ TRAN DATE 08-02-25 | -1,388.41 |
| 08/05/2025 | | RETURNED AUTOPAY (NON-DEROGATORY) OGATORY) TRANSACTION PROCESSED BY AMERICAN EXPRESS | -1,197.00 |
| 08/05/2025 | Citizens Pay | RETURN ITEM CITIZENS PAY LINE OF CR ▓▓ CHECK | 1,152.84 |
| 08/05/2025 | | AUTOPAY PAYMENT – THANK YOU | 1,197.00 |
| 08/06/2025 | | DEPOSIT TLR ▓▓ BR▓▓ | 15,000.00 |
| 08/07/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE CRCARDPMT ▓▓ | -500.00 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 08/07/2025 | | WIRE TRANS-OUT BOB ▓▓▓▓ Tpd Design House L▓▓▓▓/ROC/▓▓▓▓ | -40,000.00 |
| 08/08/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ▓▓ | -555.14 |
| 08/11/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ CA▓▓ | -1,483.87 |
| 08/11/2025 | Capital One | DEBIT CARD ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ | -1,500.00 |
| 08/11/2025 | Capital One | DEBIT CARD ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ | -1,500.00 |
| 08/11/2025 | Capital One | DEBIT CARD ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ | -2,500.00 |
| 08/11/2025 | Discover | ACH WITHDRAWAL DISCOVER PAYMENTS ▓▓ | -820.00 |
| 08/11/2025 | | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ COMMON MAN TOWN DO CKS MEREDITH NH XXXXXXXXXXXX▓▓ TRAN DATE 08-10-25 | -162.26 |
| 08/11/2025 | | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ PRET A MANGER 3401 ▓▓ RIDGEFIEL NJ XXXXXXXXXXXX▓▓ TRAN DATE 08-08-25 | -31.81 |
| 08/12/2025 | JP Morgan | ACH WITHDRAWAL JPMorgan Chase Ext Trnsfr ▓▓ | -3,277.17 |
| 08/12/2025 | JP Morgan | ACH WITHDRAWAL JPMorgan Chase Ext Trnsfr ▓▓ | -1,761.61 |
| 08/12/2025 | Discover | RETURN ITEM DISCOVER PAYMENTS ▓▓ CHECK | 820.00 |
| 08/12/2025 | Wagsworth Manor Pet Resort | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ WAGSWORTH MANOR PE T RESOMALVERN PA XXXXXXXXXXXX▓▓ TRAN DATE 08-11-25 | -942.30 |
| 08/13/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ CA▓▓ | -1,869.19 |
| 08/13/2025 | JP Morgan | RETURN ITEM JPMorgan Chase Ext Trnsfr ▓▓ CHECK | 3,277.17 |
| 08/13/2025 | JP Morgan | RETURN ITEM JPMorgan Chase Ext Trnsfr ▓▓ CHECK | 1,761.61 |
| 08/13/2025 | | DEPOSIT TLR▓▓ | 150,000.00 |
| 08/13/2025 | Geico | ACH WITHDRAWAL GEICO PREM COLL ▓▓ | -121.82 |
| 08/14/2025 | Discover | ACH WITHDRAWAL DISCOVER RETRY PYMT ▓▓ | -820.00 |
| 08/15/2025 | Discover | RETURN ITEM DISCOVER RETRY PYMT ▓▓ CHECK | 820.00 |
| 08/18/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ▓▓ | -198.98 |
| 08/18/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ | -1,411.93 |
| 08/18/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK PAYMENT ▓▓ | -323.00 |
| 08/18/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO 27 CPC-CLIENT ▓▓ | -1,609.87 |
| 08/19/2025 | Synchrony | DEBIT CARD ACH WITHDRAWAL SYNCHRONY BANK PAYMENT ▓▓ | -1,500.00 |
| 08/20/2025 | American Express | ACH WITHDRAWAL AMEX EPAYMENT ACH PMT ▓▓ | -754.00 |
| 08/21/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ | -1,703.86 |
| 08/21/2025 | Agnes Irwin School. | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ SQ AGNES IRWIN Rosemont PA XXXXXXXXXXXX▓▓ TRAN DATE 08-20-25 | -70.00 |
| 08/22/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ▓▓ | -479.68 |
| 08/22/2025 | | WIRE TRANS-OUT BOB ▓▓ Vanessa Krecke▓▓ /ROC/▓▓ | -6,000.00 |
| 08/22/2025 | | WIRE TRANS-OUT BOB ▓▓ Vanessa Kreckel ▓▓ /ROC/▓▓ | -4,000.00 |
| 08/22/2025 | My Chart Hackensack | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ HMH PB MY CHART HA CKENSAHACKENSAC NJ XXXXXXXXXXXX▓▓ TRAN DATE 08-20-25 | -50.00 |
| 08/25/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ | -672.97 |
| 08/25/2025 | | WITHDRAWAL ▓▓ | -15,000.00 |
| 08/25/2025 | | DEPOSIT ▓▓ | 35,000.00 |
| 08/25/2025 | RockStar Nails N Spa | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓ ROCKSTAR NAILS N S PA OCEAN NJ XXXXXXXXXXXX▓▓ TRAN DATE 08-23-25 | -377.00 |
| 08/26/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ CA▓▓ | -1,285.31 |
