United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 26-11073-djb

TPD Design House, LLC                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| sp | ^ MEBN | May 09 2026 01:29:17 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: May 08, 2026      Form ID: pdf900      Total Noticed: 1

CHRISTINA M. PHILIPP
on behalf of Vaishali Gor cphilipp@mkcilaw.us.com

DANA S. PLON
on behalf of Creditor Scott Gensler dplon@sirlinlaw.com

DANIEL R. UTAIN
on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com llapenna@kaplaw.com

DANIEL S. SIEDMAN
on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID B. SMITH
on behalf of Debtor TPD Design House LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

ERIK L. COCCIA
on behalf of Creditor Guardsman Capital Partners Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com

GARY SCHAFKOPF
on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com

JESSE M. HARRIS
on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com

JOEL MARC FLINK
on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com

JOEL MARC FLINK
on behalf of Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
on behalf of Interested Party Oslo Blue LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
on behalf of Interested Party Tarte Family Office jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com arosen@starfieldsmith.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

STEPHEN G. BRESSET
on behalf of Eugenia Moisseenko sbresset@bressetsantora.com nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

STEPHEN G. BRESSET
on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

TURNER N. FALK
on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                                   User: admin                                        Page 3 of 3
Date Rcvd: May 08, 2026                               Form ID: pdf900                                  Total Noticed: 1

WILLIAM EUGENE VISS, I

        on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

        on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

        on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

        on behalf of Jatinder Singh wviss@reidenbachlaw.com


TOTAL: 34

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

### ORDER AUTHORIZING AND APPROVING THE
### APPLICATION OF THE EMPLOYMENT AND RETENTION OF
### FOX ROTHSCHILD LLP AS COUNSEL, EFFECTIVE AS OF APRIL 28, 2026[1]

Upon consideration of the application (the "Application")[2] of the Official Committee of
Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor in possession
(the "Debtor") for authorization to employ and retain Fox Rothschild LLP ("Fox Rothschild") to
serve as counsel for the Committee, effective as of April 28, 2026; and upon consideration of the
Declaration of Jesse M. Harris in support of the Application and the Declaration of Committee
Chairperson in support of the Application; and the Court having found that it has jurisdiction over
this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of
this Chapter 11 Case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408
and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C.
§ 157(b); and the Court having found that notice of the Application has been given as set forth in
the Application and that such notice is adequate and no other or further notice need be given; and
the Court having determined that it may enter a final order consistent with Article III of the United
States Constitution; and a hearing having been held, if necessary, to consider the relief requested
in the Application (the "Hearing"), and upon the record of the Hearing, if any, and all of the
proceedings had before the Court; and the Court having found that Fox Rothschild does not hold
or represent an interest adverse to the Debtor's estate, and is a disinterested person under section

---

[1] Fox Rothschild reserves all rights to seek compensation from April 8, 2026 forward and all parties reserve their rights to
object to such compensation consistent with this Order.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms as in the
Application.

101(14) of the Bankruptcy Code; and the Court having found that the employment and retention of Fox Rothschild is necessary, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1.    The Application is granted as set forth herein.

2.    Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules, the Committee is authorized and empowered to employ and retain Fox Rothschild, effective as of April 28, 2026, to serve as its counsel in this Chapter 11 Case on the terms and conditions set forth in the Application and the Harris Declaration.

3.    Fox Rothschild shall apply for, and be compensated for, professional services rendered and reimbursement of expenses in connection with the Chapter 11 Case in compliance with sections 328, 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, any applicable orders entered by this Court in respect of compensation of professionals and any case-specific fee protocols approved by the Court, after notice and a hearing pursuant to any other applicable procedures and orders of the Court.

4.    Notwithstanding anything in the Application to the contrary, Fox Rothschild shall (i) to the extent that it uses the services of independent contractors or subcontractors (collectively, the "Contractors") in this case, pass through the cost of such Contractors at the same rate that Fox Rothschild pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Fox Rothschild; and (iv) file with this Court such disclosures required by Bankruptcy Rule 2014.

5.      Fox Rothschild also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures, both in connection with the Application and the interim and final fee applications to be filed by Fox Rothschild in this Chapter 11 Case.

6.      Fox Rothschild shall provide ten days' notice to the Debtor, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application or any agreement entered into in connection with the Committee's retention of Fox Rothschild are implemented and shall file such notice with the Court, *provided*, *however*, that in the event that the Fox Rothschild attorneys responsible for this matter do not have sufficient advance notice of such rate increases, Fox Rothschild shall provide notice to the Debtor, the U.S. Trustee, and the Committee as soon as practicable after the information regarding rate increases becomes available to the Fox Rothschild attorneys responsible for this matter.

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      In the event of any inconsistency between the Application and this Order, this Order shall govern.

9.      This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation of implementation of this Order.

DATE: **May 8, 2026**

_____
Judge Derek J. Baker