IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
TPD Design House, LLC
Debtor.
Case No. 26-11073 (DJB)
Chapter 11



---

### AMENDED OBJECTION OF PRIYESH S. PATEL TO PROPOSED SALE OF ASSETS

I, Priyesh S. Patel, hereby submit this Objection to the Debtor's proposed sale of assets and state as follows:

---

### 1. CREDITOR STATUS

I am a creditor of the Debtor pursuant to a Promissory Note dated January 7, 2022, executed by TPD Design House, LLC and Vanessa D. Kreckel.

The Debtor is in clear default. The total amount owed exceeds $250,000 in principal, plus significant accrued interest at the contract rate.

---

### 2. EQUITY INTEREST

Under the terms of the Promissory Note, upon default, I am entitled to a 10% equity interest in TPD Design House, LLC.

This creates a direct ownership interest that must be accounted for in any proposed sale and distribution of proceeds.

---

### 3. GROUNDS FOR OBJECTION

The proposed sale should not be approved in its current form for the following reasons:

a. The proposed purchase price of approximately $700,000–$800,000 may not reflect fair market value.

b. The proposed purchaser appears to have a relationship with the Debtor and requires heightened scrutiny.

c. The Debtor has not provided sufficient disclosure regarding asset valuation, creditor priority, and distribution of proceeds.

d. The proposed "free and clear" sale may improperly extinguish creditor and equity rights without adequate protection.

---

### 4. REQUEST FOR DISCLOSURES

Creditor requests production of:

- Complete asset list and valuation
- All offers received
- Breakdown of secured vs. unsecured debt
- Proposed distribution of proceeds

---

### 5. RESERVATION OF RIGHTS

Creditor reserves all rights, including:

- Claims against the Debtor
- Claims against Vanessa D. Kreckel individually
- Enforcement of equity rights

---

### 6. REQUEST FOR RELIEF

WHEREFORE, Creditor respectfully requests that the Court:

- Deny approval of the proposed sale; OR
- Require open and competitive bidding; OR
- Require full disclosure and fair valuation; OR
- Ensure Creditor's rights are protected

---

Respectfully submitted,

(Sign here) _____

Priyesh S. Patel

Creditor (Promissory Note Holder and Equity Claimant)

5246 West Broad Street
Columbus, Ohio 43228
614-668-3337
priyeshpatel358@gmail.com

Date: May 7, 2026