**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA -**
**Philadelphia**

**RE:** **TPD Design House, LLC**                                      :

                                                                       :  Bankruptcy Number: 26-11073-djb
                                                                       :
                                                                       :
**Debtor**                                                             :  Chapter:   11
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :

### REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Anthony Higgins, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

   Dated: 05/11/2026

                                        By:  _____/S/   Anthony Higgins_____
                                                   Anthony Higgins
                                                   Commonwealth of Pennsylvania
                                                   Department of Labor and Industry
                                                   Collections Support Unit
                                                   PO Box 68568
                                                   Harrisburg, PA 17106-8568
                                                   Telephone: (717) 775-8082
                                                   Fax: (717) 787-7671
                                                   Email: ra-li-beto-bankreading@pa.gov

UC-666 REV 09-25 (Page 1)