## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TPD Design House, LLC | : | Case No. 26-11073 (DJB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## ORDER

AND NOW, upon consideration of the Debtor's Motion (I) Pursuant To Bankruptcy Rule 9024 To Amend Interim Order Authorizing The Debtor To Obtain Post-Peition Financing Pursuant To Sections 364 And 363 Of The Bankruptcy Code; And (II) For Expedited Consideration Thereof Pursuant To Local Bankruptcy Rule 5070-1(G) (the "Motion") (capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion), and based upon an evidentiary hearing conducted on May __, 2026, the Court having considered both the Motion and the exhibits attached thereto, including the Declaration and testimony of Vanessa Kreckel at said hearing, and any objections thereto; and it appearing that the Court has jurisdiction over this mater pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and it appearing that the Motion is in the best interests of the Debtor; its estate, and its creditors; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby **ORDERED:**

1.    To the extent that Bankruptcy Rule 4001(c)(2) is applicable, the Court finds that to avoid immediate and irreparable harm to the Debtor's estate, the Motion is

**GRANTED** on an interim basis to the extent provided herein.

2. This Court's Order entered on May 7, 2026 at Docket No. 100 (the "DIP Financing Order") is hereby **AMENDED** by replacing Exhibit A thereto with the Exhibit A attached hereto to increase aggregate borrowings over the applicable 13-week period from $926,256.00 to $1,352,362.00 as more fully set forth in the Updated Projections.

3. Any advances that exceeded the "DIP Facility" line amounts for any applicable time period under the Original Projections, but otherwise consistent with the Updated Projections, are hereby ratified and treated as part of the approved loan in the DIP Financing Order, with all of the terms therein being applicable.

4. All other terms of the DIP Financing Order will remain in place and are unaltered except the amount of the loan and timing of advances as set forth in the Updated Projections.

5. The 14-day stay pursuant to Bankruptcy Rule 6004(h) is hereby waived, and this Order is immediately enforceable.

6. A copy of this Order shall be served by the Debtor or its counsel upon the parties required to be served under in accordance with Bankruptcy Rule 4001(c)(1)(C) and Local Rules 1002-2(d) and 9014-3, as applicable. This notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

7. A further or final hearing in accordance with Federal Rule of Bankruptcy Procedure 4001(c)(2) on the DIP Financing Order (as now amended hereby) has already been scheduled by this Court at 1:30 p.m. on May 28, 2026. Parties may participate by

zoom audio technology accessible via www.zoomgov.com/join, or by dialing 1-646-828-7666 (Meeting ID: 161 0657 4791).  In the event that no objections are timely filed and served in accordance with this DIP Financing Order, as amended hereby, the Court may enter an order granting the Motion as a final order without further notice or further hearing.

8.      This Court shall retain jurisdiction over any and all matters arising from or related to this Interim Order.

SO ORDERED by this Court this __ day of May, 2026.


_____
Derek J. Baker
United States Bankruptcy Judge