# EXHIBIT A

# TPD House 9 Week Budget

*5/12/2026*

| Desc | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week Beginning** | 4/5/2026 | 4/12/2026 | 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | |
| **Ending** | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| *Accounts Receivable Conversion* | | | | | | | | | | |
| **Cash Income** | - | 29,500 | 234,226 | 61,700 | 112,502 | 178,053 | 185,000 | 313,750 | 197,550 | 1,312,281 |
| *Payroll Expenses* | | | | | | | | | | |
| Payroll PEO (Includes Processing Fee, Taxes) | (81,182) | - | (81,182) | - | (81,182) | - | (81,182) | - | (81,182) | (405,910) |
| Benefits Invoice | (14,711) | - | - | - | (14,711) | - | - | - | (14,711) | (44,133) |
| Retention Bonus for Late Payroll | - | (13,000) | - | - | - | - | - | - | - | (13,000) |
| Vanessa Compensation | - | - | (5,000) | - | (5,000) | - | (5,000) | - | (5,000) | (20,000) |
| **Cash Payroll Expenses** | (95,893) | (13,000) | (86,182) | - | (100,893) | - | (86,182) | - | (100,893) | (483,043) |
| *Other Operating Expenses* | | | | | | | | | | |
| Rent or Lease + CAM Charges Combined | - | (34,159) | - | (34,159) | - | - | - | - | (34,159) | (102,477) |
| Cost of Goods for Active Projects | (21,000) | (70,000) | (53,000) | (35,565) | - | (69,790) | (35,000) | (35,000) | (45,000) | (364,355) |
| Cost of Goods for Specialty Project | - | - | - | - | - | (34,866) | (15,000) | - | (100,000) | (149,866) |
| Equipment Lease Vendor 1 | - | (1,771) | - | (1,771) | - | - | - | - | (1,771) | (5,313) |
| Equipment Lease Vendor 2 | - | - | (976) | - | - | - | - | - | (976) | (1,951) |
| Insurance Expense | (3,382) | - | - | (395) | - | (3,382) | - | - | - | (7,158) |
| Software / Subscriptions Total | (1,653) | (1,653) | (5,657) | (8,133) | - | (1,653) | (1,653) | (1,653) | (7,918) | (29,973) |
| Bookkeeping Fees | (1,759) | - | (1,700) | - | - | - | - | - | - | (3,459) |
| Accounting (New Accountant) | - | - | (10,000) | - | - | - | - | - | (5,000) | (15,000) |
| IOA CC Fees | - | - | - | (1,002) | - | - | - | - | - | (1,002) |
| Utilities & Office | (26,835) | (1,328) | (8,820) | (2,800) | - | (5,450) | (1,328) | (450) | (8,820) | (55,831) |
| Shipping | (10,000) | (10,000) | (10,000) | (10,000) | - | (10,000) | (10,000) | (10,000) | (10,000) | (80,000) |
| Printing + Reproduction | (23,000) | (27,000) | (36,629) | (26,798) | - | (26,798) | (26,798) | (26,798) | (26,798) | (220,619) |
| Airfare | (9,000) | - | - | - | - | (4,948) | - | - | - | (13,948) |
| Specialty Vendors | (46,900) | - | (25,846) | (20,000) | - | (175,797) | (35,000) | (39,797) | - | (343,339) |
| Other | (36,594) | 11,751 | (15,192) | - | - | - | - | - | - | (40,035) |
| **Total Cash Operating Expenses** | (180,123) | (134,160) | (167,819) | (140,623) | - | (332,684) | (124,779) | (113,698) | (240,441) | (1,434,326) |

**Cash Income — Explaination For Changes:** *Cash receivables were $137k less than expected in weeks 3-5. The historic shortfall was due to a failure to convert on smaller collections which were assumed to have taken place. With respect to weeks 6-9, the change in forecasting is due to shifting project milestones (which in turn delays invoicing timing) and some large branding clients who are extending their payables at the expense of TPD Design House's cash position*

**Total Cash Operating Expenses — Explaination For Changes:** *Expenses were on point for weeks 3-5 ($26k delta), however TPD expects a material increase in expenses weeks 6-9 ($150k). The primary source of the increase are Specialty Vendor costs associated with a new project recently awarded from an major branding client.*

