**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: TPD Design House, LLC           :        **Chapter 11**
                                            :

**Debtor**                               :        **Bky. No. 26-11073 (DJB)**

# O R D E R

      **AND NOW**, upon consideration of DEBTOR'S MOTION (I) PURSUANT TO BANKRUPTCY RULE 9024 TO AMEND INTERIM ORDER AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITION FINANCING PURSUANT TO SECTIONS 364 AND 363 OF THE BANKRUPTCY CODE; AND (II) FOR EXPEDITED CONSIDERATION THEREOF PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(G) ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1.   The request for an expedited hearing is **GRANTED** as set forth herein.

2.   A hearing to consider the Motion shall be held on ___**Tuesday, May 19**___, 2026, at ___**1:00 p**___.m. (the "Hearing"). The Hearing will be conducted in the following formats:

☒ Video Conference using the following link. If no link is provided, the video conference link will be included on the hearing calendar. **zoomgov.com with Join Meeting ID 161 0657 4791**
☒ In-Person **at** ___Courtroom 2___**, in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107**.

The Hearing on this Motion will be an evidentiary hearing.

3.   Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.   The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on ___May 15, 2026___.
Service made to each party identified above through the court's CM/ECF system is effective.

5.   The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on ___May 15, 2026___.

6.   The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**DATE: May 15, 2026**

                                              **Derek J. Baker**
                                            **United States Bankruptcy Judge**