**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, David B. Smith, Esquire, do hereby certify that on May 1, 2026, I caused true and correct copy of Debtor's Motion For Entry of an Order (I) Authorizing The Sale Of Assets Free And Clear Of Liens, Claims And Encumbrances, (II) Authorizing The Assumption And Assignment Of Certain Executory Contracts And An Unexpired Non-Residential Real Property Lease, (III) Allowing For The Submission Of Competitive Offers And Approving A Breakup Fee And (IV) Granting Related Relief or Notice thereof to be served as indicated below and per the attached service list pursuant to the methods set forth therein.

Date: May 18, 2026

/s/ *David B. Smith*
David B. Smith, Esquire

## SERVICE LIST

**Category:**  **Creditors Which Have or Claim to Have A Security Interest in Debtor's Assets**

**Documents Served:** **Notice of Motion, Notice of Sale Pursuant to Rule 2002, Sale Motion (with Asset Purchase Agreement Exhibit) and Proposed Order**

| **Creditor** | **Method of Service** |
|---|---|
| ACH Capital UT<br>375 W. 200 S, Suite 225<br>Salt Lake City, UT 84101 | regular mail |
| Beacon Bank & Trust<br>131 Clarendon Street<br>Boston, MA 02116 | ECF service through counsel<br>lrowland@starfieldsmith.com<br>arosen@starfieldsmith.com |
| Birch Event Design LLC<br>336 W. 37th Street<br>Suite 1200<br>New York, NY 10018 | regular mail |
| Emmy Capital Group LLC<br>629 46th Street<br>Brooklyn, NY 11220 | regular mail |
| Encore Enterprises, Inc.<br>16980 Dallas Parkway<br>Suite 200<br>Dallas, TX 75248 | regular mail |
| HMFCG Inc.<br>368 New Hempstead Road<br>Suite #217<br>New City, NY 10956 | regular mail |
| Loud Capital, LLC<br>25 North Street<br>Dublin, OH 43017 | regular mail |
| Vault 26 Capital LLC<br>19790 W. Dixie Hwy<br>Suite 801<br>Miami, FL 33180 | regular mail |

Trail Ventures, LLC                          regular mail
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606

Pinkdome Corp.                               regular mail
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606

Loud Equities, LLC                           regular mail
25 North Street
Dublin, OH 43017

U.S. Small Business Administration           ECF service through counsel
2 North Street, Suite 320                    Andrew.Fuchs@usdoj.gov
Birmingham, AL 35203

V-Capital LLC                                regular mail
6585 Lockhart Lane
Dublin, OH 43017

Samson Capital                               regular mail
17 State Street
New York, NY 10004

Dalsukh Madia                                regular mail
925 Toulon Avenue
Marion, OH 43302

South Florida Friends Investments LLC        regular mail
222 Fairmont Way
Fort Lauderdale, FL 33329

Marion 9, LLC                                regular mail
925 Touylon Avenue
Marion, OH 43302

Sunny Isles Beach Investments LLC            regular mail
5901 Collins Avenue, Unit 3306
North Miami Beach, FL 33160

**Category:  Unsecured Creditors**

**Documents Served:** **Notice of Motion and Notice of Sale Pursuant to Rule 2002**

| **Creditor** | **Method of Service** |
|---|---|
| Action Capital<br>619 Lullo Drive<br>Addison, IL 60101 | regular mail |
| ADP TotalSource FL XVII, Inc.<br>10200 Sunset Drive<br>Miami, FL 33173 | regular mail |
| Alan Lobo<br>6 Winterberry Terrace<br>Hamilton, NJ 08690 | ECF service through counsel<br>sbresset@bressetsantora.com<br>nicole@bressetsantora.com<br>ronsantoraesq@aol.com<br>alexis@bressetsantora.com<br>sami@bressetsantora.com |
| Aleksey and Christine Prok<br>8691 Filiz Lane<br>Powell, OH 43065 | regular mail |
| Alok Sharma<br>105 Pinnacle Ridge Ct.<br>Danville, CA 94506 | regular mail |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | regular mail |
| American Express National Bank<br>115 W. Towne Ridge Parkway<br>Sandy, UT 84070 | regular mail |
| Amit Patel<br>1035 McIngvale Road<br>Hernando, MS 38632 | regular mail |
| Amit Patel and Sejal Patel<br>5213 Barton View Court<br>Raleigh, NC 27615 | regular mail |

