# Exhibit "B"

**<u>Exhibit B</u>**

**Summary of Services Performed by Category
Pursuant to Local Bankruptcy Rule 2016-2(e)**

**Asset Disposition – Task 0002**                    **Hours:  1.2    Fees: $738.45**

Summary of Services: Applicant reviewed and analyzed the pleadings in connection with Debtor's proposed sale and spent time strategizing and discussing related issues with the Committee. Moreover, Applicant billed to this category for time spent communicating with the potential purchaser.

**Case Administration – Task 0004**                    **Hours: 6.0    Fees: $3,776.40**

Summary of Services:  This category includes time spent in connection with a variety of case administration issues, including but not limited to, communications with the Debtor's counsel and the Debtor's secured lender regarding the status of the case, advising the Committee on general case issues and upcoming deadlines, and reviewing other matters related to the Debtor's Schedules and Statement of Financial Affairs and the Section 341(a) meeting of creditors.

**Fee/Employment Applications – Task 0007**          **Hours: 16.3    Fees: $6,728.40**

Summary of Services: Applicant prepared and filed the Committee's application to retain Fox Rothschild LLP as legal counsel.  Time billed to this category also includes communications amongst Fox Rothschild professionals and the Committee members regarding Fox Rothschild's retention application.

**Financing – Task 0009**                    **Hours: 23.7    Fees: $14,262.30**

Summary of Services: Applicant reviewed and analyzed the Debtor's motions regarding the use of cash collateral and emergency DIP financing.  Time billed to this category also includes time spent negotiating with the Debtor and the Debtor's secured lender regarding postpetition financing and securing a carveout for the Committee's professional fees.  Applicant also spent some time preparing a limited objection to the cash collateral and DIP motions that ultimately was cut down after the parties reached an agreement.

**Meetings of Creditors – Task 0011**                    **Hours: 12.4    Fees: $7,335.90**

Summary of Services: Applicant conducted and attended weekly meetings with the Committee, prepared minutes from such meetings, drafted and coordinated the execution of bylaws for the Committee, and frequently communicated with the Committee via phone and email to discuss case issues and provide general updates.  This category also included time that Applicant spent preparing for and attending the Section 341(a) meeting of creditors.

**Court Hearings – Task 0024**                    **Hours: 2.8     Fees: $1,436.40**

Applicant appeared at the emergency DIP motion hearing and drafted a summary of the results of the hearing for the benefit of the Committee.