**Exhibit "C"**

**Detailed Statement of Services Rendered**



# Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA  19103
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

PETER D'SA
31 DIAMOND SPRING DRIVE
MONROE, NJ 08831

| | |
|---|---|
| Invoice Number | 3860141 |
| Invoice Date | 05/21/26 |
| Client Number | 396354 |
| Matter Number | 00001 |

**RE:  CREDITORS' COMMITTEE - TPD DESIGN HOUSE, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/26**

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/19/2026 | SOLOMON | 0007 | A103 | BEGIN PREPARATION OF ICE REQUEST PER JESSE HARRIS | 0.6 | NO CHARGE |
| 03/20/2026 | SOLOMON | 0007 | A103 | PREPARE ICE REQUEST PER JESSE HARRIS - NEW CREDITORS' COMMITTEE CASE | 2.1 | NO CHARGE |
| 04/08/2026 | HARRIS | 0011 | A108 | INITIAL COMMITTEE MEETING | 0.5 | $319.50 |
| 04/09/2026 | SOLOMON | 0007 | A103 | DRAFT FOX RETENTION APPLICATION, HARRIS DECLARATION, CHAIRPERSON DECLARATION ISO RETENTION | 2.1 | $1,143.45 |
| 04/10/2026 | HARRIS | 0009 | A104 | REVIEW CC MOTION | 0.4 | $255.60 |
| 04/10/2026 | HARRIS | 0009 | A105 | STRATEGY RE: CASH COLLATERAL WITH MGM | 0.3 | $191.70 |
| 04/10/2026 | HARRIS | 0004 | A108 | CALL WITH DEBTORS COUNSEL RE: CASE STATUS | 0.4 | $255.60 |
| 04/13/2026 | HARRIS | 0009 | A108 | CALL WITH LENDERS COUNSEL RE: CC CARVEOUT | 0.2 | $127.80 |
| 04/13/2026 | HARRIS | 0004 | A105 | COORDINATE ENTRY OF APPEARANCE | 0.1 | $63.90 |
| 04/13/2026 | HARRIS | 0004 | A108 | EMAILS WITH LENDER RE; INTRO CALL | 0.1 | $63.90 |
| 04/13/2026 | HARRIS | 0004 | A104 | REVIEW 341 NOTICE | 0.1 | $63.90 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| 04/13/2026 | HARRIS | 0009 | A102 | EMAILS WITH DEBTORS RE: REQUEST FOR EXPEDITED RELIEF ON DIP FUNDING (.2) AND RESEARCH RE: SAME (1.0) AND CALL WITH DEBTORS COUNSEL RE: SAME (.2) | 1.4 | $894.60 |
| 04/13/2026 | HARRIS | 0011 | A108 | EMAILS WITH COMMITTEE RE: WEEKLY MEETINGS AND DIP PROPOSAL | 0.3 | $191.70 |
| 04/13/2026 | STEEN | 0004 | A103 | PREPARE NOTICE OF APPEARANCE | 0.4 | $198.00 |
| 04/13/2026 | WARD | 0011 | A103 | DRAFT BYLAWS FOR TPD DESIGN COMMITTEE | 0.5 | $324.00 |
| 04/14/2026 | HARRIS | 0009 | A104 | REVIEW AND ANALYSIS OF DIP MOTION (1.0) AND CONFER WITH MGM RE: SAME (.1) AND PREPARE FOR EVIDENTIARY HEARING (2.0) | 3.1 | $1,980.90 |
| 04/14/2026 | HARRIS | 0011 | A103 | REVIEW AND REVISE BYLAWS (.6) AND EMAILS RE: SAME (.1) | 0.7 | $447.30 |
| 04/14/2026 | HARRIS | 0011 | A108 | ATTEND COMMITTEE MEETING | 1.0 | $639.00 |
