**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**NOTICE OF FIRST REQUEST, PURSUANT TO LOCAL RULE 2016-5,
FOR PAYMENT ON ACCOUNT FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD OFAPRIL 8, 2026 THROUGH APRIL 30, 2026**

TO:   THE DEBTOR, UNITED STATES TRUSTEE, AND PARTIES LISTED ON THE CLERK'S SERVICE LIST

1.      Fox Rothschild LLP ("Fox Rothschild" or "Applicant"), counsel for the Official Committee of Unsecured Creditors (the "Committee") for the estate of TPD Design House, LLC (the "Debtor"), has filed its Local Bankruptcy Rule 2016-5 first request for payment on account (the "Request"), a copy of which is attached hereto.  The Request covers the period from April 8, 2026 through April 30, 2026.  At this time, Fox Rothschild seeks provisional payment of fees in the amount of $27,422.28 (80% of fees for services rendered) (no expense reimbursement requested).

2.      Any party receiving this Notice may file an answer, objection, or other responsive pleading to the Request with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before fourteen (14) days from the date of this Notice. A copy of any answer, objection, or other responsive pleading filed with respect to the Request must also be served upon Fox Rothschild at the address set forth below. Pursuant to Local Rule 2016-5(f), any objection must identify the objector, state the basis of the objection, and identify the amount of the requested payment that is objected to and the amount that is not objected to.

3.      In the absence of any answer, objection, responsive pleading, or request for hearing, Fox Rothschild will certify same to the Court and request that the Debtor pay 80% of the fees requested in the Request. To the extent that objections are filed, Fox Rothschild will certify same to the Court and request that the Debtor pay 80% of the fees requested in the Request to which no objection has been filed.

**FOX ROTHSCHILD LLP**

By: */s/  Jesse M. Harris*
Jesse M. Harris, Esquire
Matthew A. Skolnick, Esquire
Two Commerce Square, 17th Floor
2001 Market Street
Philadelphia, PA  19103
Phone (215) 299-2000/Fax (215) 299-2150
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

Dated: May 21, 2026                     *Counsel for the Official Committee of Unsecured Creditors*

2