United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 26-11073-djb

TPD Design House, LLC                                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 19, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

**Recip ID**         **Recipient Name and Address**
db               +  TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

**Name**         **Email Address**

Albert Anthony Ciardi, III
        on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Andrew Robert Fuchs
        on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov

CHRISTIAN P. SUPRENUK
        on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com

CHRISTIAN P. SUPRENUK
        on behalf of Steven J. Shotz csuprenuk@murlandlaw.com

CHRISTINA M. PHILIPP
        on behalf of Vaishali Gor cphilipp@mkcilaw.us.com

CHRISTINA M. PHILIPP
        on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com

District/off: 0313-2                    User: admin                                    Page 2 of 3

Date Rcvd: May 19, 2026                 Form ID: pdf900                                 Total Noticed: 1

DANA S. PLON
        on behalf of Creditor Scott Gensler dplon@sirlinlaw.com

DANIEL R. UTAIN
        on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com  llapenna@kaplaw.com

DANIEL S. SIEDMAN
        on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID B. SMITH
        on behalf of Debtor TPD Design House  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

ERIK L. COCCIA
        on behalf of Creditor Guardsman Capital Partners  Taylor King, and Heather King ecoccia@dilworthlaw.com,
        shenry@dilworthlaw.com

GARY SCHAFKOPF
        on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM  tudorescue@gmail.com;tudorescue2@gmail.com

JESSE M. HARRIS
        on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com

JOEL MARC FLINK
        on behalf of Qianlin Li joel.flink@fiwlaw.com

JOEL MARC FLINK
        on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
        on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
        on behalf of Interested Party Oslo Blue  LLC jcarroll@cozen.com,
        jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
        on behalf of Interested Party Tarte Family Office jcarroll@cozen.com
        jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
        on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com  arosen@starfieldsmith.com

MARK S. HALTZMAN
        on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
        mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
        on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
        mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW B WEISBERG
        on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com

MICHAEL B. DUBIN
        on behalf of Creditor Andrew Berg mdubin@sogtlaw.com  jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
        on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com  jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
        on behalf of Debtor TPD Design House  LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
        on behalf of Creditor North Star Leasing  a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

STEPHEN G. BRESSET
        on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
        nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
        om

STEPHEN G. BRESSET
        on behalf of Eugenia Moisseenko sbresset@bressetsantora.com
        nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
        om

TURNER N. FALK
        on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com  tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                           User: admin                                      Page 3 of 3

Date Rcvd: May 19, 2026                        Form ID: pdf900                                  Total Noticed: 1

WILLIAM EUGENE VISS, I
                  on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
                  on behalf of Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
                  on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
                  on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com


TOTAL: 35

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TPD Design House, LLC | : | Case No. 26-11073 (DJB) |
| | : | |
| Debtor. | : | |
| | : | |

**<u>ORDER</u>**

AND NOW, upon consideration of the Debtor's Motion (I) Pursuant To Bankruptcy Rule 9024 To Amend Interim Order Authorizing The Debtor To Obtain Post-Peition Financing Pursuant To Sections 364 And 363 Of The Bankruptcy Code; And (II) For Expedited Consideration Thereof Pursuant To Local Bankruptcy Rule 5070-1(G) (the "Motion") (capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion),  and based upon an hearing conducted on May  19,  2026, the Court having considered both the Motion and exhibits attached thereto, including the Declaration and testimony of Vanessa Kreckel at said hearing, and any objections thereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and it appearing that the Motion is in the best interests of the Debtor; its estate, and its creditors; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby **ORDERED:**

1.      To the extent that Bankruptcy Rule 4001(c)(2) is applicable, the Court finds that to avoid immediate and irreparable harm to the Debtor's estate, the Motion is

**GRANTED** on an interim basis to the extent provided herein.

2.    This Court's Order entered on May 7, 2026 at Docket No. 100 (the "DIP Financing Order") is hereby **AMENDED** by replacing Exhibit A thereto with the Exhibit A attached hereto to increase aggregate borrowings over the applicable 13-week period from $926,256.00 to $1,352,362.00 as more fully set forth in the Updated Projections.

3.    Any advances that exceeded the "DIP Facility" line amounts for any applicable time period under the Original Projections, but otherwise consistent with the Updated Projections, are hereby ratified and treated as part of the approved loan in the DIP Financing Order, with all of the terms therein being applicable.

4.    All other terms of the DIP Financing Order will remain in place and are unaltered except the amount of the loan and timing of advances as set forth in the Updated Projections.

