Robert M. Kline, Esq.
WRIGHT LAW GROUP, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel.: 315-234-3593
E-mail:  rmk@replevin.com

Attorneys for Creditor
NORTH STAR LEASING, A DIVISION OF PEOPLES BANK


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| In re | ) | Case No.: 26-11073-djb |
| | ) | |
| TPD Design House, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

Pursuant to Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, Robert M. Kline hereby appears on behalf of NORTH STAR LEASING, A DIVISION OF PEOPLES BANK, a creditor and party-in-interest in the above-captioned case, and requests that all notices given, and all pleadings, motions, orders and other documents served, in the above-captioned case be given and served to:

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel. & Fax: 315-234-3593; e-mail: rmk@replevin.com

Dated:  May 27, 2026                    **WRIGHT LAW GROUP, PLLC**


By: /s/Robert M. Kline_____
    Robert M. Kline
    Attorneys for Creditor
    NORTH STAR LEASING,
    A DIVISION OF PEOPLES BANK

## CERTIFICATION OF SERVICE

I, the undersigned counsel for North Star Leasing, A Division of Peoples Bank, hereby certify that:

On May 27, 2026, I served the foregoing document described as:

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

on the interested parties in this action by placing a true copy thereof in a sealed envelope in the U.S. Mail, with postage thereon fully prepaid, addressed as follows, or by electronic CM/ECF service, as indicated:

*Debtor – via U.S. Mail*
TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA 19087

*Represented by – via CM/ECF*
Nicholas M. Engel, Esq.
Smith  Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

*Official Committee of Unsecured Creditors*
Jesse M. Harris, Esq.
Fox Rothschild LLP
2001 Market Street, Suite1700
Two Commerce Square
Philadelphia, PA 19103

*U.S. Trustee – via CM/ECF*
John Henry Schanne, Esq.
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2026 at New York, NY.

/s/ Robert M. Kline

_____
Robert M. Kline