**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **TPD DESIGN HOUSE, LLC** | **Case No.  26-11073 (DJB)** |
| **Debtor.** | |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND AN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE, (III) APPROVING A BREAKUP FEE AND (IV) GRANTING RELATED RELIEF**

............................................

## EXHIBITS

............................................

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | *Asset Purchase Agreement dated 4/27/26* | | | |
| 2 | *Employment Agreement dated 5/11/26* | | | |
| 3 | *11-Week Budget* | | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **TPD DESIGN HOUSE, LLC** | : | |
| | : | **Case No.  26-11073 (DJB)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND AN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE, (III) APPROVING A BREAKUP FEE AND (IV) GRANTING RELATED RELIEF**

...........................................

**WITNESS**

...........................................

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | *Vanessa Kreckel* | *Testimony will be live or, as permitted, through an offer of proof and address all factual basis in support of Sale Motion* |
| 2 | *Scott Tarte* | *Testimony will be live or, as permitted, through an offer of proof and address facts in support of good faith purchaser and ability to consummate acquisition* |

- 2 -