## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| TPD DESIGN HOUSE, LLC, | § § | CASE NO. 26-11073-DJB |
| DEBTOR. | § § § | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on May 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

• Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Monthly Operating Reports and attachments thereto;

• Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 29, 2026

By: /s/ *Hannah Deininger*
 Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

DAVID B. SMITH
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
Email: dsmith@skhlaw.com
**Debtor**
**Via:   ___ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:**

Daniel R. Utain, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
Email:  dutain@kaplaw.com
**Via:   ___ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:**
Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462
Email: lrowland@starfieldsmith.com
**Via:   ___ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:**

| J ESSE M. HARRIS | Matthew A. Skolnick, Esquire |
|---|---|
| Fox Rothschild LLP | Two Commerce Square |
| 2001 Market Street, Suite 1700 | 2001 Market Street, Suite 1700 |
| Two Commerce Square | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | (215) 299-2000/Fax (215) 299-2150 |
| Email: jesseharris@foxrothschild.com | Email: mskolnick@foxrothschild.com |

**Via:   ___ 1st Class Mail   ___ Certified Mail  X e-mail   ___ Other:**

Mark S. Haltzman, Esquire
SILVERANG, ROSENZWEIG & HALTZMAN, LLC
900 E. 8th Avenue, Suite 300
King of Prussia, PA 19406
Email: mhaltzman@sanddlawyers.com
**Via:      ___ 1st Class Mail      ___ Certified Mail  X e-mail  ___  Other:**

Andrew R. Fuchs
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, Pa 19106
Email: Andrew.Fuchs@usdoj.gov
**Via:      ___ 1st Class Mail      ___ Certified Mail  X e-mail  ___  Other:**

SCHAFKOPF LAW LLC
11 Bala Avenue
Bala Cynwyd 19004
Gary Schafkopf, Esq.
Email: gary@schaflaw.com
**Via:      ___ 1st Class Mail      ___ Certified Mail  X e-mail  ___  Other:**

Pamela Thurmond
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595
Email: Pamela.Thurmond@Phila.gov
**Via:      ___ 1st Class Mail      ___ Certified Mail  X e-mail  ___  Other:**

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Email: dplon@sirlinlaw.com
**Via:      ___ 1st Class Mail      ___ Certified Mail  X e-mail  ___  Other:**

Michael B. Dubin
2617 Huntingdon Pike
 Huntingdon Valley, PA 19006
Email: mdubin@sogtlaw.com
**Via:      ___ 1st Class Mail      ___ Certified Mail  X e-mail  ___  Other:**

| | |
|---|---|
| John T. Carroll, III, Esquire | Simon E. Fraser, Esquire |
| COZEN O'CONNOR | COZEN O'CONNOR |
| 1201 N. Market Street | 1201 N. Market Street |
| Suite 1001 | Suite 1001 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 295-2028 | (302) 295-2011 |
| Email: jcarroll@cozen.com | Email: sfraser@cozen.com |

**Via:** ___ **1st Class Mail** ___ **Certified Mail** **X** **e-mail** ___ **Other:**

Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Email: ecoccia@dilworthlaw.com

**Via:** ___ **1st Class Mail** ___ **Certified Mail** **X** **e-mail** ___ **Other:**

Christina M. Philipp, Esquire
1001 Conshohocken State Road, Suite 2-107
West Conshohocken, PA 19428
(215) 557-1990
Email: cphilipp@mkcilaw.us.com

**Via:** ___ **1st Class Mail** ___ **Certified Mail** **X** **e-mail** ___ **Other:**

SAUL EWING LLP
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia PA 19103
(215) 972-8415
Email: turner.falk@saul.com

**Via:** ___ **1st Class Mail** ___ **Certified Mail** **X** **e-mail** ___ **Other:**

William E. Viss, Esq.
Devon Square 1
724 W. Lancaster Ave., Ste. 215
Wayne, PA 19087
Email: wviss@reidenbachlaw.com

**Via:** ___ **1st Class Mail** ___ **Certified Mail** **X** **e-mail** ___ **Other:**

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Email: rmk@replevin.com

**Via:** ___ **1st Class Mail** ___ **Certified Mail** **X** **e-mail** ___ **Other:**

Rupinder Kaur
12128 Manor Walk Drive
Glen Allen, VA 23059
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Vault 26 Capital LLC
19790 W. Dixie Hwy
Suite 801
Miami, FL 33180
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
NATIONAL DENTAL, LLC
Guy N. Paolino
205 N. Monroe Street
Media, PA 19063
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
SAMSON MCA LLC
1545 U.S. 202, Suite 101
Pomona, NY 10970
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Uline
12575 Uline Dr
Pleasant Prairie, WI 53158
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Lazarus Jyothi Tari
4680 Luke Dr
Cumming GA 30040
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Kamal Joseph Dupati
4680 Luke Drive
Cumming, GA 30040
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Venkatraman Aiyer Priya
924 Noel Court
Westmont, IL 60559
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Nilesh Desai
835 Harbour Place
Sugar Land, TX 77478
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**

Justin N. Davis
Baccarat, Inc.
Atash LLC d/b/a Funding Zone
c/o Amato and Keating, P.C.
107 North Commerce Way
Bethlehem Pa 18017
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**
Robert Banocy / William Lee
JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**
Greg Deegan
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**
Yogita Gidh
1431 Tahoe Valley Ln,
Sugar Land, TX, 77479-5370
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**
Sean Michael Grimm
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**
Croc Socks Ventures LLC
Ernest D. Palmarella
1255 Drummers Lane
Suite 105
Wayne, PA 19087
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**
Fal Patel
1019 Jasons Bend
Sugar Land, TX 77479
**Via:** **X 1st Class Mail** ___ **Certified Mail** __ **e-mail** ___ **Other:**

Suruhi Ventures LLC
1507 Sandcroft Ln
Sugar Land, TX 77479
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
United Parcel Service
102 1/2 S Lombard Rd
Addison, IL 60101
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Small Business Administration
660 American Avenue, Suite 301
King of Prussia, PA 19406
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Samir Sethi
6 Twin Brooks Court
Warren, NJ 07059
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Vipinchandra Patel
2448 Pine Preserve Ct
St Cloud, FL 34771
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Vaishali Gor
1001 Conshohocken State Road
Suite 2-107
West Conshohocken, PA 19428
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
Alok Sharma
10 Shelterwood Place
Danville, CA 94506
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
JOEL M. FLINK, ESQUIRE
375 E. Elm Street, Suite 210
Conshohocken, PA 19428
Via:  **X** 1st Class Mail    ___ Certified Mail ___ e-mail ___ Other:
 Stephen G. Bresset, Esq.
 Bresset & Santora, LLC
 812 Court Street
 Honesdale, PA 18431
**Via:  X 1st Class Mail    ___ Certified Mail __ e-mail ___ Other:**
**END OF DOCUMENT**