**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

**LOCAL RULE 2016-5 THIRD REQUEST FOR PAYMENT ON ACCOUNT**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**OF SMITH KANE HOLMAN, LLC, PROPOSED COUNSEL TO THE DEBTOR,**
**FOR THE PERIOD MAY 1, 2026 THROUGH MAY 31, 2026**

Smith Kane Holman, LLC ("SKH"), counsel to debtor-in-possession TPD Design House,

LLC, pursuant to Local Bankruptcy Rule 2016-5, requests Payment on Account for services

rendered and reimbursement of expenses for the period May 1, 2026 through May 31, 2026, and

in support hereof avers as follows:

**Preliminary Statement**

1.     SKH has an application pending to be employed as counsel for debtor-in-

possession TPD Design House, LLC (the "Debtor").

2.     All services rendered and expenses incurred for which compensation or

reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3.     The services described in this request (the "Request") are actual, necessary

services and the compensation requested for those services is reasonable.

4.     The expenses described in this Application are actual, necessary expenses.

5.     SKH files this Request for Payment on Account, as that term is defined in Local

Bankruptcy Rule 2016-5(a), for services rendered and reimbursement of expenses for the period

May 1, 2026 through May 31, 2026 (the "Request Period").

### **Request for Payment on Account**

6.    General Information

   a.    Date case filed: March 16, 2026

   b.    Date application to approve employment filed: March 16, 2026

   c.    Date employment approved: April 10, 2026 (*Dkt. No. 58*)

   d.    First date services rendered in this case: March 16, 2026

   e.    Prior Requests for Payment on Account:

| Request No. | Date Request filed: | Period Covered by Request: |
|---|---|---|
| 1 | April 2, 2026 | March 16-31, 2026 |
| 2 | May 8, 2026 | April 1-30, 2026 |

7.    Fees and Expenses in the Request Period

   a.    Attorneys:

| Name: | Hours: | Billing Rate: | Total: |
|---|---|---|---|
| David B. Smith, Esq. | 66.4 | $525 | $34,860.00 |
| Lindsey Zimmerman, Esq. | 1.7 | $300 | $510.00 |

   b.    Paralegals:  N/A

   c.    Total Fees:     $35,370.00

   d.    Expenses:         $121.30

   e.    Total Request:  $35,491.30

8.    Description of Services Rendered in Request Period:  All time entries are attached

hereto in Exhibit A and Exhibit B, listed chronologically according to the date services were

2

provided and further summarized according to billing codes.  Attorneys working during this period include David B. Smith (DS) and Lindsey Zimmerman (LZ).

9.      Billing Rates

a.  The billing rates set forth in this Request are consistent with those set forth in Application to Employ SKH as Attorney for the Debtor (*Dkt. No. 5*).

### Billing Summary

10.      Description of Services: see attached Exhibit A.

11.      Details of Hours Expended: see attached Exhibit B.

### Expense Summary

12.      Expenses: see attached Exhibit C.

WHEREFORE, pursuant to Local Bankruptcy Rule 2016-5, SKH files this Request for Payment on Account for the period May 1, 2026 through May 31, 2026, during which period SKH accrued compensable fees and reimbursable expenses in the total amount of $35,491.30. At this time, SKH seeks provisional payment of $28,296.00 (80% of fees for services rendered) and $121.30 (100% of interim expenses incurred).

SMITH KANE HOLMAN, LLC

Date: June 2, 2026

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel for Debtor*

3