# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

Case 26-11073-djb Doc 133-2 Filed 06/02/26 Entered 06/02/26 16:31:12 Desc
Exhibit A Page 1 of 3

## Task 2: Asset Disposition

Summary of Services Performed in This Task Category:  Applicant advanced the Debtor's proposed sale of estate assets, including drafting proper notices and serving the sale motion and related documents upon all parties in interest, addressing three potential competitive bidders, including finalizing and implement NDAs and coordinating extensive due diligence requests, and preparing for and prosecuting the sale motion (which included preparing witnesses and hearing exhibits).

Aggregate Hours Billed: 40.00

Amount of Fees Billed: $21,000.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor and various creditors.

Aggregate Hours Billed: 1.1

Amount of Fees Billed: $577.50

## Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category:  Applicant addressed the claims of the Debtor's principal secured creditor and one of its financing companies.

Aggregate Hours Billed: 1

Amount of Fees Billed: $525

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant prepared and filed its second payment request under Local Rule 2016-5.

Aggregate Hours Billed: 2

Amount of Fees Billed: $1,050.00

### Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category:  Applicant addressed cash collateral usage as well as an emergency motion to amend a prior DIP financing order, including preparing for and attending a contested hearing on same.

Aggregate Hours Billed: 18

Amount of Fees Billed: $9,067.50

### Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category:  Applicant prepared for and attending an initial and then continued meeting of creditors.

Aggregate Hours Billed: 4.2

Amount of Fees Billed: $2,205.00

### Task 19: Relief from Stay Issues

Summary of Services Performed in This Task Category:  Applicant addressed a proposed stipulation with the Debtor's co-employer for a stipulation involving administering the co-employment arrangement and for stay relied upon a default.

Aggregate Hours Billed: 0.7

Amount of Fees Billed: $367.50

### Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant addressed the completion of the Debtor's statement of financial affairs as well as attending to monthly operating report issues.

Aggregate Hours Billed: 3.9

Amount of Fees Billed: $2,047.50