# EXHIBIT B

Detail of Hours Expended

| Task 2: Asset Disposition | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/1/2026 | drafting extensive Rule 2002 notice and communications with seller's counsel re: same | DS | 1.7 | $892.50 | 2 |
| 5/1/2026 | overseeing and effectuating service of sale documents, including creating a proper score of service parties and documents to be served | DS | 1.6 | $840.00 | 2 |
| 5/5/2026 | communications with Birch Event Design re: possible interest in acquiring assets | DS | 0.1 | $52.50 | 2 |
| 5/6/2026 | Telephone conversation with Jesse Harris re: comments to proposed sale | DS | 0.2 | $105.00 | 2 |
| 5/7/2026 | follow up with buyer's counsel on concerns raised by Committee and status of completion of sale schedules | DS | 0.2 | $105.00 | 2 |
| 5/8/2026 | communications with purchaser's counsel re: status of sale | DS | 0.1 | $52.50 | 2 |
| 5/8/2026 | Telephone conversation with counsel to second prospective purchaser | DS | 0.3 | $157.50 | 2 |
| 5/8/2026 | Telephone conversation with purchaser's counsel re: follow up on schedules | DS | 0.2 | $105.00 | 2 |
| 5/8/2026 | lengthy correspondence to prospective purchaser re: sale and NDA package | DS | 0.5 | $262.50 | 2 |
| 5/12/2026 | telephone call with client re: status of possible bids for company | DS | 0.2 | $105.00 | 2 |
| 5/12/2026 | communications with prospective purchaser re: proposed changes to NDA and reviewing initial list of diligence items | DS | 0.3 | $157.50 | 2 |
| 5/13/2026 | Telephone conversation with John Carroll re: status of sale and follow up on NDA | DS | 0.3 | $157.50 | 2 |
| 5/13/2026 | reviewing documents for missing schedules to APA and procedures for assuming/assigning contracts | DS | 0.6 | $315.00 | 2 |
| 5/13/2026 | communicating with two prospective purchasers on NDA issues and how to proceed with sale process | DS | 0.6 | $315.00 | 2 |
| 5/14/2026 | reviewing mark ups to NDA form from prospective purchasers of assets; correspondence to client re: same | DS | 0.5 | $262.50 | 2 |
| 5/15/2026 | reviewing fully executed NDA for prospective purchaser and correspondence to counsel re: same | DS | 0.2 | $105.00 | 2 |
| 5/15/2026 | follow up on status of employment agreement to accompany APA | DS | 0.1 | $52.50 | 2 |

