# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/2026 | Online Research - Lexis Nexis, 4/27/26 | $121.30 |
| | | **$121.30** |