**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

### CERTIFICATE OF SERVICE

I, David B. Smith, hereby certify that a true and correct copy or notice of the Local Rule 2016-5 Third Request for Payment on Account for Services Rendered and Reimbursement of Expenses of Smith Kane Holman, LLC, Proposed Counsel to the Debtor, for the Period May 1, 2026 through May 31, 2026 (the "Request") was served via first-class mail, postage prepaid or electronically through the Court's ECF system, upon the Debtor, the United States Trustee, and those on the Clerk's Service List.

SMITH KANE HOLMAN, LLC

Date: June 2, 2026

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for the Debtor*

## SERVICE LIST
(CM/ECF – list as of 6.1.26)

- **STEPHEN G. BRESSET**   sbresset@bressetsantora.com, nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com
- **JOHN T. CARROLL**   jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com
- **ERIK L. COCCIA**   ecoccia@dilworthlaw.com, shenry@dilworthlaw.com
- **Albert Anthony Ciardi**   aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
- **MICHAEL B. DUBIN**   mdubin@sogtlaw.com, jfiganiak@sogtlaw.com
- **NICHOLAS M. ENGEL**   nengel@skhlaw.com
- **TURNER N. FALK**   turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com
- **JOEL MARC FLINK**   joel.flink@fiwlaw.com
- **Andrew Robert Fuchs**   andrew.fuchs@usdoj.gov, beth.fuhrhop@usdoj.gov
- **MARK S. HALTZMAN**   mhaltzman@sanddlawyers.com, mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com
- **JESSE M. HARRIS**   jesseharris@foxrothschild.com
- **ROBERT MICHAEL KLINE**   rmk@replevin.com, ecf@writofseizure.com
- **CHRISTINA M. PHILIPP**   cphilipp@mkcilaw.us.com
- **DANA S. PLON**   dplon@sirlinlaw.com
- **LYNDSAY ELIZABETH ROWLAND**   lrowland@starfieldsmith.com, arosen@starfieldsmith.com
- **GARY SCHAFKOPF**   GARY@SCHAFLAW.COM, tudorescue@gmail.com;tudorescue2@gmail.com
- **JOHN HENRY SCHANNE**   John.Schanne@usdoj.gov
- **DANIEL S. SIEDMAN**   dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com
- **DAVID B. SMITH**   dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- **CHRISTIAN P. SUPRENUK**   csuprenuk@murlandlaw.com
- **PAMELA ELCHERT THURMOND**   pamela.thurmond@phila.gov
- **DANIEL R. UTAIN**   dutain@kaplaw.com, llapenna@kaplaw.com
- **United States Trustee**   USTPRegion03.PH.ECF@usdoj.gov
- **WILLIAM EUGENE VISS**   wviss@reidenbachlaw.com
- **MATTHEW B WEISBERG**   mweisberg@weisberglawoffices.com

## Service List
(first-class mail)

**Commonwealth of PA UCTS**
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121

**Fox Rothschild LLP**
c/o Prince Altee Thomas, Esquire
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

**KARALIS PC**
1900 Spruce Street
Philadelphia, Pa 19103

**Alan Lobo**
6 Winterberry Terrace
Hamilton, NJ 08690

**Priyesh S. Patel**
5246 West Broad Street
Columbus, OH 43228