**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**CERTIFICATE OF SERVICE REGARDING FIRST REQUEST, PURSUANT TO
LOCAL RULE 2016-5, FOR PAYMENT ON ACCOUNT FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD OF APRIL 8, 2026 THROUGH APRIL 30, 2026**

I, Jesse M. Harris, certify that on May 21, 2026, I caused a true and correct copy of the

*First Request, Pursuant to Local Rule 2016-5, for Payment on Account for Services Rendered and*

*Reimbursement of Expenses of Fox Rothschild LLP, Counsel to the Official Committee of*

*Unsecured Creditors, for the Period of April 8, 2026 through April 30, 2026*, to be served on the

parties listed on the attached **Service List** via U.S. mail, first class and postage prepaid.

I hereby certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
  Jesse M. Harris
  Matthew A. Skolnick
  Two Commerce Square
  2001 Market Street, Suite 1700
  Philadelphia, PA 19103
  (215) 299-2000/Fax (215) 299-2150
  jesseharris@foxrothschild.com
  mskolnick@foxrothschild.com

Dated: June 5, 2026

*Attorneys for the Official Committee of
Unsecured Creditors*

185725985.1

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA  19087

Nicholas M. Engel, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA  19355

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA  19355

John Henry Schanne
DOJ-UST
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Daniel R. Utain, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
401 Plymouth Road, Suite 120
Plymouth Meeting, PA  19462

Stephen G. Bresset, Esquire
Bresset & Santora, LLC
812 Court Street
Honesdale, PA  18431

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ  08690

Euguenia Moisseenko
6040 Boulevard East, 16J
West New York, NJ  07093

Mark S. Haltzman, Esquire
Silverang, Rosenzweig & Haltzman, LLC
900 E. 8th Avenue, Suite 300
King of Prussia, PA  19406

Steamboat Family Holdings LLC
741 Woodleave Road
Bryn Mawr, PA  19010

Andrew R. Fuchs, Assistant United States Attorney
U.S. Attorney's Office
Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106

Schafkopf Law LLC
Attn: Gary Schafkopf, Esquire
11 Bala Avenue
Bala Cynwyd, PA  19004

Pamela Elchert Thurmond, Senior Attorney
City of Philadelphia
Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA  19109

Matthew Weisberg, Esquire
Weisberg Law
1500 Walnut Street, 21st Floor
Philadelphia, PA  19102

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

Simon E. Fraser, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

Joel M. Flink, Esquire
The Law Offices of Fred Weinberg and Associates,
P.C.
375 E. Elm Street, Suite 210
Conshohocken, PA  19428

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX  77479

Michael B. Dubin, Esquire
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA  19006

Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA  19103

Christina M. Philipp, Esquire
McGivney, Kluger, Clark & Intoccia, P.C.
1001 Conshohocken State Road, Suite 2-107
West Conshohocken, PA  19428

Vaishali Gor
910 Carlow Drive
Des Plaines, IL  60016

Anthony Higgis
Commonwealth of PA/Dept of Labor & Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568

William E. Viss, Esq.
Reidenbach & Associates , LLC
Devon Square 1
724 W. Lancaster Ave., Ste. 215
Wayne, PA 19087

Turner N. Falk, Esq.
Saul Ewing LLP
1735 Market St., 34th Fl.
Philadelphia, PA 19103