**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**CERTIFICATE OF NO RESPONSE**

JESSE M. HARRIS, of Fox Rothschild LLP ("Fox"), attorneys for the Official Committee of Unsecured Creditors (the "Committee"), in the above referenced case, certifies as follows:

1.      On May 21, 2026, Fox filed the *First Request, Pursuant to Local Rule 2016-5, for Payment on Account for Services Rendered and Reimbursement of Expenses of Fox Rothschild LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period of April 8, 2026 through April 30, 2026* (the "Application") [D.I. 118].

2.      On May 21, 2026, Fox served the Application by United States Mail, postage pre-paid, on the Office of the United States Trustee, the Debtor and its Counsel, the Clerk's Service List, and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002.

3.      The Notice of the Application required that any objection be filed with the Clerk, United States Bankruptcy Court and served on Fox no later than June 4, 2026.

4.      As of the date of this Certificate, no formal answer, objection, or other responsive pleading has been received by the undersigned or filed on the Court's docket in this case.

WHEREFORE, PURSUANT to Local Rule 2016-5(h), the Debtor may provisionally pay Fox Rothschild LLP (a) 80% of the requested compensation, and (b) 100% of the expenses requested.

*[Remainder of page left intentionally blank]*

186166293.1

Respectfully submitted,

By: */s/ Jesse M. Harris*
    Jesse M. Harris, Esquire
    Matthew A. Skolnick, Esquire
    Fox Rothschild LLP
    2001 Market Street, Suite 1700
    Philadelphia, PA 19103
    Telephone (215) 299-2000/Facsimile (215) 299-2150
    jesseharris@foxrothschild.com
    mskolnick@foxrothschild.com

Dated: June 5, 2026        *Attorneys for the Official Committee of Unsecured Creditors*

2

186166293.1