**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TPD Design House, LLC | : | Case No. 26-11073 (DJB) |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion For Entry Of Interim And Final Orders Authorizing The Debtor To: (I) Obtain Post-Petition Financing Pursuant To Sections 364 And 363 Of The Bankruptcy Code, (II) Granting The Lender A Claim With Priority Status Over Any And All  Administrative Expenses Pursuant To Section 364(C)(1) Of The Bankruptcy Code, (III) Modifying The Automatic Stay To Implement The Financing Terms; And (IV) For Expedited Consideration Thereof Pursuant To Local Bankruptcy Rule 5070-1(G) (the "DIP Financing Motion") (*Dkt. No. 60)* and the Court having entered an order granting the Motion on an interim basis and setting a final hearing date for May 28, 2026 (the "Interim DIP Financing Order") (*Dkt. No. 100*) and thereafter, the Debtor having filed a Motion (I) Pursuant to Bankruptcy Rule 9024 To Amend Interim Order Authorizing the Debtor to Obtain Post-Petition Financing Pursuant to Sections 364 and 363 of the Bankruptcy Code; and (II) for Expedited Consideration Thereof Pursuant to Local Rule 5070-1(G) (the "Motion to Amend") (*Dkt. No. 112)* and the Court having entered an order granting the Motion to Amend on an interim basis and setting a final hearing date for May 28, 2026 (the "Interim Order to Amend") (*Dkt. No. 117*) and the Court thereafter having conducted an evidentiary hearing on May 28, 2026

184797897.2

at which the Court found that there were grounds to enter a final order with respect to both the Interim DIP Financing Order as amended by the Interim Order to Amend; and it appearing that the Court has jurisdiction over this mater pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and it appearing that relief sought in the DIP Financing Motion and the Motion to Amend are in the best interests of the Debtor, its estate, and its creditors; and adequate notice of the DIP Financing Motion and the Motion to Amend having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby **ORDERED:**

    1.    The DIP Financing Motion and the Motion to Amend are **Granted.**

    2.    The relief set forth in the Interim DIP Financing Order and the Interim Order to Amend are hereby approved on a final basis.

SO ORDERED by this Court this __ day of June, 2026.

_____
Derek J. Baker
United States Bankruptcy Judge

184797897.2