United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 26-11073-djb

TPD Design House, LLC                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019 |
| cr | + | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| cr | + | Commonwealth of PA UCTS, Department of Labor and Industry, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833 |
| cr | + | Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| NONE | + | Jatinder Singh, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| cr | + | Marc Pan, 11 Bala Ave, Bala Cynwyd, PA 19004, UNITED STATES 19004-3201 |
| cr | + | Priyesh S. Patel, 5246 West Broad Street, Columbus, OH 43228-1609 |
| cr | + | Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994 |
| cr | + | Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Steamboat Family Holdings LLC, 741 Woodleave Road, Bryn Mawr, PA 19010, UNITED STATES OF AMERICA 19010-1708 |
| NONE | + | Vaishali Gor, 910 Carlow Drive, Des Plaines, IL 60016-8721 |
| cr | + | West Wayne Avenue Ventures LLC, Kaplin Stewart Meloff Reiter & Stein, Daniel R. Utain, Esquire, 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 09 2026 01:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2026 01:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Jun 09 2026 01:02:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| sp | ^ MEBN | Jun 09 2026 00:59:31 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: pdf900 | Total Noticed: 18 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | on behalf of Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINA M. PHILIPP | on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com |
| DANA S. PLON | on behalf of Creditor Scott Gensler dplon@sirlinlaw.com |
| DANIEL R. UTAIN | on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com  llapenna@kaplaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID B. SMITH | on behalf of Debtor TPD Design House  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| ERIK L. COCCIA | on behalf of Creditor Guardsman Capital Partners  Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com |
| GARY SCHAFKOPF | on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM  tudorescue@gmail.com;tudorescue2@gmail.com |
| JESSE M. HARRIS | on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com |
| JESSE M. HARRIS | on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com |
| JOEL MARC FLINK | on behalf of Qianlin Li joel.flink@fiwlaw.com |
| JOEL MARC FLINK | on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOHN T. CARROLL, III | on behalf of Interested Party Oslo Blue  LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| JOHN T. CARROLL, III | |

District/off: 0313-2                             User: admin                                  Page 3 of 3

Date Rcvd: Jun 08, 2026                        Form ID: pdf900                             Total Noticed: 18

on behalf of Interested Party Tarte Family Office jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com  arosen@starfieldsmith.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com  jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com  jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House  LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
on behalf of Creditor North Star Leasing  a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

STEPHEN G. BRESSET
on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

STEPHEN G. BRESSET
on behalf of Eugenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

TURNER N. FALK
on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com  tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EUGENE VISS, I
on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Jatinder Singh wviss@reidenbachlaw.com


TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                              :
In re:                                        :     CHAPTER 11
                                              :
TPD Design House, LLC                         :     Case No. 26-11073 (DJB)
                                              :
                    Debtor.                   :
_____:

### ORDER

AND NOW, upon consideration of the Debtor's Motion For Entry Of Interim And

Final Orders Authorizing The Debtor To: (I) Obtain Post-Petition Financing Pursuant To

Sections 364 And 363 Of The Bankruptcy Code, (II) Granting The Lender A Claim With

Priority Status Over Any And All  Administrative Expenses Pursuant To Section

364(C)(1) Of The Bankruptcy Code, (III) Modifying The Automatic Stay To Implement

The Financing Terms; And (IV) For Expedited Consideration Thereof Pursuant To Local

Bankruptcy Rule 5070-1(G) (the "DIP Financing Motion") (*Dkt. No. 60)* and the Court

having entered an order granting the Motion on an interim basis and setting a final

hearing date for May 28, 2026 (the "Interim DIP Financing Order") (*Dkt. No. 100*) and

thereafter, the Debtor having filed a Motion (I) Pursuant to Bankruptcy Rule 9024 To

Amend Interim Order Authorizing the Debtor to Obtain Post-Petition Financing Pursuant

to Sections 364 and 363 of the Bankruptcy Code; and (II) for Expedited Consideration

Thereof Pursuant to Local Rule 5070-1(G) (the "Motion to Amend") (*Dkt. No. 112)* and

the Court having entered an order granting the Motion to Amend on an interim basis and

setting a final hearing date for May 28, 2026 (the "Interim Order to Amend") (*Dkt. No.

117*) and the Court thereafter having conducted an evidentiary hearing on May 28, 2026

.

at which the Court found that there were grounds to enter a final order with respect to both the Interim DIP Financing Order as amended by the Interim Order to Amend; and it appearing that the Court has jurisdiction over this mater pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and it appearing that relief sought in the DIP Financing Motion and the Motion to Amend are in the best interests of the Debtor, its estate, and its creditors; and adequate notice of the DIP Financing Motion and the Motion to Amend having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby **ORDERED:**

1.      The DIP Financing Motion and the Motion to Amend are **Granted.**

2.      The relief set forth in the Interim DIP Financing Order and the Interim Order to Amend are hereby approved on a final basis.

SO ORDERED by this Court this  **8th** day of  **June, 2026**.

_____
Derek J. Baker
United States Bankruptcy Judge