**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**SECOND REQUEST, PURSUANT TO LOCAL RULE 2016-5, FOR
PAYMENT ON ACCOUNT FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD OF MAY 1, 2026 THROUGH MAY 31, 2026**

Fox Rothschild LLP ("Fox Rothschild" or "Applicant"), counsel for the Official Committee of Unsecured Creditors (the "Committee") for the estate of TPD Design House, LLC (the "Debtor"), pursuant to Local Bankruptcy Rule 2016-5, hereby files this request (the "Second Request") for Payment on Account for services rendered and reimbursement of expenses for the period of May 1, 2026 through May 31, 2026 (the "Second Service Period"), and respectfully represents as follows:

**PRELIMINARY STATEMENT AND BACKGROUND**

1.      On April 28, 2026, the Committee filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Fox Rothschild LLP as Counsel, Effective as of April 8, 2026* (the "Retention Application") [Docket No. 87].

2.      On May 8, 2026, this Court entered the *Order Authorizing and Approving the Employment and Retention of Fox Rothschild LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of April 28, 2026* (the "Retention Order") [Docket No. 107], authorizing and approving the retention of Fox Rothschild as counsel to the Committee.  A copy of the Retention Order is attached hereto as **Exhibit A** and incorporated by reference herein.

3.      On May 21, 2026, Fox Rothschild filed its *First Request, Pursuant to Local Rule 2016-5, for Payment on Account for Services Rendered and Reimbursement of Expenses of Fox Rothschild LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period of April 8, 2026 through April 30, 2026* (the "First Request") [Docket No. 118], requesting fees in the amount of $34,277.85.

4.      On June 5, 2026, Fox Rothschild filed a Certification of No Response [Docket No. 136] with regard to the First Request, and pursuant to Local Rule 2016-5, was allowed fees in the amount of $27,422.28 (80% of $34,277.85).

5.      All services rendered and expenses incurred during the Second Service Period for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Committee.

6.      The services described in this Second Request are actual, necessary services, and the compensation requested for those services is reasonable.

7.      Fox Rothschild does not seek reimbursement for any expenses during the Second Service Period.

8.      Fox Rothschild files this Second Request for "Payment on Account," as that term is defined in Local Bankruptcy Rule 2016-5(a), for services rendered during the Second Service Period.

9.      Fox Rothschild has advised the Committee with respect to all legal matters in connection with the bankruptcy case and the affairs of the Debtor and its estate, and with respect to all other matters that fall within the scope of duties to be performed by the Committee.

10.     Fox Rothschild reports no fees related to travel time during the Second Service Period.

11.     The Committee has reviewed and approved the requested amount set forth in this Second Request.

### SECOND REQUEST FOR PAYMENT ON ACCOUNT

12.     **General Information:**

a.      Date case filed: March 16, 2026

b.      Date of Committee formation: April 7, 2026

c.      Date of Fox Rothschild Retention Application: April 28, 2026

d.      Date employment approved: May 8, 2026, effective April 28, 2026

e.      First date services rendered in this case: April 8, 2026

f.      Prior Requests for Payment on Account:

Request No.   Date Request Filed:   Period Covered by Request:

1             May 21, 2026          April 8-30, 2026

13.     **Fees and expenses during the Second Service Period:**

a.   Time billed by professional:

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Jesse M. Harris, Partner | 25.6 | $639.00 | $16,358.40 |
| Matthew A. Skolnick, Associate | 34.6 | $513.00 | $17,749.80 |
| Robin I. Solomon, Paralegal | 7.4 | $544.50 | $4,029.30 |
| **TOTAL** | **67.6** | | **$38,137.50**[1] |

b.   Expenses: None requested through this Second Request.

c.   Total compensation sought for Second Service Period: **$38,137.50**

14.     **Billing Rates:** The billing rates set forth in this Second Request are the normal hourly rates charged by Fox Rothschild for the services rendered and are consistent with those set

---

[1] In accordance with Fox Rothschild's representations in the Retention Application, the total fees requested for this Second Service Period reflect a 10% reduction of the total fees incurred.

3

forth in the Retention Application.   However, in accordance with the representations in the Retention Application, Fox Rothschild agreed to apply a 10% discount to its normal hourly rates in this case.  The rates disclosed above reflect such reduction.

## BILLING SUMMARY

15.      **Description of Services**: *see* attached **Exhibit B**.

16.      **Details of Hours Expended**: *see* attached **Exhibit C**.  The nature of the work performed by the partners, associates, and paraprofessionals of Fox Rothschild who have rendered professional services during the Second Service Period is fully detailed in the billing entries kept by each attorney and paralegal.  In accordance with Local Bankruptcy Rule 2016-2(a)(2), the detailed billing entries during the Second Service Period are set forth in **Exhibit C** in chronological order, showing all professionals or paraprofessionals that expended time on each day.

## EXPENSE SUMMARY

17.      Fox Rothschild has not requested any expense reimbursement for this Second Service Period.  Fox Rothschild reserves the right to seek future reimbursement of any expenses that were incurred but may not have been processed in time for this Second Request.

*[Conclusion and Signature Page to Follow]*

**CONCLUSION**

WHEREFORE, pursuant to Local Bankruptcy Rule 2016-5, Fox Rothschild files this Second Request for Payment on Account for the Second Service Period of May 1, 2026 through May 31, 2026, during which period Fox Rothschild accrued compensable fees in the total amount of $38,137.50 (no expense reimbursement requested).  At this time, Fox Rothschild seeks (i) provisional payment of $30,510.00 (80% of fees for services rendered) and (ii) such other relief as this Court may deem just and proper.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
Jesse M. Harris, Esquire
Matthew A. Skolnick, Esquire
Two Commerce Square, 17th Floor
2001 Market Street
Philadelphia, PA  19103
Phone (215) 299-2000/Fax (215) 299-2150
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

Dated: June 22, 2026

*Counsel for the Official Committee of Unsecured Creditors*

5