## Exhibit B

### Summary of Services Performed by Category
### Pursuant to Local Bankruptcy Rule 2016-2(e)

**Asset Analysis – Task 0001**                          **Hours:  2.6    Fees: $1,447.20**

Summary of Services: Applicant reviewed and analyzed potential avoidance actions, including claims against the Debtor's principal and insider.  Applicant also included time spent assessing the possibility of pursuing claims, on behalf of the estate, against the Debtor's principal in her personal bankruptcy case.

**Asset Disposition – Task 0002**                       **Hours: 33.2    Fees: $18,701.10**

Summary of Services:  This category primarily includes time spent analyzing the Debtor's proposed sale of its business, drafting an objection to the sale, and attending the sale hearing.  This category also includes time Applicant spent discussing sale-related issues with the Committee, and negotiating with counsel for the Debtor and the Debtor's prepetition lender in order to reach a consensual resolution regarding the Committee's sale concerns.

**Business Operations – Task 0003**                     **Hours: 0.1    Fees: $63.90**

Summary of Services:  Time billed to this category solely corresponds to a brief e-mail discussion Applicant had with the Debtor regarding the Debtor's operating bank accounts.

**Case Administration – Task 0004**                     **Hours: 1.0    Fees: $563.40**

Summary of Services:  This category includes time spent in connection with a variety of case administration issues, including but not limited to, communicating with general creditors regarding case status and related issues, reviewing and preparing simple pleadings and notices, and analyzing the Debtor's schedules and statements.

**Fee/Employment Applications – Task 0007**        **Hours: 14.4    Fees: $7,790.40**

Summary of Services: Applicant filed its First Request for allowance of compensation for services rendered during April 2026.  Other entries in this category include time spent drafting and reviewing Applicant's supplemental disclosures to the Applicant's Retention Application and preparing a certification of no response with respect to the Retention Application.

**Financing – Task 0009**                               **Hours: 4.3    Fees: $2,747.00**

Summary of Services: Applicant reviewed the Debtor's second emergency DIP motion and attended the hearing on May 19, 2026.  Time billed to this category also includes time spent reviewing the variance report with respect to the Debtor's cash flow.

**Litigation – Task 0010**                                   **Hours: 0.4     Fees: $255.60**

Summary of Services: Applicant performed some research and consulted with the United States Trustee regarding the potential for the Committee to pursue dischargeability claims against the Debtor's insider.

**Meetings of Creditors – Task 0011**                    **Hours: 11.6   Fees: $6,568.20**

Summary of Services: Applicant conducted and attended weekly meetings with the Committee, prepared minutes from such meetings, and frequently communicated with the Committee via phone and email to discuss case issues and provide general updates.  This category also includes time that Applicant spent preparing for and attending the rescheduled Section 341(a) meeting of creditors.