Case 26-11073-djb   Doc 142-3   Filed 06/22/26   Entered 06/22/26 20:10:26   Desc
Exhibit C   Page 1 of 9

## <u>Exhibit C</u>

**Detailed Statement of Services Rendered**

9



TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA  19103
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

| PETER D'SA | Invoice Number | ****** |
| 31 DIAMOND SPRING DRIVE | Invoice Date | 06/15/26 |
| MONROE, NJ 08831 | Client Number | 396354 |
| | Matter Number | 00001 |

**RE:  CREDITORS' COMMITTEE - TPD DESIGN HOUSE, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/26**

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| 05/01/2026 | HARRIS | 0002 | A108 | EMAILS WITH COMMITTEE RE: SALE ISSUES AND CLAIM PROCESS | 0.3 | $191.70 |
| 05/01/2026 | SKOLNICK | 0011 | A106 | EMAILS WITH COMMITTEE RE CLAIMS PROCESS | 0.5 | $256.50 |
| 05/01/2026 | SOLOMON | 0002 | A104 | REVIEW AMENDED NOTICE OF SALE HEARING AND NOTICE OF INTENT AND CALENDAR NEW DATES/DEADLINES | 0.3 | $163.35 |
| 05/04/2026 | HARRIS | 0002 | A108 | CORRESPONDENCE WITH CONTACT WHO MAY BE INTERESTED IN PURCHASING BUSINESS | 0.2 | $127.80 |
| 05/04/2026 | HARRIS | 0007 | A108 | REVIEW SUPPLEMENTAL DISCLOSURE LIST (.1) AND EMAILS RE: UST RE: REQUEST FOR INFO (.2) | 0.3 | $191.70 |
| 05/05/2026 | HARRIS | 0002 | A104 | CALL (.1) AND EMAILS (.2) WITH INTERESTED PURCHASER | 0.3 | $191.70 |
| 05/05/2026 | HARRIS | 0002 | A104 | ANALYZE SALE ISSUES IN PREPARATION OF COMMITTEE MEETING | 0.8 | $511.20 |
| 05/05/2026 | HARRIS | 0002 | A108 | EMAILS WITH CREDITOR RE: CASE STATUS AND SALE MOTION | 0.2 | $127.80 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/05/2026 | HARRIS | 0007 | A108 | EMAILS WITH UST RE: SUPPLEMENTAL DISCLOSURE | 0.2 | $127.80 |
| 05/05/2026 | HARRIS | 0011 | A106 | ATTEND COMMITTEE CALL | 0.5 | $319.50 |
| 05/05/2026 | SKOLNICK | 0011 | A106 | ATTEND WEEKLY COMMITTEE MEETING | 0.5 | $256.50 |
| 05/05/2026 | SKOLNICK | 0007 | A103 | REVIEW DISCLOSURES BASED ON UPDATES CREDITOR LIST AND DRAFT SUPPLEMENTAL DECLARATION TO FOX EMPLOYMENT APPLICATION | 2.5 | $1,282.50 |
| 05/06/2026 | HARRIS | 0001 | A108 | EMAILS WITH DEBTORS COUNSEL RE: CLAIM IN PERSONAL CASE | 0.1 | $63.90 |
| 05/06/2026 | HARRIS | 0002 | A108 | CALL WITH DEBTORS COUNSEL RE: SALE ISSUES | 0.3 | $191.70 |
| 05/06/2026 | HARRIS | 0007 | A104 | REVIEW AND REVISE SUPPLEMENTAL DECLARATION PER UST REQUEST | 0.7 | $447.30 |
