**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

**DEBTOR'S OBJECTION TO MOTION**
**OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE**
**OR CONVERT TO CHAPTER 7 FOR FAILURE TO FILE OPERATING REPORTS**

TPD Design House, LLC (the "Debtor"), by and through its counsel, Smith Kane

Holman, LLC, hereby files this Objection to the Motion of the United States Trustee to Dismiss

the Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports (the "Motion")

and, in opposition to the Motion, avers as follows:

1.      Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

2.      Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

3.      Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

4.      Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

5.      Admitted.

6.      Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

7.      Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

8.      The Debtor consents to the entry of a final judgment or order.

9.      Admitted.

10.     Admitted.

11.     Admitted.  By way of further response, the Debtor is preparing each of its unfiled

monthly operating reports and expects to file them shortly.  By way of further response, in a

newly filed case, typically the Debtor is permitted to file the first "stub" monthly operating report

at the same time the next regularly schedule report is due, which in this case was May 20, 2026.

12.     Denied.  The Debtor denies that the relief sought is just or warranted, particularly

since this is the first time that the Debtor is late on a filing and intends to be fully compliant prior

to the hearing on this Motion.

13.     Admitted in part and denied in part.  It is admitted that the Debtor has not timely

filed certain of its monthly operating reports.  However, the Debtor is preparing each of its

unfiled monthly operating reports and expects to file them shortly. By way of further response,

all remaining allegations are denied on the basis that the allegations of this paragraph constitute

conclusions of law, to which no response is required.

14.     Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

15.     Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

16.     Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.

17.     Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.  By way of further response, the Debtor asserts that its failure to file timely certain of its monthly operating reports does not indicate gross mismanagement of its estate under 11 U.S.C. § 1112(b)(4)(B).  No facts are alleged in support of this claim, and the Debtor intends to be fully compliant with its reporting obligations.

18.      Denied on the basis that the allegations of this paragraph constitute conclusions of law, to which no response is required.

19.      Denied on the basis that the allegations of this paragraph constitute conclusions of law, to which no response is required.

20.      Admitted in part and denied in part.  It is admitted that the Debtor has not filed certain of its monthly operating reports as alleged.  By way of further response, the Debtor is preparing each of its unfiled monthly operating reports and expects to file them shortly. All remaining allegations are denied on the basis that the allegations of this paragraph constitute conclusions of law, to which no response is required.

21.      Denied on the basis that the allegations of this paragraph constitute conclusions of law, to which no response is required.  By way of further response, the Debtor denies that there is a basis to convert or dismiss its case under 11 U.S.C. § 1112(b)(4)(B).  No facts are alleged in support of this claim.

22.      Denied on the basis that the allegations of this paragraph constitute conclusions of law, to which no response is required.

23.      Admitted in part and denied in part.  It is admitted that the Debtor has not timely filed certain of its monthly operating reports as alleged.  By way of further response, the Debtor is preparing each of its unfiled monthly operating reports and expects to file them shortly. All remaining allegations are denied on the basis that the allegations of this paragraph constitute

conclusions of law, to which no response is required. By way of further response, the Debtor

denies that there is a basis to convert or dismiss its case.

24.    Denied on the basis that the allegations of this paragraph constitute conclusions of

law, to which no response is required.  By way of further response, the Debtor denies that there

is a basis to convert or dismiss its case.

SMITH KANE HOLMAN, LLC

Date: June 23, 2026                                   By: */s/ David B. Smith, Esquire*
                                                      David B. Smith, Esquire
                                                      112 Moores Road, Suite 300
                                                      Malvern, PA 19355
                                                      Tel: (610) 407-7215
                                                      Fax: (610) 407-7218
                                                      dsmith@skhlaw.com
                                                      *Counsel to the Debtor*