**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

**ORDER DENYING MOTION**
**OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE**
**OR CONVERT TO CHAPTER 7 FOR FAILURE TO FILE OPERATING REPORTS**

AND NOW, upon consideration of the Motion of the United States Trustee to Dismiss

the Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports (the "Motion"),

and the responses thereto, including the Objection to the Motion filed by the Debtor, it is hereby

ORDERED that the Motion is DENIED.

Date: _____

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge