**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TPD Design House, LLC | : | Case No.: 26-11073 (DJB) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, David B. Smith, Esquire, certify that on this date, I caused a true and correct copy of the foregoing Debtor's Objection to the Motion of the United States Trustee to Dismiss the Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports to be served upon all counsel of record by operation of the Court's ECF system.

Date: June 23, 2026

/s/ David B. Smith
David B. Smith, Esquire