**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TPD Design House, LLC, | Case No. 26-11073 (DJB) |
| Debtor. | |

**CERTIFICATE OF SERVICE REGARDING SECOND REQUEST, PURSUANT TO
LOCAL RULE 2016-5, FOR PAYMENT ON ACCOUNT FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD OF MAY 1, 2026 THROUGH MAY 31, 2026**

I, Jesse M. Harris, certify that on June 23, 2026, I caused a true and correct copy of (i) the

*Second Request, Pursuant To Local Rule 2016-5, For Payment On Account For Services Rendered*

*And Reimbursement Of Expenses Of Fox Rothschild LLP, Counsel To The Official Committee Of*

*Unsecured Creditors, For The Period Of May 1, 2026 Through May 31, 2026* [Doc No. 142] to be

served on the parties listed on the attached **Service List** via U.S. mail, first class and postage

prepaid.

I hereby certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 1, 2026

**FOX ROTHSCHILD LLP**

By:    */s/ Jesse M. Harris*
    Jesse M. Harris
    Matthew A. Skolnick
    Two Commerce Square
    2001 Market Street, Suite 1700
    Philadelphia, PA 19103
    (215) 299-2000/Fax (215) 299-2150
    jesseharris@foxrothschild.com
    mskolnick@foxrothschild.com

    *Attorneys for the Official Committee of
    Unsecured Creditors*

## Service List

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA  19087

Nicholas M. Engel, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA  19355

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA  19355

John Henry Schanne
DOJ-UST
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Daniel R. Utain, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
401 Plymouth Road, Suite 120
Plymouth Meeting, PA  19462

Stephen G. Bresset, Esquire
Bresset & Santora, LLC
812 Court Street
Honesdale, PA  18431

Commonwealth of PA UCTS
Dept. of Labor & Industry
651 Boas Street, Room 925
Harrisburg, PA  17121

Karalis PC
1900 Spruce Street
Philadelphia, PA  19103

Harkiran Kaur
67480 Olde Ridge Lane
Saint Clairsville, OH  43950

Jatinder Singh
67480 Olde Ridge Lane
Saint Clairsville, OH  43950

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ  08690

Euguenia Moisseenko
6040 Blvd. East, 16J
West New York, NJ  07093

Marc Pan
11 Bala Avenue
Bala Cynwyd, PA  19004

Mark S. Haltzman, Esquire
Silverang, Rosenzweig & Haltzman, LLC
900 E. 8th Avenue, Suite 300
King of Prussia, PA  19406

Steamboat Family Holdings LLC
741 Woodleave Road
Bryn Mawr, PA  19010

Andrew R. Fuchs, Assistant United States Attorney
U.S. Attorney's Office
Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106

Schafkopf Law LLC
Attn: Gary Schafkopf, Esquire
11 Bala Avenue
Bala Cynwyd, PA  19004

Pamela Elchert Thurmond, Senior Attorney
City of Philadelphia
Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA  19109

Matthew Weisberg, Esquire
Weisberg Law
1500 Walnut Street, 21st Floor
Philadelphia, PA  19102

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

Simon E. Fraser, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

Joel M. Flink, Esquire
The Law Offices of Fred Weinberg and
Associates, P.C.
375 E. Elm Street, Suite 210
Conshohocken, PA  19428

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX  77479

Michael B. Dubin, Esquire
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA  19006

Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA  19103

Christina M. Philipp, Esquire
McGivney, Kluger, Clark & Intoccia, P.C.
1001 Conshohocken State Road, Suite 2-107
West Conshohocken, PA  19428

Robert M. Kline, Esquire
Wright Law Group, PLLC
228 Park Ave S., PMB 84356
New York, NY  10003

William E. Viss, Esquire
Reidenbach & Associates, LLC
Devon Square 1
724 W. Lancaster Avenue, Suite 215
Wayne, PA  19087

Saul Ewing LLP
Attn: Turner N. Falk, Esquire
1735 Market Street, 34th Fl.
Philadelphia, PA  19103

910 Carlow Drive
Des Plaines, IL  60016

Priyesh S. Patel
5246 W. Broad Street
Columbus, OH  43228