UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

TPD DESIGN HOUSE, LLC,
Debtor.

Chapter 11
Case No. 26-11073-DJB

CREDITOR RESPONSE TO NOTICE OF REQUEST, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT TO CHAPTER 7 FOR FAILURE TO FILE MONTHLY OPERATING REPORTS

I, Rupinder Kaur, am a creditor in the above-captioned bankruptcy case. I am a creditor in the above-captioned bankruptcy case. I am not represented by an attorney and am submitting this response on my own behalf. The Debtor owes me money that I paid from my hard-earned income, and I respectfully want to make sure that creditors like me have the best possible opportunity to recover what we are owed through a fair and supervised bankruptcy process.

I received the Notice regarding the Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Monthly Operating Reports.

As a creditor, I am concerned that the Debtor has failed to file required monthly operating reports. These reports are important because creditors need transparency regarding the Debtor's financial condition, assets, business operations, and use of funds during the bankruptcy case.

I respectfully request that the Court not simply dismiss the case without further oversight or review. If the case is dismissed, creditors may be left without a meaningful process to understand what happened to the Debtor's assets, funds, records, and potential recoveries.

I respectfully request that the Court consider conversion of this case to Chapter 7, or any other appropriate relief that protects creditors, so that an independent trustee may review the Debtor's records, assets, transfers, customer payments, and any potential recovery for creditors.

I believe continued court supervision and independent review would be in the best interests of creditors.

Respectfully submitted,

Date: June 16, 2026

Signature:

Name: Rupinder Kaur
Mailing Address: 12128 Manor Walk Drive Glen Allen VA 23059
Phone: 804-319-0903
Email:

Creditor, self-represented

CERTIFICATE OF SERVICE

I certify that on June 16, 2026, I mailed a true and correct copy of my Creditor Response to:

John Schanne, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

I also emailed a courtesy copy to

I filed the original Creditor Response with:

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

Date: June 16, 2026

Signature:

Name: Rupinder Kaur