**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TPD Design House, LLC, | § | Case No. 26-11073-DJB |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

### NOTICE OF UNCONTESTED ORDER CONVERTING CASE

The undersigned counsel to Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee") hereby certifies as follows:

1.      On May 29, 2026, the U.S. Trustee filed and served the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Monthly Operating Reports* (Docket No. 128) (the "Motion").

2.      On June 23, 2026, the Debtor filed the *Objection to Motion* (Docket No. 143) (the "Debtor Response").

3.      On July 6, 2026, Rupinder Kaur ("Creditor") filed the *Response to Motion* (Docket No. 146) (the "Creditor Response").  In the Creditor Response, Creditor states his support for conversion ("I respectfully request that the Court consider conversion of this case to Chapter 7…").

4.      The Official Committee of Unsecured Creditors (the "Committee") also responded to the Motion on an informal basis.

5.      The undersigned certifies that he has reviewed the docket in this case and that no other objection or response to the Motion appears thereon.  The

1

deadline for filing and service of objections or responses to the Motion was June 23, 2026.  See, Notice (Docket No. 129).

6.      The U.S. Trustee, Debtor, and Committee have engaged in discussions, which culminated in revisions to the proposed form of *Order Converting Case to Chapter 7* (the "Conversion Order") filed with the Motion.

7.      A revised proposed form of Conversion Order is attached hereto as **Exhibit A**

8.      A redline against the proposed form of conversion order filed with the Motion is attached hereto as **Exhibit B**.

9.      *The Debtor and Committee do **not** object to entry of the revised Conversion Order attached hereto.*

10.      The filed Creditor Response supports conversion.

**WHEREFORE,** the U.S. Trustee respectfully requests the entry of the Conversion Order attached hereto.

Dated: July 20, 2026                     Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Regions 3 and 9**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov