**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| TPD Design House, LLC, | § |
| | §   Case No. 26-11073-DJB |
| Debtor. | § |
| | §   **Related Docket No. 128** |
| | § |

**ORDER CONVERTING CASE TO CHAPTER 7**

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Monthly Operating Reports* (Docket No. 128) (the "Motion"), and the Court having considered the Motion, all related filings, and the record as whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor's chapter 11 bankruptcy case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

3. Within thirty days of the date of this Order, or on or before the meeting of creditors scheduled in the converted chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all outstanding monthly operating reports, and the statement of intentions, if applicable, required by 11 U.S.C. § 521, and shall pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6).

4.      The Debtor shall file all applicable statements, schedules, and reports in a timely manner pursuant to Fed. R. Bankr. P. 1019.

5.      Within seven days of the date of this Order, the Debtor shall turn over or otherwise make available to the chapter 7 trustee all records and property of the estate under its custody and control, as required by Fed. R. Bankr. P. 1019(4).

6.      All professionals retained by the Debtor and the Official Committee of Unsecured Creditors appointed in this chapter 11 case, excluding professionals retained in the ordinary course of business, shall file final applications for compensation and reimbursement of expenses incurred during the chapter 11 case no later than forty-five days after the date of this Order. The Court shall retain jurisdiction to hear and determine all such final fee applications and any objections thereto.

7.      A representative of the Debtor shall appear at the first meeting of creditors after conversion of the Debtor's case to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

8.      Nothing in this Order or the conversion of this case to a case under chapter 7 of the Bankruptcy Code shall affect, modify, or impair the terms of any prior order of this Court or any rights, remedies, claims, defenses, or obligations arising under any such order, including any rights of retained professionals with respect to compensation, reimbursement, retainers, carveouts, or other approved payment protections.

9.    This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation and enforcement of this Order.

Dated: _____                    _____

                                               The Honorable Derek J. Baker
                                               United States Bankruptcy Judge