United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11073-djb |
|---|---|
| TPD Design House, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

**Name                        Email Address**

Albert Anthony Ciardi, III
                    on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Andrew Robert Fuchs
                    on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov

CHRISTIAN P. SUPRENUK
                    on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com

CHRISTIAN P. SUPRENUK
                    on behalf of Steven J. Shotz csuprenuk@murlandlaw.com

CHRISTINA M. PHILIPP
                    on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com

CHRISTINA M. PHILIPP
                    on behalf of Vaishali Gor cphilipp@mkcilaw.us.com

District/off: 0313-2                     User: admin                                    Page 2 of 3
Date Rcvd: Jul 21, 2026                  Form ID: pdf900                              Total Noticed: 1

CHRISTINE C. SHUBERT
on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DANA S. PLON
on behalf of Creditor Scott Gensler dplon@sirlinlaw.com

DANIEL R. UTAIN
on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com llapenna@kaplaw.com

DANIEL S. SIEDMAN
on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID B. SMITH
on behalf of Debtor TPD Design House  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

ERIK L. COCCIA
on behalf of Creditor Guardsman Capital Partners  Taylor King, and Heather King ecoccia@dilworthlaw.com,
shenry@dilworthlaw.com

GARY SCHAFKOPF
on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com

JESSE M. HARRIS
on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com

JOEL MARC FLINK
on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com

JOEL MARC FLINK
on behalf of Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
on behalf of Interested Party Oslo Blue  LLC jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
on behalf of Interested Party Tarte Family Office jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com arosen@starfieldsmith.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House  LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
on behalf of Creditor North Star Leasing  a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

STEPHEN G. BRESSET
on behalf of Eugenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

STEPHEN G. BRESSET
on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

District/off: 0313-2                                         User: admin                                              Page 3 of 3

Date Rcvd: Jul 21, 2026                                  Form ID: pdf900                                      Total Noticed: 1

TURNER N. FALK

    on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com  tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EUGENE VISS, I

    on behalf of Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

    on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

    on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

    on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com


TOTAL: 37

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TPD Design House, LLC, | § | Case No. 26-11073-DJB |
| | § | |
| Debtor. | § | **Related Docket No. 128** |
| | § | |

## ORDER CONVERTING CASE TO CHAPTER 7

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Monthly Operating Reports* (Docket No. 128) (the "Motion"), and the Court having considered the Motion, all related filings, and the record as whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor's chapter 11 bankruptcy case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

3. Within thirty days of the date of this Order, or on or before the meeting of creditors scheduled in the converted chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all outstanding monthly operating reports, and the statement of intentions, if applicable, required by 11 U.S.C. § 521, and shall pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6).

4.      The Debtor shall file all applicable statements, schedules, and reports in a timely manner pursuant to Fed. R. Bankr. P. 1019.

5.      Within seven days of the date of this Order, the Debtor shall turn over or otherwise make available to the chapter 7 trustee all records and property of the estate under its custody and control, as required by Fed. R. Bankr. P. 1019(4).

6.      All professionals retained by the Debtor and the Official Committee of Unsecured Creditors appointed in this chapter 11 case, excluding professionals retained in the ordinary course of business, shall file final applications for compensation and reimbursement of expenses incurred during the chapter 11 case no later than forty-five days after the date of this Order. The Court shall retain jurisdiction to hear and determine all such final fee applications and any objections thereto.

7.      A representative of the Debtor shall appear at the first meeting of creditors after conversion of the Debtor's case to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

8.      Nothing in this Order or the conversion of this case to a case under chapter 7 of the Bankruptcy Code shall affect, modify, or impair the terms of any prior order of this Court or any rights, remedies, claims, defenses, or obligations arising under any such order, including any rights of retained professionals with respect to compensation, reimbursement, retainers, carveouts, or other approved payment protections.

9.      This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation and enforcement of this Order.

Dated:  **July 21, 2026**
_____                                    _____
                                                      The Honorable Derek J. Baker
                                                      United States Bankruptcy Judge