United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11073-djb |
|---|---|
| TPD Design House, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: 309C | Total Noticed: 168 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019 |
| aty | + | Andrew Robert Fuchs, DOJ-USAO, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |
| aty | + | CHRISTINA M. PHILIPP, McGivney, Kluger & Cook, P.C., 1001 Conshohocken State Road, Suite 2-107, West Conshohocken, PA 19428-2956 |
| aty | | DANIEL R. UTAIN, Kaplin Stewart Meloff Reiter and Stein, Union Meeting Corporate Center, 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| aty | + | ERIK L. COCCIA, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| aty | + | GARY SCHAFKOPF, Hopkins & Schafkopf LLC, 11 Bala Avenue, Bala Cynwyd, PA 19004-3201 |
| aty | | JESSE M. HARRIS, Fox Rothschild LLP, 2001 Market Street, Suite 1700, Two Commerce Square, Philadelphia, PA 19103 |
| aty | + | JOEL MARC FLINK, The Law Offices of Fred Weinberg and Ass, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| aty | + | JOHN T. CARROLL, III, Cozen O'Connor, 1201 North Market Street, Suite 1001, Wilmington, DE 19801-1166 |
| aty | + | LYNDSAY ELIZABETH ROWLAND, Starfield & Smith, 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |
| aty | + | MATTHEW B WEISBERG, Weisberg Law, 7 SOUTH MORTON AVENUE, MORTON, PA 19070-1707 |
| aty | + | MICHAEL B. DUBIN, Semanoff Ormsby Greenberg & Torchia LLC, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109 |
| aty | + | NICHOLAS M. ENGEL, Smith Kane Holman, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355-1002 |
| aty | + | PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| aty | + | ROBERT MICHAEL KLINE, Wright Law Group, PLLC, 228 Park Ave S, Pmb 84356, New York, NY 10003-0103 |
| aty | + | STEPHEN G. BRESSET, Bresset & Santora, LLC, 812 Court Street, Honesdale, PA 18431-1831 |
| aty | + | TURNER N. FALK, Saul Ewing LLP, 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501 |
| aty | + | WILLIAM EUGENE VISS, I, Reidenbach & Associates, LLC, Devon Square 1, 724 W. Lancaster Ave., Ste 215 Wayne, PA 19087-2568 |
| cr | + | Commonwealth of PA UCTS, Department of Labor and Industry, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| NONE | + | Jatinder Singh, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| cr | + | Marc Pan, 11 Bala Ave, Bala Cynwyd, PA 19004, UNITED STATES 19004-3201 |
| cr | + | Priyesh S. Patel, 5246 West Broad Street, Columbus, OH 43228-1609 |
| cr | + | Steamboat Family Holdings LLC, 741 Woodleave Road, Bryn Mawr, PA 19010, UNITED STATES OF AMERICA 19010-1708 |
| NONE | + | Vaishali Gor, 910 Carlow Drive, Des Plaines, IL 60016-8721 |
| cr | + | West Wayne Avenue Ventures LLC, Kaplin Stewart Meloff Reiter & Stein, Daniel R. Utain, Esquire, 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 15115923 | + | ACH Capital UT, 375 W. 200 S, Suite 225, Salt Lake City, UT 84101-1667 |
| 15115924 | + | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| 15118135 | + | Alan Lobo, c/o Stephen G. Bresset, Esq., 812 Court Street, Honesdale, PA 18431-1831 |
| 15115925 | + | Aleksey and Christine Prok, 8691 Filiz Lane, Powell, OH 43065-8025 |
| 15147845 | + | Alok Sharma, 10 Shelterwood Place, Danville, CA 94506-4757 |
| 15115928 | + | Announcement Converters, 13200 NW 45th Avenue, Opa Locka, FL 33054-4308 |
| 15127368 | + | Arthur Goldman, P.O. Box 115, Paoli, PA 19301-0115 |
| 15115929 | + | Atash, 1212 Turtle Creek Blvd., Dallas, TX 75207-6614 |
| 15130702 | + | Atash LLC d/b/a Funding Zone, c/o Amato and Keating PC, 107 North Commerce Way, Bethlehem PA 18017-8913 |

District/off: 0313-2                               User: admin                                       Page 2 of 5

Date Rcvd: Jul 22, 2026                           Form ID: 309C                                      Total Noticed: 168

