**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:  TPD DESIGN HOUSE, LLC          :
                                       :          Chapter 7
        Debtor                         :          Case No. 26-11073 DJB


### NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE


**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after

due inquiry, having discovered assets hereby gives Notice that this is an Asset case.

The Trustee also requests the Clerk to fix a bar to file claims against the estate.


Dated:  _7/292026_            BY:    _/s/ Lynn E. Feldman_
                                     LYNN E. FELDMAN, ESQUIRE
                                     Chapter 7 Trustee
                                     I.D.# 35996
                                     FELDMAN LAW OFFICES, P.C.
                                     2310 Walbert Ave., Ste 103
                                     Allentown, PA 18104
                                     Telephone: (610) 530-9285
                                     Facsimile: (610) 437-7011
                                     trustee.feldman@rcn.com