United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 26-11073-djb

TPD Design House, LLC                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 6

Date Rcvd: Jul 30, 2026                     Form ID: 139                       Total Noticed: 146

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019 |
| cr | + | Commonwealth of PA UCTS, Department of Labor and Industry, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| NONE | + | Jatinder Singh, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| cr | + | Marc Pan, 11 Bala Ave, Bala Cynwyd, PA 19004, UNITED STATES 19004-3201 |
| cr | + | Priyesh S. Patel, 5246 West Broad Street, Columbus, OH 43228-1609 |
| cr | + | Steamboat Family Holdings LLC, 741 Woodleave Road, Bryn Mawr, PA 19010, UNITED STATES OF AMERICA 19010-1708 |
| NONE | + | Vaishali Gor, 910 Carlow Drive, Des Plaines, IL 60016-8721 |
| cr | + | West Wayne Avenue Ventures LLC, Kaplin Stewart Meloff Reiter & Stein, Daniel R. Utain, Esquire, 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 15115923 | + | ACH Capital UT, 375 W. 200 S, Suite 225, Salt Lake City, UT 84101-1667 |
| 15115924 | + | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| 15118135 | + | Alan Lobo, c/o Stephen G. Bresset, Esq., 812 Court Street, Honesdale, PA 18431-1831 |
| 15115925 | + | Aleksey and Christine Prok, 8691 Filiz Lane, Powell, OH 43065-8025 |
| 15147845 | + | Alok Sharma, 10 Shelterwood Place, Danville, CA 94506-4757 |
| 15115928 | + | Announcement Converters, 13200 NW 45th Avenue, Opa Locka, FL 33054-4308 |
| 15127368 | + | Arthur Goldman, P.O. Box 115, Paoli, PA 19301-0115 |
| 15115929 | + | Atash, 1212 Turtle Creek Blvd., Dallas, TX 75207-6614 |
| 15130702 | + | Atash LLC d/b/a Funding Zone, c/o Amato and Keating PC, 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 15130695 | + | Baccarat, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem Pa 18017-8913 |
| 15115930 | + | Beacon Bank & Trust, 131 Clarendon Street, Boston, MA 02116-5131 |
| 15116685 | + | Beacon Bank and Trust, c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |
| 15115931 | + | Berkovitch and Boussaka, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 15115932 | + | Birch Event Design LLC, 336 W. 37th Street, Suite 1200, New York, NY 10018-4282 |
| 15115933 | | Cake Rules Everything Around Me LLC, 19411 West McNichols Road, Pacific Palisades, CA 90272 |
| 15115934 | + | Chris Steinhauer, 117 Laurier Place, Bryn Mawr, PA 19010-2247 |
| 15115935 | + | Commonwealth of PA, Department of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15115936 | + | Conlin's, 1011 West Eighth Avenue, King of Prussia, PA 19406-1303 |
| 15132796 | + | Croc Socks Ventures LLC, Ernest D. Palmarella, 1255 Drummers Lane, Suite 105, Wayne, PA 19087-1565 |
| 15137536 | + | D2 Finance, c/o Turner N. Falk, Esq., 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501 |
| 15115937 | + | Dalsukh Madia, 925 Toulon Avenue, Marion, OH 43302-6605 |
| 15115938 | | Daniel R. Utain, Esquire, Kaplin Stewart Meloff Reiter & Stein, 910 Harvest Drive, PO Box 3037, Blue Bell, PA 19422-0765 |
| 15115939 | + | Dennis L. Abramson, Esquire, Abramson & Abramson, LLC, Two Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15115941 | + | Dexed, LLC, 4660 Elizabeth Street, Coraopolis, PA 15108-3322 |
| 15137534 | + | Dexed, LLC, c/o Turner N. Falk, Esq., 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501 |
| 15115942 | + | Drew Salaman, Esquire, 100 South Broad Street, Suite 2126, Philadelphia, PA 19110-1022 |
| 15115943 | + | E. William Hevenor, Esquire, 2 HOrseshoe Lane, Paoli, PA 19301-1910 |
| 15115944 | + | Emmy Capital Group LLC, 629 46th Street, Brooklyn, NY 11220-1410 |
| 15115945 | + | Encore Enterprises, Inc., 16980 Dallas Parkway, Suite 200, Dallas, TX 75248-1974 |

