**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TPD Design House LLC, | ) | Case No. 26-11073-djb |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Please take notice that Murland & Suprenuk hereby enters its appearance on behalf of creditor Wayne Toytown LLC, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 901(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon the person listed below at the following address and telephone number:

> Christian P. Suprenuk, Esq.
> Murland & Suprenuk
> 600 W. Germantown Pike, Suite 400
> Plymouth Meeting, PA 19462
> Telephone:  (610) 574-2371
> Facsimile:   (610) 825-7579
> Email:  csuprenuk@murlandlaw.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of creditor Wayne Toytown LLC to trial by jury in any

proceeding so triable in this case or any case, controversy, or proceeding related to this case, or

any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law

or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments creditor

Wayne Toytown LLC expressly reserves.

**MURLAND & SUPRENUK**

Date: <u>August 10, 2026</u>           By:       <u>   /s/ ***Chris Suprenuk***           </u>
                                                Christian P. Suprenuk, Esq.
                                                600 W. Germantown Pike, Suite 400
                                                Plymouth Meeting, PA 19462
                                                Ph:  (610) 574-2371
                                                Facsimile:   (610) 825-7579
                                                Email:  csuprenuk@murlandlaw.com
                                                *Attorneys for Creditor Wayne Toytown LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TPD Design House LLC, | ) | Case No. 26-11073-djb |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Christian P. Suprenuk, Esq., counsel for creditor Wayne Toytown LLC, hereby certify that I caused true and correct copies of the foregoing Notice of Appearance and Demand for Notices and Papers of Murland & Suprenuk to be served, via the Court's electronic filing system, on the following parties on the date noted below:

Nicholas M. Engel, Esq.
David B. Smith, Esq.
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(Counsel for Debtor)

and

Lynn E. Feldman
2310 Walbert Avenue, Suite 103
Allentown, PA 18104
(Trustee)

and

John Henry Schanne, Esq.
DOJ-Ust
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
(Counsel for U.S. Trustee)

Date: <u>August 10, 2026</u>            By:    ___*/s/ Chris Suprenuk*_____