**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**TPD DESIGN HOUSE, LLC**<br><br>**Debtor.** | **CHAPTER 7 (converted from chapter 11)**<br><br>**Case No. 26-11073 (DJB)** |

**NOTICE OF NON-COMPLIANCE WITH CONVERSION ORDER**
**AND REQUEST FOR STATUS CONFERENCE**

TO THE CLERK:

Notice is hereby given that the Debtor is unable to comply with certain directives in this Court's Order converting the above captioned case from chapter 11 to chapter 7 (*Dkt. No. 150)*, including, among other things, filing the chapter 11 monthly operating reports on or before August 19, 2026 (i.e., the scheduled meeting of creditors in the Debtor's converted chapter 7 case). By this filing, counsel wishes to provide this status update to the Court and to request the scheduling of a status conference to address the procession of the chapter 7 bankruptcy case.

SMITH KANE HOLMAN, LLC

Date: August 18, 2026

By: /s/ *David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel to Debtor*