**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TPD Design House, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11073 (DJB) |

## CERTIFICATE OF NO RESPONSE

JESSE M. HARRIS, of Fox Rothschild LLP ("Fox"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") in the above referenced case, certifies as follows:

1. On June 22, 2026, Fox filed the *Second Request, Pursuant to Local Rule 2016-5, for Payment on Account for Services Rendered and Reimbursement of Expenses of Fox Rothschild LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period of May 1, 2026 through May 31, 2026* (the "Application") [D.I. 142].

2. On June 23, 2026, Fox served the Application by United States Mail, postage pre-paid, on the Office of the United States Trustee, the Debtor and its Counsel, the Clerk's Service List, and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002.

3. The Notice of the Application required that any objection be filed with the Clerk, United States Bankruptcy Court and served on Fox no later than July 6, 2026.

4. As of the date of this Certificate, no formal answer, objection, or other responsive pleading has been received by the undersigned or filed on the Court's docket in this case.

WHEREFORE, PURSUANT to Local Rule 2016-5(h), the Debtor may provisionally pay Fox Rothschild LLP (a) 80% of the requested compensation, and (b) 100% of the expenses requested.

*[Remainder of page left intentionally blank]*

Respectfully submitted,

By: */s/ Matthew A. Skolnick*
Jesse M. Harris, Esquire
Matthew A. Skolnick, Esquire
Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone (215) 299-2000/Facsimile (215) 299-2150
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

Dated: August 19, 2026

*Attorneys for the Official Committee of Unsecured Creditors*