**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**<br>**TPD Design House, LLC**<br><br>**Debtor** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Chapter 7 (Converted from Chapter 11)**<br><br>**Bankruptcy No. 26-11073-DJB** |

## ORDER SCHEDULING STATUS CONFERENCE

**AND NOW,** the Court has reviewed the pleading "Notice of Non-Compliance With Conversion Order And Request For Status Conference" filed by Debtor [at Dkt. No. 158];

The Court hereby **GRANTS** the request for a status conference; and

**SHALL HOLD** a status conference on **September 1, 2026** at **10:00 a.m**. with appearances optional on either Zoom video conference at **zoomgov.com** with JOIN meeting ID: **161 0657 4791** or in-person at **the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2.**

**Date: August 19, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**