**Exhibit B**

**Detailed Statement of Services Rendered**

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

TAX I.D. NO. 23-1404723

PETER D'SA
31 DIAMOND SPRING DRIVE
MONROE, NJ 08831

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 08/19/26 |
| Client Number | 396354 |
| Matter Number | 00001 |

**RE: CREDITORS' COMMITTEE - TPD DESIGN HOUSE, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/26**

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/01/2026 | HARRIS | 0010 | A104 | CALL WITH CHAPTER 7 TRUSTEE RE: DISCHARGABILITY | 0.3 | $191.70 |
| 06/01/2026 | HARRIS | 0004 | A108 | CALL WITH CREDITOR RE: CASE STATUS | 0.2 | $127.80 |
| 06/01/2026 | HARRIS | 0004 | A108 | CALL WITH CREDITOR RE: CASE STATUS | 0.3 | $191.70 |
| 06/03/2026 | SKOLNICK | 0007 | A105 | REVIEW LOCAL RULES RE PROFESSIONAL COMPENSATION AND EMAIL WITH J.HARRIS AND R.SOLOMON RE SAME | 0.4 | $205.20 |
| 06/05/2026 | SKOLNICK | 0007 | A104 | REVIEW AND REVISE COS AND CNR RE FIRST FOX FEE APPLICATION | 0.2 | $102.60 |
| 06/05/2026 | SOLOMON | 0007 | A103 | FINALIZE AND FILE CERT OF SERVICE - FOX FIRST FEE REQUEST | 0.3 | $163.35 |
| 06/05/2026 | SOLOMON | 0007 | A103 | DRAFT/FILE CNR - FOX FIRST FEE REQUEST | 0.4 | $217.80 |
| 06/09/2026 | HARRIS | 0004 | A106 | EMAILS WITH COMMITTEE RE: STATUS UPDATE | 0.2 | $127.80 |
| 06/09/2026 | HARRIS | 0004 | A102 | ANALYSIS AND STRATEGY RE: CONVERSION V. DISMISSAL V. PLAN | 0.4 | $255.60 |
| 06/09/2026 | SKOLNICK | 0011 | A105 | EMAIL J.HARRIS RE WEEKLY COMMITTEE MEETING | 0.1 | $51.30 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/12/2026 | SKOLNICK | 0007 | A105 | EMAIL J.HARRIS RE PREPARING SECOND FOX FEE APPLICATION | 0.1 | $51.30 |
| 06/15/2026 | SKOLNICK | 0007 | A105 | COORDINATE PREPARATION OF DRAFT INVOICE FOR SECOND FOX FEE APPLICATION | 0.1 | $51.30 |
| 06/16/2026 | SKOLNICK | 0007 | A105 | EMAIL R.SOLOMON RE DRAFTING SECOND FOX FEE APPLICATION | 0.1 | $51.30 |
| 06/22/2026 | HARRIS | 0004 | A102 | EMAILS WITH DEBTORSA COUNSEL RE: ADMIN CLAIM ISSUES (.2) AND RESEARCH RE: SAME (.1) | 0.3 | $191.70 |
| 06/22/2026 | SKOLNICK | 0007 | A103 | DRAFT SECOND FOX FEE APPLICATION AND COORDINATE FILING/SERVICE OF SAME WITH C.BUHALO AND M.STEEN | 1.9 | $974.70 |
| 06/22/2026 | STEEN | 0007 | A103 | FINALIZE/FILE 2ND FEE REQUEST | 0.5 | $247.50 |
| 06/22/2026 | STEEN | 0007 | A103 | ATTENTION TO SERVICE OF 2ND FEE REQUEST | 0.2 | $99.00 |
| 06/22/2026 | STEEN | 0007 | A103 | CALENDAR DEADLINES IN CONNECTION WITH 2ND FEE REQUEST | 0.1 | $49.50 |
| 06/22/2026 | STEEN | 0007 | A105 | COMMUNICATIONS WITH M. SKOLNICK RE 2ND FEE REQUEST. | 0.1 | $49.50 |
| 06/23/2026 | HARRIS | 0004 | A106 | EMAILS WITH COMMITTEE AND DEBTORS COUNSEL RE: STATUS UPDATES | 0.3 | $191.70 |
| 06/23/2026 | SKOLNICK | 0007 | A105 | EMAIL M.STEEN RE SERVICE OF SECOND FOX FEE APPLICATION | 0.1 | $51.30 |
| 06/24/2026 | HARRIS | 0004 | A108 | CALL WITH COUNSEL RE: CASE STATUS | 0.1 | $63.90 |
| 06/25/2026 | HARRIS | 0004 | A106 | DRAFT UPDATE EMAIL TO COMMITTEE | 0.5 | $319.50 |
| 06/25/2026 | HARRIS | 0004 | A108 | CALL WITH DEBTORS COUNSEL RE: CASE UPDATE | 0.3 | $191.70 |
| 06/30/2026 | HARRIS | 0004 | A106 | EMAISL WITH COMMITTEE RE: CASE STATUS | 0.2 | $127.80 |
| 06/30/2026 | HARRIS | 0004 | A108 | EMAILS WITHD EBTOR AND UST RE: SATTUS OF HEARING ON MTD | 0.2 | $127.80 |

