**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TPD Design House, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**NOTICE OF APPLICATION FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR (I) THE INTERIM PERIOD OF JUNE 1, 2026 THROUGH JULY 21, 2026, AND (II) THE FINAL PERIOD OF APRIL 8, 2026 THROUGH JULY 21, 2026**

TO: THE DEBTOR, UNITED STATES TRUSTEE, AND PARTIES LISTED ON THE CLERK'S SERVICE LIST

1. Fox Rothschild LLP ("Fox Rothschild" or "Applicant"), counsel for the Official Committee of Unsecured Creditors (the "Committee") for the estate of TPD Design House, LLC (the "Debtor"), has filed its application (the "Application") for the allowance of interim and final compensation for services rendered and reimbursement of expenses for (i) the interim period from June 1, 2026 through July 21, 2026 (the "Third Service Period") and (ii) the final compensation period of April 8, 2026 through July 21, 2026 (the "Final Compensation Period"). A copy of the Application is attached hereto. At this time, Fox Rothschild seeks approval of (i) interim compensation for fees in the amount of $7,969.95 for legal services rendered, and $153.60 for reimbursement of actual and necessary expenses for the Third Service Period; and (ii) final compensation for fees in the amount of $80,538.79 for legal services rendered, and $153.60 for reimbursement for actual and necessary expenses for the Final Compensation Period, plus an additional $4,000.00 in compensation for the preparation and filing of the Application.

2. Any party receiving this Notice may file an answer, objection, or other responsive pleading to the Application with the Clerk of the United States Bankruptcy Court for the Eastern

District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before fifteen (15) days from the date of this Notice. A copy of any answer, objection, or other responsive pleading filed with respect to the Application must also be served upon Fox Rothschild at the address set forth below. Any objection must identify the objector, state the basis of the objection, and identify the amount of the requested payment that is objected to and the amount that is not objected to.

3. In the absence of any answer, objection, responsive pleading, or request for hearing, Fox Rothschild will certify same to the Court and request that the Trustee pay the fees and expenses sought pursuant to the Application.

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*

Jesse M. Harris, Esquire
Matthew A. Skolnick, Esquire
Two Commerce Square, 17th Floor
2001 Market Street
Philadelphia, PA 19103
Phone (215) 299-2000/Fax (215) 299-2150
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

Dated: August 20, 2026

*Counsel for the Official Committee of Unsecured Creditors*