United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11073-djb
TPD Design House, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 19, 2026 Form ID: pdf900 Total Noticed: 20

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019 |
| cr | + | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| cr | + | Commonwealth of PA UCTS, Department of Labor and Industry, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833 |
| cr | + | Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| NONE | + | Jatinder Singh, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| cr | + | Marc Pan, 11 Bala Ave, Bala Cynwyd, PA 19004, UNITED STATES 19004-3201 |
| cr | + | Priyesh S. Patel, 5246 West Broad Street, Columbus, OH 43228-1609 |
| cr | + | Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994 |
| cr | + | Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161 |
| cr | + | Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Steamboat Family Holdings LLC, 741 Woodleave Road, Bryn Mawr, PA 19010, UNITED STATES OF AMERICA 19010-1708 |
| NONE | + | Vaishali Gor, 910 Carlow Drive, Des Plaines, IL 60016-8721 |
| cr | + | Wayne Toytown LLC, P.O. Box 30092, Elkins Park, PA 19027-0392 |
| cr | + | West Wayne Avenue Ventures LLC, Kaplin Stewart Meloff Reiter & Stein, Daniel R. Utain, Esquire, 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2026 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2026 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Aug 20 2026 01:47:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| sp | ^ | MEBN | Aug 20 2026 01:42:20 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | on behalf of Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINA M. PHILIPP | on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DANA S. PLON | on behalf of Creditor Scott Gensler dplon@sirlinlaw.com |
| DANIEL R. UTAIN | on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com llapenna@kaplaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID B. SMITH | on behalf of Debtor TPD Design House LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| ERIK L. COCCIA | on behalf of Creditor Guardsman Capital Partners Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com |
| GARY SCHAFKOPF | on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com |
| JESSE M. HARRIS | on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com |
| JESSE M. HARRIS | on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com |
| JOEL MARC FLINK | on behalf of Qianlin Li joel.flink@fiwlaw.com |
| JOEL MARC FLINK | on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com |
| JOHN HENRY SCHANNE | |

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
on behalf of Interested Party Tarte Family Office jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
on behalf of Interested Party Oslo Blue LLC jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com arosen@starfieldsmith.com

LYNN E. FELDMAN
trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW AARON SKOLNICK
on behalf of Creditor Committee Official Committee of Unsecured Creditors mskolnick@foxrothschild.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
on behalf of Creditor North Star Leasing a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

STEPHEN G. BRESSET
on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
om

STEPHEN G. BRESSET
on behalf of Eugenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
om

TURNER N. FALK
on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EUGENE VISS, I
on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Jatinder Singh wviss@reidenbachlaw.com

TOTAL: 39

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**<br>**TPD Design House, LLC**<br><br>**Debtor** | : | **Chapter 7** **(Converted from Chapter 11)**<br><br>**Bankruptcy No. 26-11073-DJB** |

**ORDER SCHEDULING STATUS CONFERENCE**

**AND NOW,** the Court has reviewed the pleading "Notice of Non-Compliance With Conversion Order And Request For Status Conference" filed by Debtor [at Dkt. No. 158];

The Court hereby **GRANTS** the request for a status conference; and

**SHALL HOLD** a status conference on **September 1, 2026** at **10:00 a.m**. with appearances optional on either Zoom video conference at **zoomgov.com** with JOIN meeting ID: **161 0657 4791** or in-person at **the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2.**

**Date: August 19, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**