**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 7 (converted from Chapter 11) |
| TPD Design House, LLC | Case No.: 26-11073 (DJB) |
| Debtor | |

**FIRST AND FINAL FEE APPLICATION OF**
**SMITH KANE HOLMAN, LLC AS COUNSEL TO THE DEBTOR FOR**
**THE PERIOD MARCH 16, 2026 THROUGH JULY 21, 2026**

Smith Kane Holman, LLC ("SKH"), counsel to debtor-in-possession TPD Design House, LLC, applies to this Court for allowance and payment of its fees and expenses for the period of March 16, 2026 through July 21, 2026 and in support hereof avers as follows:

**Preliminary Statement**

1. SKH is counsel for debtor-in-possession TPD Design House, LLC, (the "Debtor").

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

**Fee Application**

5. Application Period: March 16, 2026 through July 21, 2026

Final Application ___X____
Interim Application _______

6. Requested Fees and Expenses

a. Attorneys:

| Name: | Hours: | Billing Rate: | Total: |
|---|---|---|---|
| David B. Smith, Esq. | 171.60 | $525 | $90,090.00 |
| Nicholas M. Engel, Esq. | 27.3 | $350 | $9,555.00 |
| Michael P. Donohue, Esq. | 2.80 | $425 | $1,190.00 |
| Lindsey Zimmerman, Esq. | 6.50 | $300 | $1,950.00 |

b. Paralegals: N/A

c. Fees: $102,785.50

d. Expenses: $1,177.30

e. Total: $103,962.30

7. General Information

a. Date case filed: March 16, 2026

b. Date application to approve employment filed: March 16, 2026

c. Date employment approved: April 10, 2026 (*Dkt. No. 58*)

d. First date services rendered in this case: March 16, 2026

e. Compensation request is under § 330: ___X___ Yes _______ No

If other statutory basis, specify: § ________

f. Any fees awarded will be paid from the estate:

___X___ Yes _______ No

If no, state the source of payment of any fee that is awarded.

g. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period for the last application.

________ Yes ___X____ No

If yes, state the date and terms of court order allowing filing at shortened intervals.

Order date:

Terms, if any, ____________________________________________

8. Prior Requests for Payment on Account under Local Rule 2016-5:

| Request No. | Date Request filed: | Period Covered by Request: |
|---|---|---|
| 1 | April 2, 2026 | March 2026 |
| 2 | May 8, 2026 | April 2026 |
| 3 | June 2, 2026 | May 2026 |

9. Prior Fee Applications: N/A.

Billing for Current Period: All billing entries are attached hereto in Exhibit A and Exhibit B, listed chronologically according to the date services were provided and further summarized according to billing codes. These billing entries are further divided into monthly periods for March, April and May for each of the three monthly requests, and then one final period from June 1, 2026 through July 21, 2026, which was the date the Chapter 11 case was converted to Chapter 7. Attorneys working during this period are David B. Smith (DS), Nicholas M. Engel (NME), Michael P. Donohue (MPD) and Lindsey Zimmerman (LZ).

10. Billing Rates

a. Are any of the billing rates different than the billing rates set forth in your last application? _______ Yes ___X____ No

b. If yes, indicate whose billing rates are different and explain why? ____

**Billing Summary**

1. Description of Services: see attached Exhibit A.

2. Details of Hours Expended: see attached Exhibit B.

**Expense Summary**

1. Expenses: see attached Exhibit C.

WHEREFORE, Applicant respectfully request that an order be entered (a) allowing the sum of $102,785.50 as compensation for services and $1,177.30 for expenses incurred in the applicable period; and (b) grant such other and further relief as is just and proper.

SMITH KANE HOLMAN, LLC

Dated: August 27, 2026

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel for Debtor*