# EXHIBIT A

Summary of Monthly Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

# March 2026

### Task 2: Asset Disposition

Summary of Services Performed in This Task Category: Applicant advised the Debtor with respect to potential sale of estate assets, and communicated with potential acquiring parties and creditors regarding same.

Aggregate Hours Billed: 4.30

Amount of Fees Billed: $2,257.50

### Task 7: Case Administration

Summary of Services Performed in This Task Category: Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor with respect to creditor collection attempts and compliance with debtor-in-possession requirements, and the general advancement of the case.

Aggregate Hours Billed: 5.80

Amount of Fees Billed: $2,672.50

### Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category: Applicant reviewed various proofs of claim filed by creditors and advised the Debtor with respect to tax obligations.

Aggregate Hours Billed: 1.00

Amount of Fees Billed: $507.50

### Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category: Applicant finalized and filed the application to employ Debtor's bankruptcy counsel.

Aggregate Hours Billed: 0.5

Amount of Fees Billed: $262.50

## Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category: Applicant reviewed applicable liens on Debtor assets, advised Debtor with respect to cash collateral issues, drafted the cash collateral motion and first interim budget, prosecuted the cash collateral motion, communicated with the creditors regarding cash collateral and related issues, drafted, filed, and prosecuted various related first-day motions, including motion for authorization to pay pre-petition wages, motion for authorization to use prepetition account, motion for authorization to pay certain critical vendors, and motion for expedited consideration of the same, and effected proper service on all creditors.

Aggregate Hours Billed: 30.10

Amount of Fees Billed: $12,980.00

## Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category: Applicant communicated with various creditors and regarding the filing of the complex chapter 11 case, the imposition of the automatic stay, critical vendor issues, and executory contract issues.

Aggregate Hours Billed: 10.00

Amount of Fees Billed: $4,485.00

## Task 20: Reporting

Summary of Services Performed in This Task Category: Applicant communicated with the U.S. Trustee regarding the various first-day motions, their proposed orders, possible formation of a creditor's committee, the informal Debtor interview and 341 meeting of creditors, and other chapter 11 case administration issues.

Aggregate Hours Billed: 3.5

Amount of Fees Billed: $1,610.00

# April 2026

## Task 2: Asset Disposition

Summary of Services Performed in This Task Category: Applicant advised the Debtor with respect to potential sale of estate assets, reviewing and revised an asset purchase agreement, drafted an extensive sale motion package and communicated with potential acquiring parties and creditors regarding same.

Aggregate Hours Billed: 13.8

Amount of Fees Billed: $7,020.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category: Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor with respect to the DIP account, reorganization options, officer compensation, and the general advancement of the case.

Aggregate Hours Billed: 8.00

Amount of Fees Billed: $3,552.50

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category: Applicant prepared and filed its first payment request under Local Rule 2016-5 and addressed its application to employ.

Aggregate Hours Billed: 2.6

Amount of Fees Billed: $1,102.50

## Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category: Applicant addressed cash collateral usage versus projections, prepared for and attended a second hearing on cash collateral, drafted and filed an extensive emergency motion to obtain post-petition financing, prepared for an emergency hearing thereon, attended an emergency hearing thereon to prosecute the motion, and effected proper service on all creditors.

Aggregate Hours Billed: 31.30

Amount of Fees Billed: $16,415.00

## Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category: Applicant communicated with various creditors, and prepared the Debtor for and attended an initial and continued meeting of creditors.

Aggregate Hours Billed: 6.1

Amount of Fees Billed: $3,202.50

## Task 20: Reporting

Summary of Services Performed in This Task Category: Applicant addressed the completion of the Debtor's schedules and statement of financial affairs, and prepared for and attended the initial debtor interview with the Debtor.

Aggregate Hours Billed: 6.9

Amount of Fees Billed: $3,360.00

# May 2026

## Task 2: Asset Disposition

Summary of Services Performed in This Task Category: Applicant advanced the Debtor's proposed sale of estate assets, including drafting proper notices and serving the sale motion and related documents upon all parties in interest, addressing three potential competitive bidders, including finalizing and implement NDAs and coordinating extensive due diligence requests, and preparing for and prosecuting the sale motion (which included preparing witnesses and hearing exhibits).

Aggregate Hours Billed: 40.00

Amount of Fees Billed: $21,000.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category: Applicant addressed a variety of issues involving case administration, including communications with the Debtor and various creditors.

Aggregate Hours Billed: 1.1

Amount of Fees Billed: $577.50

## Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category: Applicant addressed the claims of the Debtor's principal secured creditor and one of its financing companies.

Aggregate Hours Billed: 1

Amount of Fees Billed: $525

### Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category: Applicant prepared and filed its second payment request under Local Rule 2016-5.

Aggregate Hours Billed: 2

Amount of Fees Billed: $1,050.00

### Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category: Applicant addressed cash collateral usage as well as an emergency motion to amend a prior DIP financing order, including preparing for and attending a contested hearing on same.

Aggregate Hours Billed: 18

Amount of Fees Billed: $9,067.50

### Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category: Applicant prepared for and attending an initial and then continued meeting of creditors.

Aggregate Hours Billed: 4.2

Amount of Fees Billed: $2,205.00

### Task 19: Relief from Stay Issues

Summary of Services Performed in This Task Category: Applicant addressed a proposed stipulation with the Debtor's co-employer for a stipulation involving administering the co-employment arrangement and for stay relied upon a default.

Aggregate Hours Billed: 0.7

Amount of Fees Billed: $367.50

### Task 20: Reporting

Summary of Services Performed in This Task Category: Applicant addressed the completion of the Debtor's statement of financial affairs as well as attending to monthly operating report issues.

Aggregate Hours Billed: 3.9

Amount of Fees Billed: $2,047.50

# June 2026 through July 21, 2026

### Task 2: Asset Disposition

Summary of Services Performed in This Task Category: Applicant advanced the Debtor's sale of estate assets, including drafting sale-related documents and reconciling funds from sale. In addition, Applicant communicated with all other possible bidders, including coordinating the destruction of due diligence materials provided as per the applicable NDAs.

Aggregate Hours Billed: 5.9

Amount of Fees Billed: $3,097.50

### Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category: Applicant communicated with ADP's counsel regarding payroll related issues involving the Debtor's contract with ADP.

Aggregate Hours Billed: 0.4

Amount of Fees Billed: $210.00

### Task 7: Case Administration

Summary of Services Performed in This Task Category: Applicant addressed a variety of case administration tasks, including status communications with client, creditors and counsel to creditors committee.

Aggregate Hours Billed: 1.7

Amount of Fees Billed: $892.50

### Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category: Applicant prepared and filed its third payment request under Local Rule 2016-5 and communicated with counsel to creditors committee regarding treatment of professional fees in case.

Aggregate Hours Billed: 1.8

Amount of Fees Billed: $945.00

### Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category: Applicant addressed a final DIP financing order as well as legacy cash collateral issues in light of sale.

Aggregate Hours Billed: 1.6

Amount of Fees Billed: $840.00

### Task 14: Litigation

Summary of Services Performed in This Task Category: Applicant prepared a response to, and ultimately resolved, the US Trustee's Motion to Dismiss, including reviewing and finalizing a consensual conversion order.

Aggregate Hours Billed: 4.1

Amount of Fees Billed: $1,702.50

### Task 20: Reporting

Summary of Services Performed in This Task Category: Applicant attempted to facilitate the preparation, completion and filing of monthly operating reports.

Aggregate Hours Billed: 0.7

Amount of Fees Billed: $300.00