# EXHIBIT B

Detail of Monthly Hours Expended

# March 2026

## Task 2:

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/17/2026 | Telephone conversation with counsel to prospective purchaser re: overview of case and reorg strategies | DS | 0.2 | $105.00 | 2 |
| 3/18/2026 | communications with counsel to prospective purchaser of assets | DS | 0.2 | $105.00 | 2 |
| 3/19/2026 | zoom meeting with prospective purchaser of company and counsel | DS | 1.2 | $630.00 | 2 |
| 3/21/2026 | Reviewing communications from prospective purchaser on preliminary view of value of business assets | DS | 0.2 | $105.00 | 2 |
| 3/25/2026 | communications with counsel to prospective purchaser and drafting NDA for possible sale transaction | DS | 1.1 | $577.50 | 2 |
| 3/26/2026 | communications with prospective purchaser re: possible DIP financing while sale process is occurring | DS | 0.3 | $157.50 | 2 |
| 3/27/2026 | Telephone conversation with counsel to prospective purchaser re: information needed to advance possible sale transaction | DS | 0.3 | $157.50 | 2 |
| 3/27/2026 | Reviewing communications from counsel to prospective purchaser on possible valuation for sale purposes | DS | 0.2 | $105.00 | 2 |
| 3/27/2026 | reviewing communications between Debtor and prospective purchaser re: diligence items | DS | 0.1 | $52.50 | 2 |
| 3/29/2026 | reviewing acquisition proposal submitted by prospective purchaser, along with liquidation analysis; and follow up communications with counsel | DS | 0.3 | $157.50 | 2 |
| 3/31/2026 | Communication with Bank's counsel re: third party proposal to acquire assets in 363 sale | DS | 0.1 | $52.50 | 2 |
| 3/31/2026 | communications with prospective purchaser re: status of expression of interest | DS | 0.1 | $52.50 | 2 |

## Task 7: Case Administration

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/17/2026 | drafting lengthy correspondence to client re: UST Guidelines, and cash collateral, utility, deposit account and various operating issues | DS | 0.8 | $420.00 | 7 |
| 3/18/2026 | Communications with client re: lawsuit initiated by creditor post-petition | DS | 0.1 | $52.50 | 7 |
| 3/18/2026 | communications with client and Trustee re: meeting of creditors | DS | 0.2 | $105.00 | 7 |
| 3/20/2026 | Telephone call with client re: status of DIP account | DS | 0.2 | $105.00 | 7 |
| 3/21/2026 | reviewing IDI letter from UST and communications with client re: same | DS | 0.2 | $105.00 | 7 |
| 3/21/2026 | communications with counsel to customer about remittance of receivable in light of MCA direction letter and communications with client re: same | DS | 0.2 | $105.00 | 7 |
| 3/21/2026 | memo to client re: upcoming deadlines and events | DS | 0.2 | $105.00 | 7 |
| 3/23/2026 | Telephone conversation with client re: options to address Beacon indebtedness | DS | 0.4 | $210.00 | 7 |
| 3/24/2026 | telephone call with client to address general status of case | DS | 0.1 | $52.50 | 7 |
| 3/25/2026 | zoom meeting with bookkeeper re: status of books and maintenance thereof in post-petition period | DS | 1.0 | $525.00 | 7 |
| 3/31/2026 | follow up with client re: submission of sales tax reports | DS | 0.1 | $52.50 | 7 |
| 3/17/2026 | Telephone conference with client re bankruptcy and effect of automatic stay on litigation. | MD | 0.3 | $127.50 | 7 |
| 3/18/2026 | Review email from client re potential violation of automatic stay re HMFCG, Inc. Draft reply. | MD | 0.1 | $42.50 | 7 |
| 3/18/2026 | damages hearing on April 1, 2026 and automatic stay. | NME | 1.2 | $420.00 | 7 |
| 3/19/2026 | Emails with client and creditor counsel regarding improper attempt to collect on debtor bank account. | NME | 0.6 | $210.00 | 7 |
| 3/31/2026 | Review and record notice of appearance for creditor. | NME | 0.1 | $35.00 | 7 |

## Task 8: Claims Administration and Objections

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/30/2026 | reviewing notice from IRS re: missing returns and correspondence to client re: same | DS | 0.3 | $157.50 | 8 |
| 3/30/2026 | Communications with client re: instructions on how critical vendor approval works | DS | 0.2 | $105.00 | 8 |
| 3/30/2026 | reviewing notice from PA Dept. of Revenue re: missing returns; communications with client re: same | DS | 0.3 | $157.50 | 8 |
| 3/31/2026 | communications with client re: status of missing tax filings | DS | 0.1 | $52.50 | 8 |
| 3/25/2026 | Review proofs of claim and notices of appearance filed by creditors. | NME | 0.1 | $35.00 | 8 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 3/16/2026 | finalizing and filing application to employ counsel | DS | 0.5 | $262.50 | 11 |

## Task 13: Financing and Cash Collateral

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/17/2026 | Telephone call with client re: pertinent history of company to include in declaration in support of first day motions | DS | 0.5 | $262.50 | 13 |
| 3/17/2026 | drafting narrative insert for first day motions | DS | 0.6 | $315.00 | 13 |
| 3/18/2026 | extensive work on four first day motions and motion for expedited consideration; finalizing and filing same | DS | 6.7 | $3,517.50 | 13 |
| 3/19/2026 | reviewing issues involving amending cash collateral budget | DS | 0.3 | $157.50 | 13 |
| 3/20/2026 | communciations with Beacon's counsel re: supplemental information provided to creditors and upcoming first day motions | DS | 0.2 | $105.00 | 13 |
| 3/20/2026 | preparing for hearing on multiple first day motions | DS | 2.8 | $1,470.00 | 13 |
| 3/20/2026 | preparing Vanessa Kreckel for hearings on first day motion | DS | 0.9 | $472.50 | 13 |
| 3/20/2026 | attending hearing on first day motion | DS | 1.3 | $682.50 | 13 |
| 3/20/2026 | revising and submitted amended orders for critical vendor and cash collateral | DS | 0.6 | $315.00 | 13 |
| 3/17/2026 | Extensive drafting and revision on first-day motions and filings, including: cash collateral motion and budget, prepetition wage motion, motion to use prepetition account, and motion for expedited consideration; lengthy emails and calls with client regarding same. | NME | 4.7 | $1,645.00 | 13 |
| 3/17/2026 | Prepare notices to creditors with an interest in cash collateral; review UCC filings and emails with client to determine same; prepare and file certificate of notice as required under local rules. | NME | 0.9 | $315.00 | 13 |
| 3/18/2026 | Continued extensive drafting and revision of first-day motions, including: cash collateral motion and budget, prepetition wage motion, prepetition account authorization motion, and motion for expedited consideration under complex chapter 11 local rules; lengthy emails and calls with client regarding same and advising regarding case issues and requirements. | NME | 5.5 | $1,925.00 | 13 |
| 3/19/2026 | Review, revise, and file exhibits for first-day motions; emails with client, creditors, and UST regarding same. | NME | 1.8 | $630.00 | 13 |
| 3/20/2026 | Revise proposed orders for cash collateral motion and critical vendor motion as directed by court. | NME | 0.3 | $105.00 | 13 |

