# EXHIBIT C

Detail of Monthly Expenses Incurred

# March 2026

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/12/2026 | Online Research - PA BCCO, UCC11 Information, receipt #2592640 | $48.00 |
| 03/16/2026 | Online Research - Bucks County Prothonotary. | $2.60 |
| 03/18/2026 | e-Filing - Delaware County | $10.50 |
| 03/18/2026 | e-Filing - Montgomery County | $8.00 |
| 03/31/2026 | Postage | $55.96 |
| 03/31/2026 | Photocopies | $55.50 |
| | | **$180.56** |

# April 2026

**Disbursements**

| Date | Description | Amount |
| --- | --- | --- |
| 03/31/2026 | Online Research - Lexis Nexis 3/17/26-3/18/26 | $74.17 |
| 03/31/2026 | Online Research - Pacer Service Center Q1- 2026 | $18.65 |
| 04/27/2026 | Filing Fee - PA Eastern Bankruptcy Court, tracking #A32338047 | $199.00 |
| 04/30/2026 | Postage | $318.00 |
| 04/30/2026 | Photocopies | $180.00 |
| | | **$789.82** |

# May 2026

**Disbursements**

| Date | Description | Amount |
| --- | --- | --- |
| 04/30/2026 | Online Research - Lexis Nexis, 4/27/26 | $121.30 |
| | | **$121.30** |

# June 2026 through July 21, 2026

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | Online Research - Pacer Service Center, Q1-2026 | $3.80 |
| 06/30/2026 | Online Research - Pacer, Q2, 2026 | $79.26 |
| 06/30/2026 | Online Research - Pacer Q2, 2026 | $2.56 |
| | | **$85.62** |