**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 7 (converted from Chapter 11) |
| TPD Design House, LLC | : |
| | : Case No.: 26-11073 (DJB) |
| Debtor | : |

**CERTIFICATE OF SERVICE**

I, David B. Smith, hereby certify that a true and correct copy or notice of the First and Final Fee Application of Smith Kane Holman, LLC as Counsel to the Debtor for the Period March 16, 2026 through July 21, 2026 (the "Application"), and notice thereof, was served via first-class mail, postage prepaid or electronically through the Court's ECF system, upon the Debtor, the United States Trustee, the Twenty Largest Unsecured Creditors, and those on the Clerk's Service List.

SMITH KANE HOLMAN, LLC

Dated: August 27, 2026

By: */s/ David B. Smith*

David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for* TPD Design House, LLC

**SERVICE LIST**
(CM/ECF – list as of 8.24.26)

- **STEPHEN G. BRESSET sbresset@bressetsantora.com, nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com**
- **JOHN T. CARROLL jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com**
- **ERIK L. COCCIA ecoccia@dilworthlaw.com, shenry@dilworthlaw.com**
- **Albert Anthony Ciardi aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com**
- **MICHAEL B. DUBIN mdubin@sogtlaw.com, jfiganiak@sogtlaw.com**
- **NICHOLAS M. ENGEL nengel@skhlaw.com**
- **TURNER N. FALK turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com**
- **LYNN E. FELDMAN trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com**
- **JOEL MARC FLINK joel.flink@fiwlaw.com**
- **Andrew Robert Fuchs andrew.fuchs@usdoj.gov, beth.fuhrhop@usdoj.gov**
- **MARK S. HALTZMAN mhaltzman@sanddlawyers.com, mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com**
- **JESSE M. HARRIS jesseharris@foxrothschild.com**
- **ROBERT MICHAEL KLINE rmk@replevin.com, ecf@writofseizure.com**
- **CHRISTINA M. PHILIPP cphilipp@mkcilaw.us.com**
- **DANA S. PLON dplon@sirlinlaw.com**
- **LYNDSAY ELIZABETH ROWLAND lrowland@starfieldsmith.com, arosen@starfieldsmith.com**
- **GARY SCHAFKOPF GARY@SCHAFLAW.COM, tudorescue@gmail.com;tudorescue2@gmail.com**
- **JOHN HENRY SCHANNE John.Schanne@usdoj.gov**
- **CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com**
- **DANIEL S. SIEDMAN dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com**
- **MATTHEW AARON SKOLNICK mskolnick@foxrothschild.com**
- **DAVID B. SMITH dsmith@skhlaw.com, b.dr70286@notify.bestcase.com**
- **CHRISTIAN P. SUPRENUK csuprenuk@murlandlaw.com**
- **PAMELA ELCHERT THURMOND pamela.thurmond@phila.gov**
- **DANIEL R. UTAIN dutain@kaplaw.com, llapenna@kaplaw.com**
- **United States Trustee USTPRegion03.PH.ECF@usdoj.gov**
- **WILLIAM EUGENE VISS wviss@reidenbachlaw.com**
- **MATTHEW B WEISBERG mweisberg@weisberglawoffices.com, kdaversa@weisberglawoffices.com**

**Service List**
(first-class mail)

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Attn: Kevin Callahan, Esquire

John Henry Schanne
DOJ-Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Commonwealth of PA UCTS
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121

Fox Rothschild LLP
c/o Prince Altee Thomas, Esquire
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

KARALIS PC
1900 Spruce Street
Philadelphia, Pa 19103

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ 08690

Priyesh S. Patel
5246 West Broad Street
Columbus, OH 43228

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA 19087

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ 08690

Beacon Bank & Trust
131 Clarendon Street
Boston, MA 02116

Dalsukh Madia
925 Toulon Avenue
Marion, OH 43302

Jaguar Investments and Research, LLC
13316 Horsepen Woods Lane
Herndon, VA 20171

Marion 9, LLC
925 Touylon Avenue
Marion, OH 43302

National Dental LLC
560 South Broadway
Hicksville, NY 11801

Pemm Capital
14 Kitson Drive
Barrington, IL 60010

Peter D'Sa
97 Silver Marple Drive
North Inlet
Rosemary Beach, FL 32461

Samson Capital
17 State Street
New York, NY 10004

Shagul, LLC
5380 Aldie Mill Drive
New Albany, OH 43054

South Florida Friends Investments LLC
222 Fairmont Way
Fort Lauderdale, FL 33329

Sunny Isles Beach Investments LLC
5901 Collins Avenue
Unit 3306
North Miami Beach, FL 33160

U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203

Anish Patel
852 Loop 573 South
Cleveland, TX 77327

Guardsman Capital Partners
2100 Park Avenue, #683633
Park City, UT 84060-0000

Riddhi Aggarwal
35-36 76th Street
Apartment 103
Jackson Heights, NY 11372

Suruhi Ventures LLC
1507 Sandcroft Lane
Sugar Land, TX 77479

Taylor King and Heather King
304 Edgehill Road
Wayne, PA 19087

Venkatraman Aiyer Priya
924 Noel Court
Westmont, IL 60559