# **Exhibit "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**AFFIDAVIT OF JASON C. MANFREY, ESQUIRE**

STATE OF PENNSYLVANIA :
: SS
COUNTY OF MONTGOMERY :

JASON C. MANFREY, being duly sworn according to law, deposes and says:

1. I am a partner with the law firm of Stevens & Lee, P.C. ("Stevens & Lee"), with offices at 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406 and am admitted to practice law in the Commonwealth of Pennsylvania and the State of New Jersey.

2. This Affidavit is being submitted in support of the application of Lynn E. Feldman (the "Trustee"), chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1, authorizing the Trustee to retain and employ Stevens & Lee as her attorneys in this case, nunc pro tunc to August 20, 2026 (the "Application").

3. To the best of my knowledge, Stevens & Lee has not represented and does not have any connection with the Debtor, its creditors, or any other parties in interest or their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee in any matter relating to the Debtor or its estate.

4. Stevens & Lee does not hold or represent any interest materially adverse to the Debtor, its estate, or its creditors or other parties in interest and is a disinterested person within the meaning of 11 U.S.C. §§ 101(14) and 327(a) and (c).

5. Stevens & Lee may have in the past represented, and may currently represent and likely in the future will represent creditors of the Debtor in connection with matters unrelated to the Debtor and this case.

6. Stevens & Lee intends to apply for compensation for professional services rendered in connection with this proceeding subject to Court approval in accordance with 11 U.S.C. § 330 on an hourly basis at Stevens & Lee's normal and customary hourly rates, plus reimbursement of actual, necessary expenses and other charges incurred by Stevens & Lee. The principal attorneys presently designated to represent the Trustee and their current standard hourly rates[1] are:

a. Jason Manfrey - $860 per hour

b. Scott Rever - $700 per hour

7. The hourly rates set forth above are Steven & Lee's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate Stevens & Lee for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. These rates are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Trustee in connection with the matters herein described.

8. It is Steven & Lee's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's cases. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing

[1] For purposes of this engagement, Stevens & Lee has agreed to cap the hourly rate at $600 per hour.

supplies (including, without limitation, envelopes and labels) provided by Stevens & Lee to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Stevens & Lee will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to Steven & Lee's other clients. Stevens & Lee believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

9. No promises have been received by Stevens & Lee or by any partner, counsel or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Stevens & Lee has no agreement with any other person (other than customary agreements among the partners of Stevens & Lee) for the sharing of compensation to be received by Stevens & Lee in connection with services rendered in this case.

10. Stevens & Lee reserves the right to supplement this Affidavit should it discover further pertinent relationships that require disclosure in this case.

11. I declare under penalty that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: ______________________
Jason C. Manfrey, Esquire
Stevens & Lee, P.C.

Sworn to and Subscribed
This 27th day of August, 2026
Maria J. Franey
Notary Public
My commission expires on 6/17/28

Commonwealth of Pennsylvania - Notary Seal
Maria J. Franey, Notary Public
Montgomery County
My Commission Expires June 17, 2028
Commission Number 1298724



8/27/2026 SL1 4679425v1 124362.00001