**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEVENS & LEE P.C. AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1, *NUNC PRO TUNC* TO AUGUST 20, 2026**

Upon consideration of the application of Lynn E. Feldman (the "Trustee"), chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1, authorizing the Trustee to retain and employ Stevens & Lee as her attorneys in this case, nunc pro tunc to August 20, 2026 (the "Application") and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Trustee is authorized to employ and retain Stevens & Lee as her attorneys in this case, on the terms set forth in the Application, effective as of August 20, 2026.

3. Stevens & Lee shall file applications and be compensated in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedures the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Pennsylvania, and such other procedures as may be fixed by orders entered by the Court.

DATED:

________________________________________
THE HONORABLE DEREK J. BAKER
U.S. BANKRUPTCY JUDGE