**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**NOTICE OF APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1 AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEVENS & LEE, P.C. AS ATTORNEYS FOR LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, NUNC PRO TUNC TO AUGUST 20, 2026**

TO: THE DEBTOR, OFFICE OF THE U.S. TRUSTEE, ALL CREDITORS AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Lynn E. Feldman (the "Trustee"), the chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor") has filed an Application of the Chapter 7 Trustee for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and L.B.R. 2014-1, Authorizing the Employment and Retention of the Law Firm of Stevens & Lee P.C. ("Stevens & Lee") as her attorneys in this case, *nunc pro tunc* to August 20, 2026 (the "Application").

1. Any creditor or party-in-interest may file an answer, objection or other responsive pleading to the Application which answer, objection or other responsive pleading must be (a) filed with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107-4299, and (b) served on the Trustee's proposed counsel at the address listed below, within **eight (8) days** from the date of this Notice.

2. If no objections are timely filed, the Court may enter the relief requested in the Application without a hearing.

Dated: August 27, 2026

**STEVENS & LEE**

By: *\/s/ Jason C. Manfrey*

Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Tel. (610) 205-6054
Fax (610) 371-7984
Email: Jason.manfrey@stevenslee.com

*Proposed Attorney for Lynn E. Feldman, Chapter 7 Trustee*