**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **TPD DESIGN HOUSE, LLC** | : | **Case No. 26-11073 (DJB)** |
| **Debtor** | : | |

# ORDER DESIGNATING DEBTOR REPRESENTATIVE AND TO SHOW CAUSE FOR FAILURE TO COMPLY

**AND NOW,** upon consideration of the Order Converting Case to Chapter 7 (the "Conversion Order") [Dkt. No. 150] and the Notice Of Non-Compliance With Conversion Order And Request for Status Conference (the "Notice") [Dkt. No. 158], and the Court having held a status conference on the Notice on September 1, 2026,

**AND** the Court having heard the report of the Debtor's failure to comply with the terms set forth in the Conversion Order;

It is hereby **ORDERED** that:

1. Vanessa D. Kreckel, manager of the Debtor [Dkt No. 80], is designated as the representative of the Debtor pursuant to Fed. R. Bankr. P. 9001(b)(5)(A).
2. The Debtor (through its designated representative) shall file all reports or schedules required by ¶ 3 of the Conversion Order on or before October 1, 2026. See 11 U.S.C. §§ 704(a)(8) & 1107, Fed. R. Bankr. P. 2015(a)(3)(A) and L.B.R. 2015-1.
3. The Debtor (through its designated representative) shall attend and appear at the rescheduled Meeting of Creditors set for October 8, 2026 for examination. [Dkt No. 161.] See 11 U.S.C. §§ 341 & 343 and Fed. R. Bankr. P. 4002(a)(1).

4. In the event the Debtor fails to comply with the provisions of ¶ 2 and 3 hereof, the Debtor (through its designated representative) **shall appear** for a hearing on **October 13, 2026** at **10:00 a.m**. in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 2, 900 Market Street, Philadelphia, PA 19107 and **show cause** as to why the Court should not impose further orders pursuant to Fed. R. Bankr. P. 2005 (upon appropriate affidavit) or issue other sanctions as authorized by 11 U.S.C. § 105(a).

**Date: September 1, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

cc: All Parties Served via BNC

and

Vanessa D. Kreckel
108 West Wayne Avenue
Wayne, PA 19087-4019