United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11073-djb

TPD Design House, LLC Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 7

Date Rcvd: Sep 01, 2026 Form ID: pdf900 Total Noticed: 146

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019 |
| cr | + | Commonwealth of PA UCTS, Department of Labor and Industry, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| NONE | + | Jatinder Singh, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| cr | + | Marc Pan, 11 Bala Ave, Bala Cynwyd, PA 19004, UNITED STATES 19004-3201 |
| cr | + | Priyesh S. Patel, 5246 West Broad Street, Columbus, OH 43228-1609 |
| cr | + | Steamboat Family Holdings LLC, 741 Woodleave Road, Bryn Mawr, PA 19010, UNITED STATES OF AMERICA 19010-1708 |
| NONE | + | Vaishali Gor, 910 Carlow Drive, Des Plaines, IL 60016-8721 |
| cr | + | West Wayne Avenue Ventures LLC, Kaplin Stewart Meloff Reiter & Stein, Daniel R. Utain, Esquire, 910 Harvest Drive, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 15115923 | + | ACH Capital UT, 375 W. 200 S, Suite 225, Salt Lake City, UT 84101-1667 |
| 15115924 | + | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| 15118135 | + | Alan Lobo, c/o Stephen G. Bresset, Esq., 812 Court Street, Honesdale, PA 18431-1831 |
| 15115925 | + | Aleksey and Christine Prok, 8691 Filiz Lane, Powell, OH 43065-8025 |
| 15147845 | + | Alok Sharma, 10 Shelterwood Place, Danville, CA 94506-4757 |
| 15115928 | + | Announcement Converters, 13200 NW 45th Avenue, Opa Locka, FL 33054-4308 |
| 15127368 | + | Arthur Goldman, P.O. Box 115, Paoli, PA 19301-0115 |
| 15115929 | + | Atash, 1212 Turtle Creek Blvd., Dallas, TX 75207-6614 |
| 15130702 | + | Atash LLC d/b/a Funding Zone, c/o Amato and Keating PC, 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 15130695 | + | Baccarat, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem Pa 18017-8913 |
| 15115930 | + | Beacon Bank & Trust, 131 Clarendon Street, Boston, MA 02116-5131 |
| 15116685 | + | Beacon Bank and Trust, c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |
| 15115931 | + | Berkovitch and Boussaka, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 15115932 | + | Birch Event Design LLC, 336 W. 37th Street, Suite 1200, New York, NY 10018-4282 |
| 15115933 | | Cake Rules Everything Around Me LLC, 19411 West McNichols Road, Pacific Palisades, CA 90272 |
| 15115934 | + | Chris Steinhauer, 117 Laurier Place, Bryn Mawr, PA 19010-2247 |
| 15115935 | + | Commonwealth of PA, Department of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 15115936 | + | Conlin's, 1011 West Eighth Avenue, King of Prussia, PA 19406-1303 |
| 15132796 | + | Croc Socks Ventures LLC, Ernest D. Palmarella, 1255 Drummers Lane, Suite 105, Wayne, PA 19087-1565 |
| 15137536 | + | D2 Finance, c/o Turner N. Falk, Esq., 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501 |
| 15115937 | + | Dalsukh Madia, 925 Toulon Avenue, Marion, OH 43302-6605 |
| 15115938 | | Daniel R. Utain, Esquire, Kaplin Stewart Meloff Reiter & Stein, 910 Harvest Drive, PO Box 3037, Blue Bell, PA 19422-0765 |
| 15115939 | + | Dennis L. Abramson, Esquire, Abramson & Abramson, LLC, Two Bala Plaza, Suite 300, Bala Cynwyd, PA 19004-1512 |
| 15115941 | + | Dexed, LLC, 4660 Elizabeth Street, Coraopolis, PA 15108-3322 |
| 15137534 | + | Dexed, LLC, c/o Turner N. Falk, Esq., 1735 Market Street, 34th Floor, Philadelphia, PA 19103-7501 |
| 15115942 | + | Drew Salaman, Esquire, 100 South Broad Street, Suite 2126, Philadelphia, PA 19110-1022 |
| 15115943 | + | E. William Hevenor, Esquire, 2 HOrseshoe Lane, Paoli, PA 19301-1910 |
| 15115944 | + | Emmy Capital Group LLC, 629 46th Street, Brooklyn, NY 11220-1410 |

