**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**CERTIFICATE OF SERVICE REGARDING APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1 AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEVENS & LEE, P.C. AS ATTORNEYS FOR LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, NUNC PRO TUNC TO AUGUST 20, 2026**

I, Jason C. Manfrey, certify that on August 27, 2026, I caused a true and correct copy of the (i) *Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1 Authorizing the Retention and Employment of Stevens & Lee, P.C. as Attorneys for Lynn E. Feldman, Chapter 7 Trustee, Nunc Pro Tunc to August 20, 2026*, and (ii) *Notice of Application*, to be served on the parties listed on the attached **Service List A** via U.S. mail, first class, postage prepaid.

I also certify that on September 2, 2026, I caused a true and correct copy of the (i) *Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1 Authorizing the Retention and Employment of Stevens & Lee, P.C. as Attorneys for Lynn E. Feldman, Chapter 7 Trustee, Nunc Pro Tunc to August 20, 2026,* and (ii) *Notice of Application*, to be served on the parties listed on the attached **Service List B** via U.S. mail, first class, postage prepaid.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**STEVENS & LEE, P.C.**

By: /s/ *Jason C. Manfrey*
Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
610-205-6054/Fax 610-371-7984
Jason.manfrey@stevenslee.com

# SERVICE LIST "A"

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA 19087

Nicholas M. Engel, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

John Henry Schanne
DOJ-UST
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Priyesh S. Patel
5246 W. Broad Street
Columbus, OH 43228

Stephen G. Bresset, Esquire
Bresset & Santora, LLC
812 Court Street
Honesdale, PA 18431

Daniel R. Utain, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

Commonwealth of PA UCTS
Dept. of Labor & Industry
651 Boas Street, Room 925
Harrisburg, PA 17121

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462

Karalis PC
1900 Spruce Street
Philadelphia, PA 19103

Harkiran Kaur
67480 Olde Ridge Lane
Saint Clairsville, OH 43950

Jatinder Singh
67480 Olde Ridge Lane
Saint Clairsville, OH 43950

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ 08690

Euguenia Moisseenko
6040 Blvd. East, 16J
West New York, NJ 07093

Marc Pan
11 Bala Avenue
Bala Cynwyd, PA 19004

Mark S. Haltzman, Esquire
Silverang, Rosenzweig & Haltzman, LLC
900 E. 8th Avenue, Suite 300
King of Prussia, PA 19406

Steamboat Family Holdings LLC
741 Woodleave Road
Bryn Mawr, PA 19010

Pamela Elchert Thurmond, Senior Attorney
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

John T. Carroll, III, Esquire
Cozen O Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX 77479

Andrew R. Fuchs, Assistant United States Attorney
U.S. Attorney's Office
Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA 19109

Simon E. Fraser, Esquire
Cozen O Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Michael B. Dubin, Esquire
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA 19006

Schafkopf Law LLC
Attn: Gary Schafkopf, Esquire
11 Bala Avenue
Bala Cynwyd, PA 19004

Matthew Weisberg, Esquire
Weisberg Law
1500 Walnut Street, 21st Floor
Philadelphia, PA 19102

Joel M. Flink, Esquire
The Law Offices of Fred Weinberg and Associates, P.C.
375 E. Elm Street, Suite 210
Conshohocken, PA 19428

Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Christina M. Philipp, Esquire
McGivney, Kluger, Clark & Intoccia, P.C.
1001 Conshohocken State Road, Suite 2-107
West Conshohocken, PA 19428

Robert M. Kline, Esquire
Wright Law Group, PLLC
228 Park Ave S., PMB 84356
New York, NY 10003

William E. Viss, Esquire
Reidenbach & Associates, LLC
Devon Square 1
724 W. Lancaster Avenue, Suite 215
Wayne, PA 19087

Saul Ewing LLP
Attn: Turner N. Falk, Esquire
1735 Market Street, 34th Fl.
Philadelphia, PA 19103

Vaishali Gor
910 Carlow Drive
Des Plaines, IL 60016

**SERVICE LIST "B"**

CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Commonwealth of PA UCTS
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

Fox Rothschild LLP
c/o Prince Altee Thomas, Esquire
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

KARALIS PC
1900 Spruce Street
Philadelphia, Pa 19103-6605

Steamboat Family Holdings LLC
741 Woodleave Road
Bryn Mawr, PA 19010-1708

TPD Design House, LLC
108 W. Wayne Avenue
Wayne, PA 19087-4019

Wayne Toytown LLC
P.O. Box 30092
Elkins Park, PA 19027-0392

West Wayne Avenue Ventures LLC
Kaplin Stewart Meloff Reiter & Stein
Daniel R. Utain, Esquire
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422-0765

