**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TPD Design House, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**PRAECIPE TO WITHDRAW CERTIFICATE OF SERVICE**
**[Docket No. 171**

Fox Rothschild LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned proceeding, hereby withdraws, the *Certification Service* filed at Docket No. 171, without prejudice.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Jesse M. Harris*
Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone (215) 299-2000/Facsimile (215) 299-2150j
jesseharris@foxrothschild.com

Dated: September 10, 2026