**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TPD Design House, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**CERTIFICATE OF NO RESPONSE**

JESSE M. HARRIS, of Fox Rothschild LLP ("Fox"), attorneys for the Official Committee of Unsecured Creditors (the "Committee"), in the above-referenced case, certifies as follows:

1. On August 20, 2026 (the "Filing Date"), Fox Rothschild LLP, filed the *Application for Allowance of Interim and Final Compensation for Services Rendered and Reimbursement of Expenses of Fox Rothschild LLP, Counsel to the Official Committee of Unsecured Creditors, for (I) the Interim Period of June 1, 2026 through July 21, 2026, and (II) the Final Period of April 8, 2026 through July 21, 2026* [Docket No. 162] (the "Application").

2. On August 21, 2026, Fox served the Application, Notice of the Application, and Proposed Form of Order, by United States Mail, postage pre-paid, pursuant to the notice provision as set forth in the Application and as shown on **Service List** attached to the Certificate of Service filed with the Court [Docket No. 171].

3. The Notice of the Application required that any objection be filed with the Clerk, United States Bankruptcy Court and served on Fox Rothschild LLP no later than September 4, 2026.

4. As of the date of this Certificate, no other answer, objection, or other responsive pleading has been received by the undersigned or filed on the Court's dockets in this case.

WHEREFORE, Fox respectfully requests that this Court grant the Application, enter the Order submitted with the Application, and grant such other relief as is just.

*(Signature page follows)*

Dated: September 10, 2026

Respectfully submitted,

By: */s/ Jesse M. Harris*

Jesse M. Harris Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone (215) 299-2000/Facsimile (215) 299-2150
jesseharris@foxrothschild.com

*Attorneys for the Official Committee of Unsecured Creditors*