**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 7 (converted from Chapter 11) |
| TPD Design House, LLC | Case No.: 26-11073 (DJB) |
| Debtor | |

# CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtor, certifies as follows:

1. On August 27, 2026, the undersigned filed with this Court the First And Final Fee Application of Smith Kane Holman, LLC As Counsel to the Debtor for the Period March 16, 2026 through July 21, 2026 (the "Application"), notice or a copy of which was sent to all parties entitled to same on August 27, 2026.

2. Any answers, objections or responses to the Application were due on or before September 10, 2026.

3. To date, the undersigned has not been served with any answer, objection, or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

SMITH KANE HOLMAN, LLC

Dated: September 11, 2026

By: */s/ David B. Smith*

David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel to Debtor*