**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1 AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEVENS & LEE, P.C. AS ATTORNEYS FOR LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, NUNC PRO TUNC TO AUGUST 20, 2026**

JASON C. MANFREY, of full age, hereby certifies as follows:

1. I am a shareholder with the law firm of Stevens & Lee, P.C. ("S&L"), proposed attorneys for Lynn E. Feldman, the chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor"), the debtor in the above proceeding.

2. On August 27, 2026, S&L filed *Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1 Authorizing the Retention and Employment of Stevens & Lee, P.C. as Attorneys for Lynn E. Feldman, Chapter 7 Trustee, Nunc Pro Tunc to August 20, 2026* (the "Application") [Docket No. 166].

3. On September 2, 2026, the Office of the United States Trustee issued informal comments with regard to specific wording on the order attached to the application (the "Proposed Order").

4. Aside from the Office of the United States Trustee comments, I hereby certify that I have received no answer, objection or other responsive pleading to the Application. I further certify that I have reviewed the Court's docket in this case and no answer, objection or other

responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than September 9, 2026 at 11:59 p.m. (EST).

5. The attached revised form of order complies with the comments made by the United States Trustee. Accordingly, the Trustee requests entry of the attached revised Proposed Order. A clean copy of the Proposed Order is attached as **Exhibit "A"**. A "black lined" comparison copy of the Proposed Order is attached as **Exhibit "B"**.

**STEVENS & LEE, P.C.**

By: /s/ *Jason C. Manfrey*
Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
610-205-6054/Fax 610-371-7984
Jason.manfrey@stevenslee.com

# **Exhibit "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEVENS & LEE P.C. AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1, EFFECTIVE AS OF AUGUST 27, 2026**

Upon consideration of the application of Lynn E. Feldman (the "Trustee"), chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1, authorizing the Trustee to retain and employ Stevens & Lee as her attorneys in this case, effective as of August 27, 2026 (the "Application") and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Trustee is authorized to employ and retain Stevens & Lee as her attorneys in this case, on the terms set forth in the Application, effective as of August 27, 2026.[1]

[1] Stevens & Lee reserves all rights to seek compensation from August 20, 2026 forward and all parties reserve their rights to object to such compensation consistent with this Order.

3. Stevens & Lee shall file applications and be compensated in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedures the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Pennsylvania, and such other procedures as may be fixed by orders entered by the Court.

DATED:

________________________________________
THE HONORABLE DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

# **Exhibit "B"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEVENS & LEE P.C. AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1, *~~NUNC PRO TUNC~~* ~~TO~~EFFECTIVE AS OF AUGUST ~~20~~27, 2026**

Upon consideration of the application of Lynn E. Feldman (the "Trustee"), chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1, authorizing the Trustee to retain and employ Stevens & Lee as her attorneys in this case, ~~nunc pro tunc to~~effective as of August ~~20~~27, 2026 (the "Application") and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Trustee is authorized to employ and retain Stevens & Lee as her attorneys in this case, on the terms set forth in the Application, effective as of August ~~20~~27, 2026.[1]

3. Stevens & Lee shall file applications and be compensated in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedures the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Pennsylvania, and such other procedures as may be fixed by orders entered by the Court.

DATED:

______________________________________
THE HONORABLE DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

[1] Stevens & Lee reserves all rights to seek compensation from August 20, 2026 forward and all parties reserve their rights to object to such compensation consistent with this Order.