United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11073-djb
TPD Design House, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 16, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TPD Design House, LLC, 108 W. Wayne Avenue, Wayne, PA 19087-4019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | on behalf of Vaishali Gor cphilipp@mkcilaw.us.com |
| CHRISTINA M. PHILIPP | |

on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com

CHRISTINE C. SHUBERT
on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DANA S. PLON
on behalf of Creditor Scott Gensler dplon@sirlinlaw.com

DANIEL R. UTAIN
on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com llapenna@kaplaw.com

DANIEL S. SIEDMAN
on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID B. SMITH
on behalf of Debtor TPD Design House LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

ERIK L. COCCIA
on behalf of Creditor Guardsman Capital Partners Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com

GARY SCHAFKOPF
on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com

JASON CHRISTOPHER MANFREY
on behalf of Trustee LYNN E. FELDMAN jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JESSE M. HARRIS
on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com

JOEL MARC FLINK
on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
on behalf of Interested Party Oslo Blue LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
on behalf of Interested Party Tarte Family Office jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com arosen@starfieldsmith.com

LYNN E. FELDMAN
trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARY JACQUELINE LARKIN
on behalf of Creditor Citadel Federal Credit Union jackie@mvlawoffices.com georgia@mvlawoffices.com

MATTHEW AARON SKOLNICK
on behalf of Creditor Committee Official Committee of Unsecured Creditors mskolnick@foxrothschild.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

| | |
|---|---|
| ROBERT MICHAEL KLINE | on behalf of Creditor North Star Leasing a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| STEPHEN G. BRESSET | on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com |
| STEPHEN G. BRESSET | on behalf of Creditor Eugenia Moisseenko sbresset@bressetsantora.com nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com |
| TURNER N. FALK | on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EUGENE VISS, I | on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com |
| WILLIAM EUGENE VISS, I | on behalf of Jatinder Singh wviss@reidenbachlaw.com |
| WILLIAM EUGENE VISS, I | on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com |
| WILLIAM EUGENE VISS, I | on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com |

TOTAL: 41

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>TPD DESIGN HOUSE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEVENS & LEE P.C. AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND L.B.R. 2014-1, EFFECTIVE AS OF AUGUST 27, 2026**

Upon consideration of the application of Lynn E. Feldman (the "Trustee"), chapter 7 trustee for the estate of TPD Design House, LLC (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and L.B.R. 2014-1, authorizing the Trustee to retain and employ Stevens & Lee as her attorneys in this case, effective as of August 27, 2026 (the "Application") and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Trustee is authorized to employ and retain Stevens & Lee as her attorneys in this case, on the terms set forth in the Application, effective as of August 27, 2026.[1]

[1] Stevens & Lee reserves all rights to seek compensation from August 20, 2026 forward and all parties reserve their rights to object to such compensation consistent with this Order.

3. Stevens & Lee shall file applications and be compensated in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedures the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Pennsylvania, and such other procedures as may be fixed by orders entered by the Court.

DATED: September 16, 2026

THE HONORABLE DEREK J. BAKER
U.S. BANKRUPTCY JUDGE