**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 7 (converted from Chapter 11) |
| TPD Design House, LLC | Case No.: 26-11073 (DJB) |
| Debtor | |

**ORDER**

AND NOW, upon consideration of the First and Final Fee Application of Smith Kane Holman, LLC As Counsel to the Debtor for the Period of March 16, 2026 through July 21, 2026 (the "Application"), it is hereby ORDERED AND DECREED that:

1. The Application is GRANTED.

2. Smith Kane Holman, LLC, counsel to TPD Design House, LLC (the "Debtor"), is allowed compensation in the amount of $102,785.50 for services rendered and reimbursement of expenses in the amount of $1,177.30.

Dated: **September 22, 2026**

The Honorable Derek J. Baker
United States Bankruptcy Judge