**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TPD Design House, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**ORDER GRANTING ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR (I) THE INTERIM PERIOD OF JUNE 1, 2026 THROUGH JULY 21, 2026, AND (II) THE FINAL PERIOD OF APRIL 8, 2026 THROUGH JULY 21, 2026**

This matter having been presented to the Court upon the Application of Fox Rothschild LLP ("Fox Rothschild"), counsel for the Official Committee of Unsecured Creditors (the "Committee") for the estate of TPD Design House, LLC (the "Debtor"), for compensation for services rendered and reimbursement of expenses for (i) the interim period of June 1, 2026 through July 21, 2026, and (ii) the final period of April 8, 2026 through July 21, 2026, pursuant to 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, and L.B.R. 2016-2 (the "Application");[1] and after proper and adequate notice and opportunity for a hearing, and it appearing that the professional services rendered on behalf of the Committee were necessary and appropriate and beneficial to the administration of the Debtor's estate, and the compensation requested is reasonable,

It is hereby **ORDERED** as follows:

1. The Application is granted as set forth herein.

2. Fox Rothschild be and is hereby granted interim compensation in the amount of $7,969.95 for legal services rendered, and $153.60 for reimbursement of actual and necessary expenses incurred, on behalf of the Committee, for the Third Service Period of June 1, 2026 through July 21, 2026, for a total of $8,123.55 in interim compensation.

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Application.

3. Fox Rothschild be and is hereby granted final compensation in the amount of $80,538.79 for legal services rendered, and $153.60 for reimbursement of actual and necessary expenses incurred, on behalf of the Committee, for the Final Compensation Period of April 8, 2026 through July 21, 2026, plus an additional $4,000.00 for the preparation and filing of the Application, for a total of $84,692.39 in final compensation (the "Final Allowed Compensation").

4. The Debtor, and/or any Chapter 7 trustee appointed in the Chapter 7 Case, are hereby authorized and directed to pay the foregoing Final Allowed Compensation to Fox Rothschild from the funds of the Debtor's estate as an administrative expense under 11 U.S.C. § 503(b), less any amounts previously paid.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order.

Dated: **September 22, 2026**

THE HONORABLE DEREK J. BAKER
United States Bankruptcy Judge