United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11073-djb

TPD Design House, LLC Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Sep 22, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| sp | ^ | MEBN | Sep 23 2026 01:46:15 | Fox Rothschild LLP, c/o Prince Altee Thomas, Esquire, 2000 Market Street, Tenth Floor, Philadelphia, PA 19103-3291 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Vanessa Kreckel aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Steven J. Shotz csuprenuk@murlandlaw.com |
| CHRISTIAN P. SUPRENUK | on behalf of Creditor Wayne Toytown LLC csuprenuk@murlandlaw.com |
| CHRISTINA M. PHILIPP | |

on behalf of Vaishali Gor cphilipp@mkcilaw.us.com

CHRISTINA M. PHILIPP
on behalf of Creditor Vaishali Gor cphilipp@mkcilaw.us.com

CHRISTINE C. SHUBERT
on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DANA S. PLON
on behalf of Creditor Scott Gensler dplon@sirlinlaw.com

DANIEL R. UTAIN
on behalf of Creditor West Wayne Avenue Ventures LLC dutain@kaplaw.com llapenna@kaplaw.com

DANIEL S. SIEDMAN
on behalf of Debtor Vanessa Kreckel dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID B. SMITH
on behalf of Debtor TPD Design House LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

ERIK L. COCCIA
on behalf of Creditor Guardsman Capital Partners Taylor King, and Heather King ecoccia@dilworthlaw.com, shenry@dilworthlaw.com

GARY SCHAFKOPF
on behalf of Creditor Marc Pan GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com

JAMES RANDOLPH WOOD
on behalf of Creditor Radnor Township School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JASON CHRISTOPHER MANFREY
on behalf of Trustee LYNN E. FELDMAN jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JESSE M. HARRIS
on behalf of Creditor Committee Official Committee of Unsecured Creditors jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Spec. Counsel Fox Rothschild LLP jesseharris@foxrothschild.com

JOEL MARC FLINK
on behalf of Creditor Qianlin Li joel.flink@fiwlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN T. CARROLL, III
on behalf of Interested Party Tarte Family Office jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JOHN T. CARROLL, III
on behalf of Interested Party Oslo Blue LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

LYNDSAY ELIZABETH ROWLAND
on behalf of Creditor Beacon Bank and Trust lrowland@starfieldsmith.com arosen@starfieldsmith.com

LYNN E. FELDMAN
trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MARK S. HALTZMAN
on behalf of Creditor Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARK S. HALTZMAN
on behalf of Attorney Steamboat Family Holdings LLC mhaltzman@sanddlawyers.com mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

MARY JACQUELINE LARKIN
on behalf of Creditor Citadel Federal Credit Union jackie@mvlawoffices.com georgia@mvlawoffices.com

MATTHEW AARON SKOLNICK
on behalf of Creditor Committee Official Committee of Unsecured Creditors mskolnick@foxrothschild.com

MATTHEW B WEISBERG
on behalf of Creditor Marc Pan mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com

MICHAEL B. DUBIN
on behalf of Creditor Lightyear Business Advisors LLC mdubin@sogtlaw.com jfiganiak@sogtlaw.com

MICHAEL B. DUBIN
on behalf of Creditor Andrew Berg mdubin@sogtlaw.com jfiganiak@sogtlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor TPD Design House LLC nengel@skhlaw.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT MICHAEL KLINE
on behalf of Creditor North Star Leasing a Division of Peoples Bank rmk@replevin.com, ecf@writofseizure.com

ROBERT W. SEITZER
on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

STEPHEN G. BRESSET
on behalf of Creditor Euguenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

STEPHEN G. BRESSET
on behalf of Creditor Eugenia Moisseenko sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

TURNER N. FALK
on behalf of Creditor Dexed LLC and D2 Finance turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EUGENE VISS, I
on behalf of Creditor Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Harkiran Kaur wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Jatinder Singh wviss@reidenbachlaw.com

WILLIAM EUGENE VISS, I
on behalf of Creditor Karkiran Kaur wviss@reidenbachlaw.com

TOTAL: 42

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TPD Design House, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11073 (DJB) |

**ORDER GRANTING ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF FOX ROTHSCHILD LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR (I) THE INTERIM PERIOD OF JUNE 1, 2026 THROUGH JULY 21, 2026, AND (II) THE FINAL PERIOD OF APRIL 8, 2026 THROUGH JULY 21, 2026**

This matter having been presented to the Court upon the Application of Fox Rothschild LLP ("Fox Rothschild"), counsel for the Official Committee of Unsecured Creditors (the "Committee") for the estate of TPD Design House, LLC (the "Debtor"), for compensation for services rendered and reimbursement of expenses for (i) the interim period of June 1, 2026 through July 21, 2026, and (ii) the final period of April 8, 2026 through July 21, 2026, pursuant to 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, and L.B.R. 2016-2 (the "Application");[1] and after proper and adequate notice and opportunity for a hearing, and it appearing that the professional services rendered on behalf of the Committee were necessary and appropriate and beneficial to the administration of the Debtor's estate, and the compensation requested is reasonable,

It is hereby **ORDERED** as follows:

1. The Application is granted as set forth herein.

2. Fox Rothschild be and is hereby granted interim compensation in the amount of $7,969.95 for legal services rendered, and $153.60 for reimbursement of actual and necessary expenses incurred, on behalf of the Committee, for the Third Service Period of June 1, 2026 through July 21, 2026, for a total of $8,123.55 in interim compensation.

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Application.

3. Fox Rothschild be and is hereby granted final compensation in the amount of $80,538.79 for legal services rendered, and $153.60 for reimbursement of actual and necessary expenses incurred, on behalf of the Committee, for the Final Compensation Period of April 8, 2026 through July 21, 2026, plus an additional $4,000.00 for the preparation and filing of the Application, for a total of $84,692.39 in final compensation (the "Final Allowed Compensation").

4. The Debtor, and/or any Chapter 7 trustee appointed in the Chapter 7 Case, are hereby authorized and directed to pay the foregoing Final Allowed Compensation to Fox Rothschild from the funds of the Debtor's estate as an administrative expense under 11 U.S.C. § 503(b), less any amounts previously paid.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order.

THE HONORABLE DEREK J. BAKER
United States Bankruptcy Judge

Dated: **September 22, 2026**