**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| TPD Design House, LLC, | : | Case No. 26-11073-djb |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that CHRISTOPHER STEINHAUER hereby enters his appearance by and through his undersigned counsel, Montgomery McCracken Walker & Rhoads LLP, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that Christopher Steinhauer hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, that the name of the undersigned representative be added to the mailing list maintained by the Clerk in the chapter 7 case of the above-captioned debtor (the "Debtor"), and that the Clerk and all other parties in interest in the chapter 7 case provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the chapter 7 case, to the person listed below at the following office, address, telephone number and email address:

A. Spencer Osborne, Esq.
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
1735 Market Street, 19th Floor
Philadelphia, PA 19103
Telephone: 215-772-1500
Email: sosborne@mmwr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Rules referenced above or referenced in title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"),

but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, filed or made with regard to the chapter 7 case and proceedings therein or which affects or pertains to the Debtor, the property of the Debtor or the Debtor's chapter 7 estate.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any of Christopher Steinhauer's rights to: (i) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (ii) have final orders in non-core matters entered only after de novo review by a United States District Court; (iii) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iv) have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Christopher Steinhauer is or may be entitled, under agreements, and/or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 10, 2026

**MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP**

*<u>/s/ A. Spencer Osborne</u>*

A. Spencer Osborne, Esq.
1735 Market Street, 19th Floor
Philadelphia PA 19103
(215) 772-1500
sosborne@mmwr.com

*Counsel for Christopher Steinhauer*