**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| TPD DESIGN HOUSE, LLC | Bankruptcy No. 26-11073-DJB |
| Debtor. | |

# NOTICE OF MOTION, RESPONSE DEADLINE AND VIDEO HEARING DATE

Harkiran Kaur and Jatinder Singh, appearing without counsel, have filed a Motion to Extend Time to File Proof of Claim under Fed. R. Bankr. P. 3002(c)(7) and to Deem Claim No. 61 Timely Filed. The motion requests that their filed claim (Claim No. 61) be treated as timely for deadline purposes only; it does not ask the Court to determine claim allowance or amount.

1. Your rights may be affected. You should read the accompanying Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Deadline to respond or object: Friday, November 27, 2026. This date was supplied by the courtroom deputy for the hearing specified below. If you oppose the requested relief or want the Court to consider your views, you must file a written response or objection by the applicable deadline and serve a copy on the movants. See the instructions on the second page.

3. Hearing: Tuesday, December 1, 2026, at 10:00 a.m. Eastern Time.
Before Hon. Derek J. Baker. The Court has advised that attendance by video is permitted.

FILED
NOV 24 2026
CLERK OF COURT
BY ______ DEP. CLERK

Video: Zoom for Government at https://www.zoomgov.com/join
Meeting ID: 161 0657 4791
In-person alternative: Courtroom 2, 900 Market Street, Philadelphia, PA 19107 (unless the Court directs otherwise).

Unless the Court orders otherwise, the hearing may include presentation of evidence. The current Court hearing calendar should be checked shortly before the hearing for access instructions or any change.

4. If no timely response is filed, the Court may cancel the hearing and enter an order on the Motion. To ask whether the hearing is still scheduled, contact the Bankruptcy Clerk's Office at (215) 408-2800.

5. A copy of the Motion (including its exhibit) and proposed order is enclosed with this Notice.

Movants: Harkiran Kaur and Jatinder Singh
67480 Olde Ridge Lane, Saint Clairsville, OH 43950
Telephone: 703-269-7951

Dated: 11/11/2026

## FILING INSTRUCTIONS FOR A RESPONSE OR OBJECTION

1. A party required to file electronically must use the Court's electronic filing system.

2. A party permitted to file on paper should send or deliver the original written response to:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107
Re: TPD Design House, LLC, Case No. 26-11073-DJB

3. A mailed response must arrive at the Court by the applicable deadline, and a copy must be sent to the movants at the address below:

Harkiran Kaur and Jatinder Singh
67480 Olde Ridge Lane
Saint Clairsville, OH 43950

4. Include a certificate showing when and how you served your response, as required by applicable bankruptcy rules.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: TPD DESIGN HOUSE, LLC

Debtor. Chapter 7 Bankruptcy Case No. 26-11073-DJB

FILED
NOV 24 2026
CLERK OF COURT
BY

# MOTION OF CREDITORS HARKIRAN KAUR AND JATINDER SINGH TO EXTEND TIME TO FILE PROOF OF CLAIM UNDER FED. R. BANKR. P. 3002(c)(7), AND TO DEEM CLAIM NO. 61 TIMELY FILED

Harkiran Kaur and Jatinder Singh (the "Movants"), natural-person creditors appearing without counsel, respectfully move for an order extending the claims filing deadline as to them and recognizing their already-filed Proof of Claim No. 61 as timely for filing-deadline purposes only. In support, Movants state:

1. The debtor is TPD Design House, LLC, in Chapter 7 case 26-11073-DJB in this Court.
2. Movants are named joint lenders under a September 3, 2025 Revised and Consolidated Promissory Note identifying the debtor and Vanessa Kreckel as borrowers.
3. Movants knew that TPD Design House, LLC was in bankruptcy before November 2, 2026. They do not contend that they lacked knowledge of the bankruptcy case itself.
4. An earlier bankruptcy notice received by Movants stated that filing a proof of claim was not then necessary and did not establish a proof-of-claim deadline. Movants understood that a subsequent notice would advise them if a filing deadline was set.
5. According to the docket, a notice dated July 30, 2026 established a November 2, 2026 claims deadline (Docket No. 155), and a certificate of mailing was later filed (Docket No. 156). Movants state, based on personal knowledge, that they did not receive the July 30 notice establishing the November 2 deadline. Movants do not presently know whether their names and correct mailing address appear on the mailing list for that notice.
6. Because they had received the earlier no-deadline notice but not the later deadline notice, Movants continued waiting for notice of when proofs of claim would be required. They did not intentionally disregard a deadline of which they were aware.
7. After learning of the November 2, 2026 deadline, Movants promptly submitted their Proof of Claim on November 10, 2026. The ePOC confirmation identifies Claim No. 61, in the stated amount of $446,389.04. A copy of that confirmation is attached as Exhibit A.
8. The claim was filed eight calendar days after the listed deadline. Movants ask for a limited extension addressing timeliness only; the debtor, trustee, and other parties retain all rights to contest the amount, status, or other merits of the claim.
9. Fed. R. Bankr. P. 3002(c)(7) permits a motion before or after expiration of the claim-filing period and permits an extension of no more than 60 days from the order if notice was insufficient to afford a reasonable time to file. Movants respectfully submit that, under