| 08/26/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE MOBILE PMT ▓▓ CA▓▓ | -626.89 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 08/26/2025 | | WIRE TRANS-OUT BOB 1████ Vanessa Krecke████ /ROC████ | -15,000.00 |
| 08/28/2025 | Amy Shoumer | DEBIT CARD MERCHANT PURCHASE TERMINAL ███ AMY SHOUMER DMD BRYN MAWR PA XXXXXXXXXXX███TRAN DATE 08-26-25 | -1,600.00 |
| 08/29/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO ██ CPC-CLIENT███ ███ | -958.22 |
| 09/02/2025 | State Farm | RETURN ITEM STATE FARM RO██ CPC-CLIENT███████CHECK | 958.22 |
| 09/05/2025 | State Farm | ACH WITHDRAWAL AHMCPKHGFDGMHEPMLKGPKOKK STATE FARM RO 27 RETRY PYMT ████ ALHMPAMNKPGLKOPCMDPCEDGK ████ | -958.22 |
| 09/08/2025 | Spotify | POS PURCHASE MERCHANT PURCHASE TERMINAL ███ Spotify USA New York NY | -12.71 |
| 09/08/2025 | State Farm | RETURN ITEM STATE FARM RO █ RETRY PYMT ██████CHECK | 958.22 |
| 09/08/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ██ | -238.40 |
| 09/09/2025 | Vanessa Kreckel - Vendor | WIRE TRANS-OUT BOB ████Vanessa Krecke███ROC███ | -10,460.95 |
| 09/10/2025 | Discover | ACH WITHDRAWAL DISCOVER PAYMENTS███ | -845.00 |
| 09/10/2025 | | WIRE TRANSFER-IN ████ Vanessa Kreckel ██████ROC/NOTPROVIDED | 7,500.00 |
| 09/11/2025 | Radnor Veterinary Hospital | DEBIT CARD MERCHANT PURCHASE TERMINAL ███RADNOR VETERINARY HOSPITWAYNE PA XXXXXXXXXXX███TRAN DATE 09-09-25 | -98.51 |
| 09/15/2025 | Geico | ACH WITHDRAWAL GEICO PREM COLL ███ | -121.82 |
| 09/16/2025 | | Deposit by Wire Incoming Wire TPD DESIGN HOUSE, LLC XXXXXXXXXXX███ | 2,500.00 |
| 09/16/2025 | Verge Yoga | POS PURCHASE ████,MERCHANT PURCHASE TERMINAL ███ VERGE YOGA CENTER WAYNE PA | -180.00 |
| 09/16/2025 | Vanessa Kreckel - Vendor | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF VANESSA KRECKEL;REF NOTPROVIDED;WIRE/OUT - ██████ | -12,000.00 |
| 09/16/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO 2█CPC-CLIENT ███ | -1,609.87 |
| 09/16/2025 | | WIRE TRANS-OUT BOB AGOAIGCOICAMKKOCEIEOCCMK ████Vanessa Kreckel L ██████ ROC███ | -2,500.00 |
| 09/17/2025 | Vanessa Kreckel - Vendor | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF VANESSA KRECKEL;REF NOTPROVIDED;WIRE/OUT ██████ | -8,200.00 |
| 09/17/2025 | State Farm | RETURN ITEM STATE FARM RO █ CPC-CLIENT ██████ CHECK | 1,609.87 |
| 09/18/2025 | Vanessa Kreckel - Vendor | Withdrawal Online Banking Transfer REF # ████ To KRECKEL,VANESSA XXXX Share ███ | -450.00 |
| 09/18/2025 | | Withdrawal Home Banking Transfer REF # ████ To KRECKEL,VANESSA XXXXXXXXXX Share███ | -450.00 |
| 09/18/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK PAYMENT ███ | -353.00 |
| 09/19/2025 | | DEPOSIT TLR███ BR███ | 24,000.00 |
| 09/22/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO█RETRY PYMT 2██████ | -1,609.87 |
| 09/22/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT███ | -240.00 |
| 09/22/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT███ | -259.87 |
| 09/23/2025 | State Farm | RETURN ITEM STATE FARM RO █RETRY PYMT ██████CHECK | 1,609.87 |
| 09/23/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ███ | -241.98 |
| 09/24/2025 | Citadel | A2A TRANSFER DEBIT TERMINAL ███ ███CITADEL EXTON PA XXXXXXXXXXX███TRAN DATE 09-24-25 | -4,938.00 |
| 09/25/2025 | Citadel | A2A TRANSFER DEBIT ALHMOBPPKODHAIAPEGGPHDGKACNKBFPDCDJALLMONDKLHDGK TERMINAL E██████ CITADEL EXTON PA XXXXXXXXXXX███ TRAN DATE 09-25-25 | -4,938.00 |
| 09/26/2025 | | DEPOSIT TLR███BR ███ | 12,000.00 |
| 09/29/2025 | | ADJUSTMENT-PAYMENTS CRP CST ADV NT AT | -1.65 |
| 09/29/2025 | | PAYMENT - THANK YOU | 1.65 |
| 09/29/2025 | Verge Yoga | POS PURCHASE MERCHANT PURCHASE TERMINAL███ VERGE YOGA CENTER WAYNE PA | -180.00 |
| 09/29/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT███ | -63.60 |
| 09/29/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT███ | -177.61 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 09/30/2025 | Evo Pool Service | POS PURCHASE POS PURCHASE TERMINAL SRDMO3LB EVO POOL SERVICE WARRINGTO PA XXXXXXXXXXXX██TRAN DATE 09-30-25 | -4,421.41 |
| 09/30/2025 | | WITHDRAWAL TLR██ BR█ | -25,000.00 |
| 10/06/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO █CPC-CLIENT█████ | -1,916.44 |