Case 26-11073-djb   Doc 112-3   Filed 05/14/26   Entered 05/14/26 19:15:26   Desc Exhibit A - Updated Projections   Page 2 of 3

# TPD House 9 Week Budget

*5/12/2026*

Case 26-11073-djb    Doc 112-3    Filed 05/14/26    Entered 05/14/26 19:15:26    Desc Exhibit A - Updated Projections    Page 3 of 3

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | 4/5/2026 | 4/12/2026 | 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | |
| Ending | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| *Critical Vendor Payments* | | | | | | | | | | |
| Critical Vendor 1 | (11,500) | (11,500) | - | (23,000) | (11,500) | (11,500) | (11,500) | (11,500) | (11,500) | (103,500) |
| Critical Vendor 2 | (36,000) | (21,000) | - | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (117,000) |
| Critical Vendor 3 | - | (20,000) | - | (5,000) | (7,404) | (7,404) | (7,404) | (7,404) | (7,404) | (62,018) |
| Critical Vendor 4 | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor 5 | - | (71,120) | - | - | - | - | - | (71,120) | - | (142,240) |
| Critical Vendor 6 | - | (97,819) | - | - | - | - | - | (97,819) | - | (195,637) |
| **Total Critical Vendor Payments** | **(47,500)** | **(221,439)** | **-** | **(38,000)** | **(28,904)** | **(28,904)** | **(28,904)** | **(197,842)** | **(28,904)** | **(620,395)** |
| *Explaination For Changes:* | *No material changes* | | | | | | | | | |
| *Reorganization Expenses* | | | | | | | | | | |
| US Trustee QUARTERLY FEES | - | - | (10,500) | - | - | - | - | - | - | (10,500) |
| KH Law Professional Fees | - | - | (10,748) | - | - | - | (28,512) | - | - | (39,259) |
| Creditor Committee Professional Fees | - | - | - | - | - | - | (20,000) | - | - | (20,000) |
| **Total Cash Reorganization Expenses** | **-** | **-** | **(21,248)** | **-** | **-** | **-** | **(48,512)** | **-** | | **(69,759)** |
| Cash Income | | 29,500 | 234,226 | 61,700 | 112,502 | 178,053 | 185,000 | 313,750 | 197,550 | 1,312,281 |
| Cash Expenses | | (414,561) | (220,342) | (227,067) | (270,420) | (361,587) | (239,865) | (360,051) | (370,238) | (2,464,131) |
| **Change in Cash** | | **(385,061)** | **13,884** | **(165,367)** | **(157,918)** | **(183,534)** | **(54,865)** | **(46,301)** | **(172,688)** | **(1,151,850)** |
| *Explaination For Changes:* | *No material changes* | | | | | | | | | |
| *Cash Balance* | | | | | | | | | | |
| Beginning Balance | 10,000 | 30,000 | 40,536 | 54,420 | 20,682 | 2,516 | 30,000 | 30,000 | 30,000 | 10,000 |
| Change in Cash | (111,893) | (385,061) | 13,884 | (165,367) | (157,918) | (183,534) | (54,865) | (46,301) | (172,688) | (1,263,743) |
| DIP Facility | 131,893 | 395,597 | - | 170,000 | 170,000 | 211,018 | 54,865 | 46,301 | 172,688 | 1,352,362 |
| **Ending Balance** | **30,000** | **40,536** | **54,420** | **20,682** | **2,516** | **30,000** | **30,000** | **30,000** | **30,000** | **30,000** |
| *DIP Facility* | | | | | | | | | | |
| Beginning Balance | - | 131,893 | 527,490 | 527,490 | 697,490 | 867,490 | 1,078,508 | 1,133,373 | 1,179,674 | - |
| Draw(1) | 131,893 | 395,597 | - | 170,000 | 170,000 | 211,018 | 54,865 | 46,301 | 172,688 | 1,352,362 |
| **Ending Balance** | **131,893** | **527,490** | **527,490** | **697,490** | **867,490** | **1,078,508** | **1,133,373** | **1,179,674** | **1,352,362** | **1,352,362** |

*(1) Already at $860k after week 5. Anticipated cash needs*