Andrew Berg
473 Sweetgum Lane
Lafayette Hill, PA 19444

ECF service through counsel
mdubin@sogtlaw.com
jfiganiak@sogtlaw.com

Anish Patel
852 Loop 573 South
Cleveland, TX 77327

regular mail

Anita DeCosta
11045 Queens Blvd.
Apt. 518
Forest Hills, NY 11375

regular mail

Announcement Converters
13200 NW 45th Avenue
Opa Locka, FL 33054

regular mail

Ashish Patel
9 Springbrook Rd E
Montville, NJ 07045

regular mail

Atash
1212 Turtle Creek Blvd.
Dallas, TX 75207

regular mail

Baccarat, Inc.
545 Madison Avenue
New York, NY 10022

regular mail

Beacon Bank & Trust
131 Clarendon Street
Boston, MA 02116

regular mail

Berkovitch and Boussaka
1545 Route 202
Suite 101
Pomona, NY 10970

regular mail

Birch Event Design LLC
336 W. 37th Street
Suite 1200
New York, NY 10018

regular mail

Cake Rules Everything Around Me LLC
19411 West McNichols Road
Pacific Palisades, CA 90272

regular mail

Chase Visa                                    regular mail
PO Box 6294
Carol Stream, IL 60197-6294

Chris Steinhauer                              regular mail
117 Laurier Place
Bryn Mawr, PA 19010

Conlin's                                      regular mail
1011 West Eighth Avenue
King of Prussia, PA 19406

D2 Finance                                    ECF service through counsel
4660 Elizabeth Street                         turner.falk@saul.com
Coraopolis, PA 15108                          tnfalk@recap.email
                                              catherine.santangelo@saul.com

Dalsukh Madia                                 regular mail
925 Toulon Avenue
Marion, OH 43302

Daniel R. Utain, Esquire                      regular mail
Kaplin Stewart Meloff Reiter & Stein
910 Harvest Drive
PO Box 3037
Blue Bell, PA 19422-0765

DeLage Landen  Financial Services, Inc.       regular mail
PO Box 825736
Philadelphia, PA 19182-5736

Dennis L. Abramson, Esquire                   regular mail
Abramson & Abramson, LLC
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004

Department of Labor & Industry                regular mail
651 Boas Street, 10th Floor
Harrisburg, PA 17121

Dexed, LLC                                    ECF service through counsel
4660 Elizabeth Street                         Turner L. Falk
Coraopolis, PA 15108                          turner.falk@saul.com
                                              tnfalk@recap.email
                                              catherine.santangelo@saul.com

Dilip Patel                                    regular mail
2916 Leanne Court
Northbrook, IL 60062

Drew Salaman, Esquire                          regular mail
100 South Broad Street
Suite 2126
Philadelphia, PA 19110

E. William Hevenor, Esquire                    regular mail
2 HOrseshoe Lane
Paoli, PA 19301

Emmy Capital Group LLC                         regular mail
629 46th Street
Brooklyn, NY 11220

Encore Enterprises, Inc.                       regular mail
16980 Dallas Parkway
Suite 200
Dallas, TX 75248

esp Delivers LLC                               regular mail
111 Bala Avenue
Bala Cynwyd, PA 19004

Euguenia Moisseenko                            ECF service through counsel
6040 Blvd. East, 16J                           Stephen G. Bresset
West New York, NJ 07093                        sbresset@bressetsantora.com
                                               nicole@bressetsantora.com
                                               ronsantoraesq@aol.com
                                               alexis@bressetsantora.com
                                               sami@bressetsantora.com

Fal Patel                                      regular mail
1019 Jasons Bend
Sugar Land, TX 77479