| 04/14/2026 | HARRIS | 0004 | A108 | CALL WITH CREDITOR ALOK SHARMA RE: CASE STATUS | 0.4 | $255.60 |
| 04/14/2026 | SKOLNICK | 0011 | A106 | ATTEND FIRST COMMITTEE MEETING | 1.0 | $513.00 |
| 04/15/2026 | HARRIS | 0007 | A105 | EMAILS RE: PREPARATION OF FOX RETENTION APP | 0.1 | NO CHARGE |
| 04/15/2026 | HARRIS | 0009 | A108 | CALL WITH DEBTORS COUNSEL RE: DIP ISSUE | 0.6 | $383.40 |
| 04/15/2026 | HARRIS | 0009 | A109 | PREPARE FOR DIP HEARING (2.5) AND ATTEND DIP HEARING (1.9) AND FOLLOW UP CALL WITH DEBTOR RE: SAME (.2) AND PREPARE LANGUAGE FOR REPORTING REQUIREMENT (.3) | 4.9 | $3,131.10 |
| 04/15/2026 | HARRIS | 0011 | A108 | REVIEW UPDATE EMAIL TO COMMITTEE | 0.1 | $63.90 |
| 04/15/2026 | SKOLNICK | 0011 | A103 | DRAFT 4.14.26 COMMITTEE MEETING MINUTES | 1.1 | $564.30 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| 04/15/2026 | SKOLNICK | 0024 | A109 | ATTEND EMERGENCY HEARING ON CASH DIP MOTION (1.9); FOLLOW-UP DISCUSSION WITH J.HARRIS RE HEARING (0.2) | 2.1 | $1,077.30 |
| 04/15/2026 | SKOLNICK | 0024 | A106 | DRAFT AND SEND EMAIL TO COMMITTEE RE SUMMARY OF DIP HEARING (0.5); FOLLOW-UP EMAIL WITH COMMITTEE RE DIP HEARING RESULTS (0.2) | 0.7 | $359.10 |
| 04/16/2026 | HARRIS | 0007 | A104 | EMAILS RE: PREPARATION OF FOX RETENTION APP AND DISCLOSURES | 0.2 | $127.80 |
| 04/16/2026 | HARRIS | 0009 | A108 | EMAILS WITH DEBTORS COUNSEL RE: REPORTING REQUIREMENTS FOR DIP | 0.2 | $127.80 |
| 04/16/2026 | HARRIS | 0011 | A105 | EMAILS RE: EXECUTION OF BYLAWS | 0.1 | $63.90 |
| 04/16/2026 | HARRIS | 0004 | A102 | REVIEW DOCKET FOR SCHEDULING AND COORDINATE SAME | 0.2 | $127.80 |
| 04/16/2026 | HARRIS | 0011 | A108 | EMAILS WITH COMMITTEE MEMBERS RE: FOLLOW UP QUESTIONS FROM HEARING | 0.2 | $127.80 |
| 04/16/2026 | SKOLNICK | 0007 | A103 | REVIEW AND REVISE FOX RETENTION APPLICATION AND LOCAL RULES | 3.1 | $1,590.30 |
| 04/16/2026 | SKOLNICK | 0007 | A105 | DISCUSS FOX RETENTION APPLICATION WITH J.HARRIS (0.1); FOLLOW-UP EMAILS WITH R.SOLOMON AND J.HARRIS (0.4) | 0.5 | $256.50 |
| 04/16/2026 | SOLOMON | 0007 | A103 | UPDATE RETENTION APPLICATION/SCHEDULES TO HARRIS DECLARATION | 0.5 | $272.25 |
| 04/17/2026 | HARRIS | 0009 | A104 | REVIEW REVISED INTERIM DIP ORDER (.2) AND EMAILS RE: SAME (.1) AND CALL WITH DEBTORS COUNSEL RE: SAME (.1) | 0.4 | $255.60 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| 04/17/2026 | HARRIS | 0007 | A105 | EMAILS RE: DISCLOSURES FOR FOX RETENTION APP | 0.2 | $127.80 |
| 04/17/2026 | SKOLNICK | 0007 | A105 | EMAILS WITH J.HARRIS AND R.SOLON RE FOX EMPLOYMENT APPLICATION | 0.3 | $153.90 |