5.    The 14-day stay pursuant to Bankruptcy Rule 6004(h) is hereby waived, and this Order is immediately enforceable.

6.    A copy of this Order shall be served by the Debtor or its counsel upon the parties required to be served under in accordance with Bankruptcy Rule 4001(c)(1)(C) and Local Rules 1002-2(d) and 9014-3, as applicable.  This notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

7.    A further or final hearing in accordance with Federal Rule of Bankruptcy Procedure 4001(c)(2) on the DIP Financing Order (as now amended hereby) has already been scheduled by this Court at 1:30 p.m. on May 28, 2026.   Parties may participate by

Zoom video accessible via www.zoomgov.com/join, or by dialing 1-646-828-7666 (with

Join Meeting ID: 161 0657 4791).  If no objections are timely filed and served in

accordance with this DIP Financing Order, as amended hereby, the Court may enter an

order granting the Motion as a final order without further notice or further hearing.

      8.    This Court shall retain jurisdiction over any and all matters arising from or

related to this Interim Order.

      SO ORDERED by this Court this 19th day of May, 2026.

_____
Derek J. Baker
United States Bankruptcy Judge

# EXHIBIT A

Case 26-11073-djb Doc 119 Imaged Certificate of Notice Filed 05/21/26 Entered 05/22/26 00:42:00 Desc Page 8 of 9

# TPD House 9 Week Budget

*5/12/2026*

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | 4/5/2026 | 4/12/2026 | 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | |
| Ending | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| *Accounts Receivable Conversion* | | | | | | | | | | |
| Cash Income | - | 29,500 | 234,226 | 61,700 | 112,502 | 178,053 | 185,000 | 313,750 | 197,550 | 1,312,281 |

Explaination For Changes: *Cash receivables were $137k less than expected in weeks 3-5. The historic shortfall was due to a failure to convert on smaller collections which were assumed to have taken place. With respect to weeks 6-9, the change in forecasting is due to shifting project milestones (which in turn delays invoicing timing) and some large branding clients who are extending their payables at the expense of TPD Design House's cash position*

| *Payroll Expenses* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll PEO (Includes Processing Fee, Taxes) | (81,182) | - | (81,182) | - | (81,182) | - | (81,182) | - | (81,182) | (405,910) |
| Benefits Invoice | (14,711) | - | - | - | (14,711) | - | - | - | (14,711) | (44,133) |
| Retention Bonus for Late Payroll | - | (13,000) | - | - | - | - | - | - | - | (13,000) |
| Vanessa Compensation | - | - | (5,000) | - | (5,000) | - | (5,000) | - | (5,000) | (20,000) |
| Cash Payroll Expenses | (95,893) | (13,000) | (86,182) | - | (100,893) | - | (86,182) | - | (100,893) | (483,043) |
| *Other Operating Expenses* | | | | | | | | | | |
| Rent or Lease + CAM Charges Combined | - | (34,159) | - | (34,159) | - | - | - | (34,159) | (102,477) | |
| Cost of Goods for Active Projects | (21,000) | (70,000) | (53,000) | (35,565) | (69,790) | (35,000) | (35,000) | (45,000) | (364,355) | |
| Cost of Goods for Specialty Project | | | | | (34,866) | (15,000) | - | (100,000) | (149,866) | |
| Equipment Lease Vendor 1 | - | (1,771) | - | (1,771) | - | - | - | (1,771) | (5,313) | |
| Equipment Lease Vendor 2 | - | - | (976) | - | - | - | - | (976) | (1,951) | |
| Insurance Expense | (3,382) | - | - | (395) | (3,382) | - | - | - | (7,158) | |
| Software / Subscriptions Total | (1,653) | (1,653) | (5,657) | (8,133) | (1,653) | (1,653) | (1,653) | (7,918) | (29,973) | |
| Bookkeeping Fees | (1,759) | - | (1,700) | - | - | - | - | - | (3,459) | |
| Accounting (New Accountant) | - | - | (10,000) | - | - | - | - | (5,000) | (15,000) | |
| DA CC Fees | - | - | - | (1,002) | - | - | - | - | (1,002) | |
| Utilities & Office | (26,835) | (1,328) | (8,820) | (2,800) | (5,450) | (1,328) | (450) | (8,820) | (55,831) | |
| Shipping | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (80,000) | |
| Printing + Reproduction | (23,000) | (27,000) | (36,629) | (26,798) | (26,798) | (26,798) | (26,798) | (26,798) | (220,619) | |
| Airfare | (9,000) | - | - | - | (4,948) | - | - | - | (13,948) | |
| Specialty Vendors | (46,900) | - | (25,846) | (20,000) | (175,797) | (35,000) | (39,797) | - | (343,339) | |
| Other | (36,594) | 11,751 | (15,192) | - | - | - | - | - | (40,035) | |
| Total Cash Operating Expenses | (180,123) | (134,160) | (167,819) | (140,623) | (332,684) | (124,779) | (113,698) | (240,441) | (1,434,326) | |