| Date | Description | | Hours | Amount | |
| --- | --- | --- | --- | --- | --- |
| 5/16/2026 | reviewing prospective purchaser's diligence request and communications with client and counsel re: same | DS | 0.3 | $157.50 | 2 |
| 5/16/2026 | reviewing revised NDA from additional prospective purchaser and communications party re: proposed changes and issues thereto | DS | 0.4 | $210.00 | 2 |
| 5/18/2026 | addressing NDA issues with prospective purchaser | DS | 0.2 | $105.00 | 2 |
| 5/18/2026 | reviewing employment agreement between purchaser and Vanessa Kreckel | DS | 0.3 | $157.50 | 2 |
| 5/19/2026 | Communications with client re: finalizing NDA with prospective purchaser | DS | 0.2 | $105.00 | 2 |
| 5/19/2026 | communications with prospective purchaser and reviewing financial qualifications | DS | 0.5 | $262.50 | 2 |
| 5/19/2026 | Telephone conversation with prospective purchaser re: sale process, minimum bid requirements and financial qualification | DS | 0.3 | $157.50 | 2 |
| 5/20/2026 | reviewing financial qualifications of prospective purchaser and communications with party and client re: same | DS | 0.3 | $157.50 | 2 |
| 5/20/2026 | reviewing/redacting due diligence documents and establishing diligence platform for review, including communications with prospective purchasers re: same | DS | 1.5 | $787.50 | 2 |
| 5/21/2026 | communications with prospective purchaser re: access to diligence documents | DS | 0.1 | $52.50 | 2 |
| 5/21/2026 | Telephone call with client re: compiling diligence items | DS | 0.5 | $262.50 | 2 |
| 5/21/2026 | communications with prospective purchaser re: possibility of extending diligence period | DS | 0.2 | $105.00 | 2 |
| 5/21/2026 | communications with prospective purchaser; reviewing additional diligence documents for upload | DS | 0.1 | $52.50 | 2 |
| 5/21/2026 | reviewing client responses to diligence requests and other matters relating to provision of documents responsive to diligence requests | DS | 1.1 | $577.50 | 2 |
| 5/21/2026 | Telephone call with client re: discussing addressing prospective purchaser diligence items | DS | 0.2 | $105.00 | 2 |
| 5/22/2026 | reviewing additional diligence questions posed by prospective purchaser | DS | 0.1 | $52.50 | 2 |
| 5/22/2026 | extensive due diligence follow up with parties by compiling documents, addressing written requests for information and participating in virtual meeting to address questions and procedures | DS | 2.6 | $1,365.00 | 2 |
| 5/22/2026 | finalizing schedules to asset purchase agreement, including review of 90-day payment claims to be acquired, and filing same | DS | 1.5 | $787.50 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 5/23/2026 | reviewing additional information requests from prospective purchaser and communications with client re: same | DS | 0.3 | $157.50 | 2 |
| 5/25/2026 | lengthy telephone call with client re: sale process and upcoming sale hearing | DS | 0.7 | $367.50 | 2 |
| 5/25/2026 | lengthy correspondence to Peter D'Sa re: possible interest in acquiring company, including extensive bid and diligence package | DS | 0.5 | $262.50 | 2 |
| 5/25/2026 | lengthy correspondence to prospective purchaser re: diligence questions | DS | 0.5 | $262.50 | 2 |
| 5/26/2026 | Telephone conversation with Committee's counsel re: objections to sale motion | DS | 0.5 | $262.50 | 2 |
| 5/26/2026 | drafting to client summary of Committee's objections to sale motion | DS | 0.3 | $157.50 | 2 |
| 5/26/2026 | communications with new prospective purchaser re: sale procedure and need for NDA, including review of NDA and questions regarding same | DS | 0.4 | $210.00 | 2 |
| 5/26/2026 | communications with prospective purchaser re: need for possible additional time to work through sale process | DS | 0.1 | $52.50 | 2 |
| 5/26/2026 | Telephone conversation with John Carroll re: status of sale | DS | 0.3 | $157.50 | 2 |
| 5/26/2026 | extensive follow up with prospective purchaser, including numerous emails and calls to address a variety of diligence requests and sale procedures | DS | 2.3 | $1,207.50 | 2 |
| 5/26/2026 | begin preparing testimony for sale hearing | DS | 1.6 | $840.00 | 2 |
| 5/27/2026 | communications with third prospective purchaser re: interesting purchasing company | DS | 0.2 | $105.00 | 2 |
| 5/27/2026 | reviewing supplemental information requested by prospective purchaser 2 and correspondence re: same | DS | 0.2 | $105.00 | 2 |
| 5/27/2026 | preparing agenda of items to discuss with stalking horse bidder in preparation for hearing on sale motion | DS | 0.3 | $157.50 | 2 |
| 5/27/2026 | attending a meeting with purchaser and its counsel in preparation for sale hearing | DS | 1 | $525.00 | 2 |
| 5/27/2026 | reviewing Committee's objection to motion to sell assets | DS | 0.5 | $262.50 | 2 |
| 5/27/2026 | multiple communications with two prospective purchasers, including addressing NDA issues and diligence issues | DS | 1.3 | $682.50 | 2 |
| 5/27/2026 | extensive preparation of questions for witnesses (and discussion with witness re: same), identifying exhibits for hearing and preparing legal arguments for case | DS | 4.6 | $2,415.00 | 2 |
| 5/28/2026 | preparing Vanessa Kreckel for sale hearing, if testimony is required | DS | 0.4 | $210.00 | 2 |