| 05/06/2026 | HARRIS | 0002 | A104 | EMAILS WITH COMMITTEE RE: SALE ISSUES (.3) AND RESEARCH RE: SAME (.3) AND CALL WITH MGM RE: SAME (.1) | 0.7 | $447.30 |
| 05/06/2026 | SKOLNICK | 0011 | A103 | DRAFT 5.5.26 COMMITTEE MEETING MINUTES | 0.6 | $307.80 |
| 05/06/2026 | SKOLNICK | 0007 | A103 | REVIEW AND REVISE SUPPLEMENTAL DISCLOSURES (0.1); REVIEW AND REVISE COS RE FOX RETENTION APPLICATION (0.1); COORDINATE FILING OF BOTH (0.2) | 0.4 | $205.20 |
| 05/06/2026 | SOLOMON | 0007 | A103 | DRAFT AND FILE CERT OF SERVICE -FOX RETENTION APPLICATION | 0.3 | $163.35 |
| 05/06/2026 | SOLOMON | 0007 | A103 | FINALIZE AND FILE JESSE HARRIS SUPPLEMENTAL DISCLOSURE IN SUPPORT OF RETENTION | 0.4 | $217.80 |
| 05/07/2026 | HARRIS | 0002 | A108 | CALL WITH | 0.2 | $127.80 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| | | | | INTERESTED PURCHASER RE: POTENTIAL OFFER | | |
| 05/07/2026 | HARRIS | 0007 | A108 | EMAILS RE: FINAL RETENTION ORDER AND CNR | 0.3 | $191.70 |
| 05/07/2026 | SKOLNICK | 0007 | A104 | REVIEW CNR RE RETENTION APPLICATION AND COORDINATE FILING OF SAME AND REVISED ORDER WITH R.SOLOMON | 0.1 | $51.30 |
| 05/07/2026 | SOLOMON | 0007 | A103 | EMAIL TO COURTROOM DEPUTY WITH FILED ORDER AND CNR | 0.1 | $54.45 |
| 05/07/2026 | SOLOMON | 0007 | A103 | FINALIZE AND FILE PROPOSED REVISED FOX RETENTION ORDER | 0.3 | $163.35 |
| 05/07/2026 | SOLOMON | 0007 | A103 | DRAFT AND FILE CNR-FOX RETENTION APPLICATION | 0.4 | $217.80 |
| 05/07/2026 | SOLOMON | 0007 | A103 | FINALIZE REVISED PROPOSED FOX RETENTION ORDER | 0.2 | $108.90 |
| 05/08/2026 | HARRIS | 0004 | A104 | EMAILS WITH CREDITOR RE: CASE STATUS | 0.1 | $63.90 |
| 05/08/2026 | HARRIS | 0009 | A104 | REVIEW AND ANALYZE VARIANCE REPORT | 0.3 | $191.70 |
| 05/08/2026 | HARRIS | 0002 | A108 | CORRESPONDENCE WITH INTERESTED PURCHASER | 0.1 | $63.90 |
| 05/11/2026 | HARRIS | 0011 | A104 | REVIEW AND REVISE MEETING MINUTES FROM LAST TWO MEETINGS | 0.3 | $191.70 |
| 05/11/2026 | HARRIS | 0002 | A104 | REVIEW CREDITOR SALE OBJECTION | 0.3 | $191.70 |
| 05/11/2026 | HARRIS | 0002 | A104 | CALL WITH POTENTIAL INTERESTED PURCHASER | 0.1 | $63.90 |
| 05/11/2026 | HARRIS | 0002 | A106 | EMAILS WITH COMMITTEE RE: SALE ISSUES | 0.3 | $191.70 |
| 05/11/2026 | SKOLNICK | 0011 | A106 | FINALIZE 5.5.26 COMMITTEE MEETING MINUTES AND CIRCULATE TO COMMITTEE FOR SIGN OFF | 0.2 | $102.60 |
| 05/12/2026 | HARRIS | 0002 | A106 | EMAILS WITH COMMITTEE RE: | 0.4 | $255.60 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| | | | | INFORMATION REQUESTS AND COMMITTEE MEETING (.2) AND RESEARCH RE: SAME (.2) | | |