15130695  + Baccarat, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem Pa 18017-8913
15115930  + Beacon Bank & Trust, 131 Clarendon Street, Boston, MA 02116-5131
15116685  + Beacon Bank and Trust, c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 401 Plymouth Road, Suite 120, Plymouth Meeting, PA
             19462-1651
15115931  + Berkovitch and Boussaka, 1545 Route 202, Suite 101, Pomona, NY 10970-2951
15115932  + Birch Event Design LLC, 336 W. 37th Street, Suite 1200, New York, NY 10018-4282
15115933    Cake Rules Everything Around Me LLC, 19411 West McNichols Road, Pacific Palisades, CA 90272
15115934  + Chris Steinhauer, 117 Laurier Place, Bryn Mawr, PA 19010-2247
15115935  + Commonwealth of PA, Department of Revenue, PO Box 280948, Harrisburg, PA 17128-0948
15115936  + Conlin's, 1011 West Eighth Avenue, King of Prussia, PA 19406-1303
15132796  + Croc Socks Ventures LLC, Ernest D. Palmarella, 1255 Drummers Lane, Suite 105, Wayne, PA 19087-1565
15137536  + D2 Finance, c/o Turner N. Falk, Esq., 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501
15115937  + Dalsukh Madia, 925 Toulon Avenue, Marion, OH 43302-6605
15115938    Daniel R. Utain, Esquire, Kaplin Stewart Meloff Reiter & Stein, 910 Harvest Drive, PO Box 3037, Blue Bell, PA 19422-0765
15115939  + Dennis L. Abramson, Esquire, Abramson & Abramson, LLC, Two Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512
15115941  + Dexed, LLC, 4660 Elizabeth Street, Coraopolis, PA 15108-3322
15137534  + Dexed, LLC, c/o Turner N. Falk, Esq., 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501
15115942  + Drew Salaman, Esquire, 100 South Broad Street, Suite 2126, Philadelphia, PA 19110-1022
15115943  + E. William Hevenor, Esquire, 2 HOrseshoe Lane, Paoli, PA 19301-1910
15115944  + Emmy Capital Group LLC, 629 46th Street, Brooklyn, NY 11220-1410
15115945  + Encore Enterprises, Inc., 16980 Dallas Parkway, Suite 200, Dallas, TX 75248-1974
15132795  + Ernest D. Palmarella, Palmarella & Raab, PC, 1255 Drummers Lane, Suite 105, Wayne, PA 19087-1565
15118160  + Euguenia Moisseenko, c/o Stephen G. Bresset, Esq., 812 Court Street, Honesdale, PA 18431-1831
15115946  + Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833
15133732  + Fal Patel, 1019 Jasons Bend, Sugar Land, TX 77479-5443
15115948  + Financial Agent Services, PO Box 2576, Springfield, IL 62708-2576
15119233  + Gene Wurzel Rosen, 200 Garden City Plaza, Suite 405, Garden City, NY 11530, Garden City, NY 11530-3338
15130230  + Guardsman Capital Partners, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA
             19103-7301
15115951  + Guy N. Paolino, Esquire, Forbes Bender & Paolino, PC, 205 N Monroe Street, Media, PA 19063-3052
15115952  + HMFCG Inc., 368 New Hempstead Road, Suite #217, New City, NY 10956-1900
15130232  + Heather King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301