District/off: 0313-2          User: admin          Page 2 of 6

Date Rcvd: Jul 30, 2026          Form ID: 139          Total Noticed: 146

15132795   + Ernest D. Palmarella, Palmarella & Raab, PC, 1255 Drummers Lane, Suite 105, Wayne, PA 19087-1565

15118160   + Euguenia Moisseenko, c/o Stephen G. Bresset, Esq., 812 Court Street, Honesdale, PA 18431-1831

15115946   + Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833

15133732   + Fal Patel, 1019 Jasons Bend, Sugar Land, TX 77479-5443

15115948   + Financial Agent Services, PO Box 2576, Springfield, IL 62708-2576

15119233   + Gene Wurzel Rosen, 200 Garden City Plaza, Suite 405, Garden City, NY 11530, Garden City, NY 11530-3338

15130230   + Guardsman Capital Partners, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301

15115951   + Guy N. Paolino, Esquire, Forbes Bender & Paolino, PC, 205 N Monroe Street, Media, PA 19063-3052

15115952   + HMFCG Inc., 368 New Hempstead Road, Suite #217, New City, NY 10956-1900

15130232   + Heather King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301

15115954   + Jaguar Investments and Research, LLC, 13316 Horsepen Woods Lane, Herndon, VA 20171-3845

15115955   #+ Jason B. Martin, Esquire, The Martin Law Firm, 725 W. Skippack Pike, #337, PA 19422-1749

15115956   + Jatainder Singh and Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597

15115957   + Jeffrey P. Resnick, Esquire, Sherman, Silverstein, Kohl, Rose & Podol, 308 Harper Drive, East Gate Corporate Center, Suite 200, Moorestown, NJ 08057-3245

15115958   + Joshua Emanuel, 100 E. Las Olas, Unit 3801, Fort Lauderdale, FL 33301-2779

15115959   + Kamal Joseph Dupati, 4680 Luke Drive, Cumming, GA 30040-1752

15124713   + Lazarus Jyothi Tari, 4680 Luke Dr, Cumming GA 30040-1752

15115960   + Lightyear Business Services, 473 Sweetgum Lane, Lafayette Hill, PA 19444-2601

15129793   + Ligthyear Busines Advisors LLC, c/o Michael B. Dubin, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109

15115963   + Louella Press, LLC, 108 West Wayne Avenue, Wayne, PA 19087-4019

15115964   + Lyndsay Rowland, Esquire, Starfield & Smith, PC, 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651

15115965   + Marc Pan, 7 South Morton Avenue, Morton, PA 19070-1707

15119638   + Marc Pan, c/o SCHAFKOPF LAW LLC, 11 Bala Avenue, Bala Cynwyd 19004-3201

15115966   + Marion 9, LLC, 925 Touylon Avenue, Marion, OH 43302-6605

15115967   + Mark S. Haltzman, Esquire, 900 East Eighth Avenue, Suite 300, King of Prussia, PA 19406-1347

15115968   + Martin E. Odstrchel, Esquire, Rausch Sturm LLP, 300 N. Executive Drive, Suite 200, Brookfield, WI 53005-6034

15115970   + Misbah Shah, 20207 Cedar Court, Lawrence Township, NJ 08648-1261

15119453   + NATIONAL DENTAL, LLC, Guy N. Paolino, 205 N. Monroe Street, Media, PA 19063-3052

15115971   + National Dental LLC, 560 South Broadway, Hicksville, NY 11801-5013

15115972    Nicholas S. Salter, Esquire, Fox Rothschild LLP, 2800 Kelly Road, Suite 200, Pineville, PA 18946

15130051   + Nilesh Desai, 835 Harbour Place, Sugar Land, TX 77478-3463

15147544   + North Star Leasing, c/o Robert M. Kline, Wright Law Group, PLLC, 228 Park Ave S, PMB 84356, New York, NY 10003-0103