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | AND FILING OF CONVERSION MOTION | | |
| 07/01/2026 | HARRIS | 0011 | A109 | PREPARE FOR AND ATTEND 341 MEETING OF CREDITORS FOR PRINCIPLE V. KRECKEL | 2.3 | $1,469.70 |
| 07/01/2026 | HARRIS | 0010 | A104 | EMAILS WITH C. SHUBERT RE: 341 MEETING OF PRINCIPLE | 0.1 | $63.90 |
| 07/01/2026 | SKOLNICK | 0007 | A105 | REVIEW AND COORDINATE FILING OF COS FOR FOX SECOND FEE APP WITH M.STEEN | 0.2 | $102.60 |
| 07/01/2026 | STEEN | 0007 | A103 | PREPARE/FILE CERTIFICATE OF SERVICE FOR SEND REQUEST FOR FEES. | 0.4 | $198.00 |
| 07/06/2026 | HARRIS | 0010 | A108 | EMAILS WITH UST AND DEBTORS RE: CONVERSION (.2) AND REVIEW FILING FROM CREDITOR RE: SAME (.1) | 0.3 | $191.70 |
| 07/09/2026 | HARRIS | 0004 | A108 | CALL WITH UST RE: CONVERSION | 0.2 | $127.80 |
| 07/10/2026 | HARRIS | 0010 | A106 | DRAFT UPDATE EMAIL TO COMMITTEE RE: KRECKEL 341 | 0.6 | $383.40 |
| 07/10/2026 | HARRIS | 0004 | A103 | REVIEW AND REVISE CONVERSION ORDER (.6) AND EMAILS RE: SAME (.2) | 0.8 | $511.20 |
| 07/13/2026 | HARRIS | 0004 | A104 | EMAILS RE: PROPOSED REVISED CONVERISON ORDER | 0.2 | $127.80 |
| 07/15/2026 | HARRIS | 0004 | A104 | EMAILS WITH UST AND DEBTORS COUNSEL RE: REVISED CONVERISON ORDER | 0.2 | $127.80 |
| 07/15/2026 | HARRIS | 0004 | A108 | CALL WITH INDIVIDUAL CHAPTER 7 TRUSTEE RE: CASE STATUS | 0.3 | $191.70 |
| | | | | **TOTAL** | **13.5** | **$7,969.95** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|---|---|---|---|
| 0004 | CASE ADMINISTRATION | 4.7 | $3,003.30 |
| 0007 | FEE/EMPLOYMENT APPLICATIONS | 5.1 | $2,614.95 |
| 0010 | LITIGATION | 1.3 | $830.70 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| 0011 | MEETINGS OF CREDITORS | 2.4 | $1,521.00 |
| | **TOTAL** | **13.5** | **$7,969.95** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| M. L. STEEN | PARALEGAL | 1.3 | $495.00 | $643.50 |
| J. HARRIS | PARTNER | 8.3 | $639.00 | $5,303.70 |
| M. A. SKOLNICK | ASSOCIATE | 3.2 | $513.00 | $1,641.60 |
| R. I. SOLOMON | PARALEGAL | 0.7 | $544.50 | $381.15 |
| | **TOTAL** | **13.5** | | **$7,969.95** |

TOTAL PROFESSIONAL SERVICES $7,969.95

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| REPROGRAPHICS - BLACK/WHITE | $153.60 |

TOTAL EXPENSES $153.60

TOTAL AMOUNT OF THIS INVOICE $8,123.55

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

PETER D'SA
31 DIAMOND SPRING DRIVE
MONROE, NJ 08831

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 08/19/26 |
| Client Number | 396354 |
| Matter Number | 00001 |

**RE: CREDITORS' COMMITTEE - TPD DESIGN HOUSE, LLC**

**TOTAL AMOUNT OF THIS INVOICE** **$8,123.55**

**PAYMENT INSTRUCTIONS**

**ACH/WIRE INSTRUCTIONS**

Wells Fargo Bank
333 Market Street
San Francisco, CA 94105
ACH - ABA #031000503
WIRE - ABA #121000248
Account: Fox Rothschild LLP
Account #2100019564260
Swift Code: #WFBIUS6S (international wires only)
Email: AR@foxrothschild.com

**eCHECK PAYMENT**

Logon: **https://www.e-billexpress.com/ebpp/foxroth**

**PAPER CHECK**

Make Payable to:
Fox Rothschild LLP
Attn: Accounts Receivable
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103

If remitting via eCheck, your Payor ID is: 238030
Please include the Client, Matter, and Invoice Number with all payments.