| Task 14: | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 3/18/2026 | follow up with client to obtain information on "critical vendors," reviewing same and using that information to insert in motion to pay certain critical vendors | DS | 0.1 | $52.50 | 14 |
| 3/18/2026 | reviewing standards for approval of critical vendor motion | DS | 0.4 | $210.00 | 14 |
| 3/18/2026 | Conduct legal research to update citations to case law for inclusion in the Motion to Pay Critical Vendor. | LZ | 1.4 | $420.00 | 14 |
| 3/18/2026 | Edit Motion for Payment of Critical Vendor. | LZ | 0.1 | $30.00 | 14 |
| 3/20/2026 | Attend hearings on first-day motions on behalf of client. | NME | 1.0 | $350.00 | 14 |

## Task 15: Meetings and Communications with Creditors

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/16/2026 | Correspondence to Landlord's counsel re: filing of case and imposition | DS | 0.2 | $105.00 | 15 |
| 3/17/2026 | communications with counsel to STeamboat re: inclusion on list of top 20 | DS | 0.1 | $52.50 | 15 |
| 3/17/2026 | reviewing correspondence from counsel to Yahoo re: Debtor's ability to continue servicing project and communications with client re: same | DS | 0.2 | $105.00 | 15 |
| 3/17/2026 | Correspondence to Beacon's counsel re: lien priorities for cash collateral purposes | DS | 0.1 | $52.50 | 15 |
| 3/18/2026 | telephone call with counsel of creditors interested in possible committee representation | DS | 0.3 | $157.50 | 15 |
| 3/19/2026 | communications with three additional creditors, including review of backup information provided | DS | 0.5 | $262.50 | 15 |
| 3/20/2026 | Telephone conversation with Drew Salaman re: view of likely reorg path | DS | 0.2 | $105.00 | 15 |
| 3/20/2026 | Communication with Beacon's counsel re: position on first day motions and addressing questions re: prepetition use of operating account and explanation of debits therefrom | DS | 0.6 | $315.00 | 15 |
| 3/21/2026 | Reviewing communications from Beacon's counsel re: prepetition overadvance on operating account, including backup detail; correspondence to client re: same | DS | 0.3 | $157.50 | 15 |
| 3/22/2026 | reviewing direction letter sent by Atash, LLC to Debtor's customer and communications with their counsel re: withdraw of same | DS | 0.4 | $210.00 | 15 |
| 3/23/2026 | Telephone conversation with Surefold re: critical vendor status and post-petition transactions | DS | 0.3 | $157.50 | 15 |
| 3/23/2026 | Communication with Atash and client re: whether third party direction letters were sent to account debtors of Debtor prepetition | DS | 0.2 | $105.00 | 15 |
| 3/24/2026 | communications with account debtor re: remittance instruction for payment of account receivable | DS | 0.1 | $52.50 | 15 |
| 3/24/2026 | Telephone conversation with Guy Paolino (counsel to National Dental) re: status of case | DS | 0.2 | $105.00 | 15 |
| 3/24/2026 | Communication with landlord's counsel re: status of case | DS | 0.1 | $52.50 | 15 |
| 3/24/2026 | Communications with counsel to Conlin's re: critical vendor motion and ability of parties to transact business | DS | 0.2 | $105.00 | 15 |
| 3/24/2026 | Telephone conversation with Announcement Converters re: status of critical vendor | DS | 0.2 | $105.00 | 15 |
| 3/24/2026 | Communication with Geneva Capital re: scheduling of equipment loan payment in April | DS | 0.2 | $105.00 | 15 |
| 3/26/2026 | Telephone conversation with Joel Flink (counsel to creditor) re: status of case | DS | 0.2 | $105.00 | 15 |

| | | | | | |
|---|---|---|---|---|---|
| 3/17/2026 | Draft suggestion of bankruptcy re TPD. File same in D'sa action electronically. Draft email to opposing counsel. Review notice of filing. | MD | 0.4 | $170.00 | 15 |
| 3/17/2026 | draft email to Will Viss, Esquire re Kaur v. Kreckel et al re bankruptcy filing. Review response. | MD | 0.2 | $85.00 | 15 |
| 3/17/2026 | Review followup email from Will Viss re bankruptcy and schedules. | MD | 0.3 | $127.50 | 15 |
| 3/23/2026 | Telephone conference with Dan Siedman, Esquire re individual bankruptcy re TPD bankruptcy. | MD | 0.2 | $85.00 | 15 |
| 3/23/2026 | Telephone conference with Will Viss re TPD bankruptcy and assessment of damages hearing re April 1, 2026. | MD | 0.3 | $127.50 | 15 |
| 3/18/2026 | Emails with creditors and UST regarding anticipated first-day motions and issues. | NME | 0.9 | $315.00 | 15 |
| 3/19/2026 | Various emails with creditors regarding first day motions and other case issues. | NME | 1.3 | $455.00 | 15 |
| 3/20/2026 | Emails with creditors regarding hearing on first-day motions. | NME | 0.2 | $70.00 | 15 |
| 3/24/2026 | Effect service of first-day interim orders as directed by court. | NME | 0.6 | $210.00 | 15 |
| 3/30/2026 | Review email from Will Viss re bankruptcy of TPD and individual re damages hearing on April 1, 2026 and automatic stay. | MD | 0.2 | $85.00 | 15 |
| 3/31/2026 | Review and respond to communication from Dan Siedman re bankruptcy of individual and corporate entities. Review and respond to multiple followup emails from Will Viss re status of TPD and individual bankruptcy re hearing re assessment of damages on April 1, 2026 and application of automatic stay. Followup email re same. Review notice from the court of cancellation of damages hearing. | MD | 0.8 | $340.00 | 15 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 3/18/2026 | follow up with UST, Beacon's counsel and court re: scheduling of first-day hearing | DS | 0.3 | $157.50 | 20 |
| 3/19/2026 | communications with UST re: first day motions | DS | 0.1 | $52.50 | 20 |
| 3/19/2026 | communications with UST and client re: questions involving payments and amounts owing to critical vendors | DS | 0.7 | $367.50 | 20 |
| 3/19/2026 | communications with Trustee on 341 meeting and reviewing notice docketed | DS | 0.2 | $105.00 | 20 |
| 3/30/2026 | Telephone conversation with John Schanne re: possible organization of committee and communications with client to verify validity of claims for each possible committee member | DS | 0.6 | $315.00 | 20 |
| 3/31/2026 | communications with OUST re: questions involving possible formation of creditors committee | DS | 0.3 | $157.50 | 20 |
| 3/23/2026 | Begin responses to IDI production request; emails with client regarding same. | NME | 0.9 | $315.00 | 20 |
| 3/27/2026 | Prepare and file motion for extension of time to file schedules and SOFA. | NME | 0.4 | $140.00 | 20 |