| | | |
|---|---|---|
| 15115945 | + | Encore Enterprises, Inc., 16980 Dallas Parkway, Suite 200, Dallas, TX 75248-1974 |
| 15132795 | + | Ernest D. Palmarella, Palmarella & Raab, PC, 1255 Drummers Lane, Suite 105, Wayne, PA 19087-1565 |
| 15118160 | + | Euguenia Moisseenko, c/o Stephen G. Bresset, Esq., 812 Court Street, Honesdale, PA 18431-1831 |
| 15115946 | + | Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833 |
| 15133732 | + | Fal Patel, 1019 Jasons Bend, Sugar Land, TX 77479-5443 |
| 15115948 | + | Financial Agent Services, PO Box 2576, Springfield, IL 62708-2576 |
| 15130230 | + | Guardsman Capital Partners, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 15115951 | + | Guy N. Paolino, Esquire, Forbes Bender & Paolino, PC, 205 N Monroe Street, Media, PA 19063-3052 |
| 15115952 | + | HMFCG Inc., 368 New Hempstead Road, Suite #217, New City, NY 10956-1900 |
| 15130232 | + | Heather King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 15115954 | + | Jaguar Investments and Research, LLC, 13316 Horsepen Woods Lane, Herndon, VA 20171-3845 |
| 15115955 | #+ | Jason B. Martin, Esquire, The Martin Law Firm, 725 W. Skippack Pike, #337, PA 19422-1749 |
| 15115956 | + | Jatainder Singh and Harkiran Kaur, 67480 Olde Ridge Lane, Saint Clairsville, OH 43950-8597 |
| 15115957 | + | Jeffrey P. Resnick, Esquire, Sherman, Silverstein, Kohl, Rose & Podol, 308 Harper Drive, East Gate Corporate Center, Suite 200, Moorestown, NJ 08057-3245 |
| 15115958 | + | Joshua Emanuel, 100 E. Las Olas, Unit 3801, Fort Lauderdale, FL 33301-2779 |
| 15115959 | + | Kamal Joseph Dupati, 4680 Luke Drive, Cumming, GA 30040-1752 |
| 15124713 | + | Lazarus Jyothi Tari, 4680 Luke Dr, Cumming GA 30040-1752 |
| 15115960 | + | Lightyear Business Services, 473 Sweetgum Lane, Lafayette Hill, PA 19444-2601 |
| 15129793 | + | Ligthyear Busines Advisors LLC, c/o Michael B. Dubin, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109 |
| 15115963 | + | Louella Press, LLC, 108 West Wayne Avenue, Wayne, PA 19087-4019 |
| 15115964 | + | Lyndsay Rowland, Esquire, Starfield & Smith, PC, 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |
| 15115965 | + | Marc Pan, 7 South Morton Avenue, Morton, PA 19070-1707 |
| 15119638 | + | Marc Pan, c/o SCHAFKOPF LAW LLC, 11 Bala Avenue, Bala Cynwyd 19004-3201 |
| 15115966 | + | Marion 9, LLC, 925 Touylon Avenue, Marion, OH 43302-6605 |
| 15115967 | + | Mark S. Haltzman, Esquire, 900 East Eighth Avenue, Suite 300, King of Prussia, PA 19406-1347 |
| 15115968 | + | Martin E. Odstrchel, Esquire, Rausch Sturm LLP, 300 N. Executive Drive, Suite 200, Brookfield, WI 53005-6034 |
| 15115970 | + | Misbah Shah, 20207 Cedar Court, Lawrence Township, NJ 08648-1261 |
| 15119453 | + | NATIONAL DENTAL, LLC, Guy N. Paolino, 205 N. Monroe Street, Media, PA 19063-3052 |
| 15115971 | + | National Dental LLC, 560 South Broadway, Hicksville, NY 11801-5013 |
| 15115972 | | Nicholas S. Salter, Esquire, Fox Rothschild LLP, 2800 Kelly Road, Suite 200, Pineville, PA 18946 |
| 15130051 | + | Nilesh Desai, 835 Harbour Place, Sugar Land, TX 77478-3463 |
| 15147544 | + | North Star Leasing, c/o Robert M. Kline, Wright Law Group, PLLC, 228 Park Ave S, PMB 84356, New York, NY 10003-0103 |
| 15129120 | + | Official Committee of Unsecured Creditors, C/O Jesse M. Harris, Esquire, Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103-7045 |
| 15129121 | + | Official Committee of Unsecured Creditors, c/o Matthew A. Skolnick, Esquire, Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103-7045 |
| 15115974 | + | Ofilio Arguello and, Calhio Investments LLC, 7447 New Albany Links Drive, New Albany, OH 43054-6012 |
| 15129791 | + | Oslo Blue, LLC and Tarte Family Office, c/o John T. Carroll, III, Simon E. Fraser, 1201 N. Market Street, Suite 1001, Wilmington, DE 19801-1807 |
| 15115975 | + | PA Department of Labor and Industry, 651 Boas Street, Harrisburg, PA 17120-0001 |
| 15115977 | + | PDQ Courier Express, 6850 Oxford Avenue, Philadelphia, PA 19111-4329 |
| 15115976 | + | Paul M. MIdzak, Esquire, 40 W. Evergreen Avenue, Suite 101, Philadelphia, PA 19118-3324 |
| 15115978 | + | Pemm Capital, 14 Kitson Drive, Barrington, IL 60010-7147 |
| 15115980 | + | Peter A. Lesser, Esquire/Dana S. Plon, Sirlin Lesser & Benson, PC, 123 S. Brfoad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 15115981 | + | Peter D'Sa, 97 Silver Marple Drive, North Inlet, Rosemary Beach, FL 32461-8132 |
| 15115982 | + | Pinkdome Corp., 20 N. Wacker Drive, Suite 1000, Chicago, IL 60606-2911 |
| 15115983 | + | Priya Ayer, 924 Noel Court, Westmont, IL 60559-2689 |
| 15115984 | + | Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994 |
| 15115985 | + | Robert H. Nemeroff, Esquire, Friedman Schuman PC, 275 Commerce Drive, Suite 210, Fort Washington, PA 19034-2417 |
| 15115986 | + | Ronald V. Santora, Esquire, Bresset & Santora, LLC, 1188 Wyoming Avenue, Kingston, PA 18704-4016 |
| 15117522 | + | Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161 |
| 15115987 | | Salil Zaveri, 52 Foxweood Drive, Hicksville, NY 11801 |
| 15136952 | + | Samir Sethi, 6 Twin Brooks Court, Warren, NJ 07059-2301 |
| 15115988 | + | Samson Capital, 17 State Street, New York, NY 10004-1749 |
| 15122171 | + | Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 15115989 | + | Scott Gensler, 506 Lee Road, Royersford, PA 19468-3516 |
| 15115991 | + | Shagul, LLC, 5380 Aldie Mill Drive, New Albany, OH 43054-7121 |
| 15115992 | + | South Florida Friends Investments LLC, 222 Fairmont Way, Fort Lauderdale, FL 33326-3584 |
| 15118551 | + | Steamboat Family Holdings LLC, c/o SILVERANG, ROSENZWEIG & HALTZMAN, LL, 900 E. 8th Avenue, Suite 300, King of Prussia, PA 19406-1347 |
| 15115993 | + | Steamboat Family Holdings, LLC, 741 Woodleave Road, Bryn Mawr, PA 19010-1708 |
| 15115994 | + | Stephen G. Bresset, Esquire, Bresset & Santora, LLC, 812 Court Street, Honesdale, PA 18431-1831 |