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

ACH Capital UT
375 W. 200 S
Suite 225
Salt Lake City, UT 84101-1667

Alan Lobo
6 Winterberry Terrace
Hamilton, NJ 08690-3213

Alan Lobo
c/o Stephen G. Bresset, Esq.
812 Court Street
Honesdale, PA 18431-1831

Aleksey and Christine Prok
8691 Filiz Lane
Powell, OH 43065-8025

Alok Sharma
10 Shelterwood Place
Danville, CA 94506-4757

American Express National Bank
115 W. Towne Ridge Parkway
Sandy, UT 84070-5511

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Andrew Berg
473 Sweetgum Lane
Lafayette Hill, PA 19444-2601

Announcement Converters
13200 NW 45th Avenue
Opa Locka, FL 33054-4308

Arthur Goldman
P.O. Box 115
Paoli, PA 19301-0115

Atash
1212 Turtle Creek Blvd.
Dallas, TX 75207-6614

Atash LLC d/b/a Funding Zone
c/o Amato and Keating PC
107 North Commerce Way
Bethlehem PA 18017-8913

Baccarat, Inc.
c/o Amato and Keating, P.C.
107 North Commerce Way
Bethlehem Pa 18017-8913

Beacon Bank & Trust
131 Clarendon Street
Boston, MA 02116-5131

Beacon Bank and Trust
c/o Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462-1651

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Berkovitch and Boussaka
1545 Route 202
Suite 101
Pomona, NY 10970-2951

Birch Event Design LLC
336 W. 37th Street
Suite 1200
New York, NY 10018-4282

Cake Rules Everything Around Me LLC
19411 West McNichols Road
Pacific Palisades, CA 90272

Chris Steinhauer
117 Laurier Place
Bryn Mawr, PA 19010-2247

Commonwealth of PA
Department of Revenue
PO Box 280948
Harrisburg, PA 17128-0948

Conlin's
1011 West Eighth Avenue
King of Prussia, PA 19406-1303

Croc Socks Ventures LLC
Ernest D. Palmarella
1255 Drummers Lane
Suite 105
Wayne, PA 19087-1565

D2 Finance
c/o Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103-7501

Dalsukh Madia
925 Toulon Avenue
Marion, OH 43302-6605

Daniel R. Utain, Esquire
Kaplin Stewart Meloff Reiter & Stein
910 Harvest Drive
PO Box 3037
Blue Bell, PA 19422-0765

Dennis L. Abramson, Esquire
Abramson & Abramson, LLC
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004-1512

(p)DEPARTMENT OF LABOR & INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

Dexed, LLC
4660 Elizabeth Street
Coraopolis, PA 15108-3322

Dexed, LLC
c/o Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103-7501

Drew Salaman, Esquire
100 South Broad Street
Suite 2126
Philadelphia, PA 19110-1022

E. William Hevenor, Esquire
2 HOrseshoe Lane
Paoli, PA 19301-1910

Emmy Capital Group LLC
629 46th Street
Brooklyn, NY 11220-1410

Encore Enterprises, Inc.
16980 Dallas Parkway
Suite 200
Dallas, TX 75248-1974

Ernest D. Palmarella
Palmarella & Raab, PC
1255 Drummers Lane
Suite 105
Wayne, PA 19087-1565

Euguenia Moisseenko
6040 Blvd. East, 16J
West New York, NJ 07093-3833

Euguenia Moisseenko
c/o Stephen G. Bresset, Esq.
812 Court Street
Honesdale, PA 18431-1831

Fal Patel
1019 Jasons Bend
Sugar Land, TX 77479-5443

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

Financial Agent Services
PO Box 2576
Springfield, IL 62708-2576

Frederic I. Weinberg, Esquire
Law Offices of Frederic I. Weinberg & As
375 E. Elm Street, Suite 210
Conshohocken, PA 19428-1973

Gene Wurzel Rosen
200 Garden City Plaza
Suite 405
Garden City, NY 11530
Garden City, NY 11530-3338

Geneva Capital, LLC
1311 Broadway Street
Alexandria, MN 56308-2533

Guardsman Capital Partners
c/o Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103-7301