these circumstances, the notice they actually received did not give them a reasonable opportunity to comply with the November 2 deadline.

10. If the Court determines that consent is required for entry of a final order consistent with Article III of the United States Constitution, Movants consent to entry of a final order on this Motion.

WHEREFORE, Movants respectfully request that the Court (a) extend the proof-of-claim deadline as to Movants under Rule 3002(c)(7) sufficiently to encompass Claim No. 61 filed on November 10, 2026; (b) deem Claim No. 61 timely filed for purposes of the proof-of-claim deadline only, without determining its allowance, priority, secured status, or amount; or (c) grant such other and further relief as is just.

Dated: 11/11/2026

Harkiran Kaur

Harkiran Kaur, creditor, appearing pro se

Jatinder Singh

Jatinder Singh, creditor, appearing pro se

Mailing address: 67480 Olde Ridge Lane, Saint Clairsville, OH 43950
Telephone: 703-269-7951 Email: Kirandarar@gmail.com

## DECLARATION IN SUPPORT OF MOTION

We, Harkiran Kaur and Jatinder Singh, declare as follows under penalty of perjury under the laws of the United States of America:

1. We received an earlier notice about TPD Design House, LLC's bankruptcy which said that filing a Proof of Claim was not then necessary and no claims deadline had yet been established.

2. We knew TPD was in bankruptcy, but we did not receive the later July 30, 2026 notice establishing November 2, 2026 as the Proof of Claim deadline. We continued to await a notice setting a deadline.

3. After we learned of the November 2 deadline, we submitted our claim on November 10, 2026. The ePOC system confirmed that the claim was filed and assigned Claim No. 61.

4. The foregoing factual statements concerning what notices we received and our actions are true and correct based on our personal knowledge.

Executed on November 11, 2026, in Saint Clairsville, OHIO

Harkiran Kaur
_______________________
Harkiran Kaur

Jatinder Singh
_______________________
Jatinder Singh

Exhibit A: Proof of Claim No. 61 electronic filing confirmation (November 10, 2026).

Optional Exhibit B: Copy of the earlier bankruptcy notice stating no Proof of Claim deadline was established, if available. Do not list this optional exhibit as attached unless you actually add it.

# EXHIBIT A - ELECTRONIC FILING CONFIRMATION

TPD Design House, LLC | Case 26-11073 | Claim No. 61 | Filed Nov. 10, 2026

United States Bankruptcy Court Eastern District of Pennsylvania

Successful verification ...

Your claim was successfully filed in case number 26-11073.
**Your claim number is 61.**

Open in new window: Click 61 to view/print your filed claim.

*Note: Any attachment(s) added will **NOT** be available to view/print unless you have a Pacer account.*

File additional claims

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: TPD DESIGN HOUSE, LLC

Debtor. Chapter 7 Bankruptcy Case No. 26-11073-DJB

## [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM

AND NOW, upon consideration of the Motion of Harkiran Kaur and Jatinder Singh under Federal Rule of Bankruptcy Procedure 3002(c)(7), and any responses, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The deadline for Harkiran Kaur and Jatinder Singh to file a proof of claim in the above-captioned case is extended for the limited purpose of permitting their proof of claim filed November 10, 2026, identified as Claim No. 61.

3. Claim No. 61 shall be treated as timely filed solely for purposes of the filing deadline. This Order does not determine the claim's allowance, enforceability, amount, priority, secured status, or any objection on other grounds.

Dated: ____________________

______________________________________
Hon. Derek J. Baker
United States Bankruptcy Judge