| 10/06/2025 | State Farm | ACH WITHDRAWAL ALHMOAMNJNFDFLCOIFIFEDGKADMKCPJAIFEPEKLKKOPPPAHK STATE FARM RO█ CPC-CLIENT 2████ | -1,609.87 |
| 10/06/2025 | JP Morgan | ACH WITHDRAWAL JPMorgan Chase ACCTVERIFY ████████ | -0.31 |
| 10/06/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT████ | -274.47 |
| 10/07/2025 | State Farm | RETURN ITEM STATE FARM RO █CPC-CLIENT████ ██████CHECK | 1,916.44 |
| 10/07/2025 | State Farm | RETURN ITEM STATE FARM RO █CPC-CLIENT███ ████CHECK | 1,609.87 |
| 10/07/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT █ | -275.71 |
| 10/07/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE CRCARDPMT████ | -500.00 |
| 10/07/2025 | Applecard | RETURN ITEM APPLECARD GSBANK PAYMENT███ CHECK | 274.47 |
| 10/08/2025 | Spotify | POS PURCHASE MERCHANT PURCHASE TERMINAL███ Spotify P3B46E903D New York NY | -12.71 |
| 10/08/2025 | JP Morgan | ACH WITHDRAWAL JPMorgan Chase Ext Trnsfr███ | -7,011.90 |
| 10/09/2025 | | DEPOSIT TLR██ BR█ | 26,000.00 |
| 10/10/2025 | Discover | ACH WITHDRAWAL DISCOVER PAYMENTS ███ | -1,683.00 |
| 10/10/2025 | | DEBIT MEMO CC PYMT 10-10-25 XXXXXXXXXX█ | -4,083.81 |
| 10/14/2025 | JP Morgan | ACH WITHDRAWAL JPMorgan Chase Ext Trnsfr███ | -3,277.17 |
| 10/14/2025 | Geico | ACH WITHDRAWAL GEICO PREM COLL███ | -121.82 |
| 10/14/2025 | Haverford School. | ACH WITHDRAWAL TheHaverfo███ | -13,505.60 |
| 10/14/2025 | Evo Pool Service | ACH WITHDRAWAL EVO POOL SERVICE EVO POOL S█ ███ | -300.00 |
| 10/17/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO █CPC-CLIENT████ | -3,219.74 |
| 10/20/2025 | State Farm | RETURN ITEM STATE FARM RO █ CPC-CLIENT███ | 3,219.74 |
| 10/20/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT█ | -714.62 |
| 10/20/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK PAYMENT █ | -353.00 |
| 10/20/2025 | My Chart Hackensack | DEBIT CARD REFUND MERCHANT REFUND TERMINAL ██HMH PB MY CHART HA CKENSAHACKENSAC NJ XXXXXXXXXXXX█ TRAN DATE 10-17-25 | 28.81 |
| 10/21/2025 | Synchrony | RETURN ITEM SYNCHRONY BANK PAYMENT ████CHECK | 353.00 |
| 10/21/2025 | Applecard | RETURN ITEM APPLECARD GSBANK PAYMENT ███CHECK | 714.62 |
| 10/22/2025 | JP Morgan | ACH WITHDRAWAL JPMorgan Chase Ext Trnsfr███ | -3,277.17 |
| 10/22/2025 | Citadel | A2A TRANSFER DEBIT TERMINAL E███ ███CITADEL EXTON PA XXXXXXXXXXX██ TRAN DATE 10-22-25 | -4,938.00 |
| 10/22/2025 | Citadel | A2A TRANSFER DEBIT TERMINAL E███ ███CITADEL EXTON PA XXXXXXXXXXX██ TRAN DATE 10-22-25 | -4,937.00 |
| 10/23/2025 | WSFS | CASH MGMT TRSFR DR REF ███FUNDS TRANSFER TO DEP ███ | -15,000.00 |
| 10/24/2025 | | Payment Thank You Agcy-UC | 2,500.00 |
| 10/24/2025 | | Returned Payment | -2,500.00 |
| 10/24/2025 | | Payment Thank you Agcy-UC | 2,500.00 |
| 10/24/2025 | Chase | Returned Payment | -2,500.00 |
| 10/24/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK RETRY PYMT ███ | -353.00 |
| 10/27/2025 | | DEPOSIT TLR█ BR█ | 45,000.00 |
| 10/28/2025 | | WIRE TRANSFER-IN ████ ████VANESSA KRECKEL 2██████ /ROC/NOTPROVIDED | 18,000.00 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 10/29/2025 | | Carrie Zack S▓▓▓ was a zelle payment to me personally on 10/29 - confirmed by vanessa in G-Chat | -689.00 |
| 10/30/2025 | | ACH WITHDRAWAL CAF DIRECT CHECK LEASE ▓▓▓▓▓ | -3,358.92 |
| 10/30/2025 | | DEPOSIT TLR▓▓▓▓BR 3▓▓ | 30,000.00 |
| 10/31/2025 | | Payment made from vanessa personal account confirmed in Gchat | 12,175.00 |
| 11/03/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ▓▓▓▓ | -275.71 |
| 11/03/2025 | | Payment made vanessa personal account | 17,073.92 |
| 11/03/2025 | | Payment made from vanessa personal account as confirmed by vanessa in G Chat | 9,406.38 |
| 11/06/2025 | | REF▓▓▓▓ FUNDS TRANSFER TO DEP▓▓▓▓▓ FROM Nov 07 WIRE TRANSFER-IN | 20,000.00 |
| 11/06/2025 | | DEPOSIT TLR▓▓▓▓BR 3▓▓ | 10,000.00 |
| 11/07/2025 | Capital One | ACH WITHDRAWAL CAPITAL ONE CRCARDPMT ▓▓▓▓▓▓▓▓▓ | -500.00 |
| 11/10/2025 | Discover | ACH WITHDRAWAL DISCOVER PAYMENTS ▓▓▓▓ | -826.00 |
| 11/10/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT▓▓▓▓ | -275.00 |