Falguni V. Patel                               regular mail
1019 Jasons Bend Drive
Sugar Land, TX 77479

| | |
|---|---|
| FedEx<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | regular mail |
| Financial Agent Services<br>PO Box 2576<br>Springfield, IL 62708 | regular mail |
| First Citizens Bank & Trust Company<br>239 Fayetteville Street<br>Raleigh, NC 27601 | regular mail |
| Frederic I. Weinberg, Esquire<br>Law Offices of Frederic I. Weinberg & As<br>375 E. Elm Street, Suite 210<br>Conshohocken, PA 19428 | regular mail |
| Gadin Aggarwal<br>35-36 76th Street<br>Apartment 103<br>Jackson Heights, NY 11372 | regular mail |
| Ganesh Gor<br>6726 Wessex Downs Drive<br>Alpharetta, GA 30005 | ECF service through counsel<br>cphilipp@mkcilaw.us.com |
| Geneva Capital, LLC<br>1311 Broadway Street<br>Alexandria, MN 56308 | regular mail |
| Guardsman Capital Partners<br>2100 Park Avenue, #683633<br>Park City, UT 84060 | ECF service through counsel<br>ecoccia@dilworthlaw.com<br>shenry@dilworthlaw.com |
| Guy N. Paolino, Esquire<br>Forbes Bender & Paolino, PC<br>205 N Monroe Street<br>Media, PA 19063 | regular mail |
| Ha Tran<br>237 E 34th Street<br>New York, NY | regular mail |

HMFCG Inc.                                          regular mail
368 New Hempstead Road
Suite #217
New City, NY 10956

Internal Revenue Service                            regular mail
600 Arch Street
Philadelphia, PA 19106-1611

Jaguar Investments and Research, LLC               regular mail
13316 Horsepen Woods Lane
Herndon, VA 20171

Jason B. Martin, Esquire
The Martin Law Firm                                regular mail
725 W. Skippack Pike, #337
Blue Bell, PA 19422

Jatainder Singh and Harkiran Kaur                  regular mail
67480 Olde Ridge Lane
Saint Clairsville, OH 43950

Jeffrey P. Resnick, Esquire                        regular mail
Sherman, Silverstein, Kohl, Rose & Podol
308 Harper Drive
East Gate Corporate Center, Suite 200
Moorestown, NJ 08057

Joshua Emanuel                                     regular mail
100 E. Las Olas
Unit 3801
Fort Lauderdale, FL 33301

Jovita Crasta                                      regular mail
6001 N. Ocean Drive
Hollywood, FL 33019

JPMorgan Chase, N.A.                               regular mail
s/b/m/t Chase Bank USA, N.A.
PO Box 9013
Addison, TX 75001

Kamal Jospeh Dupati                                regular mail
4680 Luke Drive
Cumming, GA 30040

Kamlesh Patel
1302 Heritage Lake Drive
Hernando, MS 38632

regular mail

KNM Development
PO Box 1060
Coldwater, MS 38618

regular mail

Konark Logistics LLC
Attn:  Bibhu Prasad Panda
13316 Horsepen Woods Ln.
Herndon, VA 20171

regular mail

Lazarus Jyothi Tari
4680 Luke Drive
Cumming, GA 30040

regular mail

Lightyear Business Services
473 Sweetgum Lane
Lafayette Hill, PA 19444

ECF service through counsel
mdubin@sogtlaw.com
jfiganiak@sogtlaw.com

Louella Press, LLC
108 West Wayne Avenue
Wayne, PA 19087

regular mail

Lygia Dsa
110-11 Queens Blvd., Apt. 26 K
Forest Hills, NY 11375

regular mail

Marc Pan
7 South Morton Avenue
Morton, PA 19070

ECF service through counsel
gary@schaflaw.com
tudorescue@gmail.com
Tudorescue2@gmail.com
mweisberg@weisberglawoffices.com