| 04/17/2026 | SOLOMON | 0007 | A103 | DRAFT NOTICE AND PROPOSED ORDER RE: FOX RETENTION APPLICATION | 0.5 | $272.25 |
| 04/17/2026 | SOLOMON | 0007 | A103 | REVISE DRAFT - HARRIS DECLARATION, RETENTION APPLICATION | 0.4 | $217.80 |
| 04/20/2026 | HARRIS | 0009 | A108 | CALL WITH BEACON COUNSEL RE: CC ISSUES | 0.2 | $127.80 |
| 04/20/2026 | SKOLNICK | 0007 | A105 | DISCUSSION WITH J.HARRIS AND C.BUHALO RE FOX RETENTION APPLICATION | 0.1 | NO CHARGE |
| 04/21/2026 | HARRIS | 0011 | A108 | ATTEND COMMITTEE MEETING | 0.5 | $319.50 |
| 04/21/2026 | HARRIS | 0004 | A108 | EMAILS WITH CREDITOR RE: 341 MEETING | 0.2 | $127.80 |
| 04/21/2026 | SKOLNICK | 0009 | A103 | DRAFT LIMITED OBJECTION TO CASH COLLATERAL MOTION | 1.3 | $666.90 |
| 04/21/2026 | SKOLNICK | 0011 | A106 | ATTEND WEEKLY COMMITTEE MEETING | 0.5 | $256.50 |
| 04/21/2026 | SKOLNICK | 0007 | A103 | REVIEW AND REVISE FOX EMPLOYMENT APPLICATION AND EMAIL WITH S.TOMLINSON AND R.SOLOMON RE SAME | 0.7 | $359.10 |
| 04/22/2026 | HARRIS | 0007 | A105 | ASSIST WITH FOX RETENTION APPLICATION | 0.8 | NO CHARGE |
| 04/22/2026 | HARRIS | 0009 | A108 | EMAILS WITH DEBTORS COUNSEL RE: CC/DIP AND NOTICE | 0.1 | $63.90 |
| 04/22/2026 | HARRIS | 0009 | A102 | EMAILS WITH LENDER RE: CARVEOUT AGREEMENT AND RESEARCH RE: SAME | 0.4 | $255.60 |
| 04/22/2026 | SKOLNICK | 0009 | A103 | REVIEW DOCKET AND BEGIN DRAFTING OBJECTION TO CASH COLLATERAL AND DIP | 3.7 | $1,898.10 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | MOTIONS | | |
| 04/22/2026 | SKOLNICK | 0007 | A105 | EMAILS WITH R.SOLOMON AND J.HARRIS RE FOX EMPLOYMENT APPLICATION | 0.3 | $153.90 |
| 04/22/2026 | SOLOMON | 0007 | A103 | PREPARE SCHEDULE 1 TO HARRIS AFFIDAVIT | 0.5 | $272.25 |
| 04/22/2026 | SOLOMON | 0007 | A103 | REVISE HARRIS DECLARATION ISO FOX RETENTION - UPDATE DISCLOSURES | 0.6 | $326.70 |
| 04/23/2026 | HARRIS | 0007 | A106 | EMAILS WITH COMMITTEE RE: REVIEW AND EXECUTION OF RETENTION APPLICATION | 0.1 | $63.90 |
| 04/23/2026 | HARRIS | 0009 | A103 | REVISIONS TO CC AND DIP ORDERS TO REFLECT CARVEOUT | 1.5 | $958.50 |
| 04/23/2026 | HARRIS | 0009 | A108 | EMAILS WITH DEBTORS COUNSEL RE: DIP/CC AND NOTICE ISSUES | 0.2 | $127.80 |
| 04/23/2026 | HARRIS | 0004 | A108 | CALL WITH DEBTORS COUNSEL RE: SAL EAND CASE UPDATE | 0.2 | $127.80 |
| 04/23/2026 | SKOLNICK | 0011 | A103 | DRAFT MINUTES FROM 4.21.26 COMMITTEE MEETING (0.6); EMAIL J.HARRIS RE SAME (0.1) | 0.7 | $359.10 |