Explaination For Changes: *Expenses were on point for weeks 3-5 ($26k delta), however TPD expects a material increase in expenses weeks 6-9 ($150k). The primary source of the increase are Specialty Vendor costs associated with a new project recently awarded from an major branding client.*

Case 26-11073-djb   Doc 119   Filed 05/21/26   Entered 05/22/26 00:42:00   Desc Imaged Certificate of Notice   Page 9 of 9

# TPD House 9 Week Budget

*5/12/2026*

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | 4/5/2026 | 4/12/2026 | 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | |
| Ending | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| *Critical Vendor Payments* | | | | | | | | | | |
| Critical Vendor 1 | (11,500) | (11,500) | - | (23,000) | (11,500) | (11,500) | (11,500) | (11,500) | (11,500) | (103,500) |
| Critical Vendor 2 | (36,000) | (21,000) | - | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (117,000) |
| Critical Vendor 3 | - | (20,000) | - | (5,000) | (7,404) | (7,404) | (7,404) | (7,404) | (7,404) | (62,018) |
| Critical Vendor 4 | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor 5 | - | (71,120) | - | - | - | - | - | (71,120) | - | (142,240) |
| Critical Vendor 6 | - | (97,819) | - | - | - | - | - | (97,819) | - | (195,637) |
| **Total Critical Vendor Payments** | **(47,500)** | **(221,439)** | **-** | **(38,000)** | **(28,904)** | **(28,904)** | **(28,904)** | **(197,842)** | **(28,904)** | **(620,395)** |
| *Explaination For Changes:* | *No material changes* | | | | | | | | | |
| *Reorganization Expenses* | | | | | | | | | | |
| US Trustee QUARTERLY FEES | - | - | (10,500) | - | - | - | - | - | - | (10,500) |
| RH Law Professional Fees | - | - | (10,748) | - | - | - | (28,512) | - | (39,259) |
| Creditor Committee Professional Fees | - | - | - | - | - | - | (20,000) | - | (20,000) |
| **Total Cash Reorganization Expenses** | **-** | **-** | **(21,248)** | **-** | **-** | **-** | **(48,512)** | **-** | **(69,759)** |
| Cash Income | | 29,500 | 234,226 | 61,700 | 112,502 | 178,053 | 185,000 | 313,750 | 197,550 | 1,312,281 |
| Cash Expenses | | (414,561) | (220,342) | (227,067) | (270,420) | (361,587) | (239,865) | (360,051) | (370,238) | (2,464,131) |
| **Change in Cash** | | **(385,061)** | **13,884** | **(165,367)** | **(157,918)** | **(183,534)** | **(54,865)** | **(46,301)** | **(172,688)** | **(1,151,850)** |
| *Explaination For Changes:* | *No material changes* | | | | | | | | | |
| *Cash Balance* | | | | | | | | | | |
| Beginning Balance | 10,000 | 30,000 | 40,536 | 54,420 | 20,682 | 2,516 | 30,000 | 30,000 | 30,000 | 10,000 |
| Change in Cash | (111,893) | (385,061) | 13,884 | (165,367) | (157,918) | (183,534) | (54,865) | 46,301 | (172,688) | (1,263,743) |
| DIP Facility | 131,893 | 395,597 | - | 170,000 | 170,000 | 211,018 | 54,865 | 46,301 | 172,688 | 1,352,362 |
| **Ending Balance** | **30,000** | **40,536** | **54,420** | **20,682** | **2,516** | **30,000** | **30,000** | **30,000** | **30,000** | **30,000** |
| *DIP Facility* | | | | | | | | | | |
| Beginning Balance | - | 131,893 | 527,490 | 527,490 | 697,490 | 867,490 | 1,078,508 | 1,133,373 | 1,179,674 | - |
| Draw(1) | 131,893 | 395,597 | - | 170,000 | 170,000 | 211,018 | 54,865 | 46,301 | 172,688 | 1,352,362 |
| **Ending Balance** | **131,893** | **527,490** | **527,490** | **697,490** | **867,490** | **1,078,508** | **1,133,373** | **1,179,674** | **1,352,362** | **1,352,362** |

*(1) Already at $860k after week 5. Anticipated cash needs*