| 5/28/2026 | Communications with Committee counsel and purchaser's counsel re:resolution of Committee objection | DS | 0.5 | $262.50 | 2 |
| 5/28/2026 | completing witness and exhibit disclosures, compiling exhi | DS | 1.2 | $630.00 | 2 |
| 5/28/2026 | final preparation of witness testimony for hearing | DS | 1.1 | $577.50 | 2 |
| 5/28/2026 | attending hearing on sale motion | DS | 1.7 | $892.50 | 2 |
| 5/28/2026 | discussion with client re: import of sale order, once entered | DS | 0.3 | $157.50 | 2 |
| 5/28/2026 | status communications with lender's counsel re: status of settlement | DS | 0.2 | $105.00 | 2 |
| 5/28/2026 | communications with third prospective purchaser re: diligence and other related requests | DS | 0.2 | $105.00 | 2 |
| 5/29/2026 | drafting updated order approving motion to sell assets and communications with parties re: same | DS | 0.7 | $367.50 | 2 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/5/2026 | communications with Ross Switkes re: Rule 2004 request | DS | 0.1 | $52.50 | 7 |
| 5/6/2026 | communications with committee counsel re: submission of POC in Kreckel personal case; reviewing updated docket to case | DS | 0.2 | $105.00 | 7 |
| 5/9/2026 | correspondence to creditor Dupati to send materials requested | DS | 0.1 | $52.50 | 7 |
| 5/11/2026 | communications with Art Goldman (creditor's counsel) re: questions arising from sale of assets | DS | 0.2 | $105.00 | 7 |
| 5/19/2026 | status call with client to discuss financing and sale prospects | DS | 0.3 | $157.50 | 7 |
| 5/20/2026 | reviewing correspondence from Alok Sharma re: updated address for notices | DS | 0.1 | $52.50 | 7 |
| 5/29/2026 | communications with Jesse Harris re: funding professional fees under DIP order | DS | 0.1 | $52.50 | 7 |

| Task 8: Claims Administration and Objections | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 5/15/2026 | Correspondence to Beacon's counsel re: request for updated payoff amounts | DS | 0.1 | $52.50 | 8 |
| 5/22/2026 | communications to and from North Star Leasing (including review of financing agreement and accompanying UCC) and communications with purchaser re: whether purchaser intends to assume liability | DS | 0.9 | $472.50 | 8 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/7/2026 | reviewing April fee request, including coding time entries | DS | 0.5 | $262.50 | 11 |
| 5/7/2026 | preparing lengthy second interim payment request | DS | 1.2 | $630.00 | 11 |
| 5/11/2026 | communications with client re: second fee request | DS | 0.1 | $52.50 | 11 |
| 5/26/2026 | preparing and filing CNO on second payment request and follow up with client re: same | DS | 0.2 | $105.00 | 11 |

## Task 13: Financing and Cash Collateral

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 5/5/2026 | communications with counsel re: status of consent orders for cash collateral and DIP financing | DS | 0.1 | $52.50 | 13 |
| 5/5/2026 | finalizing and filing proposed orders for postpetition financing and cash collateral | DS | 0.8 | $420.00 | 13 |
| 5/8/2026 | reviewing weekly variance budget report and correspondence to counsel re: same | DS | 0.4 | $210.00 | 13 |
| 5/12/2026 | communications with client and Evan Tarte to address updated DIP financing projections | DS | 0.1 | $52.50 | 13 |
| 5/13/2026 | begin drafting motion to amend prior DIP financing order | DS | 1.3 | $682.50 | 13 |
| 5/13/2026 | reviewing extent of increases in post-petition financing, including analysis of budget comparisons | DS | 0.6 | $315.00 | 13 |
| 5/14/2026 | drafting emergency motion package to amend, including motion, proposed orders and declaration | DS | 4.2 | $2,205.00 | 13 |
| 5/14/2026 | communications to parties re: consent to expedited motion | DS | 0.2 | $105.00 | 13 |
| 5/15/2026 | follow up with court re: available hearing dates for emergency motion | DS | 0.1 | $52.50 | 13 |
| 5/15/2026 | reviewing scheduling order on emergency motion to amend and overseeing service of motion, including direct notice to client and lender | DS | 0.8 | $420.00 | 13 |
| 5/18/2026 | Communications with client re: reviewing projections to prepare for post-petition financing hearing | DS | 0.2 | $105.00 | 13 |
| 5/18/2026 | virtual meeting with client to review projections for hearing on motion to amend | DS | 1 | $525.00 | 13 |
| 5/18/2026 | comparing original projections and updated projections for purposes of hearing on motion to amend | DS | 0.9 | $472.50 | 13 |
| 5/19/2026 | preparation for emergency hearing on motion to amend, including preparing witness, drafting proffer, reviewing prior and updated budget and relevant parts of motion to borrow | DS | 2.3 | $1,207.50 | 13 |
| 5/19/2026 | attending hearing on motion to amend order to increase financing | DS | 3.2 | $1,680.00 | 13 |