| 05/12/2026 | HARRIS | 0002 | A108 | CALL LENDERS COUNSEL RE: SALE ISSUES | 0.3 | $191.70 |
| 05/12/2026 | HARRIS | 0011 | A106 | ATTEND COMMITTEE MEETING (.7) AND FOLLOW UP CALL WITH M. SKOLNICK (.1) | 0.8 | $511.20 |
| 05/12/2026 | SKOLNICK | 0011 | A106 | ATTEND WEEKLY COMMITTEE MEETING (0.7); FOLLOW-UP CONVERSATION WITH J.HARRIS REGARDING SAME (0.1) | 0.8 | $410.40 |
| 05/12/2026 | SOLOMON | 0007 | A104 | REVIEW INVOICE FOR FIRST FEE APPLICATION | 0.3 | $163.35 |
| 05/12/2026 | SOLOMON | 0007 | A103 | DRAFT FOX FIRST FEE APPLICATION | 1.0 | $544.50 |
| 05/13/2026 | HARRIS | 0002 | A106 | ADDRESS SALE ISSUES INCLUDING RESEARCH AND DRAFTING OF RESPONSE TO SALE RELATED QUESTIONS FROM COMMITTEE MEMBERS | 1.4 | $894.60 |
| 05/13/2026 | HARRIS | 0002 | A108 | EMAIL TO DEBTORS COUNSEL RE: SALE ISSUES | 0.1 | $63.90 |
| 05/13/2026 | HARRIS | 0002 | A108 | CALL WITH BIRCH CREDITOR RE: SALE ISSUES | 0.3 | $191.70 |
| 05/13/2026 | SKOLNICK | 0001 | A104 | REVIEW KRECKEL PERSONAL BANKRUPTCY DOCKET, SCHEDULES AND STATEMENTS, AND CALENDAR KEY DATES | 0.6 | $307.80 |
| 05/13/2026 | SKOLNICK | 0011 | A104 | REVIEW DOCKET AND COMPILE USEFUL INFORMATION TO SHARE WITH COMMITTEE MEMBERS RE SALE PROCESS | 0.4 | $205.20 |
| 05/13/2026 | SOLOMON | 0007 | A103 | CONTINUE DRAFTING FOX FIRST FEE APPLICATION | 1.1 | $598.95 |
| 05/14/2026 | HARRIS | 0011 | A108 | PREPARE FOR (.5) AND ATTEND RESCHEDULED | 1.3 | $830.70 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| | | | | MEETING OF CREDITORS (.8) | | |
| 05/14/2026 | HARRIS | 0004 | A108 | CALL WITH COUNSEL FOR CAKE RULES EVERYTHING AROUND ME ABOUT FINANCIAL RECORDS | 0.2 | $127.80 |
| 05/14/2026 | HARRIS | 0002 | A106 | EMAILS WITH COMMITTEE MEMBERS AND M. SKOLNICK RE: SALE ISSUES | 0.8 | $511.20 |
| 05/14/2026 | HARRIS | 0009 | A104 | EMAILS WITH DEBTORS RE: EXPEDITED DIP MOTION | 0.2 | $127.80 |
| 05/14/2026 | HARRIS | 0001 | A104 | REVIEW KRACKEL PERSON BK SCHEDULES AN SOFA | 0.3 | $191.70 |
| 05/14/2026 | SKOLNICK | 0011 | A103 | DRAFT 5.12.26 COMMITTEE MEETING MINUTES | 1.0 | $513.00 |
| 05/14/2026 | SKOLNICK | 0004 | A105 | EMAIL R.SOLOMON RE NOA IN KRECKEL CHAPTER 7 | 0.1 | $51.30 |
| 05/14/2026 | SKOLNICK | 0001 | A104 | DISCUSS SOFA AND AVOIDANCE CLAIMS WITH J.HARRIS (0.2); REVIEW TRANSFERS AND ANALYZE VALUE OF CLAIMS (0.9) | 1.1 | $564.30 |