15115954  + Jaguar Investments and Research, LLC, 13316 Horsepen Woods Lane, Herndon, VA 20171-3845
15115955  #+ Jason B. Martin, Esquire, The Martin Law Firm, 725 W. Skippack Pike, #337, PA 19422-1749
15115956  + Jatainder Singh and Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597
15115957  + Jeffrey P. Resnick, Esquire, Sherman, Silverstein, Kohl, Rose & Podol, 308 Harper Drive, East Gate Corporate Center, Suite 200,
             Moorestown, NJ 08057-3245
15115958  + Joshua Emanuel, 100 E. Las Olas, Unit 3801, Fort Lauderdale, FL 33301-2779
15115959  + Kamal Joseph Dupati, 4680 Luke Drive, Cumming, GA 30040-1752
15124713  + Lazarus Jyothi Tari, 4680 Luke Dr, Cumming GA 30040-1752
15115960  + Lightyear Business Services, 473 Sweetgum Lane, Lafayette Hill, PA 19444-2601
15129793  + Ligthyear Busines Advisors LLC, c/o Michael B. Dubin, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109
15115963  + Louella Press, LLC, 108 West Wayne Avenue, Wayne, PA 19087-4019
15115964  + Lyndsay Rowland, Esquire, Starfield & Smith, PC, 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651
15115965  + Marc Pan, 7 South Morton Avenue, Morton, PA 19070-1707
15119638  + Marc Pan, c/o SCHAFKOPF LAW LLC, 11 Bala Avenue, Bala Cynwyd 19004-3201
15115966  + Marion 9, LLC, 925 Touylon Avenue, Marion, OH 43302-6605
15115967  + Mark S. Haltzman, Esquire, 900 East Eighth Avenue, Suite 300, King of Prussia, PA 19406-1347
15115968  + Martin E. Odstrchel, Esquire, Rausch Sturm LLP, 300 N. Executive Drive, Suite 200, Brookfield, WI 53005-6034
15115970  + Misbah Shah, 20207 Cedar Court, Lawrence Township, NJ 08648-1261
15119453  + NATIONAL DENTAL, LLC, Guy N. Paolino, 205 N. Monroe Street, Media, PA 19063-3052
15115971  + National Dental LLC, 560 South Broadway, Hicksville, NY 11801-5013
15115972    Nicholas S. Salter, Esquire, Fox Rothschild LLP, 2800 Kelly Road, Suite 200, Pineville, PA 18946
15130051  + Nilesh Desai, 835 Harbour Place, Sugar Land, TX 77478-3463
15147544  + North Star Leasing, c/o Robert M. Kline, Wright Law Group, PLLC, 228 Park Ave S, PMB 84356, New York, NY 10003-0103
15129120  + Official Committee of Unsecured Creditors, C/O Jesse M. Harris, Esquire, Two Commerce Square, 2001 Market Street, Suite 1700,
             Philadelphia, PA 19103-7045
15129121  + Official Committee of Unsecured Creditors, c/o Matthew A. Skolnick, Esquire, Two Commerce Square, 2001 Market Street, Suite 1700,
             Philadelphia, PA 19103-7045
15115974  + Ofilio Arguello and, Calhio Investments LLC, 7447 New Albany Links Drive, New Albany, OH 43054-6012
15129791  + Oslo Blue, LLC and Tarte Family Office, c/o John T. Carroll, III, Simon E. Fraser, 1201 N. Market Street, Suite 1001, Wilmington, DE
             19801-1807
15115975  + PA Department of Labor and Industry, 651 Boas Street, Harrisburg, PA 17120-0001
15115977  + PDQ Courier Express, 6850 Oxford Avenue, Philadelphia, PA 19111-4329