15129120   + Official Committee of Unsecured Creditors, C/O Jesse M. Harris, Esquire, Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103-7045

15129121   + Official Committee of Unsecured Creditors, c/o Matthew A. Skolnick, Esquire, Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103-7045

15115974   + Ofilio Arguello and, Calhio Investments LLC, 7447 New Albany Links Drive, New Albany, OH 43054-6012

15129791   + Oslo Blue, LLC and Tarte Family Office, c/o John T. Carroll, III, Simon E. Fraser, 1201 N. Market Street, Suite 1001, Wilmington, DE 19801-1807

15115975   + PA Department of Labor and Industry, 651 Boas Street, Harrisburg, PA 17120-0001

15115977   + PDQ Courier Express, 6850 Oxford Avenue, Philadelphia, PA 19111-4329

15115976   + Paul M. MIdzak, Esquire, 40 W. Evergreen Avenue, Suite 101, Philadelphia, PA 19118-3324

15115978   + Pemm Capital, 14 Kitson Drive, Barrington, IL 60010-7147

15115980   + Peter A. Lesser, Esquire/Dana S. Plon, Sirlin Lesser & Benson, PC, 123 S. Brfoad Street, Suite 2100, Philadelphia, PA 19109-1042

15115981   + Peter D'Sa, 97 Silver Marple Drive, North Inlet, Rosemary Beach, FL 32461-8132

15115982   + Pinkdome Corp., 20 N. Wacker Drive, Suite 1000, Chicago, IL 60606-2911

15115983   + Priya Ayer, 924 Noel Court, Westmont, IL 60559-2689

15115984   + Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994

15115985   + Robert H. Nemeroff, Esquire, Friedman Schuman PC, 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417

15115986   + Ronald V. Santora, Esquire, Bresset & Santora, LLC, 1188 Wyoming Avenue, Kingston, PA 18704-4016

15117522   + Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161

15115987    Salil Zaveri, 52 Foxweood Drive, Hicksville, NY 11801

15136952   + Samir Sethi, 6 Twin Brooks Court, Warren, NJ 07059-2301

15115988   + Samson Capital, 17 State Street, New York, NY 10004-1749

15122171   + Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042

15115989   + Scott Gensler, 506 Lee Road, Royersford, PA 19468-3516

15115991   + Shagul, LLC, 5380 Aldie Mill Drive, New Albany, OH 43054-7121

15115992   + South Florida Friends Investments LLC, 222 Fairmont Way, Fort Lauderdale, FL 33326-3584

15118551   + Steamboat Family Holdings LLC, c/o SILVERANG, ROSENZWEIG & HALTZMAN, LL, 900 E. 8th Avenue, Suite 300, King of Prussia, PA 19406-1347

15115993   + Steamboat Family Holdings, LLC, 741 Woodleave Road, Bryn Mawr, PA 19010-1708

15115994   + Stephen G. Bresset, Esquire, Bresset & Santora, LLC, 812 Court Street, Honesdale, PA 18431-1831