# April 2026

| Task 2: Asset Disposition | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 3/27/2026 | Reviewing updated communications from prospective purchaser re: cash flow and timing questions | DS | 0.1 | $52.50 | 2 |
| 4/2/2026 | Telephone conversation with counsel to prospective purchaser | DS | 0.4 | $210.00 | 2 |
| 4/7/2026 | virtual meeting with bank's counsel and prospective purchaser of business | DS | 0.6 | $315.00 | 2 |
| 4/7/2026 | Telephone conversation with counsel to prospective purchaser of business | DS | 0.4 | $210.00 | 2 |
| 4/7/2026 | virtual meeting with prospective purchaser re: purchase terms and possible facility pending sale | DS | 0.7 | $367.50 | 2 |
| 4/8/2026 | reviewing proposal to purchase assets and to provide DIP funding; communications with seller's counsel and client to finalize proposal and correspondence to Bank's counsel re: same | DS | 0.9 | $472.50 | 2 |
| 4/24/2026 | reviewing possible sale forms to advance approval of sale proposal | DS | 0.5 | $262.50 | 2 |
| 4/24/2026 | reviewing and revising draft sale agreement | DS | 1.1 | $577.50 | 2 |
| 4/24/2026 | begin drafting sale motion | DS | 1.6 | $840.00 | 2 |
| 4/27/2026 | preparing extensive sale motion package, including finalizing sale agreement and drafting proposed order | DS | 5.9 | $3,097.50 | 2 |
| 4/28/2026 | lengthy correspondence to Purchaser regarding APA requirements and things to address prior to sale hearing | DS | 0.6 | $315.00 | 2 |
| 4/27/2026 | Legal research and update citations for inclusion in the Sale Motion. | LZ | 1 | $300.00 | 2 |

## Task 7: Case Administration

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/1/2026 | Telephone call with client re: status of DIP accounts, completing schedules and possible paths to reorganize | DS | 0.5 | $262.50 | 7 |
| 4/1/2026 | Telephone call with client to discuss status of case | DS | 0.3 | $157.50 | 7 |
| 4/2/2026 | follow up with client on prepetition issues with operating account and payments therefrom | DS | 0.2 | $105.00 | 7 |
| 4/3/2026 | zoom meeting with client to address possible reorg paths | DS | 0.4 | $210.00 | 7 |
| 4/6/2026 | reviewing and revising notice of officer comp, including reviewing loan documents to confirm designation of officer title for principal | DS | 0.5 | $262.50 | 7 |
| 4/6/2026 | Telephone call with client re: general status discussion of overall case | DS | 0.2 | $105.00 | 7 |
| 4/7/2026 | reviewing financial materials for Debtor in advance of call to discuss possible reorg path with Bank | DS | 0.4 | $210.00 | 7 |
| 4/7/2026 | Telephone call with client re: possible reorg options | DS | 0.2 | $105.00 | 7 |
| 4/13/2026 | drafting and filing second request to extend time to file schedules and other missing documents | DS | 0.3 | $157.50 | 7 |
| 4/15/2026 | reviewing issues involving attempted draws against prepetition account | DS | 0.2 | $105.00 | 7 |
| 4/17/2026 | reviewing status of post-petition rent payments | DS | 0.1 | $52.50 | 7 |
| 4/20/2026 | Telephone conversation with client re: schedule of 90-day payments and overall reorg strategy | DS | 0.3 | $157.50 | 7 |
| 4/28/2026 | preparing and filing CNO to entry of final order to pay critical vendors and preparing and filing proposed final order re: same | DS | 0.7 | $367.50 | 7 |
| 4/1/2026 | Begin preparation of notice of officer compensation; email with client regarding same. | NME | 0.5 | $175.00 | 7 |
| 4/6/2026 | Emails and call with client regarding notice of officer compensation and IDI disclosures. | NME | 0.3 | $105.00 | 7 |
| 4/6/2026 | Finalize and file notice of officer compensation; emails with client regarding same; effect service. | NME | 1 | $350.00 | 7 |
| 4/7/2026 | Ensure proper service of notice of officer compensation. | NME | 0.1 | $35.00 | 7 |
| 4/7/2026 | Review notice of unsecured creditor committee appointment; email client regarding same. | NME | 0.2 | $70.00 | 7 |
| 4/10/2026 | Attend IDI with client; follow-up call regarding same. | NME | 1.1 | $385.00 | 7 |
| 4/10/2026 | Call with client for IDI preparation. | NME | 0.4 | $140.00 | 7 |
| 4/15/2026 | Review notices of appearances filed for multiple creditors. | NME | 0.1 | $35.00 | 7 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/1/2026 | reviewing time entries for submission of first request for payment of professional fees | DS | 0.2 | $105.00 | 11 |
| 4/2/2026 | reviewing first request for payment and associated documents submitted under applicable local rule 2016-5 | DS | 0.5 | $262.50 | 11 |
| 4/23/2026 | drafting and filing CNO for March fee app | DS | 0.2 | $105.00 | 11 |
| 4/24/2026 | correspondence to Debtor re: approval of first fee request and payment thereof | DS | 0.2 | $105.00 | 11 |
| 4/1/2026 | Work on first request for payment on account. | NME | 0.9 | $315.00 | 11 |
| 4/1/2026 | Draft and file certificate of no response to application to employ bankruptcy counsel. | NME | 0.2 | $70.00 | 11 |
| 4/2/2026 | Final review and edits of March request for payment on account. | NME | 0.4 | $140.00 | 11 |