| | | |
|---|---|---|
| 15115995 | + | Sunil Babu, 7832 INverness Lakes Trl, Fort Wayne, IN 46804-3840 |
| 15115996 | | Sunny Isles Beach Investments LLC, 5901 Collins Avenue, Unit 3306, North Miami Beach, FL 33160 |
| 15115997 | + | Surefold, Inc., 600 E. Erie Avenue, Philadelphia, PA 19134-1209 |
| 15134072 | + | Suruhi Ventures LLC, 1507 Sandcroft Ln, Sugar Land, TX 77479-2889 |
| 15130231 | + | Taylor King, c/o Erik L. Coccia, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 15136044 | + | Taylor King and Heather King, c/o Erik L. Coccia, Dilworth Paxson LLP, 1650 Market Street Suite 1200, Philadelphia, PA 19103-7301 |
| 15115998 | + | Trail Ventures, LLC, 20 N. Wacker Drive, Suite 1000, Chicago, IL 60606-2911 |
| 15116000 | + | Two Paper Dolls LLC, 108 West Wayne Avenue, Wayne, PA 19087-4019 |
| 15116001 | | U.S. Small Business Association, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 15136293 | | United Parcel Service, 102 1/2 S Lombard Rd, Addison, IL 60101 |
| 15116002 | + | V-Capital LLC, 6585 Lockhart Lane, Dublin, OH 43017-7008 |
| 15147581 | + | Vaishali Gor, 1001 Conshohocken State Road, Suite 2-107, West Conshohocken, PA 19428-2956 |
| 15132247 | + | Vaishali Gor, c/o Christina M. Philipp, Esquire, 1001 Conshohocken State Road, Suite 2-10, West Conshohocken, PA 19428-2908 |
| 15116003 | + | Vanessa D. Kreckel, 108 West Wayne Avenue, Wayne, PA 19087-4019 |
| 15116004 | + | Vault 26 Capital LLC, 19790 W. Dixie Hwy, Suite 801, Miami, FL 33180-2296 |
| 15127369 | + | Venkatraman Aiyer Priya, 924 Noel Court, Westmont, IL 60559-2689 |
| 15146470 | + | Vipinchandra Patel, 2448 Pine Preserve Ct, St Cloud, FL 34771-9466 |
| 15116005 | + | Wayne Toytown, PO Box 30092, Elkins Park, PA 19027-0392 |
| 15173954 | + | Wayne Toytown LLC, c/o Christian P. Suprenuk, Esq., 600 W. Germantown Pike, Suite 400, Plymouth Meeting, PA 19462-1046 |
| 15116006 | + | Weinstein Law, 420 Central Avenue, Cedarhurst, NY 11516-1000 |
| 15116007 | + | West Wayne Avenue Ventures LLC, 120 Pennsylvania Avenue, Malvern, PA 19355-2418 |
| 15116684 | + | West Wayne Avenue Ventures LLC,, c/o Daniel R. Utain, Esquire, KAPLIN STEWART MELOFF REITER & STEIN, P., 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765 |
| 15116008 | #+ | Yogesh Patel, 11 Wharton Place, Garden City, NY 11530-3033 |
| 15132139 | | Yogita Gidh, 1431 Tahoe Valley Ln, Sugar Land, TX, 77, Sugar Land, TX 77479 |
| 15142827 | | c/o Anthony Higgins, Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, PO Box 68568 Harrisburg, PA 17106-8568 |