Guy N. Paolino, Esquire
Forbes Bender & Paolino, PC
205 N Monroe Street
Media, PA 19063-3052

HMFCG Inc.
368 New Hempstead Road
Suite #217
New City, NY 10956-1900

Heather King
c/o Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103-7301

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1695

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jaguar Investments and Research, LLC
13316 Horsepen Woods Lane
Herndon, VA 20171-3845

Jason B. Martin, Esquire
The Martin Law Firm
725 W. Skippack Pike
#337
PA 19422-1749

Jatainder Singh and Harkiran Kaur
67480 Olde Ridge Lane
Saint Clairsville, OH 43950-8597

Jeffrey P. Resnick, Esquire
Sherman, Silverstein, Kohl, Rose & Podol
308 Harper Drive
East Gate Corporate Center, Suite 200
Moorestown, NJ 08057-3245

Joshua Emanuel
100 E. Las Olas
Unit 3801
Fort Lauderdale, FL 33301-2779

Kamal Joseph Dupati
4680 Luke Drive
Cumming, GA 30040-1752

Lazarus Jyothi Tari
4680 Luke Dr
Cumming GA 30040-1752

Lightyear Business Services
473 Sweetgum Lane
Lafayette Hill, PA 19444-2601

Ligthyear Busines Advisors LLC
c/o Michael B. Dubin
2617 Huntingdon Pike
Huntingdon Valley, PA 19006-5109

Loud Capital, LLC
25 North Street
Dublin, OH 43017-2144

Loud Equities, LLC
25 North Street
Dublin, OH 43017-2144

Louella Press, LLC
108 West Wayne Avenue
Wayne, PA 19087-4019

Lyndsay Rowland, Esquire
Starfield & Smith, PC
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462-1651

Marc Pan
7 South Morton Ave.
Morton, PA 19070-1707

Marc Pan
c/o SCHAFKOPF LAW LLC
11 Bala Avenue
Bala Cynwyd 19004-3201

Marion 9, LLC
925 Touylon Avenue
Marion, OH 43302-6605

Mark S. Haltzman, Esquire
900 East Eighth Avenue, Suite 300
King of Prussia, PA 19406-1347

Martin E. Odstrchel, Esquire
Rausch Sturm LLP
300 N. Executive Drive, Suite 200
Brookfield, WI 53005-6034

Michael J. Dougherty, Esquire
Weltman, Weinberg & Reis Co., LPA
520 Walnut Street, Suite 1355
Philadelphia, PA 19106-3602

Misbah Shah
20207 Cedar Court
Lawrence Township, NJ 08648-1261

NATIONAL DENTAL, LLC
Guy N. Paolino
205 N. Monroe Street
Media, PA 19063-3052

National Dental LLC
560 South Broadway
Hicksville, NY 11801-5013

Nicholas S. Salter, Esquire
Fox Rothschild LLP
2800 Kelly Road
Suite 200
Pineville, PA 18946

Nilesh Desai
835 Harbour Place
Sugar Land, TX 77478-3463

North Star Leasing
PO Box 4505
Burlington, VT 05406-4505

North Star Leasing
c/o Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003-0103

Official Committee of Unsecured Creditors
C/O Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103-7045

Official Committee of Unsecured Creditors
c/o Matthew A. Skolnick, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103-7045

Ofilio Arguello and
Calhio Investments LLC
7447 New Albany Links Drive
New Albany, OH 43054-6012

Oslo Blue, LLC and Tarte Family Office
c/o John T. Carroll, III
Simon E. Fraser
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1807

PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120-0001

PDQ Courier Express
6850 Oxford Avenue
Philadelphia, PA 19111-4329

Paul M. MIdzak, Esquire
40 W. Evergreen Avenue
Suite 101
Philadelphia, PA 19118-3324

Pemm Capital
14 Kitson Drive
Barrington, IL 60010-7147

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0001

Peter A. Lesser, Esquire/Dana S. Plon
Sirlin Lesser & Benson, PC
123 S. Brfoad Street
Suite 2100
Philadelphia, PA 19109-1042

Peter D’Sa
97 Silver Marple Drive
North Inlet
Rosemary Beach, FL 32461-8132

Pinkdome Corp.
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606-2911

Priya Ayer
924 Noel Court
Westmont, IL 60559-2689

Qianlin Li
4807 Deep Water Lane
Sugar Land, TX 77479-1994

Robert H. Nemeroff, Esquire
Friedman Schuman PC
275 Commerce Drive, Suite 210
Fort Washington, PA 19034-2417