| 11/10/2025 | State Farm | DEBIT CARD MERCHANT PURCHASE TERMINAL▓▓▓▓ STATE FARM INSURA NCE ▓▓▓▓▓L XXXXXXXXXXXX▓▓▓ TRAN DATE 11-08-25 | -1,916.44 |
| 11/10/2025 | | Paid from vanessa personal account | 16,703.55 |
| 11/12/2025 | American Express | ACH WITHDRAWAL AMEX EPAYMENT ACH PMT ▓▓▓▓▓▓▓ | -2,207.00 |
| 11/12/2025 | | Payment made from vanessa personal account confirmed in G Chat | 15,184.02 |
| 11/13/2025 | Geico | ACH WITHDRAWAL GEICO PREM COLL ▓▓▓▓▓ | -121.82 |
| 11/13/2025 | Planet Home Lending | ACH WITHDRAWAL PLANET HOME ACH PMTS ▓▓▓▓ | -5,435.00 |
| 11/13/2025 | Newrez | ACH WITHDRAWAL NEWREZ-SHELLPOIN WEB PMTS▓▓▓▓ | -7,953.80 |
| 11/16/2025 | Wayne Gateway | EWC Wayne Gateway | -99.60 |
| 11/17/2025 | Applecard | ACH WITHDRAWAL APPLECARD GSBANK PAYMENT ▓▓▓ | -163.91 |
| 11/17/2025 | Oak Center Ice | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓▓OAKS CENTER ICE▓▓▓▓PA XXXXXXXXXXX▓▓▓ TRAN DATE 11-14-25 | -2,875.00 |
| 11/17/2025 | Williams Sonoma.com | Williams Sonoma.com | -293.95 |
| 11/18/2025 | Synchrony | ACH WITHDRAWAL SYNCHRONY BANK PAYMENT ▓▓▓ | -353.00 |
| 11/18/2025 | Applecard | RETURN ITEM APPLECARD GSBANK PAYMENT ▓▓▓CHECK | 163.91 |
| 11/18/2025 | Planet Home Lending | ACH WITHDRAWAL PLANET HOME ACH PMTS ▓▓▓▓ | -5,435.00 |
| 11/18/2025 | | MASTERCARD▓▓▓ | -2,000.00 |
| 11/18/2025 | Vanessa Kreckel - Vendor | WIRE TYPE:WIRE OUT DATE:▓▓ TIME:**** ET TRN:▓▓ ****▓▓ SERVICE REF▓▓▓BNF:VANESSA KRECKEL ID:▓▓▓▓▓BNF BK:WILMINGTON SAVINGS FUND ID:▓▓▓▓ PMT DET▓▓▓ | -3,500.00 |
| 11/18/2025 | | Payment made from vanessa personal account as confirmed by vanessa in G Chat | 4,679.37 |
| 11/19/2025 | Tans club | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓▓ TAN S CLUB ▓▓▓▓A XXXXXXXXXXX▓▓▓ TRAN DATE 11-18-25 | -825.67 |
| 11/19/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 11/21/2025 | Aviator Nation | DEBIT CARD MERCHANT PURCHASE TERMINAL▓▓▓SP AVIATOR NATION ▓▓▓ CA XXXXXXXXXXX▓▓▓ TRAN DATE 11-21-25 | -1,038.24 |
| 11/21/2025 | Cosmopol Barbershop | Cosmopol Barbershop | -95.00 |
| 11/21/2025 | Williams Sonoma.com | Williams Sonoma.com | -127.94 |
| 11/24/2025 | | MASTERCARD ▓▓▓ Instant transfer out | -2,000.00 |
| 11/25/2025 | | MASTERCARD ▓▓▓ Instant transfer out | -2,000.00 |
| 11/26/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 11/26/2025 | | Payment to First citizen Bank made from VK personal account | 3,409.12 |
| 11/26/2025 | | Payment to First citizen Bank made from VK personal account | 19,843.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 11/27/2025 | P And Co | Sp P And Co Usa | -150.39 |
| 11/27/2025 | | MASTERCARD ▓▓▓ | -1,850.00 |
| 11/28/2025 | | Returned Payment | -3,750.00 |
| 11/28/2025 | | Payment Thank You Agcy-UC | 3,750.00 |
| 11/28/2025 | | Payment Thank you Agcy-UC | 3,750.00 |
| 11/28/2025 | Chase | Returned Payment | -3,750.00 |
| 11/28/2025 | | | 50.00 |
| 11/28/2025 | | | 50.00 |
| 11/28/2025 | Vuori Clothing | Sp Vuori Clothing | -459.92 |
| 11/28/2025 | Kidsuper Iconic | Sp Kidsuper Iconic | -485.52 |
| 11/28/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 11/29/2025 | Nike | Nike | -288.50 |
| 11/29/2025 | Minky Couture | Sp Minky Couture | -143.05 |
| 11/29/2025 | | VISA ▓▓▓ | -2,000.00 |
| 11/30/2025 | | VISA ▓▓▓ | -1,000.00 |
| 12/01/2025 | Pets mart | PetSmart | -163.18 |
| 12/01/2025 | Crocs | Crocs | -89.93 |
| 12/01/2025 | Crocs | Crocs | -49.99 |
| 12/01/2025 | Five Below | Five Below | -32.66 |
| 12/01/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 12/02/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 12/03/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO ▓▓ CPC-CLIENT ▓▓▓▓▓ | -1,890.34 |
| 12/03/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 12/04/2025 | State Farm | RETURN ITEM STATE FARM RO ▓ CPC-CLIENT ▓▓▓▓ CHECK | 1,890.34 |
| 12/04/2025 | | DEPOSIT TLR ▓▓ BR ▓▓ | 23,000.00 |
| 12/04/2025 | Tribe Lacrosse | Sp Tribe Lacrosse | -47.99 |
| 12/04/2025 | | MASTERCARD ▓▓▓ | -2,000.00 |
| 12/05/2025 | Amy Shoumer | Amy Shoumer Dmd | -53.00 |