Martin E. Odstrchel, Esquire
Rausch Sturm LLP
300 N. Executive Drive, Suite 200
Brookfield, WI 53005

regular mail

Megan Caroway
1038 Banklick Street
Congton, KY 41011

regular mail

Michael J. Dougherty, Esquire                     regular mail
Weltman, Weinberg & Reis Co., LPA
520 Walnut Street, Suite 1355
Philadelphia, PA 19106-3334

Milan Vyas                                        regular mail
6058 Manshire Ct.
Galloway, OH 43119

Misbah Shah                                       regular mail
20207 Cedar Court
Lawrence Township, NJ 08648

National Dental LLC                               regular mail
560 South Broadway
Hicksville, NY 11801

Navaneet Aguru                                    regular mail
1960 Manor VW
Cumming, GA 30041

Neil Patel                                        regular mail
11 Warton Place
Garden City, NY 11530

Nicholas S. Salter, Esquire                       regular mail
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Pineville, PA 18946

Nilesh Desai                                      regular mail
835 Harbour Drive
Sugar Land, TX 77478

Niranjan Aguru                                    regular mail
11405 Donnington Drive
Duluth, GA 30097

Nitin Aeri                                        regular mail
456 9th Street, #13
Hoboken, NJ 07030

North Star Leasing                                regular mail
PO Box 4505
Burlington, VT 05406

Ofilio Arguello and
Calhio Investments LLC
7447 New Albany Links Drive
New Albany, OH 43054

regular mail

PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120

regular mail

Paul M. MIdzak, Esquire
40 W. Evergreen Avenue
Suite 101
Philadelphia, PA 19118

regular mail

PDQ Courier Express
6850 Oxford Avenue
Philadelphia, PA 19111

regular mail

Pemm Capital
14 Kitson Drive
Barrington, IL 60010

regular mail

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

regular mail

Peter D'Sa
97 Silver Marple Drive
North Inlet
Rosemary Beach, FL 32461

regular mail

Pravinchandra Patel
144 Green T West
Hernando, MS 38632

regular mail

Priya Ayer
924 Noel Court
Westmont, IL 60559

regular mail

Priyesh Patel
5246 West Broad Street
Columbus, OH 43228

regular mail

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX 77479

ECF service through counsel
joel.flink@fiwlaw.com

Ram Aeri
5 Leslie Lane
Campbell Hall, NY 10916

regular mail

Ravinder Bopari
3135 Talbot Drive
Lathrop, CA 95330

regular mail

Riddhi Aggarwal
35-36 76th Street
Apartment 103
Jackson Heights, NY 11372

regular mail

Ritesh Sharma
7015 Laurel Oak Drive
Suwanee, GA 30024-5352

regular mail

Ritoo Balla
8221 Monte Drive
Cincinnati, OH 45242

regular mail

Robert H. Nemeroff, Esquire
Friedman Schuman PC
275 Commerce Drive, Suite 210
Fort Washington, PA 19034

regular mail

Ronald V. Santora, Esquire
Bresset & Santora, LLC
1188 Wyoming Avenue
Kingston, PA 18704

regular mail

Rupinder Kaur
12128 Manor Walk Drive
Glen Allen, VA 23059

regular mail

Sagar Samrat
8240 Lake Bluff Ct.
Columbus, OH 43235

regular mail

Salil Zaveri
52 Foxweood Drive
Hicksville, NY 11801

regular mail

Samir Sethi                                     regular mail
6 Twin Brooks Court
Warren, NJ 07059

Satyendra Bhatt                                 regular mail
3304 93 Street, Apt. 2L
Jackson Heights, NY 11372

Scott Gensler                                   ECF service through counsel
506 Lee Road                                    dplon@sirlinlaw.com
Royersford, PA 19468

Secured Lender Solutions, LLC                   regular mail
PO Box 2576
Springfield, IL 62708

Seema Voorha                                    regular mail
1510 Coleridge Street
Sugar Land, TX 77479

Shagul, LLC                                     regular mail
5380 Aldie Mill Drive
New Albany, OH 43054

Shantanu Nigam                                  regular mail
5765 Thhouroughbred Way
Suwanee, GA 30024