| 04/23/2026 | SKOLNICK | 0007 | A106 | EMAIL WITH J.HARRIS AND R.SOLOMON RE FOX RETENTION APPLICATION (0.1); EMAIL COMMITTEE RE FINALIZING AND FILING SAME (0.3) | 0.4 | $205.20 |
| 04/23/2026 | SOLOMON | 0007 | A103 | UPDATE SCHEDULE 1 (CONFLICT PARTIES) TO HARRIS DECLARATION ISO FOX RETENTION | 0.7 | $381.15 |
| 04/24/2026 | HARRIS | 0009 | A104 | REVIEW DIP ACCOUNTING VARIANCE REPORT | 0.2 | $127.80 |
| 04/24/2026 | HARRIS | 0009 | A104 | EMAILS WITH LENDERS AND DEBTOR RE: UST FEE CARVEOUT (.4); REVISIONS RE; SAME (.2); RESEARCH RE: SAME (.2) | 0.8 | $511.20 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/24/2026 | HARRIS | 0009 | A104 | CALLS (X2) WITH UST AND DEBTOR RE: DIP FINANCING AND CC | 0.4 | $255.60 |
| 04/24/2026 | HARRIS | 0011 | A108 | ATTEND 341 MEETING OF CREDITORS | 0.1 | $63.90 |
| 04/24/2026 | HARRIS | 0011 | A108 | CALL UST RE: STATUS OF 341 MEETING | 0.1 | $63.90 |
| 04/27/2026 | HARRIS | 0009 | A103 | REVIEW AND REVISE LIMITED OBJECTION TO DIP/CC | 0.9 | $575.10 |
| 04/27/2026 | HARRIS | 0009 | A108 | EMAILS WITH COUNSEL RE: STATUS OF DIP/CC NEGOTIATIONS (.2) AND CONFER WITH M. SKOLNICK RE: SAME (.1) | 0.3 | $191.70 |
| 04/27/2026 | HARRIS | 0004 | A108 | EMAILS WITH COMMITTEE RE: SCHEDULES AND OUTSTANDING ITEMS | 0.2 | $127.80 |
| 04/27/2026 | HARRIS | 0004 | A104 | REVIEW AND ANALYZE SOFA AND SCHEDULES | 0.9 | $575.10 |
| 04/27/2026 | HARRIS | 0004 | A104 | REVIEW CV ISSUES | 0.5 | $319.50 |
| 04/27/2026 | HARRIS | 0004 | A108 | CALL WITH DEBTORS COUNSEL RE: CASE STATUS | 0.5 | $319.50 |
| 04/27/2026 | HARRIS | 0004 | A108 | EMAILS WITH CREDITOR RE: STATUS OF 341 MEETING | 0.1 | $63.90 |
| 04/27/2026 | SKOLNICK | 0009 | A103 | DRAFT OBJECTION TO CASH COLLATERAL AND DIP MOTIONS | 2.0 | $1,026.00 |
| 04/28/2026 | HARRIS | 0011 | A106 | ATTEND COMMITTEE MEETING | 0.6 | $383.40 |
| 04/28/2026 | HARRIS | 0009 | A104 | REVIEW REVISED INTERIM ORDERS (.1) AND REVIEW SAME (.1) | 0.2 | $127.80 |
| 04/28/2026 | HARRIS | 0002 | A104 | INITIAL REVIEW OF SALE MOTION I PREPARATION OF COMMITTEE MEETING | 0.5 | $319.50 |
| 04/28/2026 | HARRIS | 0004 | A104 | CALL WITH CREDITOR COUNSEL RE: 363 SALE | 0.1 | $63.90 |
| 04/28/2026 | HARRIS | 0004 | A104 | ATTEND CC/DIP HEARING | 1.2 | $766.80 |
| 04/28/2026 | HARRIS | 0004 | A104 | EMAILS WITH COMMITTEE AND M. SKOLNICK RE: BYLAWS EXECUTION AND SIGN OFF ON | 0.2 | $127.80 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| | | | | RETENTION APP | | |
| 04/28/2026 | HARRIS | 0011 | A104 | REVIEW MEETING MINUTES (.2) AND EMAILS RE: SAME (.1) | 0.3 | $191.70 |