| 5/20/2026 | confirming amount and extent of loan advances through today's date | DS | 0.1 | $52.50 | 13 |
| 5/13/2026 | Research issue re: increase approved amount in post petition financing. | LZ | 1.7 | $510.00 | 13 |

| Task 15: Meetings and Communications with Creditors | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/1/2026 | reviewing DIP account information and producing same to US Trustee | DS | 0.2 | $105.00 | 15 |
| 5/14/2026 | follow up with Debtor on continued 341 preparation | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Correspondence to John Schanne re: upcoming continued 341 meeting | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Telephone call with client re: preparation for continued 341 meeting | DS | 0.3 | $157.50 | 15 |
| 5/14/2026 | attending continued 341 meeting | DS | 0.7 | $367.50 | 15 |
| 5/1/2026 | reviewing DIP account information and producing same to US Trustee | DS | 0.2 | $105.00 | 15 |
| 5/14/2026 | follow up with Debtor on continued 341 preparation | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Correspondence to John Schanne re: upcoming continued 341 meeting | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Telephone call with client re: preparation for continued 341 meeting | DS | 0.3 | $157.50 | 15 |
| 5/14/2026 | attending continued 341 meeting | DS | 0.7 | $367.50 | 15 |
| 5/1/2026 | reviewing DIP account information and producing same to US Trustee | DS | 0.2 | $105.00 | 15 |
| 5/14/2026 | follow up with Debtor on continued 341 preparation | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Correspondence to John Schanne re: upcoming continued 341 meeting | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Telephone call with client re: preparation for continued 341 meeting | DS | 0.3 | $157.50 | 15 |
| 5/14/2026 | attending continued 341 meeting | DS | 0.7 | $367.50 | 15 |

<table>
<tr><td colspan="6" align="center"><strong>Task 19: Relief from Stay Issues</strong></td></tr>
<tr><td align="center"><strong>Date</strong></td><td align="center"><strong>Description</strong></td><td align="center"><strong>Attorney</strong></td><td align="center"><strong>Hours</strong></td><td align="center"><strong>Amount</strong></td><td align="center"><strong>Code</strong></td></tr>
<tr><td>5/5/2026</td><td>reviewing proposed stipulation with Totalsource on co-employer rights and responsibilities post-petition</td><td>DS</td><td>0.3</td><td>$157.50</td><td>19</td></tr>
<tr><td>5/11/2026</td><td>reviewing ADP proposed stipulation for stay relief and telphone call with counsel re: same</td><td>DS</td><td>0.4</td><td>$210.00</td><td>19</td></tr>
</table>

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/4/2026 | reviewing and providing client with MOR instructions | DS | 0.4 | $210.00 | 20 |
| 5/5/2026 | follow up with client on 1-year payment disclosures in SOFA | DS | 0.1 | $52.50 | 20 |
| 5/5/2026 | preliminary review of 1 year insider payment disclosures | DS | 0.3 | $157.50 | 20 |
| 5/5/2026 | reviewing preliminary draft of 1-year insider payments | DS | 0.4 | $210.00 | 20 |
| 5/6/2026 | lengthy call with client to discuss 1-year spreadsheets and draft disclosures | DS | 0.8 | $420.00 | 20 |
| 5/8/2026 | reviewing 1-year transactional detail for purposes of amending SOFA and communications with client re: same | DS | 0.6 | $315.00 | 20 |
| 5/8/2026 | finalizing and filing supplement to SOFA questions 4 and 30 | DS | 1.3 | $682.50 | 20 |