| 05/14/2026 | SOLOMON | 0007 | A103 | CONTINUE DRAFT OF FOX FIRST FEE APPLICATION AND SUPPORTING DOCUMENTS | 1.8 | $980.10 |
| 05/15/2026 | HARRIS | 0010 | A102 | RESEARCH RE: DISCHARGABILITY OBJECTION THROUGH COMMITTEE | 0.3 | $191.70 |
| 05/15/2026 | HARRIS | 0009 | A104 | REVIEW EMERGENCY DIP MOTION (.2) AND EMAILS WITH DEBTORS COUNSEL RE: SAME (.1) | 0.3 | $191.70 |
| 05/15/2026 | HARRIS | 0009 | A104 | REVIEW ORDER GRANTING MOTION TO EXPEDITE AND EMAILS RE: SAME | 0.1 | $63.90 |
| 05/15/2026 | HARRIS | 0011 | A103 | REVIEW MEETING MINUTES AND REVISE SAME (.2) AND EMAILS RE: SAME (.2) | 0.4 | $255.60 |
| 05/15/2026 | SKOLNICK | 0002 | A105 | DISCUSSION WITH J.HARRIS RE OBJECTION TO SALE MOTION | 0.1 | $51.30 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| 05/15/2026 | SKOLNICK | 0011 | A106 | EMAIL COMMITTEE RE 5.12.26 MEETING MINUTES | 0.1 | $51.30 |
| 05/15/2026 | SOLOMON | 0007 | A103 | FINALIZE DRAFT OF FOX FIRST FEE APPLICATION AND EXHIBITS | 0.6 | $326.70 |
| 05/17/2026 | HARRIS | 0002 | A106 | EMAILS WITH COMMITTEE RE: SALE ISSUES | 0.3 | $191.70 |
| 05/18/2026 | HARRIS | 0010 | A108 | CALL J. SCHANNE RE: SALE AND DISCHARGABILITY ISSUES | 0.1 | $63.90 |
| 05/18/2026 | HARRIS | 0011 | A104 | EMAILS WITH COMMITTEE RE: EMERGENCY MEETING (.1) AND ATTEND MEETING (1.0) | 1.1 | $702.90 |
| 05/18/2026 | HARRIS | 0002 | A104 | EMAILS WITH DEBTORS COUNSEL RE: REQUEST FOR INFO RE: SALE | 0.2 | $127.80 |
| 05/18/2026 | HARRIS | 0002 | A104 | EMAILS WITH THIRD PARTY CREDITORS (CREAM AND BIRCH) RE: COMMUNICATION WITH DEBTOR RE: SALE | 0.2 | $127.80 |
| 05/18/2026 | HARRIS | 0001 | A102 | EMAILS WITH M. SKOLNICK RE: PREPETITION TRANSFERS | 0.2 | $127.80 |
| 05/18/2026 | SKOLNICK | 0002 | A103 | BEGIN DRAFTING OBJECTION TO SALE MOTION | 1.3 | $666.90 |
| 05/18/2026 | SKOLNICK | 0007 | A103 | REVIEW AND REVISE FOX FIRST FEE REQUEST AND EMAIL J.HARRIS RE SAME | 2.2 | $1,128.60 |
| 05/18/2026 | SKOLNICK | 0004 | A104 | REVIEW SCHEDULES AND STATEMENTS RE TRANSFERS TO INSIDERS AND EMAIL J.HARRIS RE SAME | 0.5 | $256.50 |
| 05/18/2026 | SKOLNICK | 0011 | A106 | ATTEND WEEKLY COMMITTEE MEETING | 1.0 | $513.00 |
| 05/19/2026 | HARRIS | 0001 | A108 | CALL WITH UST RE: DEBTOR DISCHARGE ISSUES | 0.3 | $191.70 |
| 05/19/2026 | HARRIS | 0009 | A109 | PREPARE (.8) AND ATTEND (2.6) EMERGENCY DIP HEARING | 3.4 | $2,172.60 |
| 05/19/2026 | SKOLNICK | 0002 | A103 | DRAFT OBJECTION TO | 6.6 | $3,385.80 |