District/off: 0313-2 User: admin Page 3 of 5

Date Rcvd: Jul 22, 2026 Form ID: 309C Total Noticed: 168

15115976 + Paul M. MIdzak, Esquire, 40 W. Evergreen Avenue, Suite 101, Philadelphia, PA 19118-3324
15115978 + Pemm Capital, 14 Kitson Drive, Barrington, IL 60010-7147
15115980 + Peter A. Lesser, Esquire/Dana S. Plon, Sirlin Lesser & Benson, PC, 123 S. Brfoad Street, Suite 2100, Philadelphia, PA 19109-1042
15115981 + Peter D'Sa, 97 Silver Marple Drive, North Inlet, Rosemary Beach, FL 32461-8132
15115982 + Pinkdome Corp., 20 N. Wacker Drive, Suite 1000, Chicago, IL 60606-2911
15115983 + Priya Ayer, 924 Noel Court, Westmont, IL 60559-2689
15115984 + Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994
15115985 + Robert H. Nemeroff, Esquire, Friedman Schuman PC, 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417
15115986 + Ronald V. Santora, Esquire, Bresset & Santora, LLC, 1188 Wyoming Avenue, Kingston, PA 18704-4016
15117522 + Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161
15115987 Salil Zaveri, 52 Foxweood Drive, Hicksville, NY 11801
15136952 + Samir Sethi, 6 Twin Brooks Court, Warren, NJ 07059-2301
15115988 + Samson Capital, 17 State Street, New York, NY 10004-1749
15122171 + Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042
15115989 + Scott Gensler, 506 Lee Road, Royersford, PA 19468-3516
15115991 + Shagul, LLC, 5380 Aldie Mill Drive, New Albany, OH 43054-7121
15115992 + South Florida Friends Investments LLC, 222 Fairmont Way, Fort Lauderdale, FL 33326-3584
15118551 + Steamboat Family Holdings LLC, c/o SILVERANG, ROSENZWEIG & HALTZMAN, LL, 900 E. 8th Avenue, Suite 300, King of Prussia, PA 19406-1347
15115993 + Steamboat Family Holdings, LLC, 741 Woodleave Road, Bryn Mawr, PA 19010-1708
15115994 + Stephen G. Bresset, Esquire, Bresset & Santora, LLC, 812 Court Street, Honesdale, PA 18431-1831
15115995 + Sunil Babu, 7832 INverness Lakes Trl, Fort Wayne, IN 46804-3840
15115996 Sunny Isles Beach Investments LLC, 5901 Collins Avenue, Unit 3306, North Miami Beach, FL 33160
15115997 + Surefold, Inc., 600 E. Erie Avenue, Philadelphia, PA 19134-1209
15134072 + Suruhi Ventures LLC, 1507 Sandcroft Ln, Sugar Land, TX 77479-2889
15130231 + Taylor King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301
15136044 + Taylor King and Heather King, c/o Erik L. Coccia, Dilworth Paxson LLP, 1650 Market Street Suite 1200, Philadelphia, PA 19103-7301
15115998 + Trail Ventures, LLC, 20 N. Wacker Drive, Suite 1000, Chicago, IL 60606-2911
15116000 + Two Paper Dolls LLC, 108 West Wayne Avenue, Wayne, PA 19087-4019
15116001 U.S. Small Business Association, 2 North Street, Suite 320, Birmingham, AL 35203
15136293 United Parcel Service, 102 1/2 S Lombard Rd, Addison, IL 60101
15116002 + V-Capital LLC, 6585 Lockhart Lane, Dublin, OH 43017-7008
15147581 + Vaishali Gor, 1001 Conshohocken State Road, Suite 2-107, West Conshohocken, PA 19428-2956
15132247 + Vaishali Gor, c/o Christina M. Philipp, Esquire, 1001 Conshohocken State Road, Suite 2-10, West Conshohocken, PA 19428-2908
15116003 + Vanessa D. Kreckel, 108 West Wayne Avenue, Wayne, PA 19087-4019
15116004 + Vault 26 Capital LLC, 19790 W. Dixie Hwy, Suite 801, Miami, FL 33180-2296
15127369 + Venkatraman Aiyer Priya, 924 Noel Court, Westmont, IL 60559-2689
15146470 + Vipinchandra Patel, 2448 Pine Preserve Ct, St Cloud, FL 34771-9466
15116005 + Wayne Toytown, PO Box 30092, Elkins Park, PA 19027-0392
15116006 + Weinstein Law, 420 Central Avenue, Cedarhurst, NY 11516-1000
15116007 + West Wayne Avenue Ventures LLC, 120 Pennsylvania Avenue, Malvern, PA 19355-2418
15116684 + West Wayne Avenue Ventures LLC,, c/o Daniel R. Utain, Esquire, KAPLIN STEWART MELOFF REITER & STEIN, P., 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765
15116008 #+ Yogesh Patel, 11 Wharton Place, Garden City, NY 11530-3033
15132139 Yogita Gidh, 1431 Tahoe Valley Ln, Sugar Land, TX, 77, Sugar Land, TX 77479
15142827 c/o Anthony Higgins, Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, PO Box 68568 Harrisburg, PA 17106-8568

TOTAL: 139

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: dplon@sirlinlaw.com | Jul 23 2026 02:22:00 | DANA S. PLON, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| aty | Email/Text: dsmith@skhlaw.com | Jul 23 2026 02:21:00 | DAVID B. SMITH, Smith Kane Holman, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355 |
| aty | + Email/Text: mhaltzman@sanddlawyers.com | Jul 23 2026 02:22:00 | MARK S. HALTZMAN, Silverang Rosenzweig & Haltzman, 900 E. 8th Avenue, Suite 300, King of Prussia, PA 19406-1347 |
| tr | + EDI: QLEFELDMAN.COM | Jul 23 2026 06:14:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, |

District/off: 0313-2 | User: admin | Page 4 of 5
Date Rcvd: Jul 22, 2026 | Form ID: 309C | Total Noticed: 168