District/off: 0313-2      User: admin      Page 3 of 6

Date Rcvd: Jul 30, 2026      Form ID: 139      Total Noticed: 146

| | | |
|---|---|---|
| 15115995 | + | Sunil Babu, 7832 INverness Lakes Trl, Fort Wayne, IN 46804-3840 |
| 15115996 | | Sunny Isles Beach Investments LLC, 5901 Collins Avenue, Unit 3306, North Miami Beach, FL 33160 |
| 15115997 | + | Surefold, Inc., 600 E. Erie Avenue, Philadelphia, PA 19134-1209 |
| 15134072 | + | Suruhi Ventures LLC, 1507 Sandcroft Ln, Sugar Land, TX 77479-2889 |
| 15130231 | + | Taylor King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 15136044 | + | Taylor King and Heather King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street Suite 1200, Philadelphia, PA 19103-7301 |
| 15115998 | + | Trail Ventures, LLC, 20 N. Wacker Drive, Suite 1000, Chicago, IL 60606-2911 |
| 15116000 | + | Two Paper Dolls LLC, 108 West Wayne Avenue, Wayne, PA 19087-4019 |
| 15116001 | | U.S. Small Business Association, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 15136293 | | United Parcel Service, 102 1/2 S Lombard Rd, Addison, IL 60101 |
| 15116002 | + | V-Capital LLC, 6585 Lockhart Lane, Dublin, OH 43017-7008 |
| 15147581 | + | Vaishali Gor, 1001 Conshohocken State Road, Suite 2-107, West Conshohocken, PA 19428-2956 |
| 15132247 | + | Vaishali Gor, c/o Christina M. Philipp, Esquire, 1001 Conshohocken State Road, Suite 2-10, West Conshohocken, PA 19428-2908 |
| 15116003 | + | Vanessa D. Kreckel, 108 West Wayne Avenue, Wayne, PA 19087-4019 |
| 15116004 | + | Vault 26 Capital LLC, 19790 W. Dixie Hwy, Suite 801, Miami, FL 33180-2296 |
| 15127369 | + | Venkatraman Aiyer Priya, 924 Noel Court, Westmont, IL 60559-2689 |
| 15146470 | + | Vipinchandra Patel, 2448 Pine Preserve Ct, St Cloud, FL 34771-9466 |
| 15116005 | + | Wayne Toytown, PO Box 30092, Elkins Park, PA 19027-0392 |
| 15116006 | + | Weinstein Law, 420 Central Avenue, Cedarhurst, NY 11516-1000 |
| 15116007 | + | West Wayne Avenue Ventures LLC, 120 Pennsylvania Avenue, Malvern, PA 19355-2418 |
| 15116684 | + | West Wayne Avenue Ventures LLC,, c/o Daniel R. Utain, Esquire, KAPLIN STEWART MELOFF REITER & STEIN, P., 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765 |
| 15116008 | #+ | Yogesh Patel, 11 Wharton Place, Garden City, NY 11530-3033 |
| 15132139 | | Yogita Gidh, 1431 Tahoe Valley Ln, Sugar Land, TX, 77, Sugar Land, TX 77479 |
| 15142827 | | c/o Anthony Higgins, Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, PO Box 68568 Harrisburg, PA 17106-8568 |

TOTAL: 121

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 31 2026 05:56:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 31 2026 02:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 31 2026 02:02:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| sp | ^ | MEBN | Jul 31 2026 01:58:37 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |
| 15115926 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:14:14 | American Express National Bank, 115 W. Towne Ridge Parkway, Sandy, UT 84070-5511 |
| 15131212 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:03:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15120189 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 31 2026 02:02:00 | Berkovitch & Bouskila, PLLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 15119383 | | Email/Text: megan.harper@phila.gov | Jul 31 2026 02:02:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15115940 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 31 2026 02:02:00 | Department of Labor & Industry, 651 Boas Street, 10th Floor, Harrisburg, PA 17121 |
| 15115947 | ^ | MEBN | Jul 31 2026 01:58:12 | FedEx, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 15115949 | + | Email/Text: contact@fiwlaw.com | Jul 31 2026 02:02:00 | Frederic I. Weinberg, Esquire, Law Offices of |

|  |  |  |  | Frederic I. Weinberg & As, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15115950 | + Email/Text: Brianna@gogc.com | Jul 31 2026 02:02:00 | | Geneva Capital, LLC, 1311 Broadway Street, Alexandria, MN 56308-2533 |
| 15115953 | + EDI: IRS.COM | Jul 31 2026 05:56:00 | | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 15131190 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 31 2026 02:02:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15115961 | + Email/Text: nishad@loudcapital.com | Jul 31 2026 02:02:00 | | Loud Capital, LLC, 25 North Street, Dublin, OH 43017-2144 |
| 15115962 | + Email/Text: nishad@loudcapital.com | Jul 31 2026 02:02:00 | | Loud Equities, LLC, 25 North Street, Dublin, OH 43017-2144 |
| 15115969 | ^ MEBN | Jul 31 2026 01:58:03 | | Michael J. Dougherty, Esquire, Weltman, Weinberg & Reis Co., LPA, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 15115973 | ^ MEBN | Jul 31 2026 01:58:40 | | North Star Leasing, PO Box 4505, Burlington, VT 05406-4505 |
| 15132425 | EDI: PENNDEPTREV | Jul 31 2026 05:56:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15115979 | + EDI: PENNDEPTREV | Jul 31 2026 05:56:00 | | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15120190 | + Email/Text: BNCnotices@bblawpllc.com | Jul 31 2026 02:02:00 | | SAMSON MCA LLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 15115990 | ^ MEBN | Jul 31 2026 01:58:41 | | Secured Lender Solutions, LLC, PO Box 2576, Springfield, IL 62708-2576 |
| 15136718 | + Email/Text: bankruptcynotices@sba.gov | Jul 31 2026 02:02:00 | | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15115999 | + Email/Text: legal@tuckeralbin.com | Jul 31 2026 02:02:00 | | Tucker Albin Associates, 1702 Collins Blvd., Suite 100, Richardson, TX 75080-3662 |
| 15121707 | + Email/Text: arbankruptcy@uline.com | Jul 31 2026 02:02:00 | | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15119637 | | Assistant U.S. Attorney, c/o Andrew Fuchs, U.S. Attorneys Office, Eastern District, 615 Chestnut Street, Suite 1250 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| cr | *+ | Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833 |
| cr | *+ | Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994 |
| cr | *+ | Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161 |
| cr | *+ | Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 15131213 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15131214 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15131689 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15131690 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15122775 | *+ | Marc Pan, 7 South Morton Ave., Morton, PA 19070-1707 |

District/off: 0313-2                                                    User: admin                                              Page 5 of 6

Date Rcvd: Jul 30, 2026                                                 Form ID: 139                                             Total Noticed: 146

15115927        ##+          Andrew Berg, 473 Sweetgum Lane, Lafayette Hill, PA 19444-2601

TOTAL: 1 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | on behalf of Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINA M. PHILIPP | on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DANA S. PLON | on behalf of Creditor Scott Gensler dplon@sirlinlaw.com |
| DANIEL R. UTAIN | on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com  llapenna@kaplaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID B. SMITH | on behalf of Debtor TPD Design House  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| ERIK L. COCCIA | on behalf of Creditor Guardsman Capital Partners  Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com |
| GARY SCHAFKOPF | on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM  tudorescue@gmail.com;tudorescue2@gmail.com |
| JESSE M. HARRIS | on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com |
| JESSE M. HARRIS | on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com |
| JOEL MARC FLINK | on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com |

District/off: 0313-2                    User: admin                                    Page 6 of 6

Date Rcvd: Jul 30, 2026                 Form ID: 139                                    Total Noticed: 146

JOEL MARC FLINK
        on behalf of Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
        on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
        on behalf of Interested Party Oslo Blue  LLC jcarroll@cozen.com,
        jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
        on behalf of Interested Party Tarte Family Office jcarroll@cozen.com
        jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
        on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com  arosen@starfieldsmith.com

LYNN E. FELDMAN
        trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MARK S. HALTZMAN
        on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
        mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
        on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
        mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW B WEISBERG
        on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com

MICHAEL B. DUBIN
        on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com  jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
        on behalf of Creditor Andrew Berg mdubin@sogtlaw.com  jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
        on behalf of Debtor TPD Design House  LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
        on behalf of Creditor North Star Leasing  a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

STEPHEN G. BRESSET
        on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
        nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

STEPHEN G. BRESSET
        on behalf of Eugenia Moisseenko sbresset@bressetsantora.com
        nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

TURNER N. FALK
        on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com  tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EUGENE VISS, I
        on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
        on behalf of Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
        on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
        on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com


TOTAL: 38

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:  TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA 19087

Debtor(s)                                                     Case No: 26–11073–djb

                                                             Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer–Identification (ITIN) No(s).,
(if any) Employer Tax–Identification (EIN) No(s). (if any).:
47–2113695

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 11/2/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

                              For The Court

                              Mohung Wong
                              Clerk of Court

**Date:** July 30, 2026

                                                        155
                                                   Form 139