## Task 13: Financing and Cash Collateral

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/6/2026 | reviewing anticipated cash needs of business during month of April and communications with client re: same | DS | 0.4 | $210.00 | 13 |
| 4/8/2026 | reviewing comparison of actual collections compared to projected collections | DS | 0.3 | $157.50 | 13 |
| 4/8/2026 | zoom meeting with client and prospective purchaser/DIP lender | DS | 0.6 | $315.00 | 13 |
| 4/8/2026 | begin drafting motion for DIP financing | DS | 1.9 | $997.50 | 13 |
| 4/9/2026 | performing analysis of use of proposed DIP funding, including evaluation of sale and non-sale scenarios | DS | 0.5 | $262.50 | 13 |
| 4/9/2026 | communications and telephone conversation with John Carroll re: possible sale and DIP financing terms | DS | 0.3 | $157.50 | 13 |
| 4/10/2026 | reviewing updated budgets on anticipated cash flow through May and begin making adjustments and updates to DIP financing motion | DS | 1.1 | $577.50 | 13 |
| 4/11/2026 | extensive drafting and revisions to DIP financing motion | DS | 2.9 | $1,522.50 | 13 |
| 4/12/2026 | reviewing and revising postpetition financing motion; drafting order granting expedited relief; drafting interim order approving motion; drafting declaration in support of motion | DS | 2.9 | $1,522.50 | 13 |
| 4/13/2026 | Correspondence to UST re: emergency motion for post-petition financing | DS | 0.2 | $105.00 | 13 |
| 4/13/2026 | reviewing and updating service list for notice of emergency motion; drafting correspondence to parties entitled to notice of intent to file emergency motion | DS | 0.6 | $315.00 | 13 |
| 4/13/2026 | Telephone conversation with John Carroll re: comments to DIP financing motion | DS | 0.4 | $210.00 | 13 |
| 4/13/2026 | finalizing and filing motion package for post-petition financing, including reviewing and finalizing budget; service correspondence to parties re: same | DS | 2.4 | $1,260.00 | 13 |
| 4/14/2026 | communications with court re: filing and scheduling of DIP financing motion | DS | 0.2 | $105.00 | 13 |
| 4/14/2026 | communications with Bank's counsel re: comments to DIP financing motion | DS | 0.3 | $157.50 | 13 |
| 4/14/2026 | communications with DIP lender's counsel re: prosecuting DIP motion | DS | 0.2 | $105.00 | 13 |
| 4/14/2026 | virtual meeting with client and lender (with counsel) to discuss DIP financing | DS | 0.6 | $315.00 | 13 |

| | | | | | |
|---|---|---|---|---|---|
| 4/14/2026 | reviewing order approving expedited hearing, and overseeing and coordinating service thereof; drafting certificate of service | DS | 0.5 | $262.50 | 13 |
| 4/14/2026 | attending to various closing related tasks, including reviewing documents, communications with client, counsel and other parties | DS | 1.4 | $735.00 | 13 |
| 4/15/2026 | Telephone conversation with client re: addressing DIP financing issues | DS | 0.2 | $105.00 | 13 |
| 4/15/2026 | Telephone conversation with proposed Counsel to Committee re: comments to DIP financing motion and lengthy correspondence to client re: same | DS | 0.7 | $367.50 | 13 |
| 4/15/2026 | preparing client for DIP financing hearing | DS | 0.6 | $315.00 | 13 |
| 4/15/2026 | extensive preparation for financing hearing, including drafting offer of proof, review of applicable legal standards, pleadings and applicable statutes and rules | DS | 3.3 | $1,732.50 | 13 |
| 4/15/2026 | Telephone conversation with lender's counsel re: preparation for hearing | DS | 0.2 | $105.00 | 13 |
| 4/15/2026 | Telephone conversation with counsel to committee re: results of financing hearing | DS | 0.1 | $52.50 | 13 |
| 4/15/2026 | reviewing proposed updates to financing order and communications with client re: same | DS | 0.2 | $105.00 | 13 |
| 4/15/2026 | Telephone call with client re: results of financing hearing | DS | 0.1 | $52.50 | 13 |
| 4/16/2026 | reviewing proposed revised language on reporting on actual use of funds versus budgeted use and communications with counsel re: same | DS | 0.3 | $157.50 | 13 |
| 4/16/2026 | preparing revised financing budget and communications to counsel re: same | DS | 0.4 | $210.00 | 13 |
| 4/17/2026 | communications with parties on contents of revised financing order and revising order for submission to court | DS | 0.9 | $472.50 | 13 |
| 4/19/2026 | follow up with client to ensure proposed order for DIP financing is acceptable | DS | 0.1 | $52.50 | 13 |
| 4/20/2026 | finalizing and filing proposed order with budget for post-petition financing | DS | 0.5 | $262.50 | 13 |
| 4/21/2026 | reviewing interim order entered by court for postpetition financing and overseeing service thereof; drafting and filing certificate of service | DS | 0.2 | $105.00 | 13 |
| 4/24/2026 | reviewing first variance report under DIP financing order and communications to lender as well as UST and Committee's counsel re: treatment thereof as superpriority claim | DS | 0.6 | $315.00 | 13 |

| | | | | | |
|---|---|---|---|---|---|
| 4/24/2026 | reviewing correspondence from Simon Fraser re: sale materials and possible need for documents filed under seal | DS | 0.2 | $105.00 | 13 |
| 4/24/2026 | reviewing revised DIP order and telephone call with Jesse Harris re: same | DS | 0.4 | $210.00 | 13 |
| 4/27/2026 | Communication with client re: updating budget for DIP financing | DS | 0.2 | $105.00 | 13 |
| 4/27/2026 | Telephone conversation with John Carroll re: staus of sale and DIP financing | DS | 0.9 | $472.50 | 13 |
| 4/27/2026 | reviewing and revising updated cash collateral and DIP financing budget | DS | 0.8 | $420.00 | 13 |
| 4/27/2026 | reviewing and revising DIP lending and cash collateral orders, and Communication with committee's counsel re: same | DS | 0.8 | $420.00 | 13 |
| 4/28/2026 | preparing Debtor's principal for hearing on financing and cash collateral by reviewing updated budget | DS | 0.5 | $262.50 | 13 |
| 4/28/2026 | attending combined hearing on post petition financing, cash collateral and critical vendor | DS | 1.3 | $682.50 | 13 |
| 4/9/2026 | Email with client regarding cash collateral budget. | NME | 0.1 | $35.00 | 13 |

| Task 15: Meetings and Communications with Creditors | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/1/2026 | Telephone conversation with Stephen Bresset (counsel to creditors) re: status of case and anticipated trajectory of reorg | DS | 0.2 | $105.00 | 15 |
| 4/1/2026 | telephone call from Ross Switkes (counsel to creditor) re: status of case and likely reorg path | DS | 0.2 | $105.00 | 15 |
| 4/2/2026 | Correspondence to Beacon's counsel re: discussion to advance a possible reorg strategy | DS | 0.1 | $52.50 | 15 |
| 4/8/2026 | follow up with client re: requests by Bank for explanation involving prepetition bank account questions | DS | 0.1 | $52.50 | 15 |
| 4/9/2026 | Telephone conversation with Art Goldman (Counsel to unsecured creditor) re: status of case | DS | 0.1 | $52.50 | 15 |
| 4/10/2026 | Telephone conversation with Jesse Harris (prospective committee counsel) | DS | 0.4 | $210.00 | 15 |
| 4/13/2026 | communications with counsel to creditor, Cake Rules, re: 2004 request | DS | 0.1 | $52.50 | 15 |
| 4/13/2026 | Telephone conversation with expected counsel for creditors committee re: status of case | DS | 0.3 | $157.50 | 15 |
| 4/14/2026 | Reviewing communications from additional creditor with claim information to be included | DS | 0.1 | $52.50 | 15 |
| 4/15/2026 | Telephone conversation with Mark Haltzman (creditor's counsel) re: questions involving DIP financing motion | DS | 0.2 | $105.00 | 15 |
| 4/22/2026 | Communication with Ross Switkes re: status of requested documents | DS | 0.1 | $52.50 | 15 |
| 4/23/2026 | Communication with John Schanne re: scheduled meeting of creditors | DS | 0.2 | $105.00 | 15 |
| 4/23/2026 | preparing communications and documents requested by Committee's counsel | DS | 0.3 | $157.50 | 15 |
| 4/23/2026 | status call with Jesse Harris | DS | 0.1 | $52.50 | 15 |
| 4/24/2026 | attending initial meeting of creditors | DS | 0.2 | $105.00 | 15 |
| 4/24/2026 | communications with counsel to Guardsman re: backup to claims to ensure that they are properly scheduled | DS | 0.3 | $157.50 | 15 |
| 4/27/2026 | communications with Mike Dubin (creditor's counsel) re: notice procedures and inclusion in schedules | DS | 0.1 | $52.50 | 15 |
| 4/30/2026 | preparing client for 341 meeting | DS | 0.6 | $315.00 | 15 |
| 4/30/2026 | compiling signatures pages on file and driver's license of principal; communications with US Trustee re: documents provided in advance of 341 meeting | DS | 0.4 | $210.00 | 15 |
| 4/30/2026 | attending meeting of creditors | DS | 1.8 | $945.00 | 15 |
| 4/30/2026 | Telephone call with client post-341 meeting to discuss checklist of things needed to advance case | DS | 0.2 | $105.00 | 15 |

## Task 20: Reporting

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/7/2026 | extensive follow up on information needed to complete schedules and SOFA, including drafting updated list of things needed | DS | 0.6 | $315.00 | 20 |
| 4/9/2026 | follow up with client on IDI materials, backup to complete schedules and status of DIP account | DS | 0.2 | $105.00 | 20 |
| 4/9/2026 | Communication with UST re: IDI and document requests | DS | 0.1 | $52.50 | 20 |
| 4/9/2026 | Correspondence to client re: request for information on 90-day payments for schedules | DS | 0.3 | $157.50 | 20 |
| 4/18/2026 | follow up with client on status of information needed to complete schedules | DS | 0.2 | $105.00 | 20 |
| 4/23/2026 | zoom meeting with client to review latest draft of schedules and statement of financial affairs | DS | 0.7 | $367.50 | 20 |
| 4/23/2026 | reviewing supplemental documents provided by client in connection with completion of schedules | DS | 0.9 | $472.50 | 20 |
| 4/23/2026 | reviewing whether additional creditors were listed in schedules | DS | 0.2 | $105.00 | 20 |
| 4/24/2026 | follow up on status of missing information for schedules and completing missing documents, including Schedule F and SOFA | DS | 1.6 | $840.00 | 20 |
| 4/26/2026 | finalizing and filing remainder of schedules and other missing documents | DS | 0.5 | $262.50 | 20 |
| 4/29/2026 | follow up with client re: missing information to schedules | DS | 0.1 | $52.50 | 20 |
| 4/1/2026 | Email client regarding IDI production request. | NME | 0.1 | $35.00 | 20 |
| 4/9/2026 | Work with client on IDI production and disclosures; email with client and UST regarding same. | NME | 1.4 | $490.00 | 20 |

# May 2026

## Task 2: Asset Disposition

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 5/1/2026 | drafting extensive Rule 2002 notice and communications with seller's counsel re: same | DS | 1.7 | $892.50 | 2 |
| 5/1/2026 | overseeing and effectuating service of sale documents, including creating a proper score of service parties and documents to be served | DS | 1.6 | $840.00 | 2 |
| 5/5/2026 | communications with Birch Event Design re: possible interest in acquiring assets | DS | 0.1 | $52.50 | 2 |
| 5/6/2026 | Telephone conversation with Jesse Harris re: comments to proposed sale | DS | 0.2 | $105.00 | 2 |
| 5/7/2026 | follow up with buyer's counsel on concerns raised by Committee and status of completion of sale schedules | DS | 0.2 | $105.00 | 2 |
| 5/8/2026 | communications with purchaser's counsel re: status of sale | DS | 0.1 | $52.50 | 2 |
| 5/8/2026 | Telephone conversation with counsel to second prospective purchaser | DS | 0.3 | $157.50 | 2 |
| 5/8/2026 | Telephone conversation with purchaser's counsel re: follow up on schedules | DS | 0.2 | $105.00 | 2 |
| 5/8/2026 | lengthy correspondence to prospective purchaser re: sale and NDA package | DS | 0.5 | $262.50 | 2 |
| 5/12/2026 | telephone call with client re: status of possible bids for company | DS | 0.2 | $105.00 | 2 |
| 5/12/2026 | communications with prospective purchaser re: proposed changes to NDA and reviewing initial list of diligence items | DS | 0.3 | $157.50 | 2 |
| 5/13/2026 | Telephone conversation with John Carroll re: status of sale and follow up on NDA | DS | 0.3 | $157.50 | 2 |
| 5/13/2026 | reviewing documents for missing schedules to APA and procedures for assuming/assigning contracts | DS | 0.6 | $315.00 | 2 |
| 5/13/2026 | communicating with two prospective purchasers on NDA issues and how to proceed with sale process | DS | 0.6 | $315.00 | 2 |
| 5/14/2026 | reviewing mark ups to NDA form from prospective purchasers of assets; correspondence to client re: same | DS | 0.5 | $262.50 | 2 |
| 5/15/2026 | reviewing fully executed NDA for prospective purchaser and correspondence to counsel re: same | DS | 0.2 | $105.00 | 2 |
| 5/15/2026 | follow up on status of employment agreement to accompany APA | DS | 0.1 | $52.50 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 5/16/2026 | reviewing prospective purchaser's diligence request and communications with client and counsel re: same | DS | 0.3 | $157.50 | 2 |
| 5/16/2026 | reviewing revised NDA from additional prospective purchaser and communications party re: proposed changes and issues thereto | DS | 0.4 | $210.00 | 2 |
| 5/18/2026 | addressing NDA issues with prospective purchaser | DS | 0.2 | $105.00 | 2 |
| 5/18/2026 | reviewing employment agreement between purchaser and Vanessa Kreckel | DS | 0.3 | $157.50 | 2 |
| 5/19/2026 | Communications with client re: finalizing NDA with prospective purchaser | DS | 0.2 | $105.00 | 2 |
| 5/19/2026 | communications with prospective purchaser and reviewing financial qualifications | DS | 0.5 | $262.50 | 2 |
| 5/19/2026 | Telephone conversation with prospective purchaser re: sale process, minimum bid requirements and financial qualification | DS | 0.3 | $157.50 | 2 |
| 5/20/2026 | reviewing financial qualifications of prospective purchaser and communications with party and client re: same | DS | 0.3 | $157.50 | 2 |
| 5/20/2026 | reviewing/redacting due diligence documents and establishing diligence platform for review, including communications with prospective purchasers re: same | DS | 1.5 | $787.50 | 2 |
| 5/21/2026 | communications with prospective purchaser re: access to diligence documents | DS | 0.1 | $52.50 | 2 |
| 5/21/2026 | Telephone call with client re: compiling diligence items | DS | 0.5 | $262.50 | 2 |
| 5/21/2026 | communications with prospective purchaser re: possibility of extending diligence period | DS | 0.2 | $105.00 | 2 |
| 5/21/2026 | communications with prospective purchaser; reviewing additional diligence documents for upload | DS | 0.1 | $52.50 | 2 |
| 5/21/2026 | reviewing client responses to diligence requests and other matters relating to provision of documents responsive to diligence requests | DS | 1.1 | $577.50 | 2 |
| 5/21/2026 | Telephone call with client re: discussing addressing prospective purchaser diligence items | DS | 0.2 | $105.00 | 2 |
| 5/22/2026 | reviewing additional diligence questions posed by prospective purchaser | DS | 0.1 | $52.50 | 2 |
| 5/22/2026 | extensive due diligence follow up with parties by compiling documents, addressing written requests for information and participating in virtual meeting to address questions and procedures | DS | 2.6 | $1,365.00 | 2 |
| 5/22/2026 | finalizing schedules to asset purchase agreement, including review of 90-day payment claims to be acquired, and filing same | DS | 1.5 | $787.50 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 5/23/2026 | reviewing additional information requests from prospective purchaser and communications with client re: same | DS | 0.3 | $157.50 | 2 |
| 5/25/2026 | lengthy telephone call with client re: sale process and upcoming sale hearing | DS | 0.7 | $367.50 | 2 |
| 5/25/2026 | lengthy correspondence to Peter D'Sa re: possible interest in acquiring company, including extensive bid and diligence package | DS | 0.5 | $262.50 | 2 |
| 5/25/2026 | lengthy correspondence to prospective purchaser re: diligence questions | DS | 0.5 | $262.50 | 2 |
| 5/26/2026 | Telephone conversation with Committee's counsel re: objections to sale motion | DS | 0.5 | $262.50 | 2 |
| 5/26/2026 | drafting to client summary of Committee's objections to sale motion | DS | 0.3 | $157.50 | 2 |
| 5/26/2026 | communications with new prospective purchaser re: sale procedure and need for NDA, including review of NDA and questions regarding same | DS | 0.4 | $210.00 | 2 |
| 5/26/2026 | communications with prospective purchaser re: need for possible additional time to work through sale process | DS | 0.1 | $52.50 | 2 |
| 5/26/2026 | Telephone conversation with John Carroll re: status of sale | DS | 0.3 | $157.50 | 2 |
| 5/26/2026 | extensive follow up with prospective purchaser, including numerous emails and calls to address a variety of diligence requests and sale procedures | DS | 2.3 | $1,207.50 | 2 |
| 5/26/2026 | begin preparing testimony for sale hearing | DS | 1.6 | $840.00 | 2 |
| 5/27/2026 | communications with third prospective purchaser re: interesting purchasing company | DS | 0.2 | $105.00 | 2 |
| 5/27/2026 | reviewing supplemental information requested by prospective purchaser 2 and correspondence re: same | DS | 0.2 | $105.00 | 2 |
| 5/27/2026 | preparing agenda of items to discuss with stalking horse bidder in preparation for hearing on sale motion | DS | 0.3 | $157.50 | 2 |
| 5/27/2026 | attending a meeting with purchaser and its counsel in preparation for sale hearing | DS | 1 | $525.00 | 2 |
| 5/27/2026 | reviewing Committee's objection to motion to sell assets | DS | 0.5 | $262.50 | 2 |
| 5/27/2026 | multiple communications with two prospective purchasers, including addressing NDA issues and diligence issues | DS | 1.3 | $682.50 | 2 |
| 5/27/2026 | extensive preparation of questions for witnesses (and discussion with witness re: same), identifying exhibits for hearing and preparing legal arguments for case | DS | 4.6 | $2,415.00 | 2 |
| 5/28/2026 | preparing Vanessa Kreckel for sale hearing, if testimony is required | DS | 0.4 | $210.00 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 5/28/2026 | Communications with Committee counsel and purchaser's counsel re:resolution of Committee objection | DS | 0.5 | $262.50 | 2 |
| 5/28/2026 | completing witness and exhibit disclosures, compiling exhi | DS | 1.2 | $630.00 | 2 |
| 5/28/2026 | final preparation of witness testimony for hearing | DS | 1.1 | $577.50 | 2 |
| 5/28/2026 | attending hearing on sale motion | DS | 1.7 | $892.50 | 2 |
| 5/28/2026 | discussion with client re: import of sale order, once entered | DS | 0.3 | $157.50 | 2 |
| 5/28/2026 | status communications with lender's counsel re: status of settlement | DS | 0.2 | $105.00 | 2 |
| 5/28/2026 | communications with third prospective purchaser re: diligence and other related requests | DS | 0.2 | $105.00 | 2 |
| 5/29/2026 | drafting updated order approving motion to sell assets and communications with parties re: same | DS | 0.7 | $367.50 | 2 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/5/2026 | communications with Ross Switkes re: Rule 2004 request | DS | 0.1 | $52.50 | 7 |
| 5/6/2026 | communications with committee counsel re: submission of POC in Kreckel personal case; reviewing updated docket to case | DS | 0.2 | $105.00 | 7 |
| 5/9/2026 | correspondence to creditor Dupati to send materials requested | DS | 0.1 | $52.50 | 7 |
| 5/11/2026 | communications with Art Goldman (creditor's counsel) re: questions arising from sale of assets | DS | 0.2 | $105.00 | 7 |
| 5/19/2026 | status call with client to discuss financing and sale prospects | DS | 0.3 | $157.50 | 7 |
| 5/20/2026 | reviewing correspondence from Alok Sharma re: updated address for notices | DS | 0.1 | $52.50 | 7 |
| 5/29/2026 | communications with Jesse Harris re: funding professional fees under DIP order | DS | 0.1 | $52.50 | 7 |

| Task 8: Claims Administration and Objections | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/15/2026 | Correspondence to Beacon's counsel re: request for updated payoff amounts | DS | 0.1 | $52.50 | 8 |
| 5/22/2026 | communications to and from North Star Leasing (including review of financing agreement and accompanying UCC) and communications with purchaser re: whether purchaser intends to assume liability | DS | 0.9 | $472.50 | 8 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/7/2026 | reviewing April fee request, including coding time entries | DS | 0.5 | $262.50 | 11 |
| 5/7/2026 | preparing lengthy second interim payment request | DS | 1.2 | $630.00 | 11 |
| 5/11/2026 | communications with client re: second fee request | DS | 0.1 | $52.50 | 11 |
| 5/26/2026 | preparing and filing CNO on second payment request and follow up with client re: same | DS | 0.2 | $105.00 | 11 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/5/2026 | communications with counsel re: status of consent orders for cash collateral and DIP financing | DS | 0.1 | $52.50 | 13 |
| 5/5/2026 | finalizing and filing proposed orders for postpetition financing and cash collateral | DS | 0.8 | $420.00 | 13 |
| 5/8/2026 | reviewing weekly variance budget report and correspondence to counsel re: same | DS | 0.4 | $210.00 | 13 |
| 5/12/2026 | communications with client and Evan Tarte to address updated DIP financing projections | DS | 0.1 | $52.50 | 13 |
| 5/13/2026 | begin drafting motion to amend prior DIP financing order | DS | 1.3 | $682.50 | 13 |
| 5/13/2026 | reviewing extent of increases in post-petition financing, including analysis of budget comparisons | DS | 0.6 | $315.00 | 13 |
| 5/14/2026 | drafting emergency motion package to amend, including motion, proposed orders and declaration | DS | 4.2 | $2,205.00 | 13 |
| 5/14/2026 | communications to parties re: consent to expedited motion | DS | 0.2 | $105.00 | 13 |
| 5/15/2026 | follow up with court re: available hearing dates for emergency motion | DS | 0.1 | $52.50 | 13 |
| 5/15/2026 | reviewing scheduling order on emergency motion to amend and overseeing service of motion, including direct notice to client and lender | DS | 0.8 | $420.00 | 13 |
| 5/18/2026 | Communications with client re: reviewing projections to prepare for post-petition financing hearing | DS | 0.2 | $105.00 | 13 |
| 5/18/2026 | virtual meeting with client to review projections for hearing on motion to amend | DS | 1 | $525.00 | 13 |
| 5/18/2026 | comparing original projections and updated projections for purposes of hearing on motion to amend | DS | 0.9 | $472.50 | 13 |
| 5/19/2026 | preparation for emergency hearing on motion to amend, including preparing witness, drafting proffer, reviewing prior and updated budget and relevant parts of motion to borrow | DS | 2.3 | $1,207.50 | 13 |
| 5/19/2026 | attending hearing on motion to amend order to increase financing | DS | 3.2 | $1,680.00 | 13 |

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2026 | confirming amount and extent of loan advances through today's date | DS | 0.1 | $52.50 | 13 |
| 5/13/2026 | Research issue re: increase approved amount in post petition financing. | LZ | 1.7 | $510.00 | 13 |

| Task 15: Meetings and Communications with Creditors | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/1/2026 | reviewing DIP account information and producing same to US Trustee | DS | 0.2 | $105.00 | 15 |
| 5/14/2026 | follow up with Debtor on continued 341 preparation | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Correspondence to John Schanne re: upcoming continued 341 meeting | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Telephone call with client re: preparation for continued 341 meeting | DS | 0.3 | $157.50 | 15 |
| 5/14/2026 | attending continued 341 meeting | DS | 0.7 | $367.50 | 15 |
| 5/1/2026 | reviewing DIP account information and producing same to US Trustee | DS | 0.2 | $105.00 | 15 |
| 5/14/2026 | follow up with Debtor on continued 341 preparation | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Correspondence to John Schanne re: upcoming continued 341 meeting | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Telephone call with client re: preparation for continued 341 meeting | DS | 0.3 | $157.50 | 15 |
| 5/14/2026 | attending continued 341 meeting | DS | 0.7 | $367.50 | 15 |
| 5/1/2026 | reviewing DIP account information and producing same to US Trustee | DS | 0.2 | $105.00 | 15 |
| 5/14/2026 | follow up with Debtor on continued 341 preparation | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Correspondence to John Schanne re: upcoming continued 341 meeting | DS | 0.1 | $52.50 | 15 |
| 5/14/2026 | Telephone call with client re: preparation for continued 341 meeting | DS | 0.3 | $157.50 | 15 |
| 5/14/2026 | attending continued 341 meeting | DS | 0.7 | $367.50 | 15 |

| Task 19: Relief from Stay Issues | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/5/2026 | reviewing proposed stipulation with Totalsource on co-employer rights and responsibilities post-petition | DS | 0.3 | $157.50 | 19 |
| 5/11/2026 | reviewing ADP proposed stipulation for stay relief and telphone call with counsel re: same | DS | 0.4 | $210.00 | 19 |

## Task 20: Reporting

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 5/4/2026 | reviewing and providing client with MOR instructions | DS | 0.4 | $210.00 | 20 |
| 5/5/2026 | follow up with client on 1-year payment disclosures in SOFA | DS | 0.1 | $52.50 | 20 |
| 5/5/2026 | preliminary review of 1 year insider payment disclosures | DS | 0.3 | $157.50 | 20 |
| 5/5/2026 | reviewing preliminary draft of 1-year insider payments | DS | 0.4 | $210.00 | 20 |
| 5/6/2026 | lengthy call with client to discuss 1-year spreadsheets and draft disclosures | DS | 0.8 | $420.00 | 20 |
| 5/8/2026 | reviewing 1-year transactional detail for purposes of amending SOFA and communications with client re: same | DS | 0.6 | $315.00 | 20 |
| 5/8/2026 | finalizing and filing supplement to SOFA questions 4 and 30 | DS | 1.3 | $682.50 | 20 |

## June 2026 through July 21, 2026

| Task 2: Asset Disposition | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorne** | **Hours** | **Amount** | **Code** |
| 6/1/2026 | drafting bill of sale and assignment of contracts | DS | 0.7 | $367.50 | 2 |
| 6/1/2026 | reviewing sale order and correspondence to client and purchaser re: same | DS | 0.2 | $105.00 | 2 |
| 6/1/2026 | telephone call with John Carroll re: comments to bill of sale (including revisions thereto) and closing procedure | DS | 0.3 | $157.50 | 2 |
| 6/1/2026 | separate correspondence to each competitive to destroy or return diligence materials in light of sale to Oslo Blue | DS | 0.8 | $420.00 | 2 |
| 6/2/2026 | communications with prospective purchaser re: destruction of diligence files | DS | 0.1 | $52.50 | 2 |
| 6/2/2026 | preparing closing statement show flow of funds from sale of assets, and follow up with client to confirm final loan advance amount and applicable adjustments to accounts receivable amounts | DS | 0.6 | $315.00 | 2 |
| 6/2/2026 | communications with prospective purchaser 1 re: destruction of diligence materials | DS | 0.1 | $52.50 | 2 |
| 6/3/2026 | communications with prospective purchaser re: destruction of diligence materials | DS | 0.1 | $52.50 | 2 |
| 6/3/2026 | preparing lengthy email to Bank's counsel to reconcile amounts owing and seek payoff letter to enable closing to occur | DS | 0.6 | $315.00 | 2 |
| 6/3/2026 | communications with purchaser re: closing documents and procedures | DS | 0.3 | $157.50 | 2 |
| 6/3/2026 | Telephone call with client re: consummation of sale approved by court | DS | 0.2 | $105.00 | 2 |
| 6/3/2026 | Reviewing proposed payoff letter for Beacon and communications with client re: same | DS | 0.3 | $157.50 | 2 |
| 6/5/2026 | follow up with client and purchaser on closing on sale | DS | 0.3 | $157.50 | 2 |
| 6/10/2026 | updating bill of sale and communications with parties re: sale procedures | DS | 0.4 | $210.00 | 2 |
| 6/10/2026 | Telephone conversation with John Carroll re: closing and funding mechanics, including payment instructions for purchase of avoidance claims | DS | 0.3 | $157.50 | 2 |
| 6/18/2026 | virtual meeting with client and purchaser re: reconciliation of funds from closing | DS | 0.5 | $262.50 | 2 |
| 6/29/2026 | Communications with client re: confirmation of receipt of avoidance claim payment by purchaser of assets | DS | 0.1 | $52.50 | 2 |

| Task 3: Assumption and Rejection of Leases and Contracts | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorne** | **Hours** | **Amount** | **Code** |
| 6/4/2026 | Telephone conversation with client and ADP's counsel re: status of assumption of co-employer agreement | DS | 0.2 | $105.00 | 3 |
| 6/8/2026 | reviewing assumption terms of ADP contract and communications with client re: same | DS | 0.2 | $105.00 | 3 |

## Task 7: Case Administration

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 6/1/2026 | Telephone conversation with client re: status of case in light of sale of assets and pathway moving forward | DS | 0.2 | $105.00 | 7 |
| 6/4/2026 | addressing document request from Ross Switkes on behalf of unsecured creditor | DS | 0.1 | $52.50 | 7 |
| 6/9/2026 | Telephone conversation with Jesse Harris re: future of case, including possibility of conversion | DS | 0.2 | $105.00 | 7 |
| 6/10/2026 | communications with client re: payment of Committee's provision legal fees as well as Debtor's counsel's provisional fees | DS | 0.2 | $105.00 | 7 |
| 6/17/2026 | drafting memo to client on mechanisms and procedures to pay post-petition claims | DS | 0.3 | $157.50 | 7 |
| 6/18/2026 | Telephone call with client re: extent of available cash and future obligations that must be paid | DS | 0.1 | $52.50 | 7 |
| 6/22/2026 | Telephone call with client re: strategies to proceed with bankruptcy case | DS | 0.2 | $105.00 | 7 |
| 6/29/2026 | reviewing irs request for payroll information | DS | 0.1 | $52.50 | 7 |
| 6/30/2026 | Communications with client re: status of use of DIP account | DS | 0.1 | $52.50 | 7 |
| 7/21/2026 | communications with client and trustee re: status of funds in estate | DS | 0.2 | $105.00 | 7 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/1/2026 | reviewing and coding time entries for third interim fee request | DS | 0.7 | $367.50 | 11 |
| 6/2/2026 | reviewing, revising and finalizing third interim payment request | DS | 0.9 | $472.50 | 11 |
| 6/19/2026 | communications with Jesse Harris re: status of professional fee payments | DS | 0.1 | $52.50 | 11 |
| 7/6/2026 | communications with Committee counsel and client re: status of payment for professional fees | DS | 0.1 | $52.50 | 11 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/5/2026 | preparing final order for DIP Financing and Motion to Amend | DS | 0.7 | $367.50 | 13 |
| 6/9/2026 | revising cash collateral order to include terms of third interim order | DS | 0.3 | $157.50 | 13 |
| 6/10/2026 | reviewing budget for cash collateral use | DS | 0.3 | $157.50 | 13 |
| 7/20/2026 | follow up with court on status of cash collateral issues | DS | 0.2 | $105.00 | 13 |
| 7/21/2026 | reviewing docket notes on use of cash collateral | DS | 0.1 | $52.50 | 13 |

## Task 14: Litigation

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 6/22/2026 | Begin preparing and finalize first Draft of Answer to Motion to Dismiss. | LZ | 2 | $600.00 | 14 |
| 6/23/2026 | reviewing and finalizing for filing objection to motion to dismiss | DS | 0.5 | $262.50 | 14 |
| 7/10/2026 | Reviewing proposed order converting case to chapter 7 and communications with parties re: same | DS | 0.2 | $105.00 | 14 |
| 7/13/2026 | reviewing and revising conversion order and communications with parties re: same | DS | 0.5 | $262.50 | 14 |
| 7/14/2026 | follow up with UST and Committee's counsel re: order to convert case | DS | 0.2 | $105.00 | 14 |
| 7/15/2026 | reviewing updated conversion order | DS | 0.2 | $105.00 | 14 |
| 7/17/2026 | addressing conversion order with trustee | DS | 0.2 | $105.00 | 14 |
| 7/19/2026 | Correspondence to client re: conversion order to be entered by court | DS | 0.1 | $52.50 | 14 |
| 7/19/2026 | Telephone conversation with client re: impending conversion of case and responsibilities to comply with proposed order | DS | 0.2 | $105.00 | 14 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/1/2026 | follow up with client re: monthly operating reports, including assisting with questions on forms | DS | 0.3 | $157.50 | 20 |
| 6/15/2026 | follow up on status of MORs | DS | 0.1 | $52.50 | 20 |
| 7/14/2026 | E-mail with client regarding status of MORs for March, April, May and June. | LZ | 0.2 | $60.00 | 20 |
| 7/21/2026 | E-mail to client asking for update on status of outstanding MORs. | LZ | 0.1 | $30.00 | 20 |