TOTAL: 121

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 02 2026 03:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 02 2026 03:39:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| sp | ^ | MEBN | Sep 02 2026 03:34:03 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |
| 15115926 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 03:47:37 | American Express National Bank, 115 W. Towne Ridge Parkway, Sandy, UT 84070-5511 |
| 15131212 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 03:47:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15120189 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 02 2026 03:39:00 | Berkovitch & Bouskila, PLLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 15119383 | | Email/Text: megan.harper@phila.gov | Sep 02 2026 03:39:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15115940 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 02 2026 03:39:00 | Department of Labor & Industry, 651 Boas Street, 10th Floor, Harrisburg, PA 17121 |
| 15115947 | ^ | MEBN | Sep 02 2026 03:33:37 | FedEx, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 15115949 | + | Email/Text: contact@fiwlaw.com | Sep 02 2026 03:39:00 | Frederic I. Weinberg, Esquire, Law Offices of Frederic I. Weinberg & As, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15119233 | + | Email/Text: bankruptcy@generosen.com | | |

| | | | |
|---|---|---|---|
| | | Sep 02 2026 03:39:00 | Gene Wurzel Rosen, 200 Garden City Plaza, Suite 405, Garden City, NY 11530, Garden City, NY 11530-3338 |
| 15115950 | + Email/Text: Brianna@gogc.com | Sep 02 2026 03:39:00 | Geneva Capital, LLC, 1311 Broadway Street, Alexandria, MN 56308-2533 |
| 15115953 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2026 03:39:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 15131190 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 02 2026 03:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15115961 | + Email/Text: nishad@loudcapital.com | Sep 02 2026 03:39:00 | Loud Capital, LLC, 25 North Street, Dublin, OH 43017-2144 |
| 15115962 | + Email/Text: nishad@loudcapital.com | Sep 02 2026 03:39:00 | Loud Equities, LLC, 25 North Street, Dublin, OH 43017-2144 |
| 15115969 | ^ MEBN | Sep 02 2026 03:34:05 | Michael J. Dougherty, Esquire, Weltman, Weinberg & Reis Co., LPA, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 15115973 | ^ MEBN | Sep 02 2026 03:34:04 | North Star Leasing, PO Box 4505, Burlington, VT 05406-4505 |
| 15132425 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 03:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15115979 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 03:39:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 15120190 | + Email/Text: BNCnotices@bblawpllc.com | Sep 02 2026 03:39:00 | SAMSON MCA LLC, 1545 U.S. 202, Suite 101, Pomona, NY 10970-2951 |
| 15115990 | ^ MEBN | Sep 02 2026 03:34:08 | Secured Lender Solutions, LLC, PO Box 2576, Springfield, IL 62708-2576 |
| 15136718 | + Email/Text: bankruptcynotices@sba.gov | Sep 02 2026 03:39:00 | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15115999 | + Email/Text: legal@tuckeralbin.com | Sep 02 2026 03:39:00 | Tucker Albin Associates, 1702 Collins Blvd., Suite 100, Richardson, TX 75080-3662 |
| 15121707 | + Email/Text: arbankruptcy@uline.com | Sep 02 2026 03:39:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15119637 | | Assistant U.S. Attorney, c/o Andrew Fuchs, U.S. Attorneys Office, Eastern District, 615 Chestnut Street, Suite 1250 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Alan Lobo, 6 Winterberry Terrace, Hamilton, NJ 08690-3213 |
| cr | *+ | Euguenia Moisseenko, 6040 Blvd. East, 16J, West New York, NJ 07093-3833 |
| cr | *+ | Qianlin Li, 4807 Deep Water Lane, Sugar Land, TX 77479-1994 |
| cr | *+ | Rupinder Kaur, 12128 Manor Walk Drive, Glen Allen, VA 23059-7161 |
| cr | *+ | Scott Gensler, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | *+ | Wayne Toytown LLC, P.O. Box 30092, Elkins Park, PA 19027-0392 |
| 15131213 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15131214 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15177484 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |

| | | |
|---|---|---|
| 15131689 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15131690 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15122775 | *+ | Marc Pan, 7 South Morton Ave., Morton, PA 19070-1707 |
| 15115927 | ##+ | Andrew Berg, 473 Sweetgum Lane, Lafayette Hill, PA 19444-2601 |

TOTAL: 1 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | on behalf of Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINA M. PHILIPP | on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DANA S. PLON | on behalf of Creditor Scott Gensler dplon@sirlinlaw.com |
| DANIEL R. UTAIN | on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com llapenna@kaplaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID B. SMITH | on behalf of Debtor TPD Design House LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| ERIK L. COCCIA | on behalf of Creditor Guardsman Capital Partners Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com |
| GARY SCHAFKOPF | on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com |
| JASON CHRISTOPHER MANFREY | on behalf of Trustee LYNN E. FELDMAN jason.manfrey@stevenslee.com |

brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JESSE M. HARRIS
on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com

JOEL MARC FLINK
on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com

JOEL MARC FLINK
on behalf of Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
on behalf of Interested Party Oslo Blue LLC jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
on behalf of Interested Party Tarte Family Office jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com arosen@starfieldsmith.com

LYNN E. FELDMAN
trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com
mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MATTHEW AARON SKOLNICK
on behalf of Creditor Committee Official Committee of Unsecured Creditors mskolnick@foxrothschild.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
on behalf of Creditor North Star Leasing a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

STEPHEN G. BRESSET
on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
om

STEPHEN G. BRESSET
on behalf of Eugenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
om

TURNER N. FALK
on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EUGENE VISS, I
on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I

on behalf of Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com

TOTAL: 40

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **TPD DESIGN HOUSE, LLC** | : | **Case No. 26-11073 (DJB)** |
| **Debtor** | : | |

# ORDER DESIGNATING DEBTOR REPRESENTATIVE AND TO SHOW CAUSE FOR FAILURE TO COMPLY

**AND NOW,** upon consideration of the Order Converting Case to Chapter 7 (the "Conversion Order") [Dkt. No. 150] and the Notice Of Non-Compliance With Conversion Order And Request for Status Conference (the "Notice") [Dkt. No. 158], and the Court having held a status conference on the Notice on September 1, 2026,

**AND** the Court having heard the report of the Debtor's failure to comply with the terms set forth in the Conversion Order;

It is hereby **ORDERED** that:

1. Vanessa D. Kreckel, manager of the Debtor [Dkt No. 80], is designated as the representative of the Debtor pursuant to Fed. R. Bankr. P. 9001(b)(5)(A).

2. The Debtor (through its designated representative) shall file all reports or schedules required by ¶ 3 of the Conversion Order on or before October 1, 2026. See 11 U.S.C. §§ 704(a)(8) & 1107, Fed. R. Bankr. P. 2015(a)(3)(A) and L.B.R. 2015-1.

3. The Debtor (through its designated representative) shall attend and appear at the rescheduled Meeting of Creditors set for October 8, 2026 for examination. [Dkt No. 161.] See 11 U.S.C. §§ 341 & 343 and Fed. R. Bankr. P. 4002(a)(1).

4. In the event the Debtor fails to comply with the provisions of ¶ 2 and 3 hereof, the Debtor (through its designated representative) **shall appear** for a hearing on **October 13, 2026** at **10:00 a.m**. in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 2, 900 Market Street, Philadelphia, PA 19107 and **show cause** as to why the Court should not impose further orders pursuant to Fed. R. Bankr. P. 2005 (upon appropriate affidavit) or issue other sanctions as authorized by 11 U.S.C. § 105(a).

**Date: September 1, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

cc: All Parties Served via BNC

and

Vanessa D. Kreckel
108 West Wayne Avenue
Wayne, PA 19087-4019