Ronald V. Santora, Esquire
Bresset & Santora, LLC
1188 Wyoming Avenue
Kingston, PA 18704-4016

Rupinder Kaur
12128 Manor Walk Drive
Glen Allen, VA 23059-7161

SAMSON MCA LLC
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Salil Zaveri
52 Foxweood Drive
Hicksville, NY 11801

Samir Sethi
6 Twin Brooks Court
Warren, NJ 07059-2301

Samson Capital
17 State Street
New York, NY 10004-1749

Scott Gensler
506 Lee Road
Royersford, PA 19468-3516

Scott Gensler
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109-1042

Secured Lender Solutions, LLC
PO Box 2576
Springfield, IL 62708-2576

Shagul, LLC
5380 Aldie Mill Drive
New Albany, OH 43054-7121

Small Business Administration, An Agency of
660 American Avenue, Suite 301
King of Prussia, PA 19406-4032

South Florida Friends Investments LLC
222 Fairmont Way
Fort Lauderdale, FL 33326-3584

Steamboat Family Holdings LLC
c/o SILVERANG, ROSENZWEIG & HALTZMAN, LL
900 E. 8th Avenue, Suite 300
King of Prussia, PA 19406-1347

Stephen G. Bresset, Esquire
Bresset & Santora, LLC
812 Court Street
Honesdale, PA 18431-1831

Sunil Babu
7832 INverness Lakes Trl
Fort Wayne, IN 46804-3840

Sunny Isles Beach Investments LLC
5901 Collins Avenue
Unit 3306
North Miami Beach, FL 33160

Surefold, Inc.
600 E. Erie Avenue
Philadelphia, PA 19134-1209

Suruhi Ventures LLC
1507 Sandcroft Ln
Sugar Land, TX 77479-2889

Taylor King
c/o Erik L. Coccia, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103-7301

Taylor King and Heather King
c/o Erik L. Coccia
Dilworth Paxson LLP
1650 Market Street Suite 1200
Philadelphia, PA 19103-7301

Trail Ventures, LLC
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606-2911

Tucker Albin Associates
1702 Collins Blvd.
Suite 100
Richardson, TX 75080-3662

Two Paper Dolls LLC
108 West Wayne Avenue
Wayne, PA 19087-4019

U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

United Parcel Service
102 1/2 S Lombard Rd
Addison, IL 60101

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

V-Capital LLC
6585 Lockhart Lane
Dublin, OH 43017-7008

Vaishali Gor
1001 Conshohocken State Road
Suite 2-107
West Conshohocken, PA 19428-2956

Vaishali Gor
c/o Christina M. Philipp, Esquire
1001 Conshohocken State Road, Suite 2-10
West Conshohocken, PA 19428-2908

Vanessa D. Kreckel
108 West Wayne Avenue
Wayne, PA 19087-4019

Vault 26 Capital LLC
19790 W. Dixie Hwy
Suite 801
Miami, FL 33180-2296

Venkatraman Aiyer Priya
924 Noel Court
Westmont, IL 60559-2689

Vipinchandra Patel
2448 Pine Preserve Ct
St Cloud, FL 34771-9466

Wayne Toytown LLC
c/o Christian P. Suprenuk, Esq.
600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462-1046

Weinstein Law
420 Central Avenue
Cedarhurst, NY 11516-1000

West Wayne Avenue Ventures LLC
120 Pennsylvania Avenue
Malvern, PA 19355-2418

West Wayne Avenue Ventures LLC,
c/o Daniel R. Utain, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422-0765

Yogesh Patel
11 Wharton Place
Garden City, NY 11530-3033

Yogita Gidh
1431 Tahoe Valley Ln, Sugar Land, TX, 77
Sugar Land, TX 77479

c/o Anthony Higgins
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568

DAVID B. SMITH
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355-1002

Harkiran Kaur
67480 Olde Ridge Lane
Saint Clairsville, OH 43950-8597

Jatinder Singh
67480 Olde Ridge Lane
Saint Clairsville, OH 43950-8597

LYNN E. FELDMAN
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104-1360

Marc Pan
11 Bala Ave
Bala Cynwyd, PA 19004-3201

NICHOLAS M. ENGEL
Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355-1002

Priyesh S. Patel
5246 West Broad Street
Columbus, OH 43228-1609

Vaishali Gor
910 Carlow Drive
Des Plaines, IL 60016-8721