| 12/05/2025 | Behold Salon And Spa | Behold Salon And Spa | -386.04 |
| 12/07/2025 | Dick's Sporting | DICK'S Sporting Goods | -32.84 |
| 12/08/2025 | Volume Lash Spa | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓▓ SQ SB VOLUME LASH SPASANTA BAR CA XXXXXXXXXXXX▓▓▓ TRAN DATE 12-07-25 | -216.75 |
| 12/09/2025 | State Farm | ACH WITHDRAWAL STATE FARM RO ▓▓ RETRY PYMT ▓▓▓▓ | -1,890.34 |
| 12/09/2025 | Jaguar. | DEBIT CARD MERCHANT PURCHASE TERMINAL ▓▓▓ JAGUAR WEST CHESTE R LAND610 ▓▓▓ PA XXXXXXXXXXXX▓▓▓ TRAN DATE 12-08-25 | -1,988.78 |
| 12/09/2025 | Jaguar. | Jaguar West Chester La | -1,765.45 |
| 12/09/2025 | TravisMathew | Travismathew King Pru | -399.80 |
| 12/09/2025 | Peonies | Sp Party With Peonies | -121.90 |
| 12/09/2025 | Mack Weldon | Sp Mack Weldon | -159.26 |
| 12/09/2025 | Jack Black Us | Sp Jack Black Us | -62.54 |
| 12/10/2025 | State Farm | RETURN ITEM STATE FARM RO ▓ RETRY PYMT ▓▓▓▓ CHECK | 1,890.34 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 12/10/2025 | Discover | ACH WITHDRAWAL DISCOVER PAYMENTS ████ | -828.00 |
| 12/10/2025 | Nike | Nike | 236.00 |
| 12/10/2025 | Warmies USA | Sp Warmies Usa | -36.98 |
| 12/10/2025 | Vuori Clothing | Sp Vuori Clothing | 94.00 |
| 12/11/2025 | Discover | RETURN ITEM DISCOVER PAYMENTS ████ CHECK | 828.00 |
| 12/11/2025 | Team Hair Makeup | DEBIT CARD MERCHANT PURCHASE TERMINAL ████ IN TEAM HAIR MA KEUP ████ CA XXXXXXXXXXXX████ TRAN DATE 12-10-25 | -363.00 |
| 12/11/2025 | Cheveux | Sp Cheveux Extensions | -41.52 |
| 12/11/2025 | Cheveux | Sp Cheveux Extensions | -223.97 |
| 12/11/2025 | HockeyMonkey | Hockeymonkey.com | -690.52 |
| 12/11/2025 | Letsplay3v3 | Letsplay3v3.com | -153.00 |
| 12/12/2025 | AME LULU | DEBIT CARD MERCHANT PURCHASE TERMINAL ████ IN AME LULU ████ MA XXXXXXXXXXXX████ TRAN DATE 12- 11-25 | -839.95 |
| 12/13/2025 | | Day Spa By Zsuzsanna I | -171.30 |
| 12/13/2025 | Peonies | Sp Party With Peonies | -6.36 |
| 12/13/2025 | | MASTERCARD ████ | -2,000.00 |
| 12/14/2025 | Buckmans Ski | Buckman S Ski Shops Ko | -769.89 |
| 12/14/2025 | Lego | Lego | -561.78 |
| 12/14/2025 | | MASTERCARD ████ | -2,000.00 |
| 12/15/2025 | Discover | ACH WITHDRAWAL DISCOVER RETRY PYMT ████ | -828.00 |
| 12/15/2025 | Geico | ACH WITHDRAWAL GEICO PREM COLL ████ | -121.80 |
| 12/15/2025 | | MASTERCARD ████ Instant transfer out | -2,000.00 |
| 12/16/2025 | Discover | RETURN ITEM DISCOVER RETRY PYMT ████ CHECK | 828.00 |
| 12/16/2025 | GREENLIGHT | POS PURCHASE POS PURCHASE TERMINAL ████ GREENLIGHT ATLANTA GA XXXXXXXXXXX████ TRAN DATE 12-16-25 | -300.00 |
| 12/16/2025 | | MASTERCARD ████ Instant transfer out | -2,000.00 |
| 12/17/2025 | Citadel | DEBIT CARD MERCHANT PURCHASE TERMINAL ████ CITADEL FEDERAL CR EDIT ████ PA XXXXXXXXXXXX████ TRAN DATE 12-16-25 | -33.00 |
| 12/17/2025 | | MASTERCARD ████ Instant transfer out | -2,000.00 |
| 12/19/2025 | Malin + Goetz | Malin+goetz Card spend | -100.91 |
| 12/19/2025 | NFL Shop | NFL Shop Card spend | -171.98 |
| 12/19/2025 | Urban Outfitters | Urban Outfitters | -10.65 |
| 12/19/2025 | GetRoman | PURCHASE ████ RO HEALTH GETROMAN.COM NY | -299.00 |
| 12/20/2025 | Rowan Inc | Sp Rowan Inc | -29.68 |
| 12/20/2025 | | Payment made personally via zelle | 1,622.00 |
| 12/21/2025 | Buckmans Ski | Buckman S Ski Shops Ko | -84.95 |
| 12/21/2025 | Love And Honey | Love And Honey B | -43.57 |
| 12/21/2025 | Love And Honey | Love And Honey B | -6.89 |
| 12/21/2025 | Out there outfitters | Ls Out There Outfitte | -909.10 |
| 12/21/2025 | Usmile | Sp Usmile | -406.96 |
| 12/22/2025 | Vanessa Kreckel - Vendor | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF VANESSA KRECKEL;REF NOTPROVIDED;WIRE/OUT - PACMF████ | -5,885.56 |
| 12/22/2025 | Vanessa Kreckel - Vendor | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF VANESSA KRECKEL;REF NOTPROVIDED;WIRE/OUT - PACME████ | -7,540.80 |
| 12/22/2025 | Vanessa Kreckel - Vendor | OUTGOING WIRE TRANSFER OUTGOING WIRE BNF VANESSA KRECKEL;REF NOTPROVIDED;WIRE/OUT - PACMH████ | -5,456.78 |



| Date | Payee | Description | Amount |
|---|---|---|---|
| 12/23/2025 | | WITHDRAWAL – ACCOUNT CLOSURE | -2,036.93 |
| 12/23/2025 | | Instant transfer out MASTERCARD ▮ | -2,000.00 |
| 12/23/2025 | | PURCHASE REFUND ▮ RO HEALTH NEW YORK NY ▮ CKCD▮XXXXXXXXXXXX▮ | 299.00 |
| 12/24/2025 | Pets mart | PetSmart | -292.60 |
| 12/24/2025 | Dick's Sporting | DICK'S Sporting Goods | -411.99 |
| 12/24/2025 | Sees Candies | Sees Candy Card spend | -119.85 |
| 12/25/2025 | Xbox | Xbox Card spend | -29.67 |
| 12/25/2025 | Xbox | Xbox Card spend | -25.96 |
| 12/25/2025 | TravisMathew | Travismathew King Pru | 139.95 |
| 12/26/2025 | | Vanilla Bean Card spend | -60.84 |
| 12/27/2025 | Xbox | Xbox | -21.19 |
| 12/28/2025 | Mindwell | Mindwell Card spend | -1,000.00 |
| 12/28/2025 | Mindwell | Mindwell Card spend | -975.55 |
| 12/29/2025 | GREENLIGHT | Greenlight Card spend | -179.98 |
| 12/29/2025 | GREENLIGHT | Greenlight Card spend | -70.02 |
| 12/29/2025 | Mindwell | Mindwell Card spend | -375.00 |
| 12/29/2025 | Mindwell | Mindwell Card spend | -950.75 |
| 12/29/2025 | Mindwell | Mindwell Card spend | -655.50 |
| 12/29/2025 | Lego | Lego King Of Prussia | -286.19 |
| 12/29/2025 | Lego | Lego King Of Prussia Card spend | -57.23 |
| 12/29/2025 | | MASTERCARD ▮ | -515.00 |
| 12/29/2025 | | MASTERCARD ▮ Instant transfer out | -1,100.00 |
| 12/30/2025 | State Farm | #ACH DEBIT STATE FARM RO ▮ CPC-CLIENT▮ | -1,591.64 |
| 12/30/2025 | State Farm | #RETURN ITEM STATE FARM RO ▮ CPC-CLIENT▮ | 1,591.64 |
| 12/30/2025 | | MASTERCARD▮ | -1,875.00 |
| 12/30/2025 | | MASTERCARD ▮ | -1,250.00 |
| 12/30/2025 | | MASTERCARD ▮ | -200.00 |
| 12/31/2025 | | MASTERCARD ▮ | -3,000.00 |
| 12/31/2025 | | MASTERCARD ▮ | -2,500.00 |
| 12/31/2025 | | MASTERCARD ▮ | -2,500.00 |
| 12/31/2025 | | MASTERCARD ▮ | -2,500.00 |
| 01/02/2026 | Vanessa Kreckel (C) | CASH APP*LAURE▮ PMNT RCVD CASH APP*LAUREN M Oakland CA CKCD▮ XXXXXXXXXXXX▮ | 6,210.71 |
| 01/02/2026 | | Mobile transfer to CHK CHK Confirmation#▮ | -2,500.00 |
| 01/02/2026 | | Mobile transfer to CHK CHK Confirmation#▮ | -3,500.00 |
| 01/02/2026 | | Mobile transfer to CHK CHK Confirmation#▮ | -2,500.00 |
| 01/02/2026 | | Online transfer to CHK CHK Confirmation# ▮ | -6,500.00 |
| 01/02/2026 | Vanessa Kreckel | Mobile transfer to CHK CHK Confirmation#▮ | -950.00 |
| 01/02/2026 | Mindwell | POS PURCHASE MERCHANT PURCHASE TERMINAL ▮ MINDWELLWayne PA | -1,000.00 |
| 01/02/2026 | Mindwell | POS PURCHASE MERCHANT PURCHASE TERMINAL ▮ MINDWELLWayne PA | -950.00 |
| 01/02/2026 | Mindwell | POS PURCHASE MERCHANT PURCHASE TERMINAL ▮ CASH APP*MINDWELL ADD Oakland CA | -125.00 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/02/2026 | | POS PURCHASE MERCHANT PURCHASE TERMINAL ███████ E LINEWEST CHES PA | -10.00 |
| 01/02/2026 | Birkenstock | POS PURCHASE MERCHANT PURCHASE TERMINAL ████ BirkenstockNovato CA | -175.00 |
| 01/03/2026 | Lego | Lego | -84.79 |
| 01/05/2026 | Vanessa Kreckel | Mobile transfer to CHK CHK Confirmation#████ | -23.94 |
| 01/05/2026 | | Mobile transfer to CHK CHK Confirmation#████ | -2,500.00 |
| 01/05/2026 | | Mobile transfer to CHK CHK Confirmation#████ | -1,000.00 |
| 01/05/2026 | | Online transfer to CHK CHK Confirmation#████ | -200.00 |
| 01/05/2026 | | Mobile transfer to CHK CHK Confirmation#████ | -2,800.00 |
| 01/05/2026 | | Mobile transfer to CHK CHK Confirmation#████ | -6,000.00 |
| 01/05/2026 | | Online transfer to CHK CHK Confirmation#████ | -2,900.00 |
| 01/05/2026 | | Mobile transfer to CHK CHK Confirmation#████ | -3,900.00 |
| 01/05/2026 | Pets mart | POS PURCHASE MERCHANT PURCHASE TERMINAL ████ DOORDASH PETSMART ████ CA | -318.09 |
| 01/06/2026 | | Online transfer from CHK CHK Confirmation# ████ KRECKEL, VANESSA | 1,500.00 |
| 01/06/2026 | | Mobile transfer to CHK CHK Confirmation# ████ | -2,400.00 |
| 01/06/2026 | | Mobile transfer to CHK CHK Confirmation#████ | -1,500.00 |
| 01/06/2026 | | Online transfer to CHK CHK Confirmation# ████ | -3,000.00 |
| 01/06/2026 | | Online transfer to CHK CHK Confirmation#████ | -2,000.00 |
| 01/06/2026 | | Online transfer to CHK CHK Confirmation#████ | -3,500.00 |
| 01/06/2026 | | Mobile transfer to CHK CHK Confirmation# y████ | -2,000.00 |
| 01/06/2026 | | VISA ████ (Instant transfer out) | -1,200.00 |
| 01/06/2026 | | VISA ████ (Instant transfer out) | -1,200.00 |
| 01/06/2026 | | VISA ████ (Instant transfer out) | -3,000.00 |
| 01/06/2026 | | VISA ████ (Instant transfer out) | -3,000.00 |
| 01/06/2026 | | VISA ████ (Instant transfer out) | -6,000.00 |
| 01/07/2026 | Thorne Research | Thorne Research | -329.40 |
| 01/07/2026 | | Mobile transfer to CHK CHK Confirmation# ████ | -2,000.00 |
| 01/08/2026 | | Mobile transfer to CHK CHK Confirmation# ████ | -2,900.00 |
| 01/08/2026 | | Online transfer to CHK CHK Confirmation# ████ | -3,500.00 |
| 01/10/2026 | Xbox | Xbox | -21.19 |
| 01/11/2026 | Xbox | Xbox | -5.29 |
| 01/11/2025 | Spotify | Spotify | -12.71 |
| 01/12/2026 | | Online transfer from CHK CHK Confirmation# ████ ; KRECKEL, VANESSA | 10,000.00 |
| 01/12/2026 | | Online transfer from CHK CHK Confirmation# ████ KRECKEL, VANESSA | 10,000.00 |
| 01/13/2026 | Xbox | Xbox | -5.29 |
| 01/13/2026 | | Mobile transfer from CHK CHK Confirmation#████ KRECKEL, VANESSA | 5,000.00 |
| 01/13/2026 | | Incoming Money Transfer INCOMING WIRE ORG LAUREN E MARTIN-KRECKEL REF NOTPROVIDED; WIRE/IN- ████ | 35,000.00 |
| 01/14/2026 | GREENLIGHT | Greenlight | -6.96 |
| 01/14/2026 | | Preauthorized ACH Debit CAF DIRECT CHECK AUTO LEASE████ | -9,886.01 |
| 01/15/2026 | GetRoman | PURCHASE ████ O HEALTH GETROMAN.COM NY | -399.00 |
| 01/15/2026 | GetRoman | PURCHASE ████ RO HEALTH GETROMAN.COM NY | -140.00 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/15/2026 | | Incoming Money Transfer INCOMING WIRE ORG LAUREN E MARTIN-KRECKEL, REF NOTPROVIDED; WIRE/IN ▓▓▓▓ | 24,000.00 |
| 01/16/2026 | | Mobile transfer to CHK CHK Confirmation# ▓▓▓▓ | -50.00 |
| 01/16/2026 | | Online transfer to CHK CHK Confirmation# ▓▓▓▓ | -500.00 |
| 01/16/2026 | | Mobile transfer to CHK CHK Confirmation# ▓▓▓▓ | -400.00 |
| 01/21/2026 | Vanessa Kreckel - Vendor | WIRE TYPE:WIRE OUT DATE:▓▓ TIME:▓▓ ET TRN:▓▓ SERVICE REF:▓▓ BNF:VANESSA KRECKEL ID:▓▓ BNF BK:WILMINGTON SAVINGS FUND ID:▓▓ PMT DET:▓▓ PAYMENT | -25,000.00 |
| 01/21/2026 | Gemline Clothing | Preauthorized ACH Debit GEMLINE CLOTHIN▓▓ | -2,172.75 |
| 01/22/2026 | Gemline Clothing | Credit (Any Type) GEMLINE CLOTHING▓▓ | 2,172.75 |
| 01/23/2026 | JP Morgan | JPMorgan Chase DES:Ext Trnsfr ID:▓▓ INDN:VANESSA KRECKEL CO ID:▓▓ | -1,796.15 |
| 01/23/2026 | JP Morgan | JPMorgan Chase DES:Ext Trnsfr ID:▓▓ INDN:VANESSA KRECKEL CO ID:▓▓ | -3,277.17 |
| 01/26/2026 | IMOGENE AND WILTN | PURCHASE ▓▓ SP IMOGENE WILLIE IMOGENEANDWILTN | -61.00 |
| 01/27/2026 | Vanessa Kreckel - Vendor | WIRE TYPE:WIRE OUT DATE:▓▓ TIME:▓▓ ET TRN:2▓▓ SERVICE REF:▓▓ BNF:VANESSA KRECKEL ID:▓▓ BNF BK:WILMINGTON SAVINGS FUND ID:▓▓ PMT DET:▓▓ | -15,000.00 |
| 01/27/2026 | Vagaro | PURCHASE ▓▓ Vagaro_*Rise P WAYNE PA | -360.00 |
| 01/28/2026 | Vanessa Kreckel - Vendor | WIRE TYPE:WIRE OUT DATE:▓▓ TIME:▓▓ ET TRN:▓▓ SERVICE REF:▓▓ BNF:VANESSA KRECKEL ID▓▓ BNF BK:WILMINGTON SAVINGS FUND ID:▓▓ PMT DET:▓▓ | -10,300.00 |
| 01/29/2026 | . Nike | PURCHASE ▓▓ NIKE.COM AP ▓▓ OR | -262.97 |
| 01/30/2026 | Vuori Clothing | PURCHASE ▓▓ SP VUORI CLOTHING CHECKOUT.VUORCA | -750.00 |
| 01/30/2026 | Mindwell | MOBILE PURCHASE ▓▓ SQ *MINDWELL Wayne PA | -900.00 |
| 01/30/2026 | Mindwell | MOBILE PURCHASE ▓▓ SQ *MINDWELL Wayne PA | -995.00 |
| 01/30/2026 | Vanessa Kreckel - Vendor | WIRE TYPE:WIRE OUT DATE:▓▓ TIME:**** ET TRN:▓▓ ***** SERVICE REF:▓▓ BNF:VANESSA KRECKEL ID▓▓ BK:WILMINGTON SAVINGS FUND ID:▓▓ PMT DET:▓▓ | -30,000.00 |
| 01/31/2026 | | | 59,016.06 |
| 02/02/2026 | Vanessa Kreckel - Vendor | WIRE TYPE:WIRE OUT DATE:▓▓ TIME:▓▓ ET TRN:▓▓ SERVICE REF:▓▓ BNF:VANESSA KRECKEL ID▓▓ BNF BK:WILMINGTON SAVINGS FUND ID▓▓ PMT DET:▓▓ | -10,655.20 |
| 02/02/2026 | Day Spa By Zsuzsanna | MOBILE PURCHASE ▓▓ DAY SPA BY ZSUZSANNA IN WAYNE PA | -183.38 |
| 02/02/2026 | | Mobile transfer to CHK CHK Confirmation# ▓▓ | -5,000.00 |
| 02/02/2026 | | Online transfer to CHK CHK Confirmation# ▓▓ | -5,000.00 |
| 02/02/2026 | | Mobile transfer to CHK CHK Confirmation# ▓▓ | -5,000.00 |
| 02/02/2026 | | Mobile transfer to CHK CHK Confirmation# ▓▓ | -1,000.00 |
| 02/02/2026 | | CHECKCARD ▓▓ SQ *THE VANILLA BEAN Wayne PA▓▓ CKCD ▓▓ XXXXXXXXXXXX▓▓XXXX XXXX XXXX ▓▓ | -21.88 |
| 02/02/2026 | Vuori Clothing | MOBILE PURCHASE 0▓▓ SP VUORI CLOTHING ▓▓ | -315.00 |
| 02/02/2026 | Free City Super Shop | PURCHASE ▓▓ SP FREECITYSUPERSHOP FREECITYSUPERCA | -539.00 |
| 02/02/2026 | Mindwell | MOBILE PURCHASE ▓▓ SQ *MINDWELL Wayne PA | -995.00 |
| 02/03/2026 | | The RealReal DES:ST-▓▓ ID:ST-▓▓ INDN:VANESSA KRECKEL CO ID:▓▓ CCD | 2,244.28 |
| 02/04/2026 | Elite Edge | CHECKCARD ▓▓ ELITE EDGE ▓▓ PA ▓▓ CKCD ▓▓ XXXXXXXXXXXX6992 XXXX XXXX XXXX 6992 | -70.00 |
| 02/04/2026 | JP Morgan | JPMorgan Chase DES:Ext Trnsfr ID ▓▓ INDN:VANESSA KRECKEL CO ID:▓▓ CCD | -5,215.75 |
| 02/06/2026 | Dick's Sporting | MOBILE PURCHASE ▓▓ Dicks Sporting Goods King of PrussPA | -65.00 |
| 02/09/2026 | Vuori Clothing | MOBILE PURCHASE ▓▓ SP VUORI CLOTHING ENCINITAS CA▓▓ CKCD ▓▓ XXXXXXXXXXXX▓▓ | 107.00 |
| 02/09/2026 | Vuori Clothing | PURCHASE REFUND ▓▓ SP VUORI CLOTHING ENCINITAS CA▓▓ CKCD ▓▓ XXXXXXXXXXXX▓▓ | 216.00 |
| 02/09/2026 | Oak Center Ice | CHECKCARD ▓▓ OAKS CENTER ICE ▓▓ PA ▓▓ CKCD ▓▓ XXXXXXXXX▓▓XXXX XXXX XXXX ▓▓ | -200.00 |
| 02/09/2026 | Synchrony | Synchrony Bank DES:CC PYMT ID:▓▓ INDN:VANESSA KRECKEL CO ▓▓ WEB | -1,528.28 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 02/09/2026 | Nike | MOBILE PURCHASE ███ Nike US Stores King of PrussPA | -330.00 |
| 02/09/2026 | Vuori Clothing | MOBILE PURCHASE ███ SP VUORI CLOTHING ████ CA | -166.00 |
| 02/09/2026 | Pets mart | MOBILE PURCHASE ███ PETSMART # ███ PLYMOUTH MEETPA | -78.38 |
| 02/10/2026 | Elite Edge | CHECKCARD ███ ELITE EDGE ████ PA 2███████CKCD ██ XXXXXXXXXXXX███XXXX XXXX XXXX█ | -60.00 |
| 02/10/2026 | | Online transfer from CHK CHK Confirmation# j███████; KRECKEL, VANESSA | 10,000.00 |
| 02/10/2026 | Dramyshoumer | PURCHASE ███ DRAMYSHOUMER.COM DRAMYSHOUMER.PA | -150.00 |
| 02/11/2026 | | BKOFAMERICA BC ██████████FR CHKG | 150,000.00 |
| 02/12/2026 | | Online transfer to CHK CHK Confirmation#█████████ | -12,500.00 |
| 02/13/2026 | | The RealReal DES:ST-██████ID:ST-█████████INDN:VANESSA KRECKEL CO ID██████CCD | 415.70 |
| 02/13/2026 | | PURCHASE ████SP RESPARKED.COM RESPARKED.COMWY | -93.26 |
| 02/13/2026 | My kid spending | PURCHASE ███ MYKIDSSPENDING COM ██████MA | -156.00 |
| 02/13/2026 | My kid spending | PURCHASE ███ MYKIDSSPENDING COM ██████ MA | -156.00 |
| 02/17/2026 | Vanessa Kreckel | Mobile transfer to CHK CHK Confirmation# z██████ | -15,000.00 |
| 02/17/2026 | | Online transfer to CHK CHK Confirmation# █████ | -500.00 |
| 02/17/2026 | | Mobile transfer to CHK CHK Confirmation# x█████ | -81.23 |
| 02/17/2026 | GREENLIGHT | PURCHASE ███ GREENLIGHT ███████GA | -45.14 |
| 02/17/2026 | GREENLIGHT | PURCHASE ███ GREENLIGHT ███████GA | -4.86 |
| 02/17/2026 | GetRoman | PURCHASE ███RO HEALTH GETROMAN.COM NY | -145.00 |
| 02/17/2026 | Nike | MOBILE PURCHASE ███ Nike US Stores King of PrussPA | -120.00 |
| 02/17/2026 | Vanessa Kreckel - Vendor | Outgoing Money Transfer OUTGOING WIRE BNF Vanessa Kreckel; REF DW█████████WIRE/OUT - Q███████ | -38,754.20 |
| 02/19/2026 | Elite Edge | CHECKCARD ███ ELITE EDGE ████PA ████████CKCD ██XXXXXXXXXXXX██XXXX XXXX XXXX█ | -60.00 |
| 02/19/2026 | | Online transfer from CHK CHK Confirmation# ██████ KRECKEL, VANESSA | 10,000.00 |
| 02/24/2026 | GetRoman | PURCHASE ███RO HEALTH GETROMAN.COM NY | -449.00 |
| 02/24/2026 | Wagsworth Manor Pet Resort | MOBILE PURCHASE ███WAGSWORTH MANOR PET RES ██████ | -1,243.10 |
| 02/25/2026 | Radnor Veterinary Hospital | MOBILE PURCHASE ███ RADNOR VETERINARY HOSPI WAYNE PA | -115.00 |
| 02/25/2026 | | MOBILE PURCHASE ███ BMSCI - Bryn Mawr Bryn Mawr PA | -50.00 |
| 02/27/2026 | | Amount paid by Vanessa on behalf of company for COGS | 44,081.23 |
| 02/27/2026 | Pilates | CHECKCARD ███ Vagaro_*Rise Pilates 1██████PA 2████████████CKCD██XXXXXXXXXXXX██XXXX XXXX XXXX ████ | -40.00 |
| | | | -$105,334.59 |
| | | | -$105,334.59 |