Sheila Dsa                                      regular mail
110-11 Queens Blvd, Apt. 26K
Forest Hills, NY 11375

Shon Michael                                    regular mail
8221 Monte Drive
Cincinnati, OH 45242

Sonia Dsa                                       regular mail
110-11 Queens Blvd, Apt. 26K
Forest Hills, NY 11375

Srinvus Kottu                                   regular mail
1932 Cabrera Drive
Leander, TX 78641

Steamboat Family Holdings, LLC
741 Woodleave Road
Bryn Mawr, PA 19010

ECF service through counsel
mhaltzman@sanddlawyers.com
rchew@sanddlawyers.com
mhanford@sanddlawyers.com
kdaley@sanddlawyers.com

Stripe Inc.
354 Oyster Point Blvd.
South San Francisco, CA 94080

regular mail

Sunil Babu
7832 Inverness Lakes Trl
Fort Wayne, IN 46804

regular mail

Surefold, Inc.
600 E. Erie Avenue
Philadelphia, PA 19134

regular mail

Suruhi Ventures LLC
1507 Sandcroft Lane
Sugar Land, TX 77479

regular mail

Surya Vladami
2610 Castlerock Ct.
Cumming, GA 30041

regular mail

Tara Deworsop
1380 Sequoia Circle
Toms River, NJ 08753

regular mail

Taylor King and Heather King
304 Edgehill Road
Wayne, PA 19087

ECF service through counsel
ecoccia@dilworthlaw.com
shenry@dilworthlaw.com

Tucker Albin Associates
1702 Collins Blvd.
Suite 100
Richardson, TX 75080

regular mail

Two Paper Dolls LLC
108 West Wayne Avenue
Wayne, PA 19087

regular mail

Uline                                           regular mail
12575 Uline Drive
Pleasant Prairie, WI 53158

Vanessa D. Kreckel                              regular mail
108 West Wayne Avenue
Wayne, PA 19087

Venkatraman Aiyer Priya                         regular mail
924 Noel Court
Westmont, IL 60559

Venu Reddy                                      regular mail
c/o Rick Ashton
10 W. Broad Street, Suite 2400
Columbus, OH 43215

Vinaykumar Venkataramanan                       regular mail
2486 Laura Mark Ln
Herndon, VA 20171

Vipin Patel                                     regular mail
57 Sherwood Heights
Wappingers Falls, NY 12590

Wayne Toytown                                   ECF service through counsel
PO Box 30092                                    csuprenuk@murlandlaw.com
Elkins Park, PA 19027

Weinstein Law                                   regular mail
420 Central Avenue
Cedarhurst, NY 11516

West Wayne Avenue Ventures LLC                  ECF service through counsel
120 Pennsylvania Avenue                         dutain@kaplaw.com,
Malvern, PA 19355                               llapenna@kaplaw.com

Yogesh Patel                                    regular mail
11 Wharton Place
Garden City, NY 11530
Yogita Gidh                                     regular mail
1431 Tahoe Valley Ln.
Sugar Land, TX 77479-5370

**<u>Category:</u>  Interested Parties**

**<u>Documents Served:</u> Notice of Motion, Notice of Sale Pursuant to Rule 2002, Sale Motion (with Asset Purchase Agreement Exhibit) and Proposed Order**

| <u>Party</u> | <u>Method of Service</u> |
|---|---|
| Albert Anthony Ciardi<br>aciardi@ciardilaw.com<br>sfrizlen@ciardilaw.com<br>dtorres@ciardilaw.com | ECF service |
| John Henry Schanne<br>John.Schanne@usdoj.gov | ECF service |
| Daniel S. Siedman<br>dsiedman@ciardilaw.com<br>dtorres@ciardilaw.com<br>sfrizlen@ciardilaw.com | ECF service |
| John T. Carroll, III, Esquire<br>jcarroll@cozen.com<br>jdeeney@cozen.com<br>pgiordano@cozen.com<br>john-carroll-2735@ecf.pacerpro.com | ECF service |
| Jessee M. Harris, Esquire<br>jesseharris@foxrothschild.com | ECF service |