| 04/28/2026 | SKOLNICK | 0007 | A105 | COORDINATE FILING AND SERVICE OF FOX EMPLOYMENT APPLICATION WITH R.SOLOMON, C.BUHALO, AND J.HARRIS | 0.4 | $205.20 |
| 04/28/2026 | SKOLNICK | 0011 | A106 | ATTEND WEEKLY COMMITTEE MEETING | 0.6 | $307.80 |
| 04/28/2026 | SOLOMON | 0007 | A103 | UPDATE, FINALIZE AND FILE FOX RETENTION APPLICATION | 0.6 | $326.70 |
| 04/28/2026 | SOLOMON | 0007 | A103 | FINALIZE SCHEDULE 1 TO HARRIS DECLARATION | 0.5 | $272.25 |
| 04/29/2026 | HARRIS | 0004 | A108 | EMAILS RE: RESCHEDULING OF SALE HEARING | 0.1 | $63.90 |
| 04/29/2026 | SKOLNICK | 0011 | A103 | DRAFT 4.28.26 COMMITTEE MEETING MINUTES | 0.6 | $307.80 |
| 04/30/2026 | HARRIS | 0002 | A108 | EMAILS WITH PARTY RE: POTENTIAL INTEREST IN PURCHASE | 0.1 | $63.90 |
| 04/30/2026 | HARRIS | 0002 | A105 | CONFER WITH MGM RE: SALE HEARING STRATEGY | 0.2 | $127.80 |
| 04/30/2026 | HARRIS | 0011 | A109 | PREPARE FOR (.7) AND ATTEND (1.8) 341 MEETING OF CREDITORS | 2.5 | $1,597.50 |
| 04/30/2026 | HARRIS | 0002 | A108 | EMAILS WITH COMMITTEE MEMBER RE: SALE ISSUES | 0.1 | $63.90 |
| 04/30/2026 | HARRIS | 0011 | A104 | REVIEW AND REVISE MEETING MINUTES AND EMAILS RE: SAME | 0.2 | $127.80 |
| 04/30/2026 | HARRIS | 0004 | A108 | CALL WITH CREDITOR RE: 341 MEETING | 0.1 | $63.90 |
| 04/30/2026 | SKOLNICK | 0011 | A106 | FINALIZE 4.28.26 COMMITTEE MEETING MINUTES AND EMAIL COMMITTEE RE SAME | 0.2 | $102.60 |
| 04/30/2026 | SOLOMON | 0002 | A104 | REVIEW SALE MOTION AND NOTICE AND CALENDAR RELEVANT DEADLINES | 0.3 | $163.35 |
| | | | | **TOTAL** | **62.4** | **$34,277.85** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| 0002 | ASSET DISPOSITION | 1.2 | $738.45 |
| 0004 | CASE ADMINISTRATION | 6.0 | $3,776.40 |
| 0007 | FEE/EMPLOYMENT APPLICATIONS | 16.3 | $6,728.40 |
| 0009 | FINANCING | 23.7 | $14,262.30 |
| 0011 | MEETINGS OF CREDITORS | 12.4 | $7,335.90 |
| 0024 | COURT HEARINGS | 2.8 | $1,436.40 |
| | **TOTAL** | **62.4** | **$34,277.85** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| M. L. STEEN | PARALEGAL | 0.4 | $495.00 | $198.00 |
| M. A. SKOLNICK | ASSOCIATE | 20.2 | $513.00 | $10,362.60 |
| M. A. SKOLNICK | ASSOCIATE | 0.1 | | NO CHARGE |
| J. HARRIS | PARTNER | 30.9 | $639.00 | $19,745.10 |
| J. HARRIS | PARTNER | 0.9 | | NO CHARGE |
| R. I. SOLOMON | PARALEGAL | 6.7 | $544.50 | $3,648.15 |
| R. I. SOLOMON | PARALEGAL | 2.7 | | NO CHARGE |
| S.S. WARD | ASSOCIATE | 0.5 | $648.00 | $324.00 |
| | **TOTAL** | **62.4** | | **$34,277.85** |

TOTAL PROFESSIONAL SERVICES    $34,277.85

TOTAL AMOUNT OF THIS INVOICE    $34,277.85