Page 6

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|------|-----------|------|----------|-------------|-------|--------|
| | | | | DEBTOR'S SALE MOTION | | |
| 05/20/2026 | SKOLNICK | 0002 | A103 | CONTINUE DRAFTING OBJECTION TO SALE MOTION | 4.3 | $2,205.90 |
| 05/21/2026 | SKOLNICK | 0007 | A105 | REVIEW INVOICE AND FINALIZE FEE APPLICATION (0.3); EMAILS WITH ACCOUNTING AND R.SOLOMON RE FILING SAME (0.6) | 0.9 | $461.70 |
| 05/21/2026 | SOLOMON | 0007 | A103 | DRAFT CERTIFICATE OF SERVICE -FOX FEE APPLICATION | 0.3 | $163.35 |
| 05/22/2026 | HARRIS | 0002 | A103 | REVIEW AND REVISE SALE OBJECTION | 1.0 | $639.00 |
| 05/22/2026 | SKOLNICK | 0002 | A103 | REVIEW EXECUTED APA AND REVISE SALE OBJECTION (3.2); CALLS WITH J.HARRIS RE SAME (0.4) | 3.6 | $1,846.80 |
| 05/23/2026 | SKOLNICK | 0002 | A103 | REVIEW EMPLOYMENT AGREEMENT AND REVISE SALE OBJECTION (3.1); EMAIL J.HARRIS RE SAME (0.2) | 3.3 | $1,692.90 |
| 05/26/2026 | HARRIS | 0011 | A106 | ATTEND COMMITTEE CALL | 0.5 | $319.50 |
| 05/26/2026 | SKOLNICK | 0011 | A103 | DRAFT 5.18.26 COMMITTEE MEETING MINUTES | 1.1 | $564.30 |
| 05/26/2026 | SKOLNICK | 0011 | A106 | ATTEND WEEKLY COMMITTEE MEETING | 0.5 | $256.50 |
| 05/27/2026 | HARRIS | 0003 | A108 | EMAILS RE: OPENING OF NEW BANK ACCOUNT | 0.1 | $63.90 |
| 05/27/2026 | HARRIS | 0002 | A104 | CALL WITH PURCHASER COUNSEL RE: POTENTIAL RESOLUTION | 0.2 | $127.80 |
| 05/27/2026 | HARRIS | 0002 | A108 | CALL WITH LENDER RE: POTENTIAL ESCROW RESOLUTION TO OBJECTION | 0.2 | $127.80 |
| 05/27/2026 | HARRIS | 0002 | A108 | CALLS (X2) WITH D. SMITH RE: OBJECTION | 0.3 | $191.70 |
| 05/27/2026 | SKOLNICK | 0002 | A105 | FINALIZE AND COORDINATE FILING OF SALE OBJECTION WITH R.SOLOMON | 0.3 | $153.90 |
| 05/27/2026 | SOLOMON | 0002 | A104 | FINALIZE AND FILE LIMITED OBJECTION | 0.3 | $163.35 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | TO SALE MOTION | | |
| 05/28/2026 | HARRIS | 0002 | A109 | PREPARE FOR (.5) AND ATTEND SALE HEARING (2.3) | 2.8 | $1,789.20 |
| 05/28/2026 | HARRIS | 0002 | A103 | REVISIONS TO SALE ORDER TO REFLECT DEAL | 0.3 | $191.70 |
| 05/29/2026 | HARRIS | 0002 | A104 | EMAILS RE: PROPOSED SALE ORDER (.1) AND REVIEW SAME (.1) | 0.3 | $191.70 |
| 05/29/2026 | HARRIS | 0004 | A104 | REVIEW MOTION TO CONVERT | 0.1 | $63.90 |
| 05/29/2026 | HARRIS | 0002 | A108 | EMAILS WITH CREDITORS RE: SALE | 0.2 | $127.80 |
| | | | | **TOTAL** | **67.6** | **$38,137.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|---|---|---|---|
| 0001 | ASSET ANALYSIS | 2.6 | $1,447.20 |
| 0002 | ASSET DISPOSITION | 33.2 | $18,701.10 |
| 0003 | BUSINESS OPERATIONS | 0.1 | $63.90 |
| 0004 | CASE ADMINISTRATION | 1.0 | $563.40 |
| 0007 | FEE/EMPLOYMENT APPLICATIONS | 14.4 | $7,790.40 |
| 0009 | FINANCING | 4.3 | $2,747.70 |
| 0010 | LITIGATION | 0.4 | $255.60 |
| 0011 | MEETINGS OF CREDITORS | 11.6 | $6,568.20 |
| | **TOTAL** | **67.6** | **$38,137.50** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. HARRIS | PARTNER | 25.6 | $639.00 | $16,358.40 |
| M. A. SKOLNICK | ASSOCIATE | 34.6 | $513.00 | $17,749.80 |
| R. I. SOLOMON | PARALEGAL | 7.4 | $544.50 | $4,029.30 |
| | **TOTAL** | **67.6** | | **$38,137.50** |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $38,137.50 |
| TOTAL AMOUNT OF THIS INVOICE | $38,137.50 |