|  |  |  | 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
|---|---|---|---|
| smg |  | Email/Text: megan.harper@phila.gov | |
|  |  | Jul 23 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | |
|  |  | Jul 23 2026 02:22:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| cr |  | Email/Text: megan.harper@phila.gov | |
|  |  | Jul 23 2026 02:22:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| sp | ^ | MEBN | |
|  |  | Jul 23 2026 02:13:23 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |
| 15115926 | + | Email/PDF: bncnotices@becket-lee.com | |
|  |  | Jul 23 2026 02:33:46 | American Express National Bank, 115 W. Towne Ridge Parkway, Sandy, UT 84070-5511 |
| 15131212 |  | Email/PDF: bncnotices@becket-lee.com | |
|  |  | Jul 23 2026 02:33:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15120189 | + | Email/Text: BNCnotices@bblawpllc.com | |
|  |  | Jul 23 2026 02:22:00 | Berkovitch & Bouskila, PLLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 15119383 |  | Email/Text: megan.harper@phila.gov | |
|  |  | Jul 23 2026 02:22:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15115940 |  | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | |
|  |  | Jul 23 2026 02:21:00 | Department of Labor & Industry, 651 Boas Street, 10th Floor, Harrisburg, PA 17121 |
| 15115947 | ^ | MEBN | |
|  |  | Jul 23 2026 02:13:11 | FedEx, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 15115949 | + | Email/Text: contact@fiwlaw.com | |
|  |  | Jul 23 2026 02:22:00 | Frederic I. Weinberg, Esquire, Law Offices of Frederic I. Weinberg & As, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15115950 | + | Email/Text: Brianna@gogc.com | |
|  |  | Jul 23 2026 02:22:00 | Geneva Capital, LLC, 1311 Broadway Street, Alexandria, MN 56308-2533 |
| 15115953 | + | EDI: IRS.COM | |
|  |  | Jul 23 2026 06:14:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 15131190 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
|  |  | Jul 23 2026 02:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15115961 | + | Email/Text: nishad@loudcapital.com | |
|  |  | Jul 23 2026 02:22:00 | Loud Capital, LLC, 25 North Street, Dublin, OH 43017-2144 |
| 15115962 | + | Email/Text: nishad@loudcapital.com | |
|  |  | Jul 23 2026 02:22:00 | Loud Equities, LLC, 25 North Street, Dublin, OH 43017-2144 |
| 15115969 | ^ | MEBN | |
|  |  | Jul 23 2026 02:13:25 | Michael J. Dougherty, Esquire, Weltman, Weinberg & Reis Co., LPA, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 15115973 | ^ | MEBN | |
|  |  | Jul 23 2026 02:13:24 | North Star Leasing, PO Box 4505, Burlington, VT 05406-4505 |
| 15132425 |  | EDI: PENNDEPTREV | |
|  |  | Jul 23 2026 06:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15115979 | + | EDI: PENNDEPTREV | |
|  |  | Jul 23 2026 06:14:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15120190 | + | Email/Text: BNCnotices@bblawpllc.com | |
|  |  | Jul 23 2026 02:22:00 | SAMSON MCA LLC, 1545 U.S. 202, Suite 101, |

District/off: 0313-2                          User: admin                                    Page 5 of 5

Date Rcvd: Jul 22, 2026                       Form ID: 309C                                  Total Noticed: 168

|  |  |  | Pomona, NY 10970-2951 |
| 15115990 | ^ MEBN | | |
| | | Jul 23 2026 02:13:26 | Secured Lender Solutions, LLC, PO Box 2576, Springfield, IL 62708-2576 |
| 15136718 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Jul 23 2026 02:22:00 | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15115999 | + Email/Text: legal@tuckeralbin.com | | |
| | | Jul 23 2026 02:22:00 | Tucker Albin Associates, 1702 Collins Blvd., Suite 100, Richardson, TX 75080-3662 |
| 15121707 | + Email/Text: arbankruptcy@uline.com | | |
| | | Jul 23 2026 02:22:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15119637 | | Assistant U.S. Attorney, c/o Andrew Fuchs, U.S. Attorneys Office, Eastern District, 615 Chestnut Street, Suite 1250 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| cr | *+ | Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833 |
| cr | *+ | Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994 |
| cr | *+ | Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161 |
| cr | *+ | Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 15131213 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15131214 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15131689 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15131690 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15122775 | *+ | Marc Pan, 7 South Morton Ave., Morton, PA 19070-1707 |
| 15115927 | ##+ | Andrew Berg, 473 Sweetgum Lane, Lafayette Hill, PA 19444-2601 |

TOTAL: 1 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor | **TPD Design House, LLC** <br> Name | EIN: 47–2113695 |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | Date case filed in chapter:   11   3/16/26 |
| Case number:   26–11073–djb | | Date case converted to chapter:   7   7/21/26 |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | TPD Design House, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 108 W. Wayne Avenue <br> Wayne, PA 19087 | |
| 4. | **Debtor's attorney** <br> Name and address | DAVID B. SMITH <br> Smith Kane Holman, LLC <br> 112 Moores Road, Suite 300 <br> Malvern, PA 19355 | Contact phone (610) 407–7217 <br><br> Email:  dsmith@skhlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LYNN E. FELDMAN <br> Lynn E. Feldman, Trustee <br> 2310 Walbert Ave <br> Ste 103 <br> Allentown, PA 18104 | Contact phone 610–530–9285 <br><br> Email:  trustee.feldman@rcn.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 7/22/26 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 19, 2026 